---

**Appeal No. 25-2985**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiffs-Appellants*,

v.

U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, ROBBIE MCABOY in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and MICHELLE CAMPEAU in her official capacity as Acting Field Manager of the Bureau of Land Management Caliente Field office, *Federal Defendants-Appellees*.

---

On Appeal from the United States District Court for the District of Nevada
Case No. 2:23-cv-00435-CDS-DJA (Hon. Cristina D. Silva)

---

## APPELLANTS' EXCERPTS OF RECORD
## VOLUME 4

---

Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*Attorney for Plaintiffs-Appellants*

Megan Backsen
Western Watersheds Project
P.O. Box 6774,
Reno, NV 89503
(719) 207-2493
megan@westernwatersheds.org

*Attorney for Plaintiffs-Appellants*

CENTER *for* BIOLOGICAL DIVERSITY                    *Because life is good.*

June 22, 2017

Bureau of Land Management
Caliente Field Office
Attn: Kyle Teel, SSHV
1400 South Front Street, Box 237
Caliente, NV 89008
kteel@blm.gov

**Re: South Spring and Hamlin Valley Watersheds Restoration Plan (DOI-BLM-NV-L030-2020-0006-EA**

Dear Mr. Teel:

Thank you for the opportunity to comment on the Preliminary Environmental Assessment ("EA") for the South Spring and Hamlin Valley Watersheds Restoration Plan ("Project"). The following comments are submitted on behalf of the Center for Biological Diversity (the "Center") and its members.

The Center is a non-profit environmental organization dedicated to the protection of native species and their habitats in the Western Hemisphere through science, policy, and environmental law. The Center has over 1.7 million members and supporters throughout Nevada, Utah and the United States, including supporters who live in near the Spring and Hamlin Valleys, and who utilize public lands for recreation and other uses. The Center's Nevada program focuses on the protection of wildlife and endangered species, the preservation of public lands, and the sustainability of Nevada's groundwater resources.

We oppose the proposed action and request that BLM select the "no action" alternative. Neither the "Proposed Action" alternative nor the "No Wilderness Treatments" alternative appear responsive to the land management concerns identified in BLM's statement of purpose and need. As discussed in detail below, BLM has selected treatment methods have not been proven effective, and which can have serious and adverse unintended consequences.

BLM has also failed to fulfill its procedural obligations under the National Environmental Policy Act ("NEPA"). The EA relies throughout on conclusory statements and assumptions about baseline conditions and project impacts that are unsupported by studies or data. It also fails to examine in detail many of the foreseeable adverse impacts from the project, including invasion by non-native annual grasses, destruction of biological soil crusts, increases in wildfire risk, and impacts to species of conservation concern such as sage-grouse and pinyon jay.

---

*Arizona · California · Colorado · Florida · N. Carolina · Nevada · New Mexico · New York · Oregon · Washington, D.C. · La Paz, Mexico*

BiologicalDiversity.org

## I.    NEPA Requirements

NEPA is "our basic national charter for protection of the environment." *Ctr. for Biological Diversity v. U.S. Forest Serv.*, 349 F.3d 1157, 1166 (9th Cir. 2003). In passing NEPA, Congress "recogniz[ed] the profound impact of man's activity on the interrelations of all components of the natural environment" and set out "to create and maintain conditions under which man and nature can exist in productive harmony." 42 U.S.C. § 4331(a). To bring federal action in line with Congress' goals and to foster environmentally informed decision-making by federal agencies, NEPA "establishes 'action-forcing' procedures that require agencies to take a 'hard look' at environmental consequences." *Metcalf v. Daley*, 214 F.3d 1135, 1141 (9th Cir. 2000).

An agency's NEPA analysis serves two purposes:

> First, it ensures that the agency, in reaching its decision, will have available, and will carefully consider, detailed information concerning significant environmental impacts. Second, it guarantees that the relevant information will be made available to the larger audience that may also play a role in both the decisionmaking process and the implementation of that decision.

*Dep't of Transp. v. Pub. Citizen*, 541 U.S. 752, 768 (2004). By focusing agency and public attention on the environmental effects of proposed agency action, "NEPA ensures that the agency will not act on incomplete information, only to regret its decision after it is too late to correct." *Marsh v. Or. Natural Res. Council*, 490 U.S. 360, 371 (1989).

Under NEPA, an agency must take a "hard look" at the proposed action's environmental impacts. *Neighbors of Cuddy Mountain v. U.S. Forest Serv.*, 137 F.3d 1372, 1376 (9th Cir. 2014). "General statements about 'possible' effects and 'some risk' do not constitute a 'hard look' absent a justification regarding why more definitive information could not be provided." *Neighbors of Cuddy Mountain*, 137 F.3d at 1380; *Conservation Cong. v. Finley*, 774 F.3d 611, 621 (9th Cir. 2014).

Without "quantified, detailed information," BLM cannot adequately assess the project's environmental impacts. *See Neighbors of Cuddy Mountain v. U.S. Forest Serv.*, 137 F.3d 1372, 1380 (9th Cir. 1998). The agency may not simply rely on its staff's opinions without hard data. *Klamath-Siskiyou Wildlands Ctr. v. Bureau of Land Mgmt.*, 387 F.3d 989, 996 (9th Cir. 2004). But that is what BLM seeks to do here—it seeks to grant itself broad permission to undertake a wide range of actions across hundreds of thousands of acres of public lands without examining in any useful detail where exactly those projects will be implemented, what the projects will be, and how, combined, they will affect the environment. That is unlawful.

In several places, BLM refuses to analyze foreseeable environmental impacts or disclose specific details about the proposed action. For example, the EA never considers whether the planned range improvement projects would be consistent with the requirements of the 2015 Approved Resource Management Plan Amendment ("ARMPA") for greater sage-grouse. Rather, the EA states that an

2

"evaluation" would be conducted prior to construction. EA at 15. This deprives the public of important information and frustrates NEPA's purpose to foster informed decisionmaking. The EA goes on to make similar statements about riparian restoration projects, *id.*, and prescribed fire. *Id.* at 20.

BLM is also required establish and discuss the environmental baseline. "The establishment of a 'baseline' is not an independent legal requirement, but rather, a practical requirement in environmental analysis often employed to identify the environmental consequences of a proposed agency action." *Oregon Natural Desert Ass'n v. Jewell*, 840 F.3d 562, 568 (9th Cir. 2016) (holding that the BLM violated NEPA by failing to establish baseline presence or absence of sage-grouse in area affected by proposed wind energy development). "It is against baseline information that environmental impacts are measured and evaluated; therefore it is critical that the baseline be accurate and complete." *Landwatch v. Connaughton*, 905 F. Supp. 2d 1192, 1197 (D. Or. 2012). *See also Northern Plains Resource Council, Inc. v. Surface Transp. Bd.*, 668 F.3d 1067, 1083–85 (9th Cir. 2011) (finding that agency violated NEPA's requirement that it "provide the data on which it bases its environmental analysis," and that it failed to gather sufficient baseline data to allow it to take a hard look at environmental impact of proposed railroad construction); *Conservation Northwest v. Rey*, 2009 WL 4897727, at *9 & n.12 (W.D. Wash. 2009) (noting that "[a]llowing an agency to ignore a change by deciding that it is of little consequence is a slippery slope to eroding the meaningfulness of a baseline").

Finally, BLM must include a robust discussion of cumulative impacts. CEQ regulations define "cumulative impacts" as those which, "when viewed with other proposed actions have cumulatively significant impacts and should therefore be discussed in the same [document]." 40 C.F.R. § 1508.25(a)(2). The regulations add that a cumulative impact:

> is the impact on the environment which results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or non-Federal) or person undertakes such other actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time.

40 C.F.R. § 1508.7. As noted, an adequate cumulative effects analysis requires some "quantified or detailed" information. *Klamath-Siskiyou Wildlands Ctr.*, 387 F.3d at 993. *Cf. Sierra Club v. Bosworth*, 510 F.3d 1016, 1028-30 (9th Cir. 2007) (requiring consideration of cumulative impacts for activities covered by categorical exclusion for fuel reduction activities); *Soda Mountain Wilderness Council v. Norton*, 424 F. Supp. 2d 1241, 1266-67 (E.D. Cal. 2006) (finding one-page cumulative impact analysis inadequate).

Generalized, conclusory statements about the insignificance of cumulative effects or how they will be effectively mitigated will not suffice. *Te-Moak Tribe of Western Shoshone of Nevada v. U.S. Dept. of Interior*, 608 F.3d 592, 606 (9th Cir. 2010) (failure to include quantified or detailed information on cumulative effects of past, present, and reasonably foreseeable mining activities).

3

*See also Great Basin Mine Watch v. Hankins*, 456 F.3d 955, 971-74 (9th Cir. 2006) (holding cumulative impact analysis for gold mining operations inadequate because it consisted of "vague and conclusory statements, without any supporting data" and lacked any explanation for why other mining projects were not explicitly discussed).

Agencies not only have an obligation to discuss the cumulative impacts of related projects; they also have an "affirmative duty to locate, describe, and consider other projects that could have cumulative impacts when combined with the project under consideration." *Edwardsen v. United States Dep't of the Interior*, 268 F.3d 781, 786 (9th Cir. 2001), citing 40 C.F.R. § 1508.25(c)(3); *Kettle Range Conservation Group v. United States Forest Serv.*, 148 F. Supp. 2d 1107, 1129 (E.D. Wash. 2001). In assessing cumulative impacts, "the [agency] must give a sufficiently detailed catalogue of past, present, and future projects, and provide adequate analysis about how these projects, and differences between the projects, are thought to have impacted the environment." *Lands Council v. Powell*, 395 F.3d 1019, 1028 (9th Cir. 2005). *See also Western Watersheds Project v. Kraayenbrink*, 620 F.3d 1187, 1207 (9th Cir. 2010) (failure to address combined effects of various reductions in opportunities for public participation in process of issuing grazing allotments); *League of Wilderness Defenders-Blue Mountains Biodiversity Project v. United States Forest Serv.*, 549 F.3d 1211, 1218–19 (9th Cir. 2008) (identification of one past timber sale and general statement that other timber sale had occurred insufficient); *Oregon Natural Res. Council Fund v. Goodman*, 505 F.3d 884, 892-93 (9th Cir. 2007); *Oregon Natural Res. Council Fund v. Brong*, 492 F.3d 1120, 1133 (9th Cir. 2007).

The EA does not adequately analyze the environmental baseline or cumulative effects because it lacks detailed information about past, present, and ongoing impacts within the project area. These include other vegetation management projects, grazing permits and leases, results of land health assessments, existing road networks and lands open to cross-country motorized travel, utility rights-of-way, wind and solar development, wildfire, and emergency stabilization and rehabilitation ("ESR") treatments. Notably, the EA fails to even mention or discuss the Hamlin Valley Habitat Improvement Project, DOI-BLM-UT-C010-2019-0005-EA, a major vegetation project currently in planning that would take place just across the Utah border.

In sum, the EA's failure to discuss several potentially significant direct, indirect, and cumulative impacts renders it inadequate under NEPA and unlawful. The remainder of this letter discusses specific resource issues that are not adequately examined in the EA.

## II.   Note on References to the 2019 ARMPA Amendments

Throughout, the EA cites the 2019 ARMPA amendments in addition to the 2015 ARMPAs, even though the 2019 amendments have been held unlawful and enjoined by a federal court. *Western Watersheds Project v. Schneider*, No. 1:16-cv-00083-BLW, ECF 189 (D. Idaho Oct. 16, 2019). The court explained in its decision that the 2019 plans and accompanying environmental impact statements: (1) "contained substantial reductions in protections for the sage grouse (compared to the 2015 Plans) without justification," (2) "failed to comply with NEPA's requirement that

4

reasonable alternatives be considered," (3) "failed to contain a sufficient cumulative impacts analysis as required by NEPA,"(4) "failed to take the required 'hard look' at the environmental consequences of the 2019 Plan Amendments," and (5) violated NEPA's public participation requires with respect to BLM's decision to eliminate mandatory compensatory mitigation. *Id.* at *25. The injunction is still in effect because BLM has not remedied the flaws in the 2019 plans. Until this happens, the 2019 plans should not be cited in agency planning decision documents. Doing so only serves to mislead the public about the applicable plan requirements.

## III.   The Project Design is Not Responsive to the Area's Restoration Needs

The EA identifies several departures from desired or historical conditions that result from systemic land management practices within the Project area. It will therefore take systemic changes to resolve them for the long term. The resource concerns that this project is trying to address are common throughout the West. BLM and other federal agencies routinely propose expensive vegetation treatment projects to fix these problems, but care must be taken that treatments don't actually exacerbate resource impacts (i.e., Bradley et al. 2016). Mechanical restoration projects by their very nature are expensive and prone to failure.

One reason for this is that BLM and other agencies often fail to consider why restoration is required in the first place. The symptoms of improper land use tend to be conflated with the effects of vegetative growth and woodland expansion, leading to costly, ineffective, and ultimately harmful interventions in natural successional processes (Jones 2019 and sources cited therein).

For instance, the long history of intensive livestock grazing in pinyon-juniper woodlands and sagebrush shrublands has diminished and altered the composition of herbaceous vegetation, leading to widespread degradation of understory conditions (Graham and Sisk 2002, Burkhardt 1996, Milchunas 2006, PRIA 1978). Although there is little hard data on historical woodland fire histories, many researchers believe that intensive grazing since the late 1800s has dramatically reduced understory growth and altered fire regimes throughout the West. Major changes include decreases in cool-season grasses and biological crusts (e.g., Reisner et al. 2013), and increases in grazing-resistant plants such as snakeweed and big sagebrush (Graham and Sisk 2002). Grazing has also promoted the invasion and dominance of non-native, grazing-tolerant annuals such as cheatgrass (Mack and Thompson 1982, Reisner et al. 2013).

It is clear that land management practices have led to the current problem and that comprehensive management changes, including changing problematic practices and policies, will be required to create a truly healthy landscape. The understories of pinyon-juniper and sagebrush in the project area are already prone to erosion and desertification due to improper land use. Removal of trees or shrubs in these areas will therefore result in significant, permanent losses to site productivity and erosive watershed conditions. Moreover, treated sites will fail to achieve desired conditions as long as inappropriate land-use practices are continued after treatment.

The Society for Ecological Restoration defines "ecological restoration" as "the process of assisting the recovery and management of ecological integrity." "Ecological integrity" includes "a critical

5

range of variability in biodiversity, ecological processes and structures, regional and historic context, and sustainable cultural practices." According to this definition, many of the proposed treatments are not appropriate or effective forms of restoration. There is already a great diversity of species within pinyon-juniper woodlands, sagebrush shrublands, and the transition zones between them. The removal of trees and shrubs will not, by itself, assist in the restoration of native biodiversity or ecological processes.

For sites that should be pinyon-juniper forests, tree clearing to restore the ecosystem is inappropriate. The same can be said for sagebrush removal in sagebrush communities. Ecological restoration by tree or shrub removal to replicate historic fire patterns is not supported for most pinyon-juniper stands in this region. Fire intervals were never frequent in these ecosystems (Romme et al. 2009; Bukowski and Baker 2013).

Where sagebrush communities are identified as sage grouse habitat, additional concerns are raised about any reduction of the amount of sagebrush canopy. 20-38% percent sagebrush canopy cover has been cited as a desired condition for nesting sites in the most widely used agency management guidelines (Connelly et al. 2000). Good winter habitat for sage grouse often has higher canopy cover amounts. Vegetation treatments for sagebrush cover under 30% are not recommended (Connelly et al. 2000). In addition, prescribed fire is not recommended for sagebrush where the annual precipitation is less than 12 inches per year (Connelly et al. 2000, Hagen et al. 2007, Beck et al. 2009).

While selective hand-cutting of pinyon and juniper has been shown to benefit sage-grouse nesting habitat where other factors are not limiting (Severson et al. 2017), there is no scientific basis for the proposed chaining, mowing, mastication, or prescribed fire treatments. (see Jones 2019 and sources cited therein).

Once the desired community for restoration is accurately described, the factors that led to today's degraded state need to be identified. Ecological restoration cannot succeed without eliminating the factors that lead to degradation. As noted, livestock grazing has led to tremendous shifts in forest and shrubland plant communities (Weisberg and Bugmann 2003). Where current livestock grazing practices are a factor, grazing practices will need to change as a part of ecological restoration. Similarly, where cheatgrass invasions have changed the fire cycle of the site, action will need to be taken to restore the balance of native species.

## IV.    The EA Fails to Disclose Likely Negative Impacts From the Proposed Treatments

Taking a "hard look," requires examining both the positive and negative impacts of the proposed action. The EA fails to do this. For example, the EA's entire analysis of adverse impacts to vegetation resources consists of a single sentence claiming that "minor effects" "could occur." EA at 24. This is wholly inadequate.

Studies and past experience indicate that many vegetation treatments will fail, with significant negative consequences for resource values following the disturbance caused by the treatment (e.g.,

6

Arkle et al. 2014). Such consequences can include invasion by exotic weeds and failure of grasses and forbs to reestablish even after seeding. Jones (2019) reports that:

> [S]ubstantial among-site variation in key ecological attributes will likely always cloud our ability to predict specific outcomes for many sites. Interannual variation, especially in the availability of water in spring, blurs predictive ability further." Archer and Predick (2014) agree, stating that "our ability to predict ecosystem responses to treatments is limited for many attributes, (e.g., primary production, land surface-atmosphere interactions, biodiversity conservation) and inconsistent for others (e.g., forage production, herbaceous diversity, water quality/quantity, soil erosion, and carbon sequestration)." The ecological legacies of past and current management make prediction of outcomes even more difficult (Monaco et al. 2018; Morris et al. 2011; Morris and Rowe 2014; Morris et al. 2014).

Even treatments judged successful in terms of meeting a project's goals will have negative consequences. For example, use of heavy equipment or improvement of access tracks may cause permanent destruction of biological soil crusts, soil water loss, and erosion. Removal of pinyon will decrease resources for pinyon-dependent species (see discussion of pinyon jay, below). Another important negative outcome can be loss of soil carbon as woody material is burned or degraded by decay following treatment, with a concomitant contribution to global warming.

In order to choose among alternatives, including the no-action alternative, there must be a hard look at both pros and cons. Because many of the negative effects may not be fully apparent for years (Jones 2019), it is essential that analysis refer to the body of scientific studies on recovery following vegetation treatments in an attempt to predict likely outcomes.

## V.    Ecological Value of Pinyon-Juniper Woodlands

One especially notable omission from the EA is the lack of any detailed discussion of adverse impacts to the pinyon-juniper woodlands that will be destroyed by the proposed treatments.

Pinyon and juniper forests are ecologically rich areas that provide habitat for at least 450 species of vascular plants and 150 species of vertebrates (Buckman and Wolters 1987). Important game species such as elk, mule deer, and wild turkey are year-round residents in pinyon-juniper woodlands and depend on this habitat for food and cover (Martin et al. 1961; Nesom 2002). Pinyon-juniper woodlands also support high avian abundance and diversity, with many obligate and semi-obligate species, and with a low level of avian community similarity to other forest habitats (USDA 1999). For example, Sieg (1991) found higher bird abundance in pinyon-juniper woodlands in Utah during every season than were found in adjacent grasslands.

The impacts of the widespread removal of pinyon and juniper woodlands on this biodiverse community is not well understood. As discussed below, the pinyon jay—and pinyon-juniper obligate—is one of the fastest and most persistently declining land bird species in the intermountain West. But even though the population has fallen by more than 50% from 1968 to

7

2015, the pinyon jay has not been widely studied, and little is known about the factors responsible for its diminishing numbers. At the same time, the purported benefits of pinyon and juniper removal have not been conclusively verified by the available scientific literature, and many questions on this topic remain unanswered.

## VI. BLM Must Verify Whether Pinyon-Juniper Woodlands are Actually "Encroaching" Within the Project Area

"Encroachment" of juniper into shrublands is often used as a justification for a wide array of treatments. But there is considerable controversy over whether the increase in these species is really an expansion at all. It may be a reversion back to a more natural "pre-contact state," natural ecological succession in response to climate change, or succession in response to uses such as livestock grazing. A study conducted for the Cedar City BLM Planning Area found that while pinyon-juniper forests increased in range since the early 20th century most of this growth was recovery from deforestation that occurred in the late 19th century (Catlin et al. 2012).

The Sagebrush Steppe Treatment Evaluation Project (SageSTEP) has assembled a number of studies that argue that there has been in some cases up to a tenfold expansion of density and distribution of pinyon and juniper woodlands during the past 130 years (Burkhardt and Tisdale 1969; Tausch et al. 1981; Tausch and Tueller 1990; Tausch and West 1995; Bunting et al. 1999; Bates et al. 2000; Miller et al. 2000; Roberts and Jones 2000; Miller and Tausch 2001; Miller et al. 2005; Tausch and Hood 2007; Miller et al. 2008; Romme et al. 2009, McKay 2010). But to fully understand the claim that there has been substantial expansion of pinyon-juniper forests in the Intermountain West, we need to look further back and understand the pre-settlement history of pinyon juniper forests, as well as the large-scale juniper and pinyon forest removal that occurred 150-160 years ago.

Pinyon and juniper forests have been widespread in the Intermountain West for thousands of years (Van Devender 1971, Cole 1990). As one would expect, climactic changes during that period have changed the location and extent of these forests, but this alone is not an argument for their removal.

Further, human activities since the mid-1800s have had a significant impact on pinyon and juniper woodlands. Early Euro-American settlers depended on local sources of wood. Historically, large numbers of trees were cut to make fences (Shaw 1997, Morrel et al. 1999). Pinyon and juniper were also an important source of wood for mining operations, which used pinyon and juniper trees for mine supports, buildings, and fuel for smelters and kilns. Throughout the late 1880s, mining communities consumed enormous quantities of local pinyon and juniper (Lanner 1981). For example, the Comstock mines in western Nevada consumed 18 million board feet of timber annually, while mines in Eureka, Nevada used 17,850 bushels of charcoal per day. By about 1870, forests had been depleted for a distance of 50 miles around Eureka, and to similar extents around other communities including Cedar City, Utah (Catlin et al. 2012).

As mining operations declined and switched to other sources of fuel around the turn of the 20th century, the forests began to return. Many places in which pinyon and juniper are assumed to be

8

"encroaching," (i.e., where trees are 120 years old or younger) are in fact appropriate sites for pinyon-juniper woodland based on soil characteristics, and are likely recovering from past deforestation during the early mining era. (Miller and Rose 1995; Miller et al. 2000; Catlin et al. 2012).

Later deforestation occurred as pinyon-juniper woodlands were chemically and mechanically "treated" by federal range managers (Nesom 2002). Historical treatments used many of the same methods proposed here, including burning and chaining. Accurate records of these early projects are not available, but Lanner (1981) estimates that three million acres of woodland were removed and converted to livestock forage between 1960 and 1972 alone. As the EA acknowledges, many of the treated sites remain in poor condition today. *See* EA at 16 (describing proposed re-treatments of "treatment areas" currently exhibiting declines in herbaceous cover and increases in tree and shrub cover). The continual need for retreatment, cited in this EA as well as other BLM decisions, suggests that the proposed actions are not effective or appropriate methods of ecological restoration.

It further appears that BLM's data on this issue is seriously flawed. BLM reports that within "sagebrush communities," the lowest pinyon-juniper cover reported was 19%. EA at 23. In other words, BLM asserts that there is no place in the project area without notable pinyon-juniper canopy cover. Yet viewing the area on Google Earth reveals large areas of sagebrush with zero tree cover. Further, a GIS analysis using the SWGAP vegetation layer shows that the distribution and density of pinyon-juniper woodlands in the project area is not abnormal or excessive. BLM should collect site-specific data and reevaluate its assumptions regarding alleged "encroachment."

## VII. The Proposed Treatments Will Not Reduce Wildfire Risk

As one of BLM's primary goals for the project is to reduce wildfire frequency and severity, BLM must acknowledge that there is little evidence supporting the removal pinyon, juniper, or sagebrush for this purpose. Prior to European settlement, fire in pinyon and juniper communities was thought to be rare in general, and fire cycle in persistent pinyon-juniper communities were likely hundreds of years (Romme et al. 2009; Jones 2019). When fires did occur, they were often severe. Anthropogenic factors such as fire suppression, grazing, the spread of flammable invasive species, and climate change have altered the fire dynamics of these communities. At present, there is little research supporting the contention that removing pinyon and juniper reduces fire frequency. And because treatments often increase flammable non-natives (either through invasion or seeding), they may further shorten the fire cycle rather than restore the natural fire regime.

In sagebrush communities, fire is also infrequent and high-intensity (Bukowski and Baker 2013). Historical fire return intervals have been estimated at 171-342 years for Wyoming Big Sagebrush and 137-217 years for mountain big sagebrush. Neither sagebrush nor pinyon-juniper have evolved adaptations to frequent fires, and both take a long time to recover after a burn.

Large-scale vegetation removal, moreover, can have many unintended ecological consequences. For example, exotic annuals such as cheatgrass can outcompete the native forbs and grasses that

treatments are intended to increase. Although many studies have found that pinyon and juniper treatments increase herbaceous production, much of this increase often comes in the form of invasive annuals, which do not improve overall ecological conditions (Jones et al. 2019 and sources cited therein).

Sagebrush and pinyon-juniper removal can also have climate impacts. Large-scale mechanical vegetation removal—and associated destruction of biological soil crusts—reduces the landscape's ability to safely sequester carbon. Pinyon and juniper forests, in particular, store a disproportionate amount of carbon compared to other land cover types, such as sagebrush and grasslands. Studies have found that the expansion of shrubs and trees actually sequesters carbon, and removing them could result in the release of stored carbon into the atmosphere (Campbell et al. 2012), leading in turn to additional warming and increasingly extreme fire behavior. BLM must consider these effects in the final EA.

## VIII.    BLM Should Not Conduct Sagebrush Removal or Reduction Treatments

The Proposed Action includes 248,825 acres of "direct" sagebrush treatments, but fails to consider the likely adverse impacts from sagebrush removal or mowing. EA at 30.

Federal range managers have long sought to reduce sagebrush cover on the assumption that it will increase forage for livestock and wildlife (Wiesbert 2010). This may be true in the short-term, but sagebrush treatments often have unintended adverse consequences, including increases in non-native, invasive annual grasses that increase fire risk (Jones 2019). Nor are "direct sagebrush treatments," as proposed in the EA, recommended for increasing or improving habitat for sagebrush obligates (Beck et al. 2012; Braun et al. 1977; Connelly et al. 2000; Fischer et al. 1996; Peterson 1995; Swenson et al. 1987; Wallestad 1975).

Many sagebrush-obligate wildlife species prefer higher sagebrush cover than is generally desired by range managers (Grinnel et al 1930; Rasmussen and Griner 1938;  Feist 1968; Best 1972; Winter and Best 1984; Petersen and Best 1986; Knick and Rotenberry 1995). This implies that higher sagebrush cover percentages are both natural and desirable. The Brewer's sparrow and sage sparrow prefer 20-36% sagebrush cover (Welch and Criddle 2003), while sage-grouse in the Strawberry Valley were found to have the highest nesting success in areas of 50% sagebrush canopy cover (Rasmussen and Griner 1938). Reviewing the literature on this topic, Welch and Criddle (2003) concluded that the 10-20% canopy cover often cited by land managers as "natural" is not supported by the available data. In any event, an overabundance of sagebrush has never been identified as a threat to sage-grouse or other sage-grouse obligates.

This is yet another area in which the effects of overgrazing are often conflated with the effects of woody vegetation (Jones 2019). Ungrazed areas have been found to have high sagebrush canopy cover, high perennial bunchgrass cover, and low bare ground percentages (Mueggler and Stewart 1980, Jones 2000). Sagebrush communities at their ecological potential have little bare ground and can be dominated by perennial grasses and biological soil crusts in the absence of grazing.

10

Nor are sagebrush treatments recommended as a means of establishing natural fire intervals. Range managers often argue that sagebrush is dependent on regular thinning by 10-40 year fire intervals, but Bukowski and Baker (2013) found that actual fire return intervals are much longer, and may be as much as 342 years. Welch and Criddle (2003) note several characteristics of big sagebrush—including its long life span, high flammability, and lack of fire resistance adaptations—that suggest sagebrush in the Intermountain West did not evolve with frequent fire.

## IX.    The EA Fails to Consider Impacts to Biological Soil Crusts

The EA's analysis of biological soil crusts consists of a single sentence: "Microbiotic crusts that are present in the area could also be disturbed or destroyed during mechanical treatments." EA at 20. This is insufficient and shows that BLM has not taken the necessary "hard look" at the project's impacts.

Biological soil crusts are an integral component of Great Basin ecology and play a critical role in resisting annual grass invasion and increasing ecological resilience (Root et al. 2019, Chambers et al. 2014). Research has shown that biological soil crusts are sensitive to perturbations including mechanical disturbance, increased frequency and intensity of fire, globally increasing temperatures, and increased UV radiation (Belnap 2003). Loss of crusts leads to increased soil loss from wind and water erosion, as well as a decrease in nitrogen and carbon. Damage that results in even small soil losses can dramatically reduce site fertility and soil surface stability, especially when exacerbated by climate change (i.e., Harper and Marble 1998, Belnap and Eldridge 2001), which impacts the land's ability to meet the Nevada Standards and Guidelines for Range Management.

The heavy equipment used in treatments causes a great deal of surface disturbance, which damages biological soil crust and causes soil compaction. Depending on soil type and precipitation levels, regeneration of soils and late seral stage crusts can be a decades-long process. (Barnard et al. 2019)

## X.    The EA Does Not Consider the Risk of Cheatgrass Invasion

The EA fails to discuss the potential for exotic plant spread—a potentially significant impact of the proposed action. As with many other resources, BLM's analysis of adverse impacts consists of a single sentence speculating that cheatgrass "may increase after treatment." EA at 25.

Because cheatgrass is already extensively established in the project area today, exotic grass invasion is foreseeable and has important long-term implications for native plant communities, ecosystems, and wildlife. Melgoza and others (1990) studied cheatgrass soil resource acquisition after fire and noted its competitive success owing to its ability to suppress the water uptake and productivity of native species for extended periods of time. They further showed that cheatgrass dominance is enhanced by its high tolerance to grazing. Its annual life-form coupled with the abilities to germinate readily over a wide range of moisture and temperature conditions, to quickly establish an extensive root system, and to grow early in the spring contribute to its successful colonization. In addition, Melgoza and others showed that cheatgrass successfully competes with

11

the native species that survive fire, despite these plants being well-established adult individuals able to reach deeper levels in the soil. This competitive ability of cheatgrass contributes to its dominance when lands experience synergistic disturbances from grazing, mechanical treatments, and fire.

The most important factors for preventing cheatgrass invasions are biological soil crust and bunchgrass community structure, abundance, and composition. Bunchgrasses provide groundcover and impede connectivity of gaps where cheatgrass establishes. Cattle grazing increases susceptibility by decreasing bunchgrass abundance and altering bunchgrass composition, as well as trampling soil crusts and other plants, thereby connecting gaps and increasing open ground (Reisner et al. 2013; Chambers et al. 2014) In order to prevent cheatgrass invasions, managers must restore bunchgrass cover and diversity, and allow biological soil crusts to establish.

## XI.    The EA Ignores the Cumulative Impacts of Livestock Grazing

BLM must consider all direct, indirect, and cumulative environmental impacts of the proposed action, including the interactions between livestock grazing and vegetation or habitat management. 40 C.F.R. §§ 1502.16, 1508.8, 1508.25(c). Such impacts include "effects on natural resources and on the components, structures, and functioning of affected ecosystems," as well as "aesthetic, historic, cultural, economic, social or health [effects]" 40 C.F.R. § 1508.8(b).

Persistent livestock grazing is a component of the compromised ecological condition of the Great Basin's shrublands and woodlands. BLM must analyze the effects of livestock grazing on the success of the proposed vegetation treatments in achieving and maintaining desired future conditions as they relate to fire, migratory birds, native reptiles and amphibians, and other sensitive species populations and habitats. Livestock grazing has had numerous, long-lasting negative impacts to arid western ecosystems (Fleischner 1994). Some major effects of livestock grazing that are relevant to accomplishing the project purpose are given here:

- Livestock grazing decreases understory biomass and density, reducing competition with conifer seedlings and reducing the ability of the understory to carry low-intensity fire, contributing to dense forests and woodlands with altered species composition (Belsky and Blumenthal 1997).

- Grazing significantly reduces water infiltration into the soil, and rest from grazing allows infiltration rates to recover. USDA research has found that excluding cattle from a landscape for five growing seasons "significantly increased: (1) total vegetative cover, (2) native perennial forb cover, (3) grass stature, (4) grass flowering stem density, and (5) the cover of some shrub species and functional groups" (Kerns et al. 2011).

- Removal of livestock grazing pressure from riparian areas has been found to have a positive effect on growth, distribution, and vigor of riparian communities (Schulz et al. 1990).

12

- Livestock grazing also degrades water quality by increasing water temperatures in several ways. It widens channels due to bank damage from trampling and sedimentation, leading to elevated water temperature via the loss and suppression of riparian vegetation that provides stream shade (Kondolf et al, 1996. Beschta et al 2013). Trampling impacts are substantial even in the absence of shade loss (Rhodes et al. 1994). This is a serious impact because elevated water temperature adversely affects numerous aquatic species, including those which occur near this project area.

- Grazing of the most nutritious plants by livestock results in a loss of forage for native species and can alter habitat or insect prey base (Donahue 1999; Kie et al 1991).

- Livestock facilitate the spread of exotic species, particularly in combination with fire, and reduce the competitive and reproductive capacities of native species (Brooks et al. 2004). Exotic plant species, once established, can displace native species, in part, because native grasses are not adapted to frequent and close grazing in combination with fire disturbance (Mack and Thompson 1982; Melgoza, et al. 1990; Belsky and Gelbard 2000).

- Grazing also has negative effects on songbirds, reptiles, and other mammals especially if their habitat is close to the ground (Finch and Block 1997).

Our primary concern with respect to grazing is that the EA does not acknowledge assess the inextricable cause-effect relationship between livestock management activities and this proposed habitat management action. To pursue this project without significantly modifying livestock grazing is surely to result in increasingly diminished ecosystem productivity, integrity, and resilience. It is imperative that BLM adequately analyze the cumulative impact of cattle grazing (and associated "range management" practices, including range improvement projects) with proposed vegetation treatments, in addition to drought and higher temperatures that are increasing as a result of climate change. BLM has a responsibility to steward the public's natural resources and protect the taxpayer's investment so as not to require further vegetation treatments in the future. Can BLM ensure that post-treatment grazing practices will not continue to impact resources and lead to a need for retreatment?

Livestock selectively remove plant species, facilitate the establishment and spread of invasive species, trample biological soil crust, and exacerbate channel incision in watersheds. Livestock grazing pushes sage habitats from a bunchgrass dominated state to a shrub dominated state (Pyke 2011). For restoration to succeed, cattle grazing within the project area must be managed to be compatible with support of sagebrush and woodland dependent species, reduction of channel incision, support and restoration of biological soil crust to prevent further erosion, prevention of dust generation, and support of native understory vegetation.

13

Subsequent livestock management is a critical long-term influence on restoration treatment success. This stressor is almost never addressed in management plans, and is not addressed in the EA. Overgrazing removes fine fuels, reducing fire frequency and competition and facilitating expansion of woody species. Livestock and wildlife tend to concentrate in seeded areas, which leads to soil compaction, soil surface disturbance and erosion, and overuse of vegetation. The USDA recommends removing grazing for at least 3 to 5 years after restoring sage habitats, and inoculating seed or soil with microorganisms and fungal mycorrhizae that are missing from the soil when seeding with native plants (USDA 2005). Because soils across much of the Great Basin are already largely depleted of soil crusts and bunchgrass cover, BLM should remove livestock for more than just 3 to 5 years.

Livestock grazing is also an important factor to consider with respect to woodland health and fire regime. It directly contributes to fire hazard in the project area by impairing soil productivity and altering vegetation communities, which indirectly contribute to delayed fire rotations, increased woody vegetation density, and reduced forage opportunities for herbivorous species and predators. Livestock also disturb soil, introduce and enable seeds of exotic species to spread, and reduce the competitive and reproductive capacities of native species.

## XII.    The EA Fails to Consider Impacts to Pinyon Jay, A Species of Conservation Concern

There is no analysis anywhere in the EA of impacts to pinyon jay or other pinyon-juniper obligate species. The closest the EA gets is (again) a single sentence claiming that "the effects to migratory birds would range from negligible to major depending on the species and their habitat." EA at 34.

The pinyon jay (*Gymnorhinus cyanocephalus*) is a medium-sized jay found in the western U.S. across a number of states, an obligate and keystone species of pinyon-juniper woodlands in the west and southwest and a major pinyon pine seed disperser. It has suffered steep declines, exceeding that of the Greater Sage-Grouse (*Centrocercus urophasianus*), with 85% of the population lost since the 1960s (Sauer et al. 2017). Based on current trends, the population is expected to decline by an additional 50% by 2035 (Rosenberg et al. 2016). Though there are still substantial populations, the pinyon jay is on the Partners in Flight Yellow Watch List, identified as one of 39 "Species on the Brink" in the U.S. and Canada exhibiting "high vulnerability to extinction, steep population decline, and high urgency" and with a "range-wide loss in abundance [greater than] 1 million," and the most dependent on public lands management. This species is also on the U.S. Fish and Wildlife Service Birds of Conservation Concern list, is designated as a Species of Greatest Conservation Need in State Wildlife Action Plans for seven of the 12 states in which it is found, and is listed as Vulnerable on IUCN's Red List, suggesting a "high risk of extinction in the medium-future if current population declines continue."

Leading threats include the loss of pinyon-juniper habitat from pinyon-juniper reduction projects and drought, as well as climate change, though the precise mechanisms for the pinyon jay's decline are not currently well understood.

14

According to the State of New Mexico's Bird Conservation Plan (New Mexico Avian Conservation Partners (NMACP) 2020):

> [H]igh levels of thinning (where unthinned sites had 90% higher tree cover than chained sites) had significant effects on avian community structure. Magee et al. (2019) found that Pinyon Jay occupancy decreased locally in piñon-juniper wood land treated to reduce canopy cover from 36% to 5%. Another study found that Pinyon Jays avoided nesting within parts of a known colony site in persistent piñon-juniper woodland after the colony site was significantly thinned (87% reduction of trees per acre). However, a few birds continued nesting in untreated woodland adjacent to the treated area (Johnson et al. 2018). Based on the above-mentioned research, as well as recent habitat studies of Pinyon Jays (Johnson et al. 2014, 2015), it appears moderate to heavy wood land thinning has negative impacts on the quality of Pinyon Jay habitat.

> Many piñon-juniper management projects are conducted based on the assumption that piñon-juniper woodlands are invasive and expanding. While this was true in some areas in the past, and may be true in some areas today, as a whole this expansion has decreased or ceased (Kerr 2007, Miller at al. 2008, Sankey and Germino 2008). Additionally, climate change models predict a large-scale piñon-juniper die off in the future (Williams et al. 2010, McDowell et al. 2016).

Given its coevolved mutualism with pinyon pines, the pinyon jay's population loss will negatively impact other declining pinyon-juniper obligates like Juniper Titmouse (*Baeolophus ridgwayi*) and Gray Vireo (*Vireo vicinior*), among the more than 70 bird species that breed in this habitat.

The Fish and Wildlife Service recently published the Conservation Strategy for the Pinyon Jay (Somershoe et al. 2020) to guide managers in minimizing impacts to pinyon jay. One of their recommendations is to avoid nest colony sites, which are characterized by large trees with dense crowns that are used year after year. A 500-meter buffer of undisturbed habitat around a known breeding colony is recommended. The Conservation Strategy also recommends against thinning trees that produce pinyon nuts, which are critical to species survival. These are often older trees, but younger trees are also important to retain for future pinyon nut production.

## XIII.    BLM Must Consider All Direct, Indirect, and Cumulative Impacts on Sage-Grouse

The project area includes a large amount of sage-grouse nesting, brood-rearing, and wintering habitat, including 77,786 acres of priority habitat management areas (PHMA). EA at 36. PHMA is acknowledged as having the highest value to maintaining sustainable sage-grouse populations. Areas of PHMA generally coincide with areas identified by the U.S. Fish and Wildlife Service (FWS) as "priority areas for conservation" in the 2013 Conservation Objectives Team (COT) report (FWS 2013). The COT Report emphasized that "[m]aintenance of the integrity of PACs . . . . is the essential foundation for sage-grouse conservation." The COT Report also stated: "There is an urgent need to 'stop the bleeding' of continued population declines and habitat losses by

15

acting immediately to eliminate or reduce the impacts contributing to population declines and range erosion," and that "[t]here are no populations within the range of sage-grouse that are immune to the threat of habitat loss and fragmentation." "Achieving this objective requires eliminating activities known to negatively impact sage-grouse and their habitats, or redesigning these activities to achieve the same goal."

Sage-grouse populations have been in decline in the 1960s. Average population declines across the range of the species are estimated at 2% per year from 1965 to 2015, or a total of 66% over that same time period. Range-wide population declines prompted the FWS in 2010 to conclude that the greater sage-grouse was "warranted" for listing under the Endangered Species Act. More recently, a USGS study concluded that sage-grouse populations have plummeted by 80% since 1965. Half of that decline has happened since 2002. Declines have been especially severe in the Great Basin, where the primary sage-grouse conservation strategy has relied on treatments like those proposed here. This stands in contrast to the eastern portions of the bird's range, where conservation action has focused to a greater extent on addressing anthropogenic threats such as energy development and agriculture, and recent population declines have been less severe.

The EA states that the project will include "direct sagebrush treatments" such as prescribed fire, mowing, and chaining. These are not recommended in sage-grouse habitat and have been shown to have negative impacts, particularly where mowing and other techniques are used to reduce sagebrush cover (e.g., Beck et al. 2012; Braun et al. 1977; Connelly et al. 2000; Fischer et al. 1996; Peterson 1995; Swenson et al. 1987; Wallestad 1975). As noted, treatments in both sagebrush and pinyon-juniper habitats can also favor invasive annual grasses, which reduce habitat value in increase fire risk (Jones 2019).

Some studies have shown that targeted removal of pinyon and juniper can help sage-grouse (e.g., Severson et al. 2017). However, success depends largely on site potential and the phase of the pinyon-juniper community (Bates et al. 2017). While the removal of scattered trees (i.e., Phase I) in otherwise intact sage-steppe might improve nesting success in some circumstances, these results do not justify the widespread removal of Phase II and III pinyon-juniper woodlands. Like sagebrush treatments, pinyon and juniper removal can have negative consequences, particularly the invasion of non-native annual grasses (Jones et al. 2019). At some sites, moreover, the shrub-steppe successional phase may not be expressed (Miller et al. 2000), and thus treatments at these sites would not benefit sage-grouse.

Wildland fire is one of the most immediate and pervasive threat to sage-grouse, especially in the Great Basin. However, BLM needs to be clear about the factors driving more frequent and intense fires and design an effective response based on credible scientific recommendations. FWS's COT report lists a number of measures agencies should take to prevent fire in sage-grouse habitats. These include: managing for healthy native perennial grass communities; managing land uses such as livestock grazing and OHV recreation that spread invasive annual grasses and facilitate fire ignition; addressing the degradation of sagebrush systems before it occurs by, for example,

16

improving livestock grazing systems; and closing highly flammable lands to OHV use during the fire season (FWS 2013). Such reasonable measures are conspicuously absent from the EA. Instead, BLM relies on highly impactful methods such as mowing, chaining, and prescribed fire, which have not shown to be effective and bring with them a host of adverse consequences. In particular, these actions threaten to increase fire risk in the project area by facilitating the spread of highly flammable invasive and introduced grasses.

## XIV.    BLM Should Use Only Native Seed

BLM's proposed seed mix for restoration treatments is not discussed in the EA, but it is implied from BLM's rejection of a "native seed only" alternative that BLM intends to use non-native seeds. *See* EA at 8. This will frustrate BLM's stated restoration goals and accelerate the decline of pinyon-juniper and sagebrush ecosystems.

It is critically important that the BLM use genetically appropriate native seed to restore treated landscapes. Both the 2015 Integrated Rangeland Fire Management Strategy (DOI 2015) and the National Seed Strategy (Plant Conservation Alliance 2015) highlight the importance of using native seed. When alien plants are released into a new environment, they are free from all of their native herbivores, commonly referred to as "enemy release" (Keene and Crawley 2002). This results in unnaturally dense, fire-prone seedings.

BLM should avoid planting non-native species like forage kochia and crested wheatgrass. Exotic forage grasses have already been seeded on large tracts of the Great Basin. While these non-native species may compete with other non-native grasses such as cheatgrass, they can also form monocultures with little sagebrush cover and low diversity of understory vegetation (Heidinga & Wilson 2002). Consequently, "the cheatgrass-wildfire cycle has indirectly resulted in additional loss of native plant diversity as a result of the common practice of planting introduced wheatgrasses, primarily crested wheatgrass, after wildfires" (Pellant & Lynse 2005). Crested wheatgrass "hinder[s] colonization by native species while planted native grasses do not" (Bakker & Wilson 2004).

Because seeding success is critical to treatment success, BLM should make all treatments contingent on the availability of genetically appropriate seeds collected from the areas to be treated before treatment. Crested wheatgrass, Siberian wheatgrass, and other non-native cultivars of other grasses should not be used for fuels reduction projects because of their tendency to become dense monocultures and to compete with native grasses.

## XV.    BLM's Adaptive Management Framework is Inadequate

BLM should establish (and hold iteslf accountable to) multi-scale monitoring, information sharing, and adaptive management. The scientific literature and BLM's management documents readily acknowledge that sagebrush restoration and conservation is an evolving science and that adaptive management (including deliberate experimentation, learning, and feedback loops) are integral to a large-scale restoration program. Absent these broader elements, it's difficult for the BLM to

17

adequately or objectively  evaluate the project's impact and iteratively improve its scientific understanding and implementation efficacy.

While the term "adaptive management" is often called for in land management plans and policies, it rarely is utilized in a deliberate proactive way that bears fruit. Per Stankey et al. (2005), "while adaptive management might be full of promise, generally it has fallen short on delivery." Adaptive management is not a "trial or error" process (Schultz and Nie 2012; Gann et al. 2019) but rather requires "explicit designs that specify problem-framing and problem-solving processes, documentation and monitoring protocols, roles, relationships, and responsibilities, and assessment and evaluation processes." (Stankey et al. 2005; Keenleyside et al. 2012) It also requires deliberate learning and feedback loops and some level of accountability for assuring that new information is applied to future decision-making. *See, e.g., Western Watersheds Project and Randall Hermann v. United States Forest Service*, CV-05-189-E-BLW, 2007 WL 129038 (D. Idaho 2006) (Simply proposing that BLM will use future "adaptive management" protocols, without defining or discussing the implementation of those protocols, is inadequate.) Hence, the BLM should design a programmatic multi-scale monitoring and adaptive management framework that will facilitate learning, test hypotheses, and ultimately lead to more effective local and region-wide management.

## XVI.   BLM Should Not Conduct Mechanical Treatments in Lands With Wilderness Characteristics

The EA is unacceptably vague regarding the extent and nature of treatments in lands with wilderness characteristics ("LWCs"). Nevertheless, any mechanical treatment would be inconsistent with BLM's mandate to preserve the wilderness characteristics of these areas.

The Federal Land Policy and Management Act ("FLPMA") requires BLM to identify and protect LWCs. 43 U.S.C. § 1782. BLM must also consider impacts to the wilderness character of these lands in its NEPA analysis. *See Or. Natural Desert Ass'n v. BLM*, 531 F.3d 1114 (9th Cir. 2008).

Here, BLM's EA contains a cursory analysis that fails to acknowledge substantial impacts to the wilderness characteristics of the affected areas.

Congress defined Wilderness as "an area where the earth and its community of life are untrammeled by man" and an area "retaining its primeval character and influence" which "generally appears to have been affected primarily by the forces of nature." 16 U.S.C. § 1131(c). Howard Zahniser, one of the drafters of the Wilderness Act, stated in a 1957 speech discussing the Wilderness Bill that "[w]e describe an area as wilderness because of a character it has—not because of a particular use that it serves.  A wilderness is an area where the earth and its community of life are untrammeled by man.  (Untrammeled—not untrampled—untrammeled, meaning free, unbound, unhampered, unchecked, having the freedom of the wilderness.)."

Likewise, the BLM Manual acknowledges that "'untrammeled' refers to wilderness as essentially unhindered and free from modern human control or manipulation. This quality is impaired by

human activities or actions that control or manipulate the components or processes of ecological systems inside wilderness." BLM Manual 1.6(A)(2)(c)(i).

BLM fails to specify the activities that would take place within LWCs, and thus fails to adequately consider impacts to their natural and untrammeled character. To give an example, chaining obviously has a much greater impact on wilderness characteristics than hand-cutting, but the EA does not specify what kind of treatments would be authorized in LWCs. This violates NEPA's requirement to provide "quantified or detailed" information to the public.

BLM also makes improper assumptions about the effects of the proposed treatments. The main thrust of the agency's justification in the EA is that although the proposed actions will trammel the LWCs, they will make the LWCs more natural by changing the extent of occupancy by a native species. This makes no sense, and the agency has not explained why the extent of juniper cover is a departure from natural conditions, or how cutting down junipers will make the wilderness more "natural" (see discussion of "encroachment," above).

This is especially problematic because there is no historic baseline from which to gauge "naturalness," nor any reason to believe that even if it were possible to identify such a baseline, returning the wilderness to a historic state would be more "natural." This conundrum illustrates exactly why Howard Zahniser's foresight is so important. As the author of the Wilderness Act, he focused, primarily, on the "untrammeled" character of wilderness in the Wilderness Act knowing that what is "natural" for that area will necessarily flow from what is "untrammeled." The uncontrolled, unmanipulated processes in wilderness create the state of naturalness for that area. This provides us with a baseline from which to measure our management actions outside of wilderness. If we start managing wilderness and LWCs the same way we manage multiple-use lands, through active manipulation, we lose the untrammeled baseline and we thus lose what is "natural" for that area at that point in time. This project proposes to do exactly that.

## XVII.   Conclusion

Finally, as you are aware, NEPA requires that agencies "present complete and accurate information to decision makers and to the public to allow an informed comparison of the alternatives considered" in the EA. Therefore, the Center requests that all information used as part of the decisionmaking process for this project be posted online in a publicly available manner, preferably on a website that allows open access for all members of the public during all comment and objection periods for this project.

Thank you again for this opportunity to submit comments on the South Spring and Hamlin Valley Watersheds Restoration Plan. Please keep the Center informed of any new developments in the planning process. If you have questions or would like to discuss any of these issues further, please contact me at (802) 299-7495 or slake@biologicaldiversity.org

SSV_13268

Sincerely,

*/s/ Scott Lake*
Scott Lake
Nevada Legal Advocate
Center for Biological Diversity
PO Box 6205
Reno, NV 89513-6205
(802) 299-7495
slake@biologicaldiversity.org

**Attachments**

1. Jones, A, L. Welp, and J. Gardner. 2019. Do Mechanical Vegetation Treatments of Pinyon-Juniper and Sagebrush Communities Work? A Review of the Literature. Wild Utah Project.

2. Reisner, M.D., J.B. Grace, D.A. Pyke, and P.S. Doescher. 2013. Conditions favouring Bromus tectorum dominance of endangered sagebrush steppe ecosystems. Journal of Applied Ecology 50:1039-1049.

3. Romme, William H.; Craig D. Allen; John D. Bailey; William L. Baker; Brandon T. Bestelmeyere; Peter M. Brown; Karen S. Eisenhart; M. Lisa Floyd; David W. Huffman; Brian F. Jocabs; Richard F. Miller; Esteban H. Muldavin; Thomas W. Swetnam; Robin J. Tausch, and Peter J. Weisberg. 2009. Historic and modern disturbance regimes, stand structures, and landscape dynamics in piñon-juniper vegetation in the western United States. Journal of Rangeland Ecology and Management 62 (May):203-222

4. Root, H. T., J. E. D. Miller, and R. Rosentreter. 2020. Grazing disturbance promotes exotic annual grasses by degrading soil biocrust communities. Ecological Applications 30(1):e02016. 10.1002/eap.2016

5. Welch, B.L., Criddle, C., 2003. Countering misinformation concerning big sagebrush (No. RMRS-RP-40). U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ft. Collins, CO. https://doi.org/10.2737/RMRS-RP-40

# References

Arkle, R. S., D. S. Pilliod, S. E. Hanser, M. L. Brooks, J. C. Chambers, J. B. Grace, K. C. Knutson, D. A. Pyke, J. L. Welty, and T. A. Wirth. 2014. Quantifying restoration effectiveness using multi-scale habitat models: implications for sage-grouse in the Great Basin. Ecosphere 5(3):31. http://dx.doi.org/10.1890/ES13-00278.1

Bakker, Jonathan D. & Scott D. Wilson. 2004. Using Ecological Restoration to Constrain Biological Invasion, 41.6 J. Applied Ecology 1058.

Barnard, D. M., Germino, M. J., Arkle, R. S., Bradford, J. B., Duniway, M. C., Pilliod, D. S., et al. 2019. Soil characteristics are associated with gradients of big sagebrush canopy structure after disturbance. Ecosphere 10:e02780. doi: 10.1002/ecs2.2780

Bates, J.D., Svejcar, T., Miller, R., Davies, K.W., 2017. Plant Community Dynamics 25 Years After Juniper Control. Rangeland Ecology and Management 70, 356–362. https://doi.org/10.1016/j.rama.2016.11.003

Beck, J.L., Connelly, J.W., Wambolt, C.L., 2012. Consequences of Treating Wyoming Big Sagebrush to Enhance Wildlife Habitats. Rangeland Ecology & Management 65, 444–455. https://doi.org/10.2111/REM-D-10-00123.

Beck, J.L., J.W. Connelly, and K.P. Reese. 2009. Recovery of greater sage-grouse habitat features in Wyoming big sagebrush following prescribed fire. Restoration Ecology 17:393-403.

Belnap, J. 2003. The world at your feet: desert biological soil crusts. Frontiers in Ecology and the Environment 2002 1(5):181-189.

Belnap, J. and E. Eldridge. 2001. Disturbance and recovery of biological soil crusts. In Belnap, J. and O.L. Lange (eds.). Biological Soil Crusts: Structure, Function, and Management. Springer-Verlag, Berlin. Pp. 363-383.

Belsky A.J. and D.M. Blumenthal 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the Interior West. Conservation Biology 11:316-27.

Belsky, A.J., and J.L. Gelbard 2000. Livestock Grazing and Weed Invasions in the Arid West. Oregon Natural Desert Association: Portland, OR. April.

Beschta, R. L., D. L. Donahue, D. A. DellaSala, J. J. Rhodes, J. R. Karr, M. H. O'brien, T. L. Fleischner, and C. D. Williams. 2014. Reducing livestock effects on public lands in the western United States as the climate changes: a reply to Svejcar et al. Environmental Management 53(6): 1039-1042. 10.1007/s00267-014-0263-5.

Best, Louis B. 1972. First-year effects of sagebrush control on two sparrows. Journal of Wildlife Management. 36:534-544

21

Bradley, C.M., C.T. Hanson, and D.A. DellaSala. 2016. Does increased forest protection correspond to higher fire severity in frequent-fire forests of the western United States? Ecosphere 7:1-13.

Braun, C.E., Britt, T., Wallestad, R.O., 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin. 5, 99–106.

Brooks, M.L., C.M. D'Antonio, D.M. Richardson, J. B. Grace, J.E. Keeley, J. M. DiTomaso, R.J. Hobbs, M. Pellant and D. Pyke. 2004. Effects of invasive alien plants on fire regimes. BioScience 54(7):677-688.

Buckman, R E.; Wolters, G. L. 1987. Multi-resource management of pinyon-juniper woodlands. In: Everett, R L., compiler. Proceedings-pinyon-juniper conference. 1986 Jan. 13-16, Reno, NV. Gen. Tech. Rep. INT-GTR-215. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 2-4

Bukowski, Beth E. & William L. Baker. 2013. Historical Fire regimes, Reconstructed From Land-Survey Data, Led to Complexity and Fluctuation in Sagebrush Landscapes. Ecological Applications 23(3):546.

Burkhardt and Tisdale 1976 Burkhardt, J.W., and E.W. Tisdale. 1969. Nature and successional status of western juniper vegetation in Idaho. Journal of Range Management 22:264–270.

Burkhardt, J.W. 1996. Herbivory in the intermountain west, an overview of evolutionary history, historic cultural impacts and lessons from the past. Station Bulletin 58, Idaho Forest, Wildlife and Range Experimental Station, University of Idaho.

Campbell, John & Harmon, Mark & Mitchell, Stephen. 2012. Can fuel-reduction treatments really increase forest carbon storage in the western US by reducing future fire emissions?. Frontiers in Ecology and the Environment. 10. 83-90. 10.2307/41480005.

Catlin, J, E. Vesquez, A. Jones. 2012. Piñon-juniper forest and the sagebrush steppe, Cedar City Resource Management Plan. Unpublished comments on the Cedar City RMP. Wild Utah Project.

Chambers, J. C., B.A. Bradley, C.S. Brown, C. D'Antonio, M.J. Germino, J.B. Grace, S.B Hardegree, R.F. Miller, and D.A. Pyke. 2014. Resilience to stress and disturbance, and resistance to Bromus tectorum L. invasion in cold desert shrublands of western North America. Ecosystems, 17(2), 360-375.

Cole, K. L. 1990. Reconstruction of past desert vegetation along the Colorado River using packrat middens. Palaeogeography, Palaeoclimatology, and Palaeoecology 76: 349-366.

Connelly, J.W., M.A. Schroeder, A.R. Sands and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

Donahue, D. 1999. The Western Range Revisited: Removing Livestock from Public Lands to Conserve Native Biodiversity. Norman, OK: University of Oklahoma Press. 338 pages.

Feist, Francis G. 1968. Breeding-bird populations on sagebrush/grassland habitat in central Montana. Audubon Field Notes. 22:691-695

Finch, D.M., and W. Block. 1997. Songbird ecology in southwestern ponderosa pine forests: a literature review. Gen. Tech. Rep. RM-GTR-292. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 152 p.

Fischer, R.A.; Reese, K.P. Connelly, J.W., 1996. An investigation on fire effects with xeric sage grouse brood habitat. Journal of Range Management 49, 194–198.

Fischer, R.A.; Reese, K.P. Connelly, J.W., 1996. An investigation on fire effects with xeric sage grouse brood habitat. Journal of Range Management 49, 194–198.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8(3):629-644

Gann, G.D., McDonald, T., Walder, B., Aronson, J., Nelson, C.R., Jonson, J., Hallett, J.G., Eisenberg, C., Guariguata, M.R., Liu, J., Hua, F., Echeverría, C., Gonzales, E., Shaw, N., Decleer, K. and Dixon, K.W. (2019), International principles and standards for the practice of ecological restoration. Second edition. Restor Ecol, 27: S1-S46. https://onlinelibrary.wiley.com/action/showCitFormats?doi=10.1111%2Frec.13035.

Graham, John D. and Thomas D. Sisk, ed. 2002. Canyons, cultures and environmental change: An introduction to the land-use history of the Colorado Plateau. (http://www.cpluhna.nau.edu/) southwestern Unites States: hydrology, and management. Lewis Publishers.

Grinnell J. Dixon J. Linsdale J. M.. 1930. Vertebrate natural history of a section of northern California through the Lassen Peak region. University of California Publications in Zoology 35:553–562.

Hagen, C.A., J.W. Connelly, and M.A. Schroeder. 2007. A meta-analysis for greater sage-grouse nesting and brood rearing habitats. Wildlife Biology 13 (Supplement 1):42-50.

Harper, K.T., and J.R. Marble. 1988. A role for nonvascular plants in management of arid and semiarid rangelands. Vegetation science applications for rangeland analysis and management. Handbook of Vegetation Science 14:135-169

Heidinga, Lawrence & Scott D. Wilson. 2002. The Impact of an Invading Alien Grass (Agropyron cristatum) on Species Turnover in Native Prairie. Diversity & Distributions 8.5:249.

Johnson, K., L. Wickersham, J. Smith, G. Sadoti, T. Neville, J. Wickersham, and C. Finley. 2014. Habitat use at multiple scales by pinyon-juniper birds on Department of Defense lands III:

landscape, territory/colony, and nest scale. Natural Heritage New Mexico Report 14-GTR-381, Albuquerque, NM, USA.

Johnson, K., L. Wickersham, J. Smith, N. Petersen, and J. Wickersham. 2015. Nest-scale habitat use by Pinyon Jay and Gray Vireo in the BLM Farmington Resource Area 2013-2014, final report. Natural Heritage New Mexico Report GTR-15-386, Albuquerque, NM, USA.

Johnson, K., N. Petersen, J. Smith, and G. Sadoti. 2018. Piñon-juniper fuels reduction treatment impacts Pinyon Jay nesting habitat. Global Ecology and Conservation 16:1-7.

Jones, A, L. Welp, and J. Gardner. 2019. Do Mechanical Vegetation Treatments of Pinyon-Juniper and Sagebrush Communities Work? A Review of the Literature. Wild Utah Project.

Jones, A. 2000. Effects of cattle grazing on North American arid ecosystems: A quantitative review. Western North American Naturalist, 60(2), 155-164.

Keane, Ryan M., and Michael J. Crawley. "Exotic plant invasions and the enemy release hypothesis." Trends in ecology & evolution 17.4 (2002): 164-170.

Keenleyside, K.A., N. Dudley, S. Cairns, C.M. Hall, and S. Stolton (2012). Ecological Restoration for Protected Areas: Principles, Guidelines and Best Practices. Gland, Switzerland: IUCN. x + 120pp. https://portals.iucn.org/library/sites/library/files/documents/PAG-018.pdf.

Kerns, Becky K., Michelle Buonopane, Walter G. Thies, and Christine Niwa. 2011. Reintroducing fire into a ponderosa pine forest with and without cattle grazing: understory vegetation response. Ecosphere 2(5):1-23.

Kerr, R. A. 2007. Humans and nature duel over the next decade's climate. Science 317:746-747.

Kie, John G., Charles J. Evans, Eric R. Loft, and John W. Menke. 1991. Foraging behavior by mule deer: the influence of cattle grazing. The Journal of Wildlife Management 55(4):665-674

Knick, Steven T.; Rotenberry, John T. 1995. Landscape characteristics of fragmented shrub-steppe habitats and breeding passerine birds. Conservation Biology. 9:1059-1071.

Kondolf, G. Mathias, Richard Kattelmann, Michael Embury, and Don C. Erman. 1996. Status of riparian habitat. Sierra Nevada Ecosystem Project: Final report to Congress, Volume 2.

Lanner, Ronald M. 1981. The piñon pine, a natural and cultural history. University of Nevada Press.

Mack, R. N., and J. N. Thompson. 1982. Evolution in steppe with few large, hooved mammals. American Naturalist 119:757-72.

Magee, P. A., J. D. Coop, and J. S. Ivan. 2019. Thinning alters avian occupancy in piñon-juniper woodlands. Condor 121:1-17.

24

Martin, A.C., H.S. Zim, and A.L. Nelson. 1961. American wildlife and plants: a guide to wildlife food habits. Dover Publications, Inc., New York. 500 p.

McDowell, N. G., A. P. Williams, C. Xu, W. T. Pockman, L. T. Dickman, S. Sevanto, R. Pangle, J. Limousin, J. Plaut, D. S. Mackay, J. Ogee, J. C. Domec, C. D. Allen, R. A. Fisher, X. Jiang, J. D. Muss, D. D. Breshears, S. A. Rauscher, and C. Koven. 2016. Multi-scale predictions of massive conifer mortality due to chronic temperature rise. Nature Climate Change 6:295–300.

McKay, Charles. 2010. The evils of pinyon juniper. Mule Deer Foundation Magazine Vol. 10(5):6-13.

Melgoza, G., R.S. Nowak and R.J. Tausch. 1990. Soil water exploitation after fire: competition between Bromus tectorum (cheatgrass) and two native species. Oecologica 83:7-13.

Milchunas, Daniel G. 2006. Responses of plant communities to grazing in the southwestern United States. Gen. Tech. Rep. RMRS-GTR-169. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 126 p.

Miller, R. F., R. J. Tausch, E. D. McArthur, D. D. Johnson, and S. C. Sanderson. 2008. Age structure and expansion of piñon-juniper woodlands: a regional perspective in the Intermountain West. U.S. Forest Service General Technical Report RMRS-RP-69, Fort Collins, Colorado, USA.

Miller, R. F., T. J. Svejcar, and J. A. Rose. 2000. Impacts of western juniper on plant community composition and structure. Journal of Range Management 53:574–585

Miller, R.F., and J.A. Rose. 1995. Historic expansion of Juniperus occidentalis (western juniper) in southeastern Oregon. Great Basin Naturalist 55:37–45.

Miller, R.F., and P.E. Wigand. 1994. Holocene changes in semiarid piñon-juniper woodlands: response to climate, fire and human activities in the U.S. Great Basin. BioScience 44:465–474.

Morrell, Jeffrey J.; Donald J. Miller; and Philip F. Schneider. 1999. Service life of treated and untreated fence posts: 1996 post farm report. Oregon State University College of Forestry. Research Contribution 26.

Mueggler, W. F.; Stewart, W. L. 1980. Grassland and shrubland habitat types of western Montana. Gen. Tech Rep. INT-66. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 140 p.

Nesom, Guy. 2002. Two-needle pinyon, pinus edulis Englemn. plant symbol PIED plant guide. USDA NRCS National Plant Data Center & Biota of North American Program.

25

Pellant, M. & C.R. Lysne. 2005. Strategies to Enhance Plant Structure and Diversity in Crested Wheatgrass Seedings. USDA Forest Service Proceedings RMRS-P-38 81.

Petersen, Kenneth L.; Best, Louis B. 1986. Diets of nesting sage sparrows and Brewer's sparrow in an Idaho sagebrush community. Journal of Field Ornithology. 57:283-294.

Peterson, J.G., 1995. Ecological implications of sagebrush manipulation: a literature review. Helena, MT, USA: Montana Department of Fish, Wildlife and Parks. PR Project (W-101-R-2) Report. 49 pp.

Plant Conservation Alliance. "National seed strategy for rehabilitation and restoration 2015–2020." https://www.fs.fed.us/wildflowers/Native_Plant_Materials/documents/SeedStrategy0812 15.pdf (accessed 25 Sep 2015). Washington (DC): US Department of the Interior, Bureau of Land Management (2015).

PRIA (Public Rangeland Improvement Act) of 1978, 43 USC 1901. Public Law 95-514 Section 2(a)(1).

Pyke, D. A. 2011. Restoring and rehabilitating sagebrush habitats. Pp. 531–548 in S. T. Knick and J. W. Connelly (editors). Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats. Studies in Avian Biology (vol. 38), University of California Press, Berkeley, CA.

Rasmussen, D. I., and L. A. Griner. 1938. Life history and management studies of the Sage Grouse in Utah, with special reference to nesting and feeding habits. Transactions of the North American Wildlife Conference 3:852-864.

Reisner, M.D., J.B. Grace, D.A. Pyke, and P.S. Doescher. 2013. Conditions favouring Bromus tectorum dominance of endangered sagebrush steppe ecosystems. Journal of Applied Ecology 50:1039-1049.

Rhodes, J.J., D.A. McCullough, and F.A Espinosa, Jr. 1994. A coarse screening process of the effects of land management on salmon spawning and rearing habitat in ESA consultations. Technical Report 94-4. Columbia River Inter-Tribal Fish Commission. Portland, Oregon. Report prepared for National Marine Fisheries Service.

Romme, William H.; Craig D. Allen; John D. Bailey; William L. Baker; Brandon T. Bestelmeyere; Peter M. Brown; Karen S. Eisenhart; M. Lisa Floyd; David W. Huffman; Brian F. Jocabs; Richard F. Miller; Esteban H. Muldavin; Thomas W. Swetnam; Robin J. Tausch, and Peter J. Weisberg. 2009. Historic and modern disturbance regimes, stand structures, and landscape dynamics in piñon-juniper vegetation in the western United States. Journal of Rangeland Ecology and Management 62 (May):203-222

SSV_13275

Root, H. T., J. E. D. Miller, and R. Rosentreter. 2020. Grazing disturbance promotes exotic annual grasses by degrading soil biocrust communities. Ecological Applications 30(1):e02016. 10.1002/eap.2016

Rosenberg, K.V., J. A. Kennedy, R. Dettmers, R. P. Ford, D. Reynolds, J.D. Alexander, C. J. Beardmore, P. J. Blancher, R. E. Bogart, G. S. Butcher, A. F. Camfield, A. Couturier, D. W. Demarest, W. E. Easton, J.J. Giocomo, R.H. Keller, A. E. Mini, A. O. Panjabi, D. N. Pashley, T. D. Rich, J. M. Ruth, H. Stabins, J. Stanton, T. Will. 2016. Partners in Flight Landbird Conservation Plan: 2016 Revision for Canada and Continental United States. Partners in Flight Science Committee. 119 pp.

Sankey, T. T., and M. J. Germino. 2008. Assessment of juniper encroachment with the use of satellite imagery and geospatial data. Rangeland Ecology and Management 61:412-418.

Sauer, J. R., Niven, D. K., Hines, J. E., D. J. Ziolkowski, J., Pardieck, K. L., Fallon, J. E., and W.A. Link. 2017. The North American Breeding Bird Survey, Results and Analysis 1966 - 2015.

Schultz, C., and M. Nie. 2012. Decision-making Triggers, Adaptive Management, and Natural Resources Law and Planning. Nat. Res. J. 52:443.

Schulz, Terri Tucker, and Wayne C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. Journal of Range Management 43(4):295-299.

Severson, J.P., Hagen, C.A., Tack, J.D., Maestas, J.D., Naugle, D.E., Forbes, J.T., and Reese, K.P., 2017d, Better living through conifer removal—A demographic analysis of sage-grouse vital rates: PloS ONE, v. 12, no. 3, art. e0174347, accessed December 2017 at https://doi.org/10.1371/journal.pone.0174347

Sieg, M. J. 2002. Landscape composition and Abert squirrel survivorship, predator-based mortality, home-range size and movement. M.Sc. thesis. Northern Arizona University, Flagstaff

Somershoe, S. G., E. Ammon, J. D. Boone, K. Johnson, M. Darr, C. Witt, and E. Duvuvuei. 2020. Conservation Strategy for the Pinyon Jay (Gymnorhinus cyanocephalus). Partners in Flight Western Working Group and U.S. Fish and Wildlife Service.

Stankey, G.H., R.N. Clark & B.T. Bormann. 2005. Adaptive Management of Natural Resources: Theory, Concepts, and Management Institutions, U.S.D.A. Forest Service Gen. Tech. Rep. PNW-GTR-654.

Swenson, J.E.; Simmons, C.A. Eustace, C.D., 1987. Decrease of sage-grouse Centrocercus urophasianus after ploughing of sagebrush steppe. Biological Conservation. 41, 125–132.

Tausch, R.J. N.E. West, and A.A. Nabi. 1981. Tree age and dominance patterns in Great Basin piñon-juniper woodlands. Journal of Range Management 34:259–264.

SSV_13276

Tausch, R.J., and N.E. West. 1988. Differential establishment of piñon and juniper following fire. American Midland Naturalist 119:174–184.

Tausch, R.J., and N.E. West. 1995. Plant species composition patterns with differences in tree dominance on a southwestern Utah piñon-juniper site. Pages 16–23. In D.W. Shaw, E.F. Aldon, and C. LoSapio (technical coordinators). Proceedings: Desired future conditions for piñon-juniper ecosystems. USDA Forest Service, General Technical Report RM-258.

U.S. Department of the Interior. 2015. An Integrated Rangeland Fire Management Strategy. A Final Report to the Secretary of the Interior. Internet website: https://www.forestsandrangelands.gov/ documents/rangeland/IntegratedRangelandFireManagementStrategy_FinalReportMay2015.pdfv.

USDA. 1999. Forest Service Proceedings RMRS-P-9. Paulin, K.M., J.J. Cook, and S.R. Dewey. Pinyon-juniper woodlands as sources of avian diversity.

USDA. 2005. Seeding considerations in restoring big sagebrush habitat. by Scott M. Lambert. USDA Forest Service Proceedings RMRS-P-38.

USFWS. 2013. Greater Sage-Grouse (Centrocercus urophasianus) Conservation Objectives Final Report. Accessed July 2019 at https://www.fws.gov/greatersagegrouse/documents/COT-Report-with-Dear-Interested-Reader-Letter.pdf.

Van Devender, T. R. and King, J. E. 1971. Pleistocene vegetational records in western Arizona Journal of Arizona Academe of Science 6:240-244

Wallestad, R., 1975. Male sage-grouse responses to sagebrush treatment. Journal of Wildlife Management 39, 482–484.

Wallestad, R., 1975. Male sage-grouse responses to sagebrush treatment. Journal of Wildlife Management 39, 482–484.

Weisberg, Peter J. and Harald Bugmann. 2003. Forest dynamics and ungulate herbivory: from leaf to landscape. Forest Ecology and Management 181(2003):1-12

Weisbert, Peter. 2010. Big sagebrush, ONE (online Nevada encyclopedia). http://onlinenevada.org/ big_sagebrush

Welch, B.L., Criddle, C., 2003. Countering misinformation concerning big sagebrush (No. RMRS-RP-40). U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ft. Collins, CO. https://doi.org/10.2737/RMRS-RP-40

28

Williams, A.P., C.D. Allen, C.I. Millar, T.W. Swetnam, J. Michaelson, C.J. Still, and S.W. Leavitt. 2010. Forest responses to increasing aridity and warmth in the Southwestern United States. PNAS 107:21289-21294.

Winter, B. M.; Best, L. B. 1985. Effect of prescribed burning on placement of sage sparrow nests. Condor. 87:294-295

Wisdom, M.J. and J.C. Chambers. 2009. A landscape approach for ecologically based management of Great Basin Shrublands. Restoration Ecology 17:740-749

29

SSV_13278



ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/331414368

# Do Mechanical Vegetation Treatments of Pinyon–Juniper and Sagebrush Communities Work? A Review of the Literature

**Technical Report** · February 2019

DOI: 10.13140/RG.2.2.12538.13760

CITATIONS
0

READS
395

1 author:

Allison Jones
Allison L Jones LLC
**10** PUBLICATIONS **169** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project  Vegetation Treatment View project

Project  Range Management View project

All content following this page was uploaded by Allison Jones on 28 February 2019.

The user has requested enhancement of the downloaded file.

SSV_13279

# Do Mechanical Vegetation Treatments of Pinyon-Juniper and Sagebrush Communities Work?

## A Review of the Literature

February 2019



SSV_15280

**Lead Editor:** Allison Jones, Wild Utah Project

**Peer Reviewers**: Sara Bombaci (Colorado State University), Marc Coles-Ritchie (Grand Canyon Trust), John Connelly (retired, Idaho Department of Fish and Game), Walter Fertig (Washington State Natural Heritage Program), Sara Goeking (USFS - Rocky Mountain Research Station), Hugh Hurlow (Utah Geological Survey), Stan Kitchen (USFS - Provo Shrub Sciences Laboratory), Tom Monaco (USDA - Agricultural Research Service), Mike Pellant (Bureau of Land Management, Idaho), Doug Shinneman (USGS - Forest and Rangeland Ecosystem Science Center), Nick Van Lanen (Bird Conservancy of the Rockies)


**Acknowledgements**: Laura Welp and Janice Gardner served as co-editors on this literature review. Tom Monaco provided a database of collected literature on vegetation treatment studies. Daniel Johnson, Monica Cooper, and Josh Epperly provided critical support in generation of the categorical summary charts of the literature.



SSV_13281

# TABLE OF CONTENTS

**Executive Summary** ................................................................................................ 4

**1. Introduction** .................................................................................................... 9

    1.1 Ecological Importance of Pinyon-Juniper Woodlands.......................................... 10

    1.2 Ecological Importance of Sagebrush Systems................................................... 10

    1.3 Historical and Current Ecological Context of Pinyon-Juniper and Sagebrush Systems ..........11

        1.3.1 Pinyon-Juniper Systems.......................................................................11

        1.3.2 Sagebrush Systems............................................................................ 13

        1.3.3 Expansion of Pinyon-Juniper Woodlands into Sagebrush Systems........................... 15

**2. Methods** ........................................................................................................16

**3. Vegetation Treatment Objectives** ........................................................................17

    3.1 Vegetation Structure ...............................................................................17

        3.1.1 Herbaceous Cover and Diversity in Pinyon-Juniper Woodlands...............................17

        3.1.2 Herbaceous Cover and Diversity in Sagebrush Communities.................................20

    3.2 Fuels Management ..................................................................................22

        3.2.1 Pinyon-Juniper Systems .......................................................................23

        3.2.2 Sagebrush Systems............................................................................24

    3.3 Wildlife Habitat .....................................................................................25

        3.3.1 Pinyon-Juniper Treatments....................................................................25

        3.3.2 Sagebrush Treatments.........................................................................27

        3.3.3 Greater Sage-Grouse ..........................................................................30

    3.4 Ecosystem Function ...............................................................................33

        3.4.1 Soil Stability ....................................................................................33

        3.4.2 Watershed Productivity ........................................................................36

        3.4.3 Carbon Sequestration and Climate Change..................................................38

    3.5 Livestock Grazing...................................................................................39

        3.5.1 Livestock and Vegetation Functional Groups in Pinyon-Juniper Communities ..........39

        3.5.2 Livestock and Vegetation Functional Groups in Sagebrush Communities ................40

        3.5.3 Exclosure studies...............................................................................41

**4. Data Gaps & Recommendations**.........................................................................43

**5. Summary and Conclusions**................................................................................46

**Literature Cited**................................................................................................48

**Appendix: Studies Summarized in Figures** ..............................................................70

3

SSV_13282

Literature Review of Mechanical Vegetation Treatments (2019)



# EXECUTIVE SUMMARY

Vegetation manipulation treatments in pinyon (*Pinus* spp.) - juniper (*Juniperus* spp.) and sagebrush (*Artemisia* spp.) plant communities are increasing at a rapid rate on public lands. These vegetation types have changed significantly over the last few centuries, and in some cases so have their fire regimes, making management goals on public land more difficult to attain. Managers are turning to mechanical vegetation treatments in an effort to restore vegetation, manage fuels, improve wildlife habitat, increase water flow, and reduce soil erosion. This literature review summarizes research on the degree to which these objectives have been met based on our review of over 300 scientific studies, reports and articles. We also summarize available information on post-treatment land management and its effects on the long-term success or failure of vegetation treatment projects. Finally, we discuss data gaps and conclude with recommendations from the literature.

The term "mechanical treatment" used in this literature review refers to all activities that remove or reduce vegetation by mechanical means. This includes chaining, mastication, Dixie harrowing, drill seeding, and hand cutting. Miller et al. (2005) and Stevens et al. (1999) are sources on the different mechanical treatment methods covered in this review.

We systematically collected and reviewed sources beginning with a search of keywords in Google Scholar and Science Direct search engines. We attempted to find common conclusions in the literature for the various environmental responses to treatments; following the methods of Bombaci and Pejchar (2016), all sources that had comparisons between pre- and post-treatment effects or between treated and untreated control sites were used to create summary charts showing negative, positive, or no significant effects of treatments on several response categories: herbaceous ground cover in both sagebrush and pinyon-juniper treatments, wildlife response to sagebrush treatment (with sage-grouse treated separately), soil erosion and water runoff, and hydrological related variables. We also reprint Bombaci and Pejchar's summary chart for the response of wildlife other than sage-grouse to pinyon-juniper treatments.

# RESULTS

### Herbaceous Functional Groups

The responses of grasses and forbs to mechanical treatments were highly variable (see figures on pages 17 and 20). Many factors influence herbaceous plants, including how long after treatment the data were collected (studies in this review ranged from 1 year to 25 to 30 years post-treatment). These studies need to be further analyzed with additional meta-analyses and statistical methodology. With that caution in mind, we found that:

- In pinyon-juniper communities, most data points (64%) showed no significant effect of treatments on perennial grasses and forbs. However, where there were significant results, treatments elicited more positive responses (increases in cover) in grasses and forbs than negative responses (29% and 7%, respectively). Non-native annuals showed increases in cover in half of the data points. The other half showed no significant

SSV_13283



impact from mechanical treatments. Non-native annuals showed no negative effects from treatment.

- In sagebrush communities, most data points (56%) again showed no significant effects of treatments on grasses and forbs. Of the studies that did show a response, forbs had only slightly more positive responses (23%) than negative (19%). Grasses, however, showed far more positive responses (33%) than negative (8%). For non-native grasses and forbs, studies were almost evenly divided between no significant response and positive response (24% and 26%, respectively). This group had no negative effects from treatment.

One general response across studies and geographic locations is the poor performance of perennial forbs in many treatments. Some researchers speculate that overgrazing may be the cause, but others think climate change and changing precipitation levels may explain this pattern.

## Fuels Management

Prior to European contact, fire frequency in pinyon-juniper woodlands varied with community and site characteristics but was thought to be rare in general. In the case of persistent pinyon-juniper woodlands, the fire cycle was on the order of hundreds of years. When fires did occur they were often severe. Factors such as fire suppression, grazing, the spread of flammable exotic species, and climate change impact the fire dynamics of these communities today. Wildfire control via fuels reduction is the goal of some vegetation treatments. We could not create a summary chart for this variable due to scarcity of studies of the same topic, but recent studies suggests that climate has a greater influence on fire activity than fine fuels and biomass. Other researchers found that the surface disturbances associated with mechanical treatments may facilitate cheatgrass (*Bromus tectorum*) expansion and lead to increased fires. At present, there is little research supporting the contention that removing pinyon and juniper reduces incidence of fire.

Although some studies suggest that fire return interval in sagebrush communities is 10 to 40 years, there are no data to support that. In fact, other researchers indicate it may be between 50 to 150 years or more. Since half of the studies in our review showed that treatments increase flammable non-natives, they may actually shorten the fire cycle rather than restore the natural fire regime.

## Wildlife

Studies on the effects of treatments on wildlife are variable. Fifty percent of the data points on sagebrush treatments indicated positive effects on wildlife, 23% showed negative effects, and 27% had no significant effect (see figure on page 28). For pinyon-juniper treatments, we reprint the results of Bombaci and Pejchar (2016), which summarizes this literature (see figures on pages 25 and 26). While they broke down their results into responses of small mammals, ungulates, birds and invertebrates to mechanical removal of pinyon-juniper woodlands (and also reported results of thinning treatments and mechanical removal plus burning), they found that the general trend across studies was for non-significant results of mechanical removal.



The exception was for birds where, especially for pinyon-juniper obligates such as pinyon jays (*Gymnorhinus cyanocephalus*), there is a negative response to tree removal. Apart from Brewer's sparrow (*Spizella breweri*), which showed positive responses to pinyon-juniper removal treatments, most sagebrush-obligate birds showed no significant response. However, many studies are conducted fairly soon post-treatment. Longer-term studies found significant differences between treated and untreated sites, with species sorting out according to their habitat needs.

Managing habitat for wildlife is complex. Species often specialize for specific habitat conditions, and what benefits one species may be a detriment to another. The best strategy is to maintain heterogeneous, patchy mosaics across the landscape of vegetation types in all stages of succession. This argues against large expanses being treated with one method that creates a single homogenized vegetation community.

The effects of treatments on greater sage-grouse were treated in a separate summary chart. Of the five studies of pinyon-juniper treatments, three showed positive effects and two showed non-significant effects. Of the 11 studies of sagebrush treatment effects, four were positive, three were negative, and four showed no significant effects (see figure on page 31).

### Soil Stability

Mechanical treatments disturb soils, which often leads to an increase in erosion. Whether this is a short-term effect that diminishes as herbaceous vegetation increases or a long-term effect exacerbated by increased exotics is dependent on multiple variables. Where biological soil crust is a component of soil stability, its removal can increase wind and water soil loss. The majority of studies we reviewed (74% of data points) showed no significant response of either run-off or erosion to mechanical treatment. Some studies (5% of data points) find treatments decrease runoff and erosion, but others studies (21% of data points) find treatments increase runoff and erosion. (see figure on page 34) Techniques that leave slash or wood chips in place result in significantly less erosion in some, but not all, studies. Seeding after treatment is recommended. Hand thinning is the least disruptive method of treatment to soils.

### Watershed Productivity

Studies investigating whether vegetation treatments increase water yield, either at the surface or in ground water recharge, have varying results (see figure on page 36) depending on study site characteristics (e.g., elevation, vegetation type, timing, amount, and type of precipitation). Several literature reviews aggregating other results have concluded that treatments do not reliably increase water yield on a watershed scale, although water availability may increase in local areas. Other studies suggest that areas with higher precipitation levels have a greater possibility of increasing water availability than areas with less precipitation.

### Carbon Sequestration

Research into the carbon sequestration potential of pinyon-juniper woodlands is limited, but recent syntheses suggest that carbon is more effectively sequestered in vegetation biomass. The contention that trees should be re-

moved to reduce the incidence of wildfire, which would release more carbon into the air, is unfounded.

### Livestock Grazing

Since livestock grazing is a widespread land use inextricably woven into vegetation dynamics throughout the West, we reviewed literature that addresses its relationship to mechanical treatments. One major finding is that most treatment research does not control for this activity, either before or after treatment. Many projects assess treatments in the short post-treatment period when livestock are absent from the site and vegetation is recovering. Few studies return and assess treatments on a longer term basis when livestock have returned to the site. Where they do, results are variable. Without this information, post-treatment changes in a site's resource condition cannot be definitively attributed to treatment effects. Failing to account for the effects of livestock grazing makes it difficult to assess the causal factors of ecosystem condition and draw implications for management.

## RECOMMENDATIONS AND CONCLUSIONS

It is important to remember that most of the studies we reviewed reflect one point along the trajectory of treatment progress. Studies conducted shortly after treatment may have different results than those returning to the treatment after longer periods. As researchers learn more about the effects of these treatments, areas of study that require further exploration are becoming apparent. The data gaps we have identified range from understanding why perennial forbs generally perform poorly in restoration projects to the need for well-designed, long-term, replicated studies of the interaction between vegetation treatments and post-treatment livestock grazing. Using passive restoration to restore ecosystem function has not received enough attention in the treatment literature. There is a clear need for future literature reviews to use meta-analytic statistics to be able to draw stronger conclusions on the effects of treatments across varied data sets and regions. The increase in exotic annuals that has been reported from many studies may be a primary threat to persistence of ecosystems. The alarming possibility that treatments may facilitate continued expansion of these populations and degrade native communities calls for further scrutiny.

The disparity in responses to treatment is a clear indication that treatments are not "one size fits all." Planners must beware of applying the same mechanical treatments over vast areas of pinyon-juniper woodlands or sagebrush steppe vegetation communities with variable site characteristics. A careful treatment plan must be designed before implementation. Practitioners should conduct small-scale, pilot field tests with the proposed treatment method before applying it on a larger scale. This will prolong the time before treatments can be applied on a larger scale but this information is necessary to avoid resource degradation. Pilot studies should be followed by independent post treatment scientific validation, ideally with long-term monitoring of the site, to ensure that the proposed treatment method actually does lead to the intended ecological conditions. As changing climatic conditions make predicting the results and risks of mechanical treatments even more uncertain, public land managers should aim for more transparency in the decision process to explain the expectations for a project and the science guiding the planning effort.



*Literature Review of Mechanical Vegetation Treatments (2019)*



Finally, it will be important to explore the reasons that most response variables in our summary charts show no significant difference between treatment and controls for more than half of the studies. This comports with Bombaci and Pejchar (2016), who also found a large amount of non-significant results in their own meta-analysis of the effect of treatments on wildlife. They say that these results may have several explanations: the metrics used were not appropriate to detect significant changes; the time frame of data collection was too short; responses lacked statistical power to detect differences; or, finally, treatments truly do not make much of a difference much of the time. They caution against drawing the latter conclusion until more meta-analyses can determine why so many studies obtain non-significant results.

However, if these non-significant responses truly indicate that mechanical treatments are not producing the desired results, then a re-evaluation of their efficacy or perhaps post-treatment management is necessary. As Archer and Predick (2014) have said, "Despite the considerable investments in personnel, equipment, fuel, chemicals, etc., associated with the application of various brush management practices, the recovery of key ecosystem services may not occur or may be short-lived and require subsequent interventions."



*(Photo: Kya Marienfeld)*



*Spruce Mountain, Nevada about four years after a juniper mastication project. (Photo: Laura Cunningham)*

# 1. Introduction

Mechanical vegetation treatments in pinyon-juniper (*Pinus* spp.- *Juniperus* spp.) and sagebrush (*Artemisia* spp.) communities have substantially expanded in recent years to manage wildlife habitat, ecosystem health, wildfires, and forage for livestock. Hundreds of thousands of acres have been subject to some kind of management action and land managers have plans to continue practices into the foreseeable future. There is a growing body of research on the effectiveness of management actions in pinyon-juniper and sagebrush communities. This document provides a review of the existing literature on the effects of mechanical treatment in pinyon-juniper and sagebrush communities as a means to understand results and determine whether management actions are achieving goals and objectives.

Mechanical treatment methods in this review include chaining, mastication, Dixie harrowing, drill seeding, and hand cutting with chainsaws. In the chaining method, anchor chains from large destroyer or cruiser ships, 40- to 160-lb per link and 90 to 350 ft. long, are pulled between two crawler tractors traveling parallel to each other. Trees and shrubs in the path of the chain are uprooted, pruned, or topped. The Dixie harrow is a large, spike-toothed pipe implement that is pulled behind a single large tractor. The teeth of the harrow are at alternating angles, which causes it to grab and rip the sagebrush out of the ground leaving scarified bare soil.

A Bull Hog masticator is a large metal drum attached to a front end loader or excavator. It shreds trees and other vegetation into mulch which is typically left on site, and sometimes burned in place (Miller et al. 2005; Stevens et al. 1999).

Below, we begin with an overview of pinyon-juniper and sagebrush communities and their ecological importance. We then give the historical and current ecological context of pinyon-juniper and sagebrush ecosystems and their communities, to set the stage for today's most common objectives for mechanical treatment, and its effects on community characteristics. We then detail the methods used in this review, including how we distilled hundreds of studies into a handful of simple summary charts.

The bulk of this document seeks to distill major themes and trends from the abundant pool of literature on the outcomes of mechanical treatments in both pinyon-juniper and sagebrush systems. The different categories below reflect the most common objectives and justifications we see for mechanical treatments. This includes promoting herbaceous cover and managing fine fuels. We summarize studies on treatments that are designed to provide habitat for wildlife and determine the degree to which those goals are achieved. We address the effect of treatments on soil erosion, watershed produc-

*Literature Review of Mechanical Vegetation Treatments (2019)*

tivity, and carbon sequestration. Livestock grazing, as a widespread land use that has effects on all of the previous elements and so inevitably interacts with vegetation treatments, is treated in its own section. We end with a summary and recommendations for future management.

## 1.1 Ecological Importance of Pinyon-Juniper Woodlands

Pinyon-juniper woodlands occur in ten states and cover large areas in many of them. These woodlands can be dominated by several species of pinyon pine and juniper (Lanner 1981; Mitchell and Roberts 1999; Tausch and Hood 2007), and are very biodiverse. One study found that at least 450 species of vascular plants and 150 species of vertebrates occur in pinyon-juniper woodlands (Buckman and Wolters 1987). Important game species such as elk (*Cervus canadensis*), mule deer (*Odocoileus hemionus*), and wild turkey (*Meleagris gallopavo*) are year-round residents in pinyon-juniper woodlands and depend on this habitat for food and cover (Martin et al. 1961; Nesom 2002). Maser and Gashwiler (1978) attributed the higher diversity of bird species in juniper woodlands to high structural diversity, large numbers of sites for perching, singing, nesting, and drumming, and plentiful berries and high insect diversity for food. They attributed high mammal



*Pinyon jays are among the four bird species that have a mutualistic relationship with pinyon pine and pinyon-juniper woodlands. (Photo: Alan Schmierer)*

diversity in the same communities to the presence of hollow trunks, shade, thermal cover, and foliage and berries for food.

Four bird species have mutualistic relationships with pinyon pine and pinyon-juniper woodlands: Clark's nutcracker (*Nucifraga columbiana*), Steller's jay (*Cyanocitta stelleri*), Woodhouse's Scrub-jay (*Aphelocoma woodhouseii*), and pinyon jay (*Gymnorhinus cyanocephalus*) (Balda and Masters 1980). These birds depend on pinyon-juniper woodlands for food and are the primary agents of dispersal and regeneration of pinyon pines. Older trees are more valuable for these birds. Pinyon pines may bear cones at 25 years of age, but they only produce significant quantities of seeds each season after reaching 75 to 100 years old (Balda and Masters 1980).

The pinyon jay is currently a species of conservation concern, given it is one of the landbirds declining the fastest and most persistently in the intermountain West, at an average rate of –3.6% from 1968 to 2015, according to the Breeding Bird Survey (Boone et al. 2018). Despite the population's falling by >50% over this period, the pinyon jay has not been widely studied, and little is known about the factors responsible for its diminishing numbers. The relationship with the population decline of pinyon jays and current management in western pinyon-juniper woodlands, including removal of trees for fuel reduction or to create or protect shrublands for the benefit of sagebrush-associated wildlife, has received little study. Thus, Boone et al. (2018) call for further research to clarify the causes of the pinyon jay's decline and devise approaches for management of pinyon-juniper woodlands that balance the interests of the pinyon jay and other species of concern tied to pinyon-juniper woodlands.

## 1.2 Ecological Importance of Sagebrush Systems

Perhaps no plant evokes a common vision of the semi-arid landscapes of western North America as does sagebrush (Kitchen and McArthur 2007). Historically covering 250 million acres of the western United States, sagebrush is considered a keystone species because it is ecologically influential and provides habitat for many plants and animals (Beck et al. 2012; Braun et al. 1977; Connelly et al. 2011; Khanina 1998; Knick et al. 2003). Sagebrush systems host scores of other species of native plants and at least 24 species of lichens (Rosentreter 1990). Many wildlife species are depen-



*Sagebrush obligates like the pygmy rabbit rely entirely on sagebrush communities (Photo: Bureau of Land Management)*

dent on sagebrush communities for all or a portion of the year including deer, elk, over 100 species of birds, numerous invertebrates including 72 species of spiders, 18 species of beetles, 13 species of grasshoppers or katydids, 54 aphid species, and 32 species of midges (Beck et al. 2012; Braun et al. 1977 and references therein; Connelly et al. 2000 and references therein; McArthur et al. 1978; Peterson 1995; Rosentreter 1990; Welch 2005). Over two dozen wildlife species, such as pygmy rabbit (*Brachylagus idahoensis*) are sagebrush obligates, and rely entirely on sagebrush communities (e.g. Burak 2006; Crawford 2008; Green and Flinders 1980).

As forage, sagebrush species contain high levels of protein and other nutrients (Kelsey et al. 1982; Wambolt 2004; Welch and McArthur 1979) and are highly digestible (Striby et al. 1987; Welch and Pederson 1981). Seventeen mammals consume sagebrush (Beck et al. 2012; Welch 2005 and references therein; Welch and Criddle 2003), especially during the winter months (Peterson 1995).

Sagebrush has important qualities that contribute to soil and hydrological function. For example, big sagebrush (*Artemisia tridentata*) can create "islands of fertility" in the landscape (Welch 2005). Big sagebrush is characterized as a "soil builder" because the deep root system can extract minerals and water deep in the soil profile and bring nutrients and moisture to the soil surface for use by other plants (Chambers 2000; Doescher et al. 1984; Richards and Caldwell 1987; Welch 2005). Big

sagebrush communities also promote deep soil water storage because the plants allow a uniform accumulation of snow, delay snow melt, and can retard the development of ice sheets (Hutchison 1965). Sagebrush can "extend" water near the soil surface by shading soil beneath its canopy (Wight et al.1992). The shading can prolong the period favorable for seedling establishment (Chambers 2000; Pierson and Wight 1991; Wight et al.1992).

### 1.3 HISTORICAL AND CURRENT ECOLOGICAL CONTEXT OF PINYON-JUNIPER AND SAGEBRUSH SYSTEMS

#### *1.3.1 Pinyon-Juniper Systems*

In the western United States, there were historically an estimated 50 million acres of pinyon-juniper woodland (Gottfried and Severson 1994; Mitchell and Roberts 1999). These communities have large ecological amplitudes; their range can extend from the upper edge of salt desert shrub communities at the lowest elevations to the lower fringes of subalpine communities at the higher elevations (Tausch and Hood 2007; West et al. 1998). Pinyon and juniper trees are often associated with a range of sagebrush species and subspecies. Where they co-occur, sagebrush and woodland communities can have different states of co-dominance within the overall successional dynamics of the sagebrush/woodland ecosystem complex of a particular landscape (Tausch and Hood 2007). How these codominant patterns influence both historical and current fire regimes and expansion of pinyon-juniper woodlands into sagebrush systems are covered in more detail below.

The pre-Euro-American historical fire regimes for pinyon-juniper woodlands in the Great Basin and Colorado Plateau have been a matter of some debate. They most likely varied greatly. Moreover, when discussing pre-settlement fire regimes, it is important to also consider the influence that aboriginal fire-setting, presumably in order to influence both wildlife habitat and resource foraging, was having on pinyon-juniper woodlands on the eve of Euro-American contact (Raisha et al. 2005). However, most researchers agree that the patterns of historical disturbance were spatially distributed across the landscape and the subsequent successional changes through time following those disturbances were much different prior to Euro-American settlement than afterward. The pattern and behavior of fire was closely related to the unique interactions of topography, soils, environmental conditions, and vegeta-

*Literature Review of Mechanical Vegetation Treatments (2019)*



*Most researchers have concluded that infrequent high-severity "crown" fire has likely been the dominant fire regime in most Intermountain West pinyon-juniper woodlands both historically and presently. (Photo: National Park Service)*

tion composition present at that time on each landscape area of interest. Then, as now, larger fires tended to occur during periods of drought (Betancourt et al. 1993; Swetnam and Betancourt 1998). Insects, diseases, and native ungulates appear to have played a widespread but relatively minor role (Tausch and Hood 2007).

Literature reviews on the topic of historical fire regimes in pinyon-juniper woodlands have pointed out common areas of agreement among many ecologists. Most authors find that pinyon-juniper woodlands are susceptible to high-severity fires both now and in the past. Fire intervals vary depending on type of pinyon-juniper woodland and presence of non-native plants.

Romme et al. (2009) suggested that there are three types of pinyon-juniper vegetation, all of which have differences in understory composition and length of fire rotations: Persistent Pinyon-Juniper Woodlands, Pinyon-Juniper Savannas, and Wooded Shrublands. Persistent Pinyon-Juniper Woodlands, which can be found throughout much of the Colorado Plateau and Great Basin, range from sparse stands of small trees growing on poor substrates to dense stands of large trees growing on more productive substrates. These communities exhibit variable cover and the under-

story is often sparse with significant areas of bare ground. Fire is inherently rare. In fact, Romme et al. (2009) describe how many Persistent Pinyon-Juniper Woodlands exhibit little to no evidence that they ever sustained widespread surface fires; rather, high-severity "crown" fire was likely the dominant fire regime. Over time, these woodlands accumulate fuel and conditions become highly flammable, and fires are typically stand-replacing. Estimates on historical fire intervals in Persistent Pinyon-Juniper Woodlands vary from 400 to 600 years, based on best available fire scar data from across the West (Romme et al. 2009). Historically, Pinyon-Juniper Savannas, which are found further south and east in places such as New Mexico and Arizona, receive monsoon rains that likely shortened historic fire return intervals. These savannas have low to moderate density and cover of pinyon or juniper or both, with a well-developed understory of nearly continuous grass or forb cover. Shrubs may be present but are usually only a minor component. Wooded Shrublands tend to have the soil, climate, and natural disturbance patterns that favor shrubs as a major part of pinyon-juniper forests (Romme et al. 2009).

Romme et al. (2009) stressed that spreading, low-intensity, surface fires had a limited role in molding stand structure and dynamics of most pinyon and juniper woodlands. Historical fires in all pinyon-juniper-woodland types generally did not "thin from below" or kill predominantly small trees. Instead, the dominant fire effect was to kill most or all trees and to top-kill most or all shrubs within the burned area, regardless of tree or shrub size. This was true historically and for most ecologically significant fires today. The authors concluded that in many pinyon-juniper woodlands, stand dynamics are driven more by climatic fluctuation, insects, and disease than by fire.

In a synthesis of fire ecology and management of pinyon-juniper systems in southern Utah, Tausch and Hood (2007) explain the history of fire in the region before Euro-American settlement. Deeper soils in the canyon bottoms and swales in pinyon-juniper woodlands were generally more productive for herbaceous species, and thus had higher fire frequencies. As soils become shallower, such as on steeper topography, the abundance of perennial herbaceous species becomes more limited. Shrubs and low trees are more competitive on these substrates because their deeper roots can exploit water trapped in cracks in the rocks—water that is not available to herbaceous species with shallow roots. Fires appear to have been less frequent, increas-

ing the probability of dominance by trees, which can often be several centuries old.

Baker and Shinneman (2004) also reported that low-severity surface fires were not common in pinyon-juniper woodlands, and they found no evidence that low-severity surface fires would have consistently reduced tree density in moderate-density woodlands, even with sagebrush or grassy understories. Although the authors found some evidence that surface fires may occur in higher elevation pinyon-juniper ecotones with ponderosa pine (*Pinus ponderosa*), they found little data to support the idea that fires spread widely in pinyon-juniper savannas at lower-elevation ecotones. Baker and Shinneman (2004) documented 126 wildfires in pinyon-juniper woodlands since Euro-American settlement that were described in the literature, and of these, two were low severity, three were possibly mixed severity, and 121 were high severity. The authors concluded that there are no data to demonstrate that the frequency of high-severity fires has increased or decreased in pinyon-juniper woodlands since Euro-American settlement and that frequent fire interval estimates (i.e., 13 to 35 years) from other researchers (Brown 2000; Frost 1998; Hardy et al. 2000) were not supported. However, other studies have suggested recent regional increases in severe crown fires in pinyon-juni-

per woodlands relative to historical periods (e.g., Floyd et al. 2004), and some of these areas may continue to have more frequent fires where nonnative annual grasses (e.g., cheatgrass [*Bromus tectorum*]) have invaded (Floyd et al. 2006 studying pinyon-juniper systems specifically, and DellaSala 2018 and Finney et al. 2011 in context of fires in forested systems generally).

### 1.3.2. Sagebrush Systems

Today, sagebrush, and in particular big sagebrush, is found throughout western North America from southern Canada to Baja California (Kitchen and McArthur 2007 and references therein). The relationship between modern and pre-settlement distribution and condition of big sagebrush communities has been a matter of some debate (Peterson 1995; Young et al. 1979). One view holds that in response to livestock grazing practices and altered fire regimes, big sagebrush invaded large landscapes that were predominantly grasslands (Christensen and Johnson 1964; Cottam and Stewart 1940; Hull and Hull 1974). Other researchers posit that, with the exception of lands converted to other uses, the distribution of big sagebrush landscapes is essentially unchanged from historic times (Hironaka 1979; Johnson 1986; Welch 2005). This view is supported by arguments that expansion rates for sagebrush are too slow to account for significant range advances



*The relationship between modern and pre-settlement distribution and condition of big sagebrush communities has been a matter of some debate. (Photo: Ray Bloxham)*

in the suggested time frame of approximately 100 years (Welch 2005). Early written accounts produced by trappers, explorers, immigrants, and settlers have been interpreted to support both positions (Dorn 1986; Kitchen and McArthur 2007; Knight 2014).

Historical fire regimes in sagebrush communities vary greatly depending on the environmental setting and sagebrush community types (Douglas Shinneman, personal communication, November 2018; Kitchen and McArthur 2007). Moreover, when discussing "pre-settlement" fire regimes it is important to also consider the influence that aboriginal fire-setting, presumably in order to influence both wildlife habitat and resource foraging, was having on sagebrush systems on the eve of Euro-American contact (Raisha et al. 2005). A review by Welch and Criddle (2003) indicated that the fire return interval in sagebrush-grass communities and big sagebrush communities is likely between 50 and 125 years (Welch 2005; Whisenant 1989; citing Wright and Bailey 1982). In Wyoming big sagebrush (*Artemisia tridentata* Nutt. ssp. *wyomingensis*) fire cycles historically were of longer duration and average fire rotation likely ranged from 100 to over 300 years,

depending on climate, topography, plant composition, and ecological site characteristics (Baker 2011; Bukowski and Baker 2013; Wright and Bailey 1982). Big sagebrush communities can maintain themselves without the occurrence of fire (Lommasson 1948). The historic fire interval in mountain big sagebrush (*Artemisia tridentata* subsp. *vaseyana*) was more frequent than that of Wyoming big sagebrush (Miller and Heyerdahl 2008; Welch 2005 and references therein) because there tends to be more biomass in these understories due to higher rates of annual precipitation in mountain big sagebrush zones. Estimates of fire return intervals in mountain big sagebrush zones have been calculated to vary from 35 to 80 years (Arno and Gruell 1983; Heyerdahl et al. 2006; Kitchen and McArthur 2007; Miller and Rose 1999; Wright and Bailey 1982). After reviewing the literature Kitchen and McArthur (2007) suggested that historic fire return intervals averaged from 40 to 80 years for mountain big sagebrush and some productive basin and Wyoming big sagebrush communities and were as long as 100 to 200 years or longer for big and black sagebrush (*Artemisia nova*) sites with low productivity. Xeric and dwarf (e.g., *A. arbuscula*) sagebrush communities are generally more fuel limited and may have had historical fire rotations of several hundred years or more in some regions (Baker 2013; Bukowski and Baker 2013).

Biological and ecological characteristics of sagebrush suggest the species did not evolve with frequent fires. The genus lacks many of the features that other fire-adapted taxa have. For example, sagebrush is highly flammable and susceptible to damaging crown fires (Welch 2005; Welch and Criddle 2003). It is non-sprouting and must germinate from seeds (Pechanec et al. 1965; Tisdale and Hironaka 1981), which are not adapted to fire and are not present in the seedbank in high amounts (Welch 2005; Welch and Criddle 2003). After a fire, sagebrush does not recover quickly. Big sagebrush, for example, requires 25 to over 100 years (Baker 2011; Connelly et al. 2000; Kitchen and McArthur 2007; Shinneman and McIlroy 2016; Wambolt et al. 2001; Watts and Wambolt 1996; Welch 2005; Welch 2006). Sagebrush, depending on the species, has average life expectancies of 60 to 70 years and, in rare cases, may survive over 200 years (Ferguson 1964; Ferguson and Humphrey 1959; Welch 2005).

Kitchen and McArthur (2007) summarize the adaption of big sagebrush to fire thusly: "[historically] big sagebrush solved the fire problem by producing highly competitive, yet disposable plants. It does not invest



*Lacking fire-adaptive traits, sagebrush is susceptible to highly damaging crown fires from which it does not recover quickly, sometimes requiring 25 to 100 years to regenerate. (Photo: Scott Schaff/USGS)*

resources in morphological or physiological adaptations to fire, as it never had to in its short evolutionary past. This was particularly true for the 2+ million years of the Pleistocene, during which time cooler climatic conditions would have rarely favored fire to the extent they do today. Sagebrush thrives on suitable landscapes as long as the fire-free intervals are sufficiently long to permit re-establishment of mature stands, and short enough to prevent displacement by forest or woodland" (citing Miller and Tausch 2001).

### 1.3.3 Expansion of Pinyon-Juniper Woodlands into Sagebrush Systems

The expansion of pinyon and juniper into sagebrush communities is well documented (Blackburn and Tueller 1970; Cottam and Stewart 1940; Miller and Rose 1999; Miller and Wigand 1994). Many studies have reported on the causes of pinyon-juniper expansion, including decreased fire frequency (Archer et al. 2011; Archer and Predick 2014; Bauer and Weisberg 2009; Burkhardt and Tisdale 1976; Miller and Rose 1999; Romme et al. 2009), overgrazing by livestock that reduces fuels and reduces competitive interactions between trees and herbaceous species (Archer et al. 2011; Archer and Predick 2014; Blackburn and Tueller 1970; Miller and Tausch 2001; Shinneman and Baker 2009), recovery of pinyon-juniper woodlands at a local scale in response to past clearing or logging (Ko et al. 2011; Lanner 1981; Romme et al. 2009; Sallach 1986), and some combination of these factors (Archer et al. 2011 and references therein). Some researchers report that drought or climate change can also trigger pinyon-juniper expansion (Archer et al. 2011; Barger et al. 2009; Fritts 1974; Miller and Wigand 1994), for example through enhanced atmospheric $CO_2$ concentrations (Soule et al. 2003).

Pinyon-juniper-woodland expansion into sagebrush communities has been correlated with the loss of wildlife habitat, increased erosion, loss of herbaceous species, non-native species invasion, and decreases in water quantity and quality (Baker and Shinneman 2004; Blackburn and Tueller 1970; Burkhardt and Tisdale, 1969, 1976; Soule and Knapp 1999). Thus, current management of pinyon-juniper woodlands is often based on the assumption that removal of pinyon-juniper trees will reverse these conditions.

However, the evidence for expansion of pinyon-juniper into other community types (usually sagebrush) needs to be weighed within the context of the different types of pinyon-juniper woodlands (Persistent Pinyon-Juni-

per Woodlands, Pinyon-Juniper Savannas, and Wooded Shrublands) (Romme et al. 2009), their distribution and juxtaposition at a landscape scale, and the value of old pinyon-juniper woodlands. It is important to consider the ecological distinction between recently invaded sagebrush landscapes versus old pinyon-juniper woodlands. At the same time, it can be quite difficult to ascertain when an area is indeed a wooded shrubland and has been for hundreds of years or whether it was once sagebrush into which pinyon and juniper has expanded. In some cases the soil type and associated Ecological Site Description can help shed light on the true nature of the woodland and sagebrush association. In other cases the management goals might be the same (i.e., tree removal) regardless of whether the site is indeed a wooded shrubland on a soil type favoring pinyon and junipers trees, or an invaded sagebrush Ecological Site Type. Yet another uncertain area regarding pinyon-juniper expansion is environmental conditions that favor infilling of wooded shrublands over time, to the degree that they eventually resemble persistent woodlands. Where they co-occur, sagebrush and woodland communities can have different states or levels of co-dominance within the overall successional dynamics of the sagebrush/woodland-ecosystem complex of a particular landscape area (Tausch and Hood 2007). Because these systems are dynamic and highly variable across the landscape, successional status and associated ecosystems of pinyon-juniper woodlands are the result of complex interactions of topography, soils, environmental conditions, past patterns of disturbance, and successional processes through time (Tausch and Hood 2007).

Regardless of the reasons for pinyon-juniper expansion, practitioners who focus management attention on areas where woodlands have expanded into shrublands classify the stages of pinyon-juniper expansion into "Phase I, Phase II and Phase III" stages. Phase I woodlands are defined by the dominance of shrubs and herbaceous vegetation layers associated with early phases of woodland encroachment, and typically, tree cover is less than 10 %. Phase II woodlands are those in which trees, shrubs, and herbaceous vegetation share relative dominance, and pinyon and juniper cover is typically somewhere between 10% and 30%. In Phase III woodlands, trees dominate with cover typically exceeding 30% (Miller et al. 2000, 2005, 2008).

## 2. Methods

We conducted a systematic review of the literature to evaluate and synthesize the effects of mechanical treatments of pinyon-juniper and sagebrush communities on several environmental response categories. These included vegetation cover and diversity, fuel loads, wildlife and its habitat (e.g., abundance and productivity), and ecosystem function (i.e., soil stability, watershed productivity, and carbon sequestration).

We investigated the effects of a number of different mechanical treatment methods on our response categories. We conducted a systematic review of the published literature to evaluate and synthesize the effects of mechanical treatments of pinyon-juniper and sagebrush communities on the following environmental response categories: herbaceous cover, wildlife, soil stability, carbon sequestration and watershed productivity. We used the ScienceDirect and Google Scholar online search engines, using keywords "pinyon", "pinon", "juniper", "sagebrush", "vegetation treatment", "effects", "wildlife habitat", "vegetation"; "fuels management", "erosion", "soil", "hydrology", and "carbon sequestration". This search, along with other serendipitous encounters, identified over 300 sources. Sources were distributed across a geographically extensive region and included a variety of plant communities.

We created summary charts that describe the number of treatments with positive, negative, or non-significant effects for the following categories:

- Response of vegetation cover (i.e., perennial grasses, perennial forbs, and non-native annual grasses) to mechanical sagebrush treatment and to mechanical pinyon-juniper treatment,

- Response of wildlife (other than sage-grouse) to mechanical sagebrush treatment,

- Response of sage-grouse to mechanical sagebrush and pinyon-juniper treatment,

- Response of soil erosion related variables to mechanical treatment, and

- Response of hydrological related variables to mechanical treatments.

We include results of Bombaci and Pejchar (2016) for the response of wildlife to mechanical pinyon-juniper treatments, as it provided a thorough summary of this literature. To create the summary charts, we prioritized peer-reviewed research and only included studies that tested for significance between treatments and controls, where the control was either pre-treatment data or an adjacent non-treated area compared to the treated area. We considered one data point in the summary chart as the difference between the treatment and the control for one treatment method and/or in one sampling period and/or in one sampling site. Therefore, research that tested multiple treatments, sites, or years resulted in more than one data point in the summary charts. For vegetation response, if results (e.g., vegetative cover) could not be delineated into our vegetation cover categories (e.g., perennial grasses, perennial forbs, and non-native annual grasses), we did not include those data points. Perennial grasses and forbs included non-native species that are commonly found in seed mixes such as crested wheatgrass (*Agropyron cristatum*), intermediate wheatgrass (*Thinopyrum intermedium*), and small burnet (*Sanguisorba minor*). Where there were significant interactions with non-mechanical treatments (e.g., burns), we did not include those data points. We considered a p-value < 0.05 as the significance criteria.



*Greater sage-grouse. (Photo: Tatiana Gettelman/USGS)*

# 3. Vegetation Treatment Objectives

## 3.1 Vegetation Structure

### 3.1.1 Herbaceous Cover and Diversity in Treated Pinyon-Juniper Woodlands

The goal of many pinyon-juniper woodland reduction treatments is to increase perennial grasses and forbs (Bureau of Land Management 1991, 2017; Healthy Forests Restoration Act of 2003). However, the majority (63%) of the total data points in the summary chart report no significant effect of treatments on these functional groups (Figure 1). Perennial grasses had more positive responses (32%) than negative (4%), but most (64%) were not significant. Similarly, perennial forbs showed positive responses (23%) more than negative (10%), but most were not significant (66%). An unintended consequence of pinyon-juniper treatments is the increase of non-native annual plants, particularly cheatgrass. Treatments either had positive (50%) or not significant (50%) effects on these plants.

Evaluating the response of perennial grasses, forbs, and invasive plants to pinyon-juniper treatments appears to be highly complex and dependent on many factors. These variables include the type of pinyon-juniper woodland community (Persistent Pinyon-Juniper Woodlands, Pinyon-Juniper Savannas, or Wooded Shrublands) (Baker and Shinneman 2004; Romme et al. 2009); the degree of pinyon-juniper expansion into sagebrush communities or expansion within woodlands (e.g., Roundy et al. 2014a); whether the treatment type is chaining, mastication, or lop and scatter (e.g., Murphy and Romanuk 2012); the cover of shrubs and herbaceous species (including non-native vs. native) that exist before treatment (Bates et al. 2005; Rossman et al. 2018; Roundy et al. 2014a, 2014b; Stephens et al. 2016; Williams et al. 2017; Young et al. 2013a); which seeds reside in the seed-bank; whether the site is seeded afterwards and what the seed mix is comprised of (e.g., Roundy et al. 2014a); scale of the analysis (e.g., Rossman et al. 2018); length of post-treatment rest period from grazing (e.g., Bristow 2010); and the grazing regime once it commences. Yet another factor is the length of time after treatment the study was conducted. For example, Bates et al. (2005, 2007) found that long-term (i.e., 13 years) monitoring was required to document the dominance of perennial grasses after pinyon-juniper treatments. On the other hand, a study of 30-year-old pinyon-juniper chaining treatments in Nevada found that as cover of woody species increased, the cover of herbaceous species decreased, and treat-



Figure 1. Number of pinyon-juniper treatment study results within herbaceous vegetation categories that found positive, negative, or non-significant results. The appendix lists all of the studies that contributed data points to this summary chart, and the response variables measured.

ment efficacy declined over time (Bristow 2010). Bates et al. (2017a) saw a similar response to a 25-year-old hand thinning treatment.

When significant results were reported, they were more often positive than negative. For example, Vaitkus and Eddleman (1987) found herbaceous production doubled after the removal of western juniper (*Juniperus occidentalis*) in Oregon. Provencher and Thompson (2014) compared pinyon-juniper treatments (i.e., chaining, bulldozing imitating chaining, lop-pile-burn, lop-and-scatter, feller-buncher and chipper, and mastication) in encroached black sagebrush communities in Nevada and Utah. After 4 years, forb cover increased in all treatments except mastication. Other studies find the mastication treatment method, in which trees are shredded in place, is effective in increasing herbaceous vegetation. Ross et al. (2012) reported that lop-and-scatter and mastication treatments increased herbaceous vegetation cover. Similarly, Young et al. (2013a) found mastication treatments increase perennial and annual grasses. Fornwalt et al. (2017) found that total species richness and cover of graminoids and native forbs in mulched sites were greater than untreated sites over 6 to 9 years. In Colorado, Stephens et al. (2016) found that three mechanical methods (i.e., chaining, roller-chopping, and mastication) each increased understory vegetation. Havrilla et al. (2017) also compared herbaceous cover in several treatment types over 6 years; mastication, lop-and-slash piled then burned, and lop-and-scatter followed by broadcast burn. They found that perennial herbaceous plants increased in all treatment plots. Havrilla et al. (2017) concluded that mastication with seeding is an effective method to remove fuels and recover the herbaceous layer with native plants.

To evaluate the general response of understory vegetation to tree canopy removal in conifer-encroached shrublands, Miller et al. (2014c) set up a region-wide study that measured treatment induced changes in understory cover and density. Eleven study sites located across four states in the Great Basin were established as statistical replicate blocks, each containing fire, mechanical, and control treatments. Different cover groups were measured prior to treatment and for three years thereafter. Tall perennial grass cover increased in the mechanical treatment in the second and third year. Non-native grass and forb cover did not increase in the mechanical treatments in the first year but increased in the second and third years. Perennial forb cover increased in the mechanical treatments. The recovery

of herbaceous cover groups was determined to be from increased growth of residual vegetation.

However, other studies detected decreases or no significant change in herbaceous understory following treatment. In New Mexico, Rippel et al. (1983) found that in response to pinyon-juniper chaining treatments, some shrub species increased but grass and forb biomass and cover declined until they were lower than the control plots. In Utah, Frey (2010) found that the herbaceous cover in pinyon-juniper chaining treatment sites was less than half of that in reference sites. Rubin and Raybal (2018) reported that two to three years after a mastication treatment untreated sites had four times the herbaceous cover of native and non-native plants than treated sites, although the treated sites had a much higher diversity of grasses and non-native forbs.

Pinyon-juniper treatments can lead to an increase in invasive and/or annual plants, particularly cheatgrass (Evans and Young 1985, 1987; Havrilla et al. 2017; Monaco et al. 2017; Provencher and Thompson 2014; Stephens et al. 2016). Cheatgrass can outcompete the forbs and grasses the treatment was intended to increase (Bates et al. 2007). Many studies found that mechanical treatments in pinyon-juniper woodlands may increase herbaceous production, but the increase in invasive, annual plants may not necessarily improve overall ecosystem conditions. For example, Vaitkus and Eddleman (1987) concluded that after juniper removal in Oregon, herbaceous production doubled but much of the increase came from annual plants. Davis and Harper (1989) reported significant increases in weedy annuals on chained treatments in Utah. Owens et al. (2009) observed increases in cheatgrass following lop and scatter/pile burn and mastication treatments in Colorado. Ross et al. (2012) found that in Utah cheatgrass was not present on control sites but it comprised more than 18% cover on lop and scatter/pile burn treatments and between 11% and 18% cover on mastication treatments. Bybee et al. (2016) found that the fine woody debris produced by mastication increased cover of both native and non-native herbaceous plants. Studies in Utah showed that the fine woody debris produced by shredding pinyon and juniper also has an effect on soil microbial activity and nutrient availability deep into the soil profile, even far away from the treatment site (Aanderud et al. 2017). This in turn influenced both native and non-native plants on a species-specific basis. For example, cheatgrass and some native grasses increased, while bluebunch wheatgrass (*Pseudoroegneria spicata*) decreased. The positive influence of fine



*Left: Greenville Bench, Utah pinyon-juniper woodland in 2006, prior to a bullhog mastication treatment. Right: A photo of the same area six years after treatment, showing woody debris and substantial grass growth. While most of the total grass cover was native perennial, cheatgrass cover represented 40% of the total by 2013. (Photos: Sagebrush Steppe Treatment Evaluation Project [SageSTEP])*

woody debris diminished over time for cheatgrass but increased for native grasses.

Though not focused on pinyon-juniper forest types, a meta-analysis that pooled 32 studies of mechanical thinning treatments combined with fire in coniferous forests conducted by Willms et al. (2017) found that the most consistent mechanical treatment effect was an increase in non-native species, which they ascribed to the ground disturbance associated with treatments. Seeding perennial native species after treatment is often recommended by many researchers and practitioners and can, in the short-term and sometimes long-term, help decrease the cover of invasive annual plants and grasses (Bates et al. 2011; Bates et al. 2014a, 2014b; Havrilla et al. 2017; Roundy et al. 2014a). On the other hand, post-treatment seeding is not a guarantee of reducing invasive herbaceous cover. Many researchers report low seeding success rates, particularly in arid and semi-arid sites (e.g. Beyers 2004; Wilder et al. 2018).

Bates et al. (2005, 2007) proposed that post-treatment annual grass dominance reported in many other studies was due to inadequate perennial grass density on the site before woody plants were removed and speculated that a pre-treatment density of one to two native

bunchgrasses per square meter was adequate to prevent cheatgrass dominance in low elevation Wyoming big sagebrush sites in Nevada. In the Great Basin, two to three perennial bunchgrasses per square meter is indicated (Michael Pellent, personal communication, January 2019). Roundy et al. (2014a) found that mechanical treatments had higher cheatgrass cover in pinyon-juniper woodlands with greater tree cover (i.e., more advanced forest succession), and sites with high cheatgrass cover before treatment was related to high cheatgrass cover after treatment. They also found that maintaining perennial cover could resist cheatgrass dominance, especially on warmer sites which are more susceptible to being dominated by invasive or annual plants.

The substantial variability in outcomes as illustrated by our summary chart might explain the preponderance of non-significant results in the studies we reviewed. With these confounding factors affecting the response of herbaceous vegetation, most authors in our review caution against applying their results to other systems, especially in other geographic regions. On the other hand, it is possible that the high number of non-significant results might not just be an artifact of the data; it could simply be that mechanical pinyon-juniper removal in order to

*Literature Review of Mechanical Vegetation Treatments (2019)*

elicit understory response does not often produce the desired results.

### 3.1.2 Herbaceous Cover and Diversity in Treated Sagebrush Communities

Today sagebrush is not being cleared on our western rangelands at the rate it was in the 1940s to 1970s. However, many mechanical sagebrush treatments still occur for wildlife habitat improvement, fuels reduction, and other justifications (Pilliod et al. 2017). As with pinyon-juniper treatments, often the primary goal is to increase perennial grasses and forbs. However, the result of our summary chart shows that over half (56%) of the data points show no significant effect of sagebrush treatments on these functional groups (Figure 2). Perennial grasses had more positive responses (33%) than negative (8%), but most (58%) were not significant. The positive response of perennial forbs (23%) was slightly larger than the negative response (19%), but most responses were not significant (58%). An unintended consequence of sagebrush treatments is the increase of non-native annual plants, particularly cheatgrass. Treatments either had positive (48%) or not significant (52%) effects on these plants.

The response of perennial grasses, perennial forbs, and non-native annual plants to mechanical sagebrush treatments appears to be highly complex and dependent on many factors. Treatment results can vary depending on site conditions and factors such as sagebrush taxon present, elevation (e.g., Wilder et al. 2018), treatment methods (e.g., Dahlgren et al. 2006), the cover of herbaceous species that exists before treatment (e.g., Chambers et al. 2017), which seeds reside in the seed-bank (e.g., Monaco et al. 2018), whether the site is seeded afterwards and what the seed mix is comprised of (e.g., Davies et al. 2014a; Monsen 2004), length of post-treatment rest from livestock, and the grazing regime once grazing commences (e.g., Wilder et al. 2018).

Some studies have shown short-term positive herbaceous responses to mechanical removal of sagebrush, especially if the removal is accompanied by seeding of herbaceous species (Monaco and Gunnell unpublished data, MS in prep; Wilder et al. 2018 and others). However, those successes may be limited (Svejcar et al. 2017; Wilder et al. 2018) or short-lived (Knutson et al. 2014; Peterson 1995; Pyke et al. 2013; Pyke et al. 2014; Svejcar et al. 2017). Other studies showed no effect of treatment on herbaceous response (Blaisdell 1953; Clary et al. 1985; Davies et al. 2011; Stringham 2010; Summers and Roundy 2018; Wamboldt et al. 2001). Some sites experienced reduced productivity or diversity of native grasses and forbs after treatment (Pechanec and Stewart 1944; Wambolt et al. 2001; Watts and Wambolt 1996). This was particularly evident in degraded sites with low resilience to disturbance (Chambers et al. 2014; Chambers et al. 2017; Davies et al. 2012) and where current land use is perpetuating degraded understory conditions (Bestelmeyer et al. 2015; Morris and Rowe 2014).



Figure 2. Number of sagebrush treatment study results within vegetation categories that found positive, negative, or non-significant results. The appendix lists all of the studies that contributed data points to this summary chart, and the response variables measured.

SSV_13299

 

*Left: Untreated sagebrush community in Grand Staircase-Escalante National Monument. Right: An adjacent parcel two years after treatment. (Photos: Laura Welp)*

Wilder et al. (2018) conducted a meta-analysis of data from unpublished post-treatment monitoring reports from sagebrush treatments implemented by the Utah Watershed Restoration Initiative. This group is a coalition of private, state, and federal entities conducting tens of thousands of acres of vegetation treatments throughout Utah. By computing effect sizes, Wilder et al. tested for effects of sagebrush reduction on seeding success over short (1 to 4 years) and long (5 to 10 years) post-treatment periods. The study found that across sites, seeded perennial grasses increased over time but forbs declined. Some non-native species increased significantly more than natives. Results were likely influenced by seedbed conditions and site characteristics, particularly elevation, and the authors stressed that this should be taken into account during restoration planning. The authors found that poor performance of forbs after treatment is a common occurrence, especially in lower elevation sites that tend to be warmer and drier. This was attributed to possible overutilization by native and non-native grazers during critical periods of plant growth. However, while forbs showed a more favorable response over time at the higher elevation sites, both native and non-native grasses exhibited greater increases in cover and frequency at lower elevation sites, where resiliency is typically thought to be lower (Archer and Predick 2014; Chamber et al.

2017). We anticipate valuable information from another meta-analysis on a similar dataset (Riginos et al. in review). That study will analyze data from 94 sagebrush treatments in Utah to assess short- (1 to 5 years post-treatment) and long-term (6 to 12 years post-treatment) overall responses of sagebrush, perennial and annual grass and forb, and ground cover to sagebrush reduction treatments, whereas Wilder et al. (2018) was focused on seeding success.

Two papers report on herbaceous response to mechanical treatment methods in other types of southwest shrublands (Archer et al. 2011; Archer and Predick 2014). While these reviews focused on snakeweed (*Gutierrezia* spp.), mesquite (*Prosopis* spp.), and creosote bush (*Larrea tridentata*), the results may be relevant to sagebrush communities. Archer et al. (2011) found more than 80% of studies had positive herbaceous responses following brush management, especially in the range of 30 to 70 cm mean annual precipitation. The positive effects lessened as study sites decreased in elevation, however. The time since treatment was an important factor in assessing degree of success. The median first-year response of herbaceous vegetation was highly variable, with half of treatment sites responding positively and half negatively. After year two, a positive response became more consistent



*A post-treatment seeded area near Moab colonized by invasive cheatgrass (Photo: Laura Welp)*

and peaked in year five. The positive response decreased after 7 and 8 years but remained positive. The authors found that shrub removal treatments typically have neutral (30% of data points exhibiting <10% change) to positive (60% of data points exhibiting >10% increase) effects on grass and forb diversity. However, the few long-term data sets available suggest this response is relatively short lived (<15 year). The length of time that management treatments continue to have a positive effect on the herbaceous layer varied widely by treatment type, shrub species, effectiveness of the initial treatment, composition of the herbaceous vegetation, and soil properties.

As with pinyon-juniper treatments, many studies show that if invasive, annual plants are present on the site prior to sagebrush treatments, the cover of these species often increase after treatment. For example, Prevey et al. (2010) found three to four times more non-native herbaceous species in sites where sagebrush was removed than in undisturbed sites.

Researchers are focusing on ways to increase resistance of treatment sites to expansion of invasive, annual plants. Many authors underscore the need to seed after sagebrush treatments to prevent invasive, annual plants taking hold, particularly if the site is highly degraded

with a large amount of bare ground (Davies et al. 2018 and others). For example, Davies et al. (2012) found that mowing alone on degraded sagebrush sites does not increase herbaceous cover but facilitates the establishment of non-native grasses and forbs. They concluded that successful mowing treatments in degraded sites must be accompanied by seeding, weed reduction, or other management activities. Similar conclusions were drawn from long-term studies by Roundy et al. (2018) working with the Sagebrush Steppe Treatment Evaluation Project (SageSTEP). (SageSTEP is funded by the U.S. Joint Fire Science Program, Bureau of Land Management, and National Interagency Fire Center www.sagestep.org.) There is a high risk of cheatgrass invasion after treatment, especially in warmer and drier sites. To prevent increase of cheatgrass after treatment, restoration and maintenance of perennial herbaceous species should be facilitated with revegetation and appropriate post-treatment livestock grazing (Roundy et al. 2018).

The treatment success is also affected by the seed mix. Diverse seed mixes are better able to stabilize soils and prevent spread of invasive plants, but seed mixes that include non-natives may outcompete and impede native species (Davies et al. 2014a; Knutson et al. 2014; Wilder et al. 2018). Wilder et al. (2018) found that success of both native and non-native seeded species varied depending on seeding method (e.g., depth), timing, and post treatment grazing and browsing pressure.

Reisner et al. (2013) found that limiting the size and connectivity of gaps between vegetation in sagebrush communities is important for resistance to non-native species invasion. Biological soil crust limits non-native species cover in this way. They also suggest that cattle grazing, by reducing bunchgrasses and trampling biological soil crust, reduces resistance to non-native species invasion. Similar findings were found by Condon and Pyke (2018). They recommend that managers consider how treatments will impact these two functional groups when conducting restoration activities in sagebrush communities.

### 3.2 FUELS MANAGEMENT

While prescribed fire is often used as a treatment method in pinyon-juniper woodlands and sagebrush, it is not the focus of this literature review. However, land managers often use mechanical treatments to attempt to lighten fuel loads and for post-wildfire recovery efforts. This section describes wildfire in terms of how

it relates to the application and rationale for mechanical treatments in pinyon-juniper woodlands and sagebrush communities.

### 3.2.1 Pinyon-Juniper Systems

Land managers often prescribe pinyon-juniper treatments to lessen the likelihood of large, devastating crown fires, especially around populated areas or structures (e.g., Healthy Forests Restoration Act). Many researchers advocate treating pinyon-juniper woodlands at low- to mid-tree dominance index (i.e., Phases I and II). This will retain the shrubs on a site and increase ecosystem resilience and resistance by promoting herbaceous cover (Roundy et al. 2014a; Williams et al. 2017; Young et al. 2013a). They also recommend treating with methods such as cutting or mastication rather than chaining because there is less soil erosion and better seedling establishment.

However, climate data are now being incorporated into many pinyon-juniper treatment projects, and this is helping practitioners better understand an important component of fire in these systems today. Keyser and Westerling (2017) used 5-year climate variables to predict where high severity fires occur so that managers can conduct more targeted fuels reductions. Several studies have found that climatological factors are more correlated with ignition of wildfires than amount of biomass in trees. Dennison et al. (2014), Holden et al. (2007), Westerling (2016), and Westerling et al. (2006) found that drying trends over the last 20 years had a greater influence on fire activity in dry pine forests, including pinyon-juniper woodlands, than fine fuels and biomass production. They concluded that fire risks are more strongly associated with increased spring and summer temperatures and an earlier spring snowmelt. However, while this is true of the amount of area burned or number of large fires, this may not be the case in terms of fire severity, in which fuel accumulation and continuity may be very important (Douglas Shinneman, personal communication, November 2018).

Surface disturbance associated with mechanical treatments facilitates cheatgrass expansion and may actually serve to increase incidence of fire (Roundy et al 2014a). Young et al. (2015) found that removing trees reduced canopy fuel loads but surface fuel loads increased. The fine woody debris produced by mastication has been shown to increase the herbaceous layer,



*Spruce Mountain, Nevada about four years after a juniper mastication project. Woodchip piles appear to have suppressed some forbs and native bunchgrass growth while non-native cheatgrass and pennyroyal were not suppressed. (Photo: Laura Cunningham)*

including flammable cheatgrass (Aanderud et al. 2017). Redmond et al. (2013) also found an increase of fuels in chained treatments after 20 to 40 years. The previous section of our review details examples of mechanical pinyon-juniper treatments that increase both native and non-native herbaceous understories, all of which have the potential to increase not only post-treatment fuel loads but to potentially create conditions with fuel loads higher than they were historically, depending on whether the type of woodland is Persistent Pinyon-Juniper Woodland, Pinyon-Juniper Savanna, or Wooded Shrubland. Bates and Davies (2017) have speculated that burning slash in late fall to early spring and including a revegetation component on warmer sites with depleted understories may help. Young et al. (2015) also recommended conducting cool-season prescribed fires after treatments to reduce surface fuels. However, they note that the presence of cheatgrass at the site may impact success of this method. It should be noted that none of these mitigation practices appear to have been tested.

### 3.2.2 Sagebrush Systems

Sagebrush treatments are sometimes applied to re-establish what are thought to be natural fire intervals (staff of Grand Staircase-Escalante, personal communication, October 2018). Land managers sometimes estimate that sagebrush must be thinned by fire every 10 to 40 years to remain healthy and to reduce fire risk (e.g., Bunting et al. 1987; Davies et al. 2009b). However, depending on whether the sagebrush type is Wyoming big sagebrush or mountain big sagebrush, 10 to 40 year fire cycles may not be supported by the published science (see section 1.3.2).

Sagebrush treatments are effective at reducing the height, mass, and continuity of canopy fuels, but they may alter fire behavior in other ways (Archer and Predick 2014). Surface disturbance caused by treatments may promote invasive and annual plants, leading to increased fine fuels and fire (Bates and Davies 2017; Fornwalt et al. 2017; Roundy et al. 2014a; Williams et al. 2017; Young et al. 2013a). Rau et al. (2014) found that after treatments, dry sites with sandy soils or those with low soil-water holding capacity were most vulnerable to increases in invasive and annual plants. Chambers et al. (2014) found similar results. Their study indicated that resistance to invasive and annual plants is influenced by soil temperature and moisture regimes. Cool mountain big sagebrush sites were more resistant to invasive and annual grasses than warm, dry Wyoming big sagebrush sites.



*A sagebrush treatment by Dixie harrow in Grand Staircase-Escalante National Monument. (Photo: Ray Bloxham)*

Mean annual precipitation and temperature, soil texture, cover of perennial native herbaceous species, gaps between perennial plants, and other fuel sources should be considered by managers trying to prioritize sagebrush sites for treatment and select appropriate treatments to minimize invasive and annual plants (Chambers et al. 2014; Rau et al. 2014). Some researchers speculate on ways to reduce the risk of non-native invasion following sagebrush treatments. For example, Chambers et al. 2014 found that having at least 20 percent perennial native herbaceous cover on the site before treatment may minimize invasives in cooler, moister areas.

Land managers have recently started to construct a vast network of fuel breaks to reduce wildfire in sagebrush communities, especially in the Great Basin where cheatgrass-fueled fires have destroyed a significant amount of greater sage-grouse habitat. Shinneman et al. (2018) reviewed these projects and noted that, although there is anecdotal evidence supporting the practice, not enough data have been collected to verify the contention that fuel breaks reliably reduce wildfire in sagebrush communities. Furthermore, these projects may cause resource impacts in themselves. For example, construction may introduce more cheatgrass, impact plant communities by planting non-native wheatgrasses, construct more roads, and create edge habitat that

may disadvantage some rare wildlife species such as pygmy rabbit. The authors discuss the need to balance habitat loss due to wildfire with habitat loss due to the creation of hundreds of kilometers of fuel breaks.

### 3.3 Wildlife Habitat

Vegetation treatments are also conducted to improve wildlife habitat, particularly with the emergence of greater sage-grouse (*Centrocercus urophasianus*) as a conservation concern. Greater sage-grouse are considered an umbrella species; their conservation protects many other species that co-occur in sagebrush communities or are considered sagebrush obligates themselves (Carlisle et al. 2018a; Donnelly et al. 2017; Rowland et al. 2006). However, less is known about the effects of pinyon-juniper and sagebrush treatments on other species (Rich et al. 2005). Managing these communi-

ties to benefit wildlife is complex. Wildlife responses vary widely based on species interactions, temporal and spatial scales of treatments, and other variables (e.g., Fulbright et al. 2018). Wildlife species often specialize for specific habitat conditions. Changing habitat conditions often creates winners and losers. This aspect is an additional challenge when summarizing the mechanical treatment literature. As a general rule of thumb, maintaining landscape mosaics (heterogeneity) at the proper spatial and temporal scale or scales provides for maximum diversity and reduces disturbance patch size.

#### 3.3.1 Pinyon-Juniper Treatments

Overall, studies of pinyon-juniper treatments to manage wildlife habitat have varied results. Bombaci and Pejchar (2016) provided a thorough review of studies that evaluated responses of wildlife to pinyon-juniper treatments (Figures 3 and 4). They found there was not



**Figure 3**. Proportion of study results within taxonomic groups and treatment methods documenting positive, negative, or non-significant responses to woodland reduction. Burn = prescribed fire; MR = mechanical removal (i.e., bulldozing, chaining, cutting, mowing, hydro-axing, roller-chopping, and uprooting); Thinning = any treatment method that retains some standing trees; MR + burn = mechanical removal and prescribed fire (reprinted from Bombaci and Pejchar 2016, with permission).

Literature Review of Mechanical Vegetation Treatments (2019)



**Fig. 4.** Number of study results within habitat functional groups documenting positive, negative, or non-significant responses to woodland reduction treatments (reprinted from Bombaci and Pejchar 2016, with permission). The appendix lists all of the studies that contributed data points in Figures 3 and 4, and the response variables measured.

a consistent positive or negative response from wildlife overall and most study results were non-significant. Pinyon-juniper treatments are assumed to benefit sagebrush obligates, but evidence is lacking. The authors called for additional long-term research on larger study sites in order to better understand wildlife responses, especially for sagebrush obligates.

In addition to the generalized results for wildlife, Bombaci and Pejchar (2016) also reported results by taxon. Most of the few studies available on invertebrate responses to treatments were non-significant or inconsistent. For example, Kleintjes et al. (2004) found that invertebrate species richness and abundance increased significantly in cut and slash treatments, but McIver and Macke (2014) found that species responses to pinyon-juniper removal varied significantly by species.

For bird species that are pinyon-juniper obligates, there is a positive relationship with live trees and cover (Balda and Masters 1980; Francis et al. 2011). When pinyon-juniper woodlands were removed mechanically, most bird species, whether pinyon-juniper obligate or not, generally responded negatively and abundance was reduced (Bombaci and Pejchar 2016). However, in

most studies of thinning treatments there was an overall non-significant response and the retention of some tree cover may sustain birds. An exception was Crow and Van Riper (2010), who found that pinyon-juniper thinning treatments correlated to lower abundance for two woodland-associated birds (i.e., gray vireo [*Vireo vicinior*], chipping sparrow [*Spizella passerine*]). Bombaci et al.'s 2017 study supported the general findings of Bombaci and Pejchar (2016). They found overall bird use was higher within non-treated areas versus treatments, which was related to greater pinyon-juniper cover.

Sagebrush-obligate bird species would be expected to benefit when pinyon and juniper trees are removed from sagebrush stands. Bombaci and Pejchar (2016) found that, with the exception of greater sage-grouse (see section 3.3.3), most studies report that sagebrush-obligate bird responses were non-significant or negative to pinyon-juniper removal. Only Crow and Van Riper (2010) found thinning treatments benefitted a sagebrush obligate (Brewer's sparrow).

Studies of bird response to pinyon-juniper removal were generally conducted within a few years post-treat-

ment, and those results reflect short-term responses. But there are some long-term studies. For example, Gallo and Pejchar (2016) found significant differences in bird abundance between sites that were historically (40 and 60 years prior) chained versus sites that were undisturbed. While untreated pinyon-juniper woodlands had higher species richness, they were comprised of woodland-obligates. Treated sites contained greater abundance of shrubland-obligate species such as Brewer's sparrow. Holmes et al. (2017) found during their three-year study that sagebrush-associated species were positively correlated with pinyon-juniper treatments that were completed by mechanical hand removal. Brewer's sparrow, green-tailed towhee (*Pipilo chlorurus*), and vesper sparrow use increased when pinyon-juniper trees were removed, but gray flycatcher (*Empidonax wrightii*) use declined in treatment sites. This was attributed to their preference for habitats with juniper and taller sagebrush. Knick et al. (2017) studied the impact of pinyon-juniper reduction treatments on bird communities at almost 300 pinyon-juniper removal sites over seven years. They found that bird communities that had stable environments (<5% woodland reduction) experienced little change over the seven years post-treatment. In contrast, there were indications that bird communities at the 80 sites with >5% woodland reduction were shifting away from birds with woodland affinities towards more ecotone or grass- and shrub-associated species.

Small mammal responses to treatments that completely removed pinyon-juniper trees were generally non-significant (Figure 3). More studies found small mammals positively responded to thinning treatments; an important benefit was the increase in cover created by the slash piles left behind. For small mammals that prefer grassland habitats, they responded positively to removal of the pinyon-juniper canopy (i.e., bulldozed treatments). In general, many studies did not find significant responses to pinyon-juniper burning and mechanical removal treatments. In 2017, Bombaci et al. found no difference in small mammal (i.e., least chipmunk [*Tamias minimus*] and deer mouse [*Peromyscus maniculatus*]) abundance among pinyon-juniper treatments or control sites. They concluded the results were related in part to grass and herbaceous cover in sites.

Gallo et al. (2016) assessed mammal use (i.e., camera detections) between historically chained sites that retained their shrub layer afterwards and non-treated sites. Of the eight species analyzed, bobcat (*Lynx rufus*), mountain lion (*Puma concolor*), American black



*Managing habitat for wildlife is complex. Species often specialize for specific habitat conditions, and what benefits one species may be a detriment to another. This argues against large expanses being treated with one method that creates a single homogenized vegetation community. Above: Gray vireo (Photo: Dominic Sherony)*

bear (*Ursus americanus*), golden-mantled ground squirrel (*Callospermophilus lateralis*), and rock squirrel (*Otospermophilus variegatus*) responded negatively to chaining treatments. Chipmunk (*Tamias* spp.), mountain cottontail (*Sylvilagus nuttallii*), and coyote (*Canis latrans*) showed no significant response to the chaining treatments. Hamilton et al. (2018) found pinyon-juniper thinning treatments increased small mammal species richness, biomass, and density. Their treatments had a negative impact on one species: the pinyon mouse (*Peromyscus truei*), a pinyon woodland obligate.

Bombaci and Pejchar (2016) found that mechanical treatments have a mostly negative or non-significant effect on mule deer and elk. This was attributed to the important cover pinyon-juniper woodlands provide. Some studies found specific scenarios where deer and elk responded positively. The use of chained treatments was greater in the spring (Howard et al. 1987), smaller reduction treatments embedded within non-treatment areas were utilized more (Short et al. 1977), and mule deer fawns had greater survival in cleared (and managed) treatments (Bergman et al. 2015); all of which infer the importance of balance between cover, edge effects, and available forage on wild ungulates.

### 3.3.2 Sagebrush Treatments

A common goal of mechanical treatments in sagebrush communities is to increase vegetation diversity, particularly of grasses and forbs for forage and cover (Lutz et al. 2003; Winward 1991). Many researchers have assessed the impacts of mechanical sagebrush treatments



Figure 5. Number of sagebrush treatment study results that had positive, negative, or non-significant response on wildlife. The appendix lists all of the studies that contributed data points to this summary chart, and the response variables measured.

on wildlife, particularly for sagebrush obligates. We address mechanical treatment (of both sagebrush and pinyon-juniper woodlands) effects on sage-grouse in a separate section, below. The literature finds sagebrush treatments have varied impacts on wildlife, including big game species such as elk (Figure 5). Some of this variability may be ascribed to scale. Sagebrush treatments that focus on fuels removal may have different effects than larger treatments focusing on habitat restoration (Michael Pellant, personal communication, January 2019). Of a total of 22 data points, 11 (50%) showed a positive response to treatment by wildlife, five points (22%) showed negative responses and six (27%) were not significant.

Many studies focus on the effects of mechanical sagebrush treatment on bird species, in particular neotropical migrants. Some sources found that sagebrush treatments decrease the abundance of birds, including those categorized as sagebrush-obligates and sagebrush-associated. However, Norvell et al. (2014) found that results varied by bird species, and while none were likely to be extirpated as a result of the sagebrush reduction treatments, an important finding was the importance of lag time in the birds' response to habitat change. More recently Carlisle et al. (2018b) assessed how sagebrush mowing treatments (removal of sagebrush to a height of approximately 25 cm) impacted Brewer's sparrows,

sage thrashers (*Oreoscoptes montanus*), and vesper sparrows. Overall, mowing had negative or neutral impacts on the Brewer's sparrow and sage thrasher, while there were some beneficial impacts to vesper sparrow. After sagebrush was mowed, Brewer's sparrows and sage thrashers did not nest in the sites but approximately half of vesper sparrow nests were maintained. Where nests occurred, survival of nestlings did not differ in any species between treatments, but vesper sparrows nestlings in mowed areas had greater body condition than nestlings in non-mowed sites. Results may be influenced by scale. Sagebrush treatments that focus on fuels removal may have different effects than larger treatments focusing on habitat restoration.

Studies of invertebrate response to mechanical sagebrush treatments are limited but the ones in our review chiefly showed no response to mechanical treatment. McIver and Macke (2014) studied butterfly response to sagebrush treatments in the Great Basin. Most species showed little response to sagebrush treatments, perhaps due to high levels of spatial and temporal variability. Long-term monitoring would be necessary to draw conclusions about the impact of mechanical treatments on these species. Where there was a response, however, it was positive, likely because increased herbaceous plants provided food resources. The authors conclude that habitat changes such as those induced by treatments will favor some species over others, and it is necessary to provide a balance across the landscape in management activities and not treat too much at one time (McIver and Macke 2014). Studies by Hess (2011) in Wyoming indicate that mowing does not lead to an increase in weight or abundance of beetles and grasshoppers. Yeo (2009) studied harvester ant mounds before and after treatment in Idaho. Ant colonies initially showed an increase in the treated area relative to the control a few years after treatment. At the end of the study period (seven years after treatment), however, there were more colonies in the control than in the treatment. Environmental variables such as climate and precipitation may have heavily influenced the results.

Sagebrush is important forage for mule deer, elk, and pronghorn (Beck et al. 2012). Sagebrush treatments may be conducted based on the belief that as sagebrush plants age, their nutritional value for wildlife declines. However, several researchers have found sagebrush nutritional value is not correlated with age. Peterson (1995) and Wamboldt (2004) reported that there is no relationship between crude protein content and age of

big sagebrush. In addition, young big sagebrush have stronger chemical resistance to herbivores (Karban et al. 2006; Shiojiri and Karban 2006) and may be less palatable or provide less nutritious forage than older stands (Beck et al. 2012). Terpene levels (high quantities of terpene can degrade the forage value of sagebrush) in basin, mountain, and Wyoming big sagebrush are not affected by plant age (Kelsey et al. 1983). Davies et al. (2009a) found that experimental mowing of sagebrush (*A. tridentata* ssp. *wyomingensis*) increased its nutritional value, but this may not be biologically significant. The authors postulated that because sagebrush treatments reduce overall sagebrush density, cover, and volume, they may negatively impact ungulates, despite potential increases in nutritional value.

Other studies of mammal response to sagebrush treatment focus on pygmy rabbits, a sagebrush obligate (Green and Flinders 1980). In Utah, Flinders et al. (2005, 2006), Lee (2008), Pierce et al. (2011), and Wilson et al. (2011) studied the impact of sagebrush removal treatments that were included within mosaics of untreated areas. Pygmy rabbits utilized treatment areas but use was greater in non-treated areas (Lee 2008, Wilson et al. 2011). Wilson et al. (2011) and

Pierce et al. (2011) attributed the reduction in use within treatment areas to an avoidance of habitat edges, which are associated with an increase in predators and competitors. To support pygmy rabbits, several authors concluded that mechanical sagebrush treatments should include large areas of untreated areas or mosaics to provide pygmy rabbit habitat (Flinders et al. 2005, 2006; Lee 2008; Wilson et al. 2011).

While not specific to sagebrush communities, Fulbright et al. (2018) conducted a review on wildlife responses to brush (e.g., snakeweed, creosote bush and mesquite) treatments. Effects of shrub treatments on wildlife forage varied: 48% were positive, 31% were neutral (with no or short-term increases), and 20% were negative. In most cases, negative responses occurred where brush treatments reduced key shrub-associated foods, reduced browse plants, or increased thorns or secondary compounds. The authors report the potential benefits of brush management for wildlife are variable. Fulbright et al. (2018) recommend that managing brush for one species and benefitting all other species is not feasible. They recommend that shrub management considers the complexity of wildlife/biodiversity responses to brush management, including variation in species, functional



*A literature review by Beck et al. (2012) concludes that the use of sagebrush treatments to benefit wildlife is not supported by the literature. Given the reliance of so many species on sagebrush, treating too many acres at once could lead to declines of some wildlife populations. (Photo: Tom Koerner/U.S. Fish & Wildlife Service)*

*Literature Review of Mechanical Vegetation Treatments (2019)*

group, seasonal use, potential changes in predator-prey relationships, invertebrate responses, and critical life-cycle phases of wildlife.

Beck et al.'s (2012) literature review on sagebrush treatment effects on wildlife concluded that the use of sagebrush treatments to benefit wildlife is not supported by the literature. They report that, given the reliance of so many species on sagebrush, treating too many acres at once could lead to declines of these species. They recommend land managers not implement sagebrush treatments until further study is available. Welch and Criddle (2003) concluded that as more acres of sagebrush communities are modified by development or converted into invasive, annual weeds, sagebrush reduction treatments are inadvisable because they may impact sagebrush obligate species' survival.

### 3.3.3 Greater Sage-Grouse

The current conservation status of greater sage-grouse (sage-grouse) has led many western states and habitat managers to call for increased conservation of the remaining sagebrush stands and rehabilitating or improving degraded sagebrush systems through various forms of treatment, which can include mechanical means. In 2015, the U.S. Fish and Wildlife Service determined that sage-grouse was not warranted for listing under the Endangered Species Act but identified habitat loss and fragmentation as key reasons for sage-grouse declines. The U.S. Fish and Wildlife Service (2010) also indicated that vegetation treatments may not be beneficial to sage-grouse and that the rationale for conducting them deserved further study. Habitat treatments for sage-grouse include treating sagebrush and removing pinyon-juniper woodlands.

Below we report on mechanical treatment effects on sage-grouse (Figure 6). This includes studies that investigated the effects of sagebrush treatments in occupied sage-grouse habitat and removal of pinyon-juniper trees in areas with sagebrush understories adjacent to sage-grouse habitat. The variables examined in these studies ranged from sage-grouse use/occupancy to lek attendance to nesting frequency to success of nesting or brood rearing.

**Sagebrush Communities**

In sagebrush communities, mechanical mowing or chaining treatments are sometimes used to alter sage-grouse habitat. Sagebrush treatments are designed to reduce cover of sagebrush, often with the goal of allowing perennial grasses and forbs to increase and thus benefit sage-grouse. However, our summary chart shows a positive response by sage-grouse in only 36% of the data points. Negative (27%) and not significant (36%) responses were the majority. While our summary chart reports roughly equal numbers of data points that found positive versus negative versus non-significant effects on sage-grouse, many researchers have concluded that removal of sagebrush through a variety of means can have negative impacts on sage-grouse (Beck et al. 2012; Braun et al. 1977; Connelly et al. 2000; Fischer et al. 1996; Peterson 1995; Pyrah 1972; Swenson et al. 1987; Wallestad 1975).

Several studies found that mowing treatments do not lead to an increase in critical sage-grouse early brood-rearing requirements such as forb abundance, forb nutritional content, perennial grass cover or height (Hess, 2011; Hess and Beck, 2010, 2012, 2014), or weight or abundance of beetles and grasshoppers (Christiansen 1988; Scoggan and Brusven 1973).

The removal of big sagebrush by any means in sage-grouse winter or breeding habitats usually will have a negative or neutral effect on sage-grouse (Beck et al. 2012; Gates 1983; Martin 1990; Robertson 1991). Dahlgren et al. (2006) found no significant difference in sage-grouse use between mechanically treated plots and control plots, although sage-grouse brood use was higher in chemically treated than control plots, which the authors attributed to increased forb cover. However, in all treated plots, sage-grouse use was greatest within 10 m of the edge of the treatments where adjacent sagebrush cover was still available. In Colorado, Braun and Beck (1996) found that after 28% of the sagebrush in their study area was treated (from 1965 to 1970), the mean 5-year average of attending males on leks dropped 25%. And in a study of both mechanical and chemical treatments within a 0.5 km radius around four leks in Montana, the resulting loss of 10 to 30% of suitable sage-grouse habitat within a 1.5 km radius around those leks led to a 65% drop in males attending those leks (Wallestad 1975). A study by Holloran and Belinda (2009) found that sage-grouse populations in Wyoming began declining with as little as 3.4% of the sagebrush cover removed. Autenrieth (1969) summarized the impacts of big sagebrush control on sage-grouse and recommended that sagebrush reduction treatments should never be conducted within 2 miles of a lek, in known sage-grouse wintering concentration areas, nor along streams, meadows, or secondary drainages, both dry and intermittent.

SSV_13309



Figure 6. Number of pinyon-juniper and sagebrush treatment study results that elicited positive, negative, or non-significant response from sage-grouse. The appendix lists all of the studies that contributed data points to this summary chart, and the response variables measured.

In Utah, Graham (2013) examined the removal of sagebrush in occupied sage-grouse habitat for the purpose of "green-stripping" and establishing fire breaks by seeding forage kochia (*Bassia prostrata*). She found that, similar to other studies, sage-grouse selected for untreated areas. While treated areas were used to expand the size of the active lek to a larger area than was previously used, it was not reported whether this equated to an increase in males using the lek.

Several studies report that sagebrush treatments have positive effects on sage-grouse. Dahlgren et al. (2015) found that, at first, sage-grouse lek counts increased in sagebrush treatment sites relative to surrounding populations in untreated sites. At the time they were studying them, sage-grouse broods used plots of <200 ha treated sagebrush mosaics more than untreated sites. The higher lek counts in the treatment sites were sustained for nearly 15 years. However, with continued sagebrush treatments and adverse winter conditions, lek counts then declined to levels similar to surrounding areas. Dahlgren et al. (2015) hypothesized that sagebrush treatments increased availability of grasses and forbs to sage-grouse, but that cumulative annual reductions in sagebrush may have reduced availability of sagebrush cover for sage-grouse seasonal needs.

Stringham (2010) similarly reported sage-grouse use of sagebrush treatment sites during the breeding and early brood-rearing periods, but not winter. Baxter et al. (2017) developed resource selection function models using a 19-year telemetry data set (1998−2016) from northeastern Utah to evaluate response of sage-grouse to treatments. Statistical models were built using 418 locations to assess the influence of mountain big sagebrush treatments on sage-grouse habitat selection during the brooding period. They found that post-treatment sage-grouse selected areas that were inside treated areas or near treatment edges. In Utah, Ritchie et al. (1994) examined sage-grouse nests in areas that had been chained and seeded 25 years previously and compared those to areas that were untreated. They found that predation rates of artificial nests were higher in areas of untreated sagebrush, even though these areas had greater sagebrush cover, taller shrubs, and greater horizontal plant cover. They hypothesized that untreated sites may contain greater abundance of potential prey species, such as lagomorphs, and thus, may attract greater densities of sage-grouse predators.

Some studies have specifically investigated the effects of sagebrush mowing treatments on sage-grouse habitat. Hess and Beck (2010) evaluated treatments in

*Literature Review of Mechanical Vegetation Treatments (2019)*



*While studies show that pinyon-juniper removal adjacent to occupied sage-grouse habitat can benefit sage-grouse, several researchers have shown that removal of big sagebrush by any means in sage-grouse winter or breeding habitats will tend to have a negative or neutral effect on sage-grouse. (Photo: Tom Becker/Utah Division of Wildlife Resources)*

the Bighorn Basin in Wyoming for sage-grouse habitat 10 to 18 years after treatment. They found no positive structural changes in vegetation in the treatment areas and concluded that treatments do not result in improved, long-term habitat conditions for sage-grouse nesting and early brood-rearing habitat.

Many researchers have recommended against sagebrush treatment in important sage-grouse habitats (Beck et al. 2012; Connelly et al. 2000; Fischer et al. 1996; Hess and Beck 2014; Woodward 2006). For example, Connelly et al. (2000) recommended treating no more than 20% of breeding habitat in Wyoming big sagebrush every 30 years. Beck et al. (2012) stated that "sagebrush is essential to maintaining native plants and limiting the invasion of non-native plants in sagebrush communities [and] future treatments should be limited to those that do not eliminate or greatly reduce sagebrush." Fischer et al. (1996) noted that their findings did not support the idea that killing big sagebrush enhanced sage-grouse brood-rearing habitat. Woodward (2006) cautioned against removing sagebrush stands even if the herbaceous community is depleted and not ideal for sage-grouse. Hess and Beck (2010) stated, "If sagebrush community characteristics in untreated

communities do not meet the minimum Connelly et al. (2000) guidelines, managers should reconsider treatments in those areas, and instead consider other practices such as improved grazing management . . . ."

**Pinyon-Juniper Woodlands**

Sage-grouse avoid habitat containing pinyon-juniper trees, primarily because it offers perching habitat for avian predators (Connelly et al. 2000; Knick and Connelly 2011; Manzer and Hannon 2005; Severson et al. 2017). Habitat improvements for sage-grouse can be accomplished by removing trees of Phase I and perhaps also Phase II pinyon-juniper woodland expansion into sagebrush communities. We found no examples of studies that removing pinyon-juniper had negative effects on sage-grouse; effects were either positive (60%) or non-significant (40%). For example, Severson et al. (2017) found that sage-grouse use increased in sagebrush communities where pinyon-juniper trees were removed: the probability of sage-grouse nesting increased by 22% annually, female sage-grouse were 43% more likely to nest near treatments (within 1000 m), and 29% of the study birds shifted nesting activities into treatments. Sandford et al. (2017) demonstrated that where pinyon-juniper trees were removed, sage-grouse se-

lected for nest and brooding sites and the probability of nest and brood success declined as sage-grouse females selected sites farther from conifer removal areas where tree density was greater. Frey et al. (2013) found that in southern Utah, sage-grouse used pinyon-juniper treatments more than expected based on availability in the first two years of the study, and for the following two years, use evened out to what would be expected based on availability. However, the pinyon-juniper treatments had lower grass and forb composition and height when compared to sage-grouse habitat suitability standards. Frey et al. (2013) posited that the positive response in sage-grouse use in the pinyon-juniper treatments immediately after treatment, despite decreased herbaceous composition and height, suggest that suitable habitat is limited in the region. Frey (2018) continued to track 10 males and 3 hens in the southern Utah study from 2013 to 2016 and reported that, while the females appear to continue to use treatments more than would be expected, males strongly prefer to use untreated sagebrush in the study area. However, the sample size was too small to derive any conclusions from the data, and habitat use relative to habitat availability was not analyzed (Joshua O'Brien, personal communication, December 2018).

Recent studies agree with the very few studies on conifer removal effects on sage-grouse conducted before about 2010. For example Commons et al. (1999) found that pinyon-juniper removal in Gunnison sage-grouse (*Centrocercus minimus*) habitat in Colorado, in association with brush-beating to reduce height of mountain big sagebrush and deciduous brush, resulted in doubling numbers of male sage-grouse counted on treatment leks in years two and three post-treatment.

Two factors contribute to the efficacy of improving sage-grouse habitat with pinyon-juniper removal treatments. Removal of pinyon-juniper trees should occur in areas with existing sagebrush understory and in areas adjacent to occupied sage-grouse habitat (Cook 2015, Cook et al. 2017). In Utah, Cook (2015) and Cook et al. (2017) found that sage-grouse use of pinyon-juniper removal treatments was positively associated with sage-grouse occupancy in adjacent habitats.

In terms of focus specifically on annual and perennial forbs preferred by sage-grouse, Bates et al. (2017b) analyzed data sets from 16 previous and ongoing studies across the Great Basin characterizing cover response of perennial and annual forbs that are consumed by sage-grouse to mechanical, prescribed fire, and low-disturbance fuel reduction treatments in sage-

brush sites experiencing pinyon-juniper expansion. The studies they reviewed reported a mix of no change or measured increased or decreased perennial forb cover following pinyon-juniper cutting and fuel reduction. They reported that site potential appears to be a major determinant for gains in forb cover following conifer control. Additionally, the response of perennial forbs was similar regardless of conifer treatment when comparing prescribed fire, clear-cutting, and fuel reduction. Annual forbs favored by sage-grouse benefited most from prescribed fire treatments with smaller increases following mechanical and fuel reduction treatments (Bates et a. 2017b).

## 3.4 Ecosystem Function

### 3.4.1 Soil Stability

Maintaining soil stability and preventing excessive erosion are critical functions for ecosystem health and a common objective for conducting vegetation treatments. Mechanical treatments disturb soils and remove vegetation, at least in the short term. Techniques that uproot plants can lead to the greatest degree of soil disturbance, thus adding to the risk of erosion (Pyke 2011). However, if treatments ultimately increase vegetation, soil stability can improve. The summary chart for this variable combines data points from pinyon-juniper (including treatments in Phase I, II, and III expanding woodlands) and sagebrush treatments (Figure 7). Soil stability in treatment sites is influenced by variables such as climate, geomorphology of the site, type of soil, livestock grazing regime, and establishment of invasive plants (Davenport et al. 1998). These variables vary widely across the range of pinyon-juniper woodlands in the western United States.

Most studies in the summary chart report a non-significant effect of treatments on erosion (63%) and runoff (80%). In this summary chart, a positive response was defined as a decrease erosion/runoff, and a negative response was defined as a increase erosion/runoff, and this should be kept in mind when reviewing Figure 7. In our review of the literature, we found that when there was a significant response to mechanical treatment, the majority was negative (30% for erosion, 16% for runoff). A smaller number of data points showed positive responses (7% for erosion, 4% for runoff).

Some researchers conclude that pinyon-juniper treatments reduce erosion over time by increasing vegetative cover on the soil surface (Farmer et al. 1999; Jacobs 2015; Richardson et al. 1979; Roundy et al.

*Literature Review of Mechanical Vegetation Treatments (2019)*



Figure 7. Number of pinyon-juniper treatment study results that had positive, negative, or non-significant response on erosion and runoff variables. The appendix lists all of the studies that contributed data points to this summary chart, and the response variables measured.

2016) and subsequent decreases in bare ground after treatments (Cline et al. 2010, Pierson et al. 2007a and 2007b, Pierson et al. 2013). Some posited that mastication of trees is effective at preventing soil loss on severely degraded areas with high rates of erosion (Pierson et al. 2014), ostensibly because of slash left behind from pinyon-juniper treatments, which can be particularly helpful on steep slopes in order to reduced post-treatment surface runoff and erosion (Noelle et al. 2017).

Other studies have found that pinyon-juniper treatments did not affect erosion or surface runoff. Ross et al. (2012) reported no significant difference in soil aggregate stability between pinyon-juniper lop and scatter treatments and control sites. In the study's mastication treatments, one site showed no significant difference between treatment and control and another site showed lower soil aggregate stability than the control. Brockway et al. (2002) found no significant difference in soil erosion rates between slash treatments and controls. In southwestern Colorado, mastication treatments in pinyon-juniper woodlands showed no difference in aggregate stability compared to untreated sites (Owens et al. 2009). Watershed-scale experiments in Arizona indicate no effect of mechanical pinyon-juniper removal on surface runoff (Clary et al. 1974). In Texas, Dugas et al. (1998) found that when Ashe juniper (*Juniperus*

*ashei*) cover was removed by hand cutting, surface runoff between treatments varied and the results were inconclusive. Gifford (1973) found that if debris is left in place, there was no significant difference in surface runoff between treated and untreated locations.

Surface runoff and erosion may increase as a result of pinyon-juniper treatments (Gifford 1973; Myrick 1971). Myrick (1971) found that chaining pinyon-juniper, burning the slash, and then seeding the site caused an increase in surface runoff in the 2 years following treatment. On chained with windrowed pinyon-juniper treatments, Gifford (1973) found surface runoff was greater compared to the untreated woodland sites, but about the same if debris was left in place.

The surface disturbance caused by mechanical treatment can impact biological soil crusts. These crusts prevent soil and wind erosion by protecting the soil surface and contributing to soil aggregate stability (Belnap and Eldridge 2001; Belnap and Gillette 1998; Gifford et al. 1970; Loope and Gifford 1972; Wilcox 1994). In semi-arid regions, it is the single most important stabilizer of the soil surface, and therefore, it primarily influences soil erosion (Bowker et al. 2008). Mechanical treatments remove crusts and the time for recovery varies: early succession components like cyanobacteria and chlorophyta return within one to two years



*An erosion gully in a vegetation treatment and seeded area in Fisher Valley, Utah. (Photo: Laura Welp)*



*Patches of biological soil crusts remain after a pinyon-juniper mastication project in Kane County, Utah. (Photo: Neal Clark)*

*Literature Review of Mechanical Vegetation Treatments (2019)*

but mosses and lichens may take decades to develop (Belnap 1993; Belnap and Gillette 1997). Soils themselves in arid regions such as the Colorado Plateau can take 5,000 to 10,000 years to regenerate (Webb 1983), so post-treatment soil loss from erosion can be considered irreversible. A study of pinyon-juniper treatments in southern Utah found that bare soil was higher and biological soil crust cover lower than untreated comparisons even decades after disturbance (Redmond et al. 2013).

### 3.4.2 Watershed Productivity

Vegetation influences the ecohydrology of a site by affecting runoff and evapotranspiration. Vegetation treatments that remove woody plants are often assumed to increase water supply by reducing evapotranspiration and thus making more water available for streamflow and groundwater recharge. This has not been definitively demonstrated by most research, however (Seyfried and Wilcox 2006), as demonstrated by the mixed results summarized below (Figure 8).

Some research supports the contention that pinyon-juniper treatments increase soil moisture. In Utah, removing trees increased the time that shallow soil water was available to understory plants (Roundy et al. 2014b). Methods that leave debris in place, such as chaining and mastication, increased soil moisture and water in-

filtration compared to untreated woodlands (Bates et al. 2000; Gifford 1982; Gifford and Shaw 1973). Mollnau et al. (2014) found that transpiration and interception rates decreased when trees were removed, increasing soil water recharge. A study of karst systems in Texas (Huang et al. 20016) also concluded that where springs are present, removing woody plants had the potential to increase streamflow and groundwater recharge. Questions remain about the long-term persistence and relevant scale of this effect. In the Camp Creek watershed in Oregon, treatment sites produced significantly greater late season spring-flow rates and more days of groundwater availability than untreated sites (Deboodt et al. 2009; Ochoa et al. 2018). Pinyon-juniper treatments reduced the interception of snow, which allowed water to percolate through the soil and into the shallow aquifer. They mention that topography and precipitation level are important influences on the results and that more study is needed before expanding plot and watershed scale studies to regional landscapes (Ochoa et al. 2018). The strongest responses were in spring flow and soil moisture, whereas groundwater levels and intermittent streamflow declined to less than pre-treatment levels during late summer into fall. Also, the average annual precipitation in the study area was 13 inches/year, less than the generally assumed minimum for yielding measurable changes (Hugh Hurlow, personal communication, November 2018).



Figure 8. Number of pinyon-juniper treatment study results within flow/days of water, infiltration rate, and soil moisture categories that found positive, negative, or non-significant results. The appendix lists all of the studies that contributed data points to this summary chart, and the response variables measured.

SSV_13315

Other studies did not find any significant changes in infiltration rates or water yield with treatments (Blackburn and Skau 1974; Brown, 1987; Cardella Dammeyer 2016; Clary et al. 1974; Collings and Myrick, 1966; Gifford et al. 1970; Ramirez et al. 2008; Renard 1987; Schmidt 1987; Wilcox and Huang, 2010). Research in Utah has shown that chaining decreased infiltration rates because it removed biological crusts, which absorb and retain a large amount of precipitation in desert watersheds (Loope and Gifford 1972). In addition, removal of junipers, when replaced with herbaceous vegetation and low shrubs, had little effect on deep recharge in this study. The increased transpiration from understory vegetation can compensate for decreased transpiration by trees, and therefore, tree removal may have little or no effect on runoff (Bazan et al. 2012; Cardella Dammeyer et al. 2016; Wilcox et al. 2003). This effect was also suggested by studies on beetle-killed pinyon and juniper stands. Guardiola-Claramonte et al. (2011) found a decrease in streamflow after a beetle infestation killed pinyon-juniper trees. They concluded that this was due to increased understory herbaceous cover and increased solar radiation reaching the ground, which together may have reduced overland flow by increasing understory transpiration and soil evaporation and thus compensated for tree removal. In the intermountain west, results are complicated by the fact that recharge is episodic. It may occur in rare years where enough precipitation is available and does not run off the landscape too quickly. Also, the time between recharge and observing measurable effects is variable, and there may not be results until several years after treatment (Hugh Hurlow, personal communication, November 2018).

Several literature reviews synthesizing this research concluded that tree removal treatments do not reliably result in increased water yield. Water availability may increase in localized areas but extending this effect to a larger scale is not warranted by the research (Seyfried and Wilcox 2006). Belsky (1996) wrote that studies showing that junipers intercept precipitation and transpire water cannot be used to conclude that this "lost water" would have increased flows in streams and springs. Carroll et al. (2016) agree, suggesting that accounts of greater streamflows in the early part of the century are a result of generally cooler and wetter climatic conditions rather than fewer pinyon-juniper trees. Archer et al. (2011) and Archer and Predick (2014) determined that "brush management does not necessarily produce the hydrological benefits that are commonly attributed to it. In most cases, these perceived benefits

are exaggerated and have not been documented, and there is little or no evidence that brush management is a viable strategy for increasing ground water recharge or stream flows at meaningful scales." Zeimer (1987) agrees, asking, "Can water yields be increased through management of vegetation? Nearly all studies clearly show that the answer is yes. Will operational programs to increase water yields be successful? History has clearly shown that the answer is no, and there is little reason to believe that future attempts at an operational scale to increase water yields will be successful."

Our review of the literature found that mechanical treatment effects on ecohydrology are highly site-dependent and unpredictable. For example, two sites with different vegetation types can receive the same amount of precipitation, but the rates of runoff and evapotranspiration can vary widely depending on the type of vegetation present. A study by Kormos et al. (2017) found that pinyon-juniper woodlands on a site in Idaho had higher snow density and depth, earlier snow melts, and greater evapotranspiration than adjacent sagebrush communities. Sagebrush collected more snow in drifts, which melted later in the season, delaying water delivery to the site. This difference in timing and amount of water availability affects vegetation dynamics and will similarly affect studies investigating ecohydrological responses of sites like this to mechanical treatment.

These mixed results can be explained by the fact that the potential for increasing water supply in semiarid regions is small per unit area (Seyfried and Wilcox 2006). Long-term watershed experiments have consistently recommended that forest cover must be reduced by at least 20% throughout the entire watershed to observe a measurable change in streamflow or water yield (Bosch and Hewlett 1982; Huff et al. 2000; Troendle et al. 2010). Changes in water yield are unlikely to be detected for reductions of less than 20% of wooded area or for relatively dry watersheds (Troendle et al. 2010). Niemeyer et al. (2017) developed a model to address streamflow associated with pinyon-juniper cover. They found that changes in streamflow are heavily dependent on the timing and amount of precipitation relative to evapotranspiration. In the southern range of pinyon-juniper woodlands, most annual precipitation falls in the summer when temperatures and evaporative demand are high. Therefore, reducing pinyon-juniper cover will have little effect on streamflow. Conversely, in the north and western portion of the pinyon-juniper woodland range, precipitation falls mainly in winter when evaporative demand is low and removing pinyon-juni-

*Literature Review of Mechanical Vegetation Treatments (2019)*

 

*Left: Onaqui, Utah pinyon-juniper woodland in 2006, prior to a bullhog mastication treatment. Right: A photo of the same area nine years after treatment, showing a positive herbaceous response. Studies examining hydrological characteristics such as soil moisture or infiltration rates after pinyon-juniper removal are mixed. Part of the reason for this could be increased transpiration from increased understory vegetation after treatment, which can compensate for decreased transpiration by trees. (Photos: SageSTEP)*

per trees has a greater chance of altering streamflow. Under these conditions trees have substantially higher evapotranspiration rates relative to shrubs and herbaceous plants. The results of their model suggest that in cooler portions of the range-wide distribution of pinyon-juniper woodlands, there is potential for meaningful increases in streamflow with land cover change from trees to shrubs and grasses. However, as temperatures rise with climate change, this effect on streamflow may diminish even in these areas (Niemeyer et al. 2016, Niemeyer et al. 2017).

The results summarized here collectively suggest that woody removal (most of the studies involving pinyon-juniper removal) treatments are unlikely to result in increased streamflow in all circumstances. Such circumstances include replacement of trees with dense herbaceous cover, high solar radiation at the treatment sites (e.g., south-facing slopes), relatively small treatment areas (less than 20% of the watershed), and precipitation regimes characterized by precipitation during winter rather than growing-season months (Sara Goeking, personal communication, December 2018).

### 3.4.3 Carbon Sequestration and Climate Change

It has been suggested that removing trees to reduce woody fuels will help keep carbon sequestered in terrestrial pools rather than burned in wildfire and released into the air (Campbell et al. 2012a, 2012b; Rau and Bradley, in preparation [a]). Studies on this topic are often focused on forests other than pinyon-juniper woodlands (Campbell et al. 2012b; Hudiburg et al. 2009) and the research is still in the initial stages. However, all of the research in this review concluded that expansion of shrubs and trees sequesters carbon and treatments could result in a loss of carbon to a greater or lesser degree. Campbell et al (2012b) suggest that treatments removing trees do not mitigate carbon loss from forest fires and that expanding juniper woodlands are sequestering carbon. Hughes et al. (2006) also found that shrubs sequester significant amounts of ecosystem carbon, depending on age, soil type, and plant species. Throop and Lajtha (2018) studied the effect of juniper expansion and removal on carbon pools in a semi-arid sagebrush ecosystem in the Great Basin by coupling tree measurements to estimate landscape-level carbon pools. As juniper size increased so did carbon

storage (excluding deep soil carbon), suggesting that expansion of woody plants and subsequent brush management can have substantive impacts on ecosystem carbon pools. Rau and Bradley (in preparation [b]) also found that pinyon-juniper woodlands store a disproportionate amount of carbon relative to other Great Basin land cover types. In their study of shrublands in Australia, Daryanto et al. (2013) found that the treatment they examined with the most soil and vegetation disturbance (plowing followed by livestock grazing) resulted in the greatest loss of soil organic carbon. The treatment with the least amount of disturbance (protection from grazing and shrub removal) had the largest amount of soil organic carbon.

Archer and Predick (2014) report that the enhanced productivity accompanying woody plant encroachment in some bioclimatic zones can translate into increases in the above-ground carbon pool that can range from 300 to 44,000 kg C ha-1 in < 60 years of woody encroachment. They stress, however, that these gains will be substantially and rapidly offset by reductions in aboveground standing woody biomass that follow brush management. Neff et al. (1990) found that pinyon-juniper expansion led to increased carbon sequestration into the upper layers of soil, but it was relatively short-term storage. Thinning and overstory removal will cause relatively rapid declines in surface soil carbon and nitrogen storage in some pinyon-juniper communities. In a study of carbon sequestration in eastern Oregon, Campbell et al. (2012b) found that juniper expansion did sequester carbon, although this was offset by juniper removal by fire or management prescriptions. However, Rau and Bradley (in preparation [b]) point out that the release of carbon through mechanical removal of woody biomass is likely to be less than that of prescribed burns and wildfire.

Archer et al. (2011) present a different perspective on expansion of woody species and carbon sequestration. They conclude, "The recognition that [woody plant] proliferation can substantially promote ecosystem primary production and carbon stocks may trigger new land use drivers as industries seek opportunities to acquire and accumulate carbon credits to offset CO2 emissions. [Woody plant] proliferation in grasslands and savannas may therefore shift from being an economic liability in the context of livestock production to a source of income in a carbon sequestration context." Daryanto et al. (2013) also suggested that "carbon farming" could provide an economically viable alternative to traditional land use practices in Australia.

## 3.5 Livestock Grazing

### 3.5.1 Livestock and Vegetation Functional Groups in Pinyon-Juniper Communities

Inappropriate livestock grazing in many pinyon-juniper woodlands on the Colorado Plateau and intermountain West has diminished or altered herbaceous vegetation, leading to widespread degradation of understory conditions (Burkhardt 1996; Lanner 1981; Milchunas 2006; Nevada Division of Water Planning 2000). Some of the researchers who have studied pinyon-juniper woodland expansion into adjacent shrublands have concluded that the expansion of trees into formerly unoccupied sites is most likely due to livestock grazing which depletes native herbaceous vegetation and causes subsequent reductions in fire frequency (Burkhardt and Tisdale 1976; Eddleman 1987; Ellison 1960; Evans 1988; Miller and Wigand 1994; Neilson 1986; Young and Evans 1981). This is especially true of researchers who have studied the interaction of livestock grazing and western juniper expansion in the Great Basin. As Miller et al. (2005) summarize, "Introduction of livestock in the 1860's and the large increase of animals from the 1870's through the early 1900's coincide with the initial expansion of western juniper woodlands. Season-long grazing by the large numbers of domestic livestock during this period is believed to have reduced fine fuel loads . . . . [T]he lack of fire and decreased competition from herbaceous species probably contributed to an increase in shrub density and cover, thus providing a greater number of safe sites for western juniper establishment." Other researchers, however, suggest that the distribution of pinyon and juniper trees was influenced less by grazing levels than by changing fire regimes, past climate, and the effect of precipitation on recruitment (Barger et al. 2009). The authors warn that predictions of warming climate and lower precipitation may indicate the potential for lower recruitment rates and pinyon regeneration. They recommend that managers take this into account in planning treatments.

In areas where herbaceous vegetation is in poor condition, particularly within sagebrush communities invaded or recolonized by pinyon-juniper trees, the signs of ecosystem degradation that are attributed to encroachment are often difficult to tease apart from the symptoms caused by livestock grazing. For example, sometimes decreased water infiltration and increased erosion is attributed to pinyon-juniper expansion but livestock can have even greater effects on water infiltration and erosion by reducing vegetative cover and disturbing and compacting soils by trampling (Fleischner 1994;



*An old sagebrush treatment area used for cattle grazing, with untreated sagebrush community in the background. (Photo: Laura Welp)*

Jones 2000 and references therein; McPherson and Wright 1990). In her review of the literature on the effects of pinyon-juniper treatments on western ecosystems, Belsky (1996) also reflected on the confounding effect livestock grazing may have on pinyon-juniper woodlands, noting that most of the earlier studies of juniper and pinyon-juniper removal were carried out on sites that were grazed by domestic livestock. Thus, the effects of livestock grazing and tree removal were confounded, making it difficult to determine whether the resulting changes in biotic communities and ecosystem function were due to reduced tree densities, changes in livestock abundance and utilization patterns, or their interactions. Furthermore, she noted that it was unknown whether herbaceous production would have differed if livestock grazing had been deferred, reduced, or eliminated after pinyon-juniper removal.

### 3.5.2 Livestock and Vegetation Functional Groups in Sagebrush Communities

Sagebrush removal is often proposed in sagebrush communities with reduced herbaceous functional groups under the assumption that shrubs are outcompeting desirable herbaceous species and removal of shrubs will restore them. However, in many cases utilization of herbaceous species by grazing is a complicating factor. In cases where herbaceous production has increased after sagebrush treatments, the causal factors may be difficult to assess because post-treatment grazing deferment followed by changes in grazing management routinely accompany sagebrush treatments (Beck et al. 2012). Some authors posit that livestock grazing, rather than sagebrush cover, is the principal management practice and influencing factor that affects grass cover and height (Crawford et al. 1992; Rickard et al. 1975).

For example, studies by Davies et al. (2010, 2014b) compared fuel levels on moderately grazed plots with those on plots ungrazed by livestock for 70 years and found more litter and greater fuel continuity in ungrazed plots. Although sagebrush height and canopy diameter were higher in the ungrazed plots, total herbaceous cover was also one and a half times greater, and perennial bunchgrass cover was twice as great. The ungrazed plots also had more continuous perennial bunchgrass cover. Grazing, even at moderate levels, had a greater effect on reducing herbaceous cover (including native perennial bunchgrasses) than did the amount of sagebrush.

Other studies also show that grass canopy cover is higher in ungrazed areas, even in areas of high sagebrush canopy cover, and bare ground cover in these areas is low (e.g., Jones 2000; Mueggler and Stewart

1980; Peterson 1995; Welch 2005; Yeo 2005). This includes multiple studies that have simultaneously tracked increases in sagebrush cover alongside significant increases in grass cover after areas have been protected from grazing (Anderson and Holte 1981; Branson and Miller 1981; Pearson 1965). In the absence of grazing, sagebrush communities at their ecological potential have little bare ground and can be dominated by perennial grasses and biological soil crust (Peterson 1995; Welch and Criddle 2003). The seminal publication on sage-grouse in Studies in Avian Biology by Knick and Connelly (2011) states that "no evidence supports the belief that sagebrush dominance will continue at the expense of perennial grass cover or survival" (citing Pyke 2011).

Welch (2005) assembled the results of 29 separate studies that determined the amount of perennial grass production achieved by reducing big sagebrush by various means on different types of sites for varying periods of times after treatment. They found that ungrazed or undisturbed big sagebrush sites produce about the same amount of perennial grasses as treated sites where the big sagebrush has been removed. Canopy cover of big sagebrush was not significantly correlated with cover of graminoids, forbs, or bare soil. This suggests that the amount of perennial grass cover, or lack of it, in dense sagebrush stands is often not the result of competitive exclusion of sagebrush on grasses and forbs. Others have noted that differences in perennial grass production in big sagebrush stands have less to do with shrub cover than with soil type, annual precipitation, grass species, and especially grazing history (Pechanec and Stewart 1949; Peterson 1995; Welch 2005).

While not specific to sagebrush treatments, Reisner et al. (2013) found that limiting size and connectivity of gaps between vegetation is important to sagebrush resistance to invasion of non-native plants. Maintaining biological soil crust (i.e., limiting soil surface disturbance) also appears to reduce non-native plant cover. They suggest that cattle grazing, by reducing bunchgrasses and trampling biological soil crust, reduces resistance to non-native species invasion. Managers seeking to restore sagebrush systems should focus on restoring these two functional groups, which may require changes in grazing management to prioritize vegetative recovery. Chambers et al. (2017) stressed that one of the primary global change factors that threaten shrublands worldwide is loss of native perennial herbaceous species due to inappropriate livestock grazing.

### 3.5.3 Exclosure Studies

Since livestock grazing is a ubiquitous land use and mechanical treatments are often conducted to provide forage for cattle, post-treatment monitoring to evaluate the effects of grazing on treatments would seem important. Surprisingly though, in this review we found that only seven studies systematically addressed the effect of livestock grazing on mechanical treatments. Three of them were conducted by Gifford and others. In response to public health concerns over fecal contamination of water sources by cattle, Buckhouse and Gifford (1976) conducted a water quality survey one year after grazing resumed on a chained and seeded pinyon-juniper treatment that had been ungrazed for eight years. They found that fecal and total coliform production contamination from cattle showed no significant change. Busby and Gifford (1981) compared erosion and infiltration rates between three pinyon-juniper treatments: untreated control, chained with debris left in place, or chained with windrows. Grazing exclosures ranged from two to five years post-treatment. Infiltration increased on all sites as time since grazing increased. Treated plots protected from grazing



*An old seeded area after treatment (and cattle grazing) in Grand Staircase-Escalante National Monument. (Photo: Laura Welp)*

*Literature Review of Mechanical Vegetation Treatments (2019)*



*Sagebrush steppe ecosystem, Seedskadee National Wildlife Refuge, Wyoming. (Photo: Tom Koerner/U.S. Fish & Wildlife Service)*

the longest (five years) had higher infiltration rates than grazed plots on treated and untreated areas. Younger exclosures (two to four years) showed no significant difference in infiltration rates compared to grazed plots. The authors say that spring-fall grazing significantly reduced infiltration rates, as did grazing that removed 45 to 70% of the year's forage. Gifford (1982) also studied water storage in grazed and ungrazed chained pinyon-juniper treatments where slash was piled into windrows rather than allowed to remain in place. Grazing did not affect soil water storage even though the crested wheatgrass on the chaining was heavily utilized each spring (55 to 78%). Gifford attributes this lack of impact to the low cover of the crested wheatgrass (maximum 25% canopy coverage) on the treatment even without grazing. With such low vegetative cover to begin with, grazing did not make enough of a difference in evaporative conditions to modify soil water conditions.

Yeo (2005) compared long-term exclosures in sagebrush steppe and shadscale communities with adjacent grazed sites in Idaho. Meta-analysis of the data showed that grazing exclusion resulted in more cover of biological soil crust, bluebunch wheatgrass (a preferred forage species), and greater screening cover (a measure of wildlife habitat). The cover of Sandberg bluegrass (*Poa secunda*) (an unpalatable species), bare ground, and other indicators of soil erosion was greater outside the exclosure than inside. Yeo concluded that livestock grazing can "limit the potential of native plant communities in sagebrush steppe ecosystems, and . . . the health of semiarid ecosystems can improve with livestock exclusion in the absence of other disturbances . . . ." Yeo (2009a) then measured livestock effects on mechanical treatments applied to this area in 2003. He found that although treatments increased grasses in both grazed and ungrazed plots, exclosures had higher cover of preferred grasses. Bare ground was higher outside the exclosures. Forbs did not respond even in exclosures. A companion study (Yeo 2009b) showed that thatching ant colonies were unaffected by grazing levels in either treated or untreated sites.

Dittel et al. (2018) studied the effects of livestock grazing on a mechanical treatment that hand-thinned severely degraded Phase II juniper woodlands and left trees where they fell. They found that low intensity grazing with deferred rest-rotation did not appear to affect herbaceous species compared to the exclosure. The study period was only three years and the authrors noted that longer post-monitoring would be beneficial.

SSV_13321

# 4. Data Gaps & Recommendations

Our review of the literature resulted in some general observations and recommendations. Treatment results are site specific, and broad conclusions about effects over wider landscapes are not yet substantiated by research. Aggregating and analyzing data from past studies in meta-analyses will provide stronger support for assumptions and point to areas where such support is lacking. There is also an urgent need for multi-year post-treatment monitoring. The few long-term post-treatment monitoring projects available show that initial results may change over time. The long-term influence of land uses such as livestock grazing (which is rarely controlled for in post-treatment monitoring) on treatments may account for some of this change. Climate change is another factor to account for in future research. For example, woody plants might decline across the West according to some climate models, perhaps obviating the impetus for removing them in the future.

**a. Meta-analysis:** Some researchers are turning to meta-analyses to understand the variability and complexity in the results of mechanical vegetation treatments. While we did conduct a type of meta-analysis though our summary charts for various response categories, true meta-analyses are needed that, through the use of Effect Size statistics, test for significant trends across large pools of data where the results of separate studies are data points in the analysis. This is the approach currently used by Wilder et al. (2018) and Riginos et al. (in review), who conducted a meta-analysis of data from unpublished post-treatment monitoring reports from scores of sagebrush treatments implemented by the Utah Watershed Restoration Initiative in order to test for overall effects of mechanical sagebrush reduction on sagebrush, perennial and annual grasses and forbs, and ground cover (Riginos et al. in review) and to test for overall trends in seeding success following mechanical sagebrush treatment (Wilder et al.2018). And for the Utah Watershed Restoration Initiative pinyon-juniper treatments, Monaco and Gunnel (unpublished data, MS in prep) used Effect Size statistics to assess vegetation change at 165 pinyon-juniper treatment sites distributed across three ecoregions, three plant community types, two woodland, and two successional phases over a 15-year period. More meta-analytic approaches along these lines are sorely needed for other vegetation treatment response categories and variables.

**b. Monitoring Needs:** Many of the earlier studies on post-treatment outcomes have been short term studies, usually less than five years. As the body of literature grows and longer-term studies become available, new patterns of response may emerge (Bates et al. 2007; Beck et al. 2012). Beck et al. (2012) and Bombaci and Pejchar (2016) point out that most vegetation treatment studies have been on specific, fine-scale management actions that only address short-term effects immediately post-treatment. They recommend that experiments be conducted over longer-term temporal and spatial scales. We also are deficient in reference areas with which to compare treated areas, especially for sagebrush communities. Vegetation treatment projects should thus incorporate a system of large exclosures in the post-treatment study design. These will be invaluable in future attempts to understand effects of management.

**c. Post-treatment land use:** One of the biggest data gaps in the ecological restoration literature is well-designed, long-term replicated studies of the interaction between vegetation treatments and post-treatment livestock grazing. Few studies monitor success of mechanical treatments after livestock grazing is resumed. Many published studies of the effects of mechanical treatments do not mention post-treatment grazing management at all. Of the over 300 citations in this review, only seven reported on comparisons between grazed and ungrazed mechanical treatments, and of those, none monitored for longer than five years. These authors thought it possible that there would be additional changes in response variables that were not captured by the time period of the study. They call for longer-term monitoring. Grazing by big game and wild horses in recent treatments is yet another area that warrants further study.

The majority of studies that reported increased cover, frequency, productivity, or density of native perennial grasses or forbs following mechanical treatment were conducted in exclosures, or only sampled during the brief (often two years or two growing seasons) post-treatment livestock exclusion period. In studies where grazing did occur in the study area, it was usually characterized as light to moderate (e.g., Bates et al. 2009; Davies et al. 2018; Dittel et al. 2018) This level of use is not always explicitly described, but Davies et al. (2018) define it as between 35 to 45% utilization

*Literature Review of Mechanical Vegetation Treatments (2019)*



*A pinyon-juniper chaining project in Uah's West Desert. (Photo: Ray Bloxham)*

with non-consecutive season grazing and periodic rest. Holechek et al. (2006) recommend no greater than 40% utilization and lower in drought conditions or on rangeland in poor condition. However, ungrazed or lightly grazed conditions are atypical on public lands, particularly in sagebrush communities, so these results may not represent the common management situation. Most sagebrush communities on public lands are grazed, many at more than moderate levels. In practice, many management units adhere to a "take half, leave half" strategy of 50% utilization (e.g., Ogle 2009; Oregon State University 1988; Pratt and Rasmussen 2001; Sprinkle, 2018) or even higher in seedings (Busby and Gifford 1981). Alternation of grazing season and periodic total rest of pastures is not a common management prescription. Moreover, the standard 2-year post-treatment deferment of grazing is not always adequate for recovery (Gottfried 2004), and it is not always complied with. Although the following excerpt from Miller et al. (2005) refers to post-fire juniper management, it is relevant to this issue:

> Introduction of livestock after burning in western juniper woodlands has not received adequate scrutiny . . . . [T]ypically two years of grazing rest is prescribed following fire. This requirement has never been tested experimentally. Decisions regarding livestock reintroduction should be made based on the response of vegetation following treatment. With slow community recovery, rest may be required beyond the standard 2-year time frame.

Sometimes sites rapidly regress into pretreatment conditions depending on post-treatment management (Archer et al. 2011) when they should be managed to support long-term, resilient ecosystem processes. We must address the underlying issues causing resource problems, not just respond to the symptoms. No treatment can be successful if post-treatment management, including livestock grazing levels, is not appropriate. Instead, the goal of treatments should be to maintain ecosystem function once processes are restored so as not to require treatment in the future.

**d. Soil erosion:** Mitigating soil erosion is a critical component of treatment planning. An emphasis should be placed on methods with less soil disturbance. This is most often hand thinning, which is resource-intensive and often discarded in favor of more efficient, but soil disrupting, methods. Soil stability is greatly enhanced by biological soil crust on some arid sites (e.g., Bowker et al. 2008), but mechanical treatments remove and destroy this beneficial functional group and potentially leave a treatment exposed to higher rates of erosion. While Bowker (2007) has shown that biological soil crust is readily propagated from inoculation, this field is in its infancy and is in need of more study and under variable environmental conditions. Facilitating biological soil crust re-establishment has the potential to more quickly return some sites to a higher state of ecological function, and this technique should be evaluated for incorporation into more restoration projects in arid and semi-arid areas. There has not been research on

this topic, but the suggestion that thick layers of mulch from mastication treatment are inimical to biological soil crust establishment seems unlikely to play out through research.

***e. Pinyon-juniper woodland research on fire frequency and carbon sequestration:*** There is a great need for more information on the degree to which fuel reduction treatments result in fewer wildfires in pinyon-juniper communities. Some recent research cites climatic factors and human activity rather than pinyon and juniper fuel loads as the chief cause of increasing frequency and extent of wildfire. Other studies suggest that fire intensity might be influenced by the recent increase in trees. There is a consensus, however, that exotic annuals such as cheatgrass promote fire and efforts must be made to arrest their expansion to prevent catastrophic habitat degradation. Many studies note an increase in these species with treatment along with, or instead of, more desirable perennial grasses and forbs. Since this is such a big risk in many areas, applying uniform fire and structural treatments in pinyon-juniper woodlands for the purpose of reducing fire risk must only be undertaken with great caution. Areas that already have large populations of flammable exotics may be unsuitable for fuel reduction treatments, especially if future research indicates that treatments are not effective at reducing wildfire.

***f. How best to predict treatment success?*** Land managers would benefit from additional training and access to various management tools in order to better evaluate sites and predict the likelihood of treatment success. Following the guidance in a technical reference such as Miller et al. (2014a), Miller et al. (2015), and Pyke (2015a and b) could improve effectiveness of treatments. In addition, since the ability to effectively predict outcomes of an individual mechanical vegetation treatment is limited, small-scale field tests and independent scientific validation are needed to ensure that the proposed treatment method actually does lead to the intended ecological conditions. Also, the possibility that recent pinyon-juniper expansion into a site might actually be recolonization from past human removal underscores the need for practitioners contemplating pinyon-juniper treatments to first determine the soil type and NRCS Ecological Site Type and associated Ecological Site Description for the proposed project area to determine whether pinyon and/or juniper are in fact the suitable and expected overstory species for that soil type and Ecological Site Type (Miller et al. 2014a; Miller et al. 2014b; Miller et al. 2015). These are help-ful tools that should always be consulted when planning mechanical treatments or any other restoration efforts. Lastly, it should be kept in mind that changing habitat conditions, even if meant to benefit a myriad of species, will still almost always create winners and losers. When removing a habitat type from the landscape, whether it is sagebrush or pinyon-juniper woodland, maintaining heterogeneous landscape mosaics at the proper spatial and temporal scale provides for maximum diversity and reduces disturbance patch size for dependent wildlife.

Another goal of sagebrush treatments is to diversify the age classes of sagebrush. However, Beck et al. (2012) reported that large-scale treatments are more likely to result in even-aged sagebrush communities than plants in untreated sites. Other researchers have emphasized that gradual aging and death of individual sagebrush plants, rather than treatments that create even-aged stands, is a better process for achieving maximum diversity and an optimal vegetative pattern for wildlife habitat (Lommasson 1948; Passey and Hugie 1962).

Many studies pointed out the need to seed the site to encourage desirable vegetation, avoid increases of non-native plants, and reduce soil erosion. Wilder et al. (2018) recommend that seed mixes should be based on knowledge of species interactions to avoid allowing one seeded species to outcompete another. Many studies do not address the benefits of seeding with native versus non-native species. There may be important ecological impacts from seeding with non-natives if they outcompete native species, especially on a long-term basis or where a return to native species is desired. In practice, however, constituents of seed mixes are often based on what is available or least expensive. An effort should be made to cultivate locally adapted sources of seed by giving guarantees to businesses that their seeds will be purchased (McArthur and Young 1999).

Treatments are more successful when conducted before sites are highly degraded. Treatment dollars should be put into pinyon-juniper and sagebrush communities that are healthy enough, and before desirable perennial plant cover is lost, to resist non-native species invasion (Young et al. 2013b). Severely degraded sites may have passed a threshold that will require an inordinate effort to restore (Davies et al. 2012; Davies et al. 2016). This also speaks to proper land management that does not allow conditions to deteriorate in the first place. If funds are not available to address resource concerns as they arise, then at least efforts can be made to refrain from anthropogenic activities that make resource problems worse.

# 5. SUMMARY AND CONCLUSIONS

Do treatments accomplish the goals we intend for them? Do they prevent soil erosion, increase desired plant species, improve wildlife habitat, and restore ecological functioning? Treatment results are very specific to individual locations. Finding patterns in effects across a large geographic area and variety of site characteristics is difficult. As McIver et al. (2014) concluded, "[S]ubstantial among-site variation in key ecological attributes will likely always cloud our ability to predict specific outcomes for many sites. Interannual variation, especially in the availability of water in spring, blurs predictive ability further." Archer and Predick (2014) agree, stating that "our ability to predict ecosystem responses to treatments is limited for many attributes, (e.g., primary production, land surface-atmosphere interactions, biodiversity conservation) and inconsistent for others (e.g., forage production, herbaceous diversity, water quality/quantity, soil erosion, and carbon sequestration)." The ecological legacies of past and current management make prediction of outcomes even more difficult (Monaco et al. 2018; Morris et al.

2011; Morris and Rowe 2014; Morris et al. 2014). The complexities involved in disentangling variables across such a wide variety of vegetation communities and ecological sites over the West may be best addressed with meta-analyses and the results used to inform future vegetation manipulations.

Where we could, we completed summary charts on the outcomes of hundreds of studies, grouped into six response categories (and reprinted two other summary charts by Bombaci and Pejchar 2016). Herbaceous understory responses to treatments were highly variable. In pinyon-juniper communities, most studies showed no significant effect of treatments on perennial grasses and forbs. However, where there were significant results, treatments elicited more positive responses (increases in cover) in grasses and forbs than negative responses. Non-native annuals responded positively in about half of the studies. The other half showed no significant response. In sagebrush communities, most studies showed no significant effects of treatments on



*Land managers might take a step back and address the stressors under their control that may have contributed to the need for treatment in the first place before putting significant resources into very large treatments as a first course of action. (Photo: Ray Bloxham)*

perennial grasses and forbs. Of the studies that did have significant responses, there were slightly more positive than negative responses for forbs. Perennial grasses, however, showed far more positive response than negative to treatment. For non-native exotic herbaceous species, studies were almost evenly divided between no significant response and positive response. Studies on the effects of treatments on wildlife are also variable. For some bird species, especially pinyon-juniper obligates, there is an overall negative response to treatments removing trees. Eleven of the 22 studies on sagebrush treatments did indicate positive effects on wildlife. Five studies showed negative effects, and six found no significant effects. Of the five studies of pinyon-juniper treatment effects on sage-grouse, three showed positive effects and two showed non-significant effects. Of the 11 studies of sagebrush treatment effects on sage-grouse, four were positive, three were negative, and four showed no significant effects. And in terms of soil-erosion related response variables, the majority of studies reviewed showed no significant response of either run-off or erosion to mechanical treatment. Some studies find treatments decrease runoff and erosion, but more studies find treatments increase runoff and erosion. Results for studies addressing hydrological effects of mechanical treatments similarly had mixed results, and other literature reviews we reviewed concluded that mixed results can reflect the very different precipitation regimes where studies are conducted.

The studies featured in this literature review indicate that treatments are not "one size fits all." Ecosystems are comprised of complex biotic and abiotic factors, and vegetation treatments aiming to restore ecosystem function should take complexity into account to be successful. Managers need to consider multiple variables in planning treatments ranging from small-scale (e.g., soil texture, percent cover of herbaceous perennials) to large-scale (e.g., elevation, drought forecasts, dominant vegetation community). However, they are subject to the exigencies of time and funding, so often vast acres of vegetation communities with variable site characteristics are treated with the same method that had positive results somewhere else. In the long-term, it is possible to do more harm than good, especially if bare ground or non-native species increase.

Most of our summary charts showed that treatments had no significant results on the variables we chose to review. While there may be many reasons to explain this, the possibility that the results are an accurate assessment of treatment efficacy should also be consid-



*The studies featured in this literature review indicate that treatments are not "one size fits all." Ecosystems are comprised of complex biotic and abiotic factors, and vegetation treatments aiming to restore ecosystem function should take complexity into account to be successful. (Photo: Andrew Kuhn/National Park Service)*

ered. Managers might take a step back and address the stressors under their control that may have contributed to the need for treatment in the first place before putting significant resources into very large treatments as a first course of action.

In the western United States, there were historically an estimated 50 million acres of pinyon-juniper woodland (Gottfried and Severson 1994, Mitchell and Roberts 1999) and almost 250 million acres of sagebrush steppe (McArthur and Plummer 1978, cited in Germino et al. 2018). The amount of remaining intact vegetation unaltered by vegetation treatments or other anthropogenic factors such as fire, grazing, climate change, water diversions, and similar change agents is shrinking. Nonetheless, millions of acres have been treated across the West and more treatments are proposed (USGS, Digital Land Treatment Library Home Page). The current pace of activity on the ground may be outstripping our understanding of the long-term effects of these treatments and our ability to plan better restoration projects.

# LITERATURE CITED

Aanderud, Z.T., Schoolmaster, D.R., Rigby, D., Bybee, J., Campbell, T., Roundy, B.A., 2017. Soils mediate the impact of fine woody debris on invasive and native grasses as whole trees are mechanically shredded into firebreaks in piñon-juniper woodlands. Journal of Arid Environments 137, 60–68. https://doi.org/10.1016/j.jaridenv.2016.11.002

Anderson, J.E., Holte, K.E., 1981. Vegetation development over 25 years without grazing on sagebrush-dominated rangeland in southeastern Idaho. Journal of Range Management 34, 25-29.

Archer, S.L., Davies, K.W., McDaniel, K.C., Wilcox, B.P., Predick, K.I., 2011. Brush management as a rangeland conservation strategy: a critical evaluation, in: Briske, D.D. (Ed.), Conservation Benefits of Rangeland Practices: Assessment, Recommendations, and Knowledge Gaps. Allen Press, Lawrence, KS, USA, pp. 105–170.

Archer, S.R., Predick, K.I., 2014. An ecosystem services perspective on brush management: research priorities for competing land-use objectives. Journal of Ecology 102, 1394–1407. https://doi.org/10.1111/1365-2745.12314

Autenrieth, R.E., 1969. Impact of strip spray on vegetation and sage grouse use on summer habitat, in: Proceedings of the sixth biannual Western States Sage Grouse Workshop: 147–157.

Arno, S.F., Gruell, G.E., 1983. Fire history at the forest-grassland ecotone in southwestern Montana. Journal of Range Management 36, 332-336.

Baker, W.L., 2011. Pre-Euro-American and recent fire in sagebrush ecosystems. Pages 185-201 in S.T. Knick and J.W. Connelly, (Eds.) Greater sage-grouse: ecology and management of a landscape species and its habitats. Studies in Avian Biology 38, University of California Press, Berkeley, USA.

Baker, W.L., 2013. Is wildland fire increasing in sagebrush landscapes of the western United States?, Annals of the Association of American Geographers, v. 103, issue 1, p. 5-19.

Baker, W.L., Shinneman, D.J., 2004. Fire and restoration of pinyon-juniper woodlands in the western United States: A review. Forest Ecology and Management 189, 1-21. https://doi.org/10.1016/j.foreco.2003.09.006

Balda, R.P., Masters, N., 1980. Avian communities in the pinyon-juniper woodland: a descriptive analysis (General Technical Report No. INT-86). U.S. Forest Service, Intermountain Forest and Range Experiment Station. https://www.cabdirect.org/cabdirect/abstract/19802606738

Barger, N.N., Adams, H.D., Woodhouse, C., Neff, J.C., Asner, G.P., 2009. Influence of livestock grazing and climate on pinyon pine (Pinus edulis) dynamics. Rangeland Ecology and Management 62, 531–539. https://doi.org/Doi 10.2111/.1/Rem-D-09-00029.1

Bates, J.D., Davies, K.W., 2017a. Data set on the effects of conifer control and slash burning on soil carbon, total N, organic matter and extractable micro-nutrients. Data Brief 14, 515–523. https://doi.org/10.1016/j.dib.2017.08.004

Bates, J., Davies, K.W., Hulet, A., Miller, R.F., Roundy, B.A., 2017b. Sage Grouse Groceries: Forb Response to Piñon- Juniper Treatments. Rangeland Ecology & Management 70, 106–115.

Bates, J.D., Davies, K.W., Sharp, R.N., 2011. Shrub-steppe early succession following juniper cutting and prescribed fire. Environmental Management 47, 468–481. https://doi.org/Doi 10.1007/S00267-011-9629-0

Bates, J.D., Miller, R.F., Svejcar, T.J., 2000. Understory dynamics in cut and uncut western juniper woodlands. Journal of Range Management 53, 119–126. https://doi.org/Doi 10.2307/4003402

Bates, J.D., Miller, R.F., Svejcar, T., 2005. Long-term successional trends following western juniper cutting. Rangeland Ecology and Management 58, 533–541. https://doi.org/Doi 10.2111/1551-5028(2005)58[533:Lstfw-j]2.0.Co;2

Bates, J.D., Miller, R.F., Svejcar, T., 2007. Long-term vegetation dynamics in a cut western juniper woodland. Western North American Naturalist 67, 549–561. https://doi.org/10.3398/1527-0904(2007)67[549:LVDIAC]2.0.CO;2

Bates, J.D., Rhodes, E.C., Davies, K.W., Sharp, R., 2009. Postfire Succession in Big Sagebrush Steppe With Livestock Grazing. Rangeland Ecology and Management 62, 98–110. https://doi.org/Doi 10.2111/08-096

Bates, J.D., Svejcar, T., Miller, R., Davies, K.W., 2017. Plant Community Dynamics 25 Years After Juniper Control. Rangeland Ecology and Management 70, 356–362. https://doi.org/10.1016/j.rama.2016.11.003

Bauer, J.M., Weisberg, P.J., 2009. Fire history of a central Nevada pinyon-juniper woodland. Canadian Journal of Forest Resources 39, 1589–1599. https://doi.org/10.1139/X09-078

Baxter, J.J., Baxter, R.J., Dahlgren, D.K., Larsen, R.T., 2017. Resource Selection by Greater Sage-Grouse Reveals Preference for Mechanically-Altered Habitats. Rangeland Ecology & Management 70, 493–503. https://doi.org/10.1016/j.rama.2017.01.007

Bazan, R.A., Wilcox, B.P., Munster, C., Gary, M., 2012. Removing woody vegetation has little effect on conduit flow recharge. Ecohydrology 6, 435–443. https://doi.org/10.1002/eco.1277

Beck, J.L., Connelly, J.W., Wambolt, C.L., 2012. Consequences of Treating Wyoming Big Sagebrush to Enhance Wildlife Habitats. Rangeland Ecology & Management 65, 444–455. https://doi.org/10.2111/REM-D-10-00123.

Belnap, J., 1993. Recovery rates of cryptobiotic crusts: inoculant use and assessment methods. Great Basin Naturalist 53, 8.

Belnap, J., Eldridge, D., 2001. Disturbance and recovery of biological soil crusts. in: Belnap and Lange, (Eds.) Soil crusts: structure, function, and management. Ecological Studies Volume 150, Chapter 27, Springer-Verlag, Berlin Heidelberg.

Belnap, J., Gillette, D.A., 1997. Disturbance of biological soil crusts: impacts on potential wind erodibility of sandy desert soils in SE Utah. Land Degradation and Development 8, 355-362.

Belnap, J., Gillette, D.A., 1998. Vulnerability of desert biological soil crusts to wind erosion: the influences of crust development, soil texture, and disturbance. Journal of Arid Environments 39, 133-142.

Belsky, A.J., 1996. Viewpoint: Western juniper expansion: Is it a threat to arid northwestern ecosystems? Journal of Range Management 49, 53–59. https://doi.org/10.2307/4002725

Bergman, E.J., Doherty, P.F., White, G.C., Freddy, D.J., 2015. Habitat and Herbivore Density: Response of Mule Deer to Habitat Management. Journal of Wildlife Management 79, 60–68. https://doi.org/10.1002/jwmg.801

Bestelmeyer, B.T., 2015. Desertification, land use, and the transformation of global drylands. Frontiers of Ecology and the Environment 13, 28–36.

Beyers, J.L. 2004. Postfire seeding for erosion control: effectiveness and impacts on native plant communities. Conservation Biology 18, 947–956.

Blackburn, W.H., Skau, C.M., 1974. Infiltration rates and sediment production of selected plant communities in Nevada. Journal of Range Management 27, 476–480.

Blackburn, W.H., Tueller, P.T., 1970. Pinyon and Juniper Invasion in Black Sagebrush Communities in East-Central Nevada. Ecology 51, 841–848. https://doi.org/10.2307/1933976

Blaisdell, J.P., 1953. Ecological effects of planned burning of sagebrush-grass range on the upper Snake River Plains. U. S. Department of Agriculture Technical Bulletin No. 1075. 39 pp.

Bombaci, S., Gallo, T., Pejchar, L., 2017. Small-Scale Woodland Reduction Practices Have Neutral or Negative Short-Term Effects on Birds and Small Mammals. Rangeland Ecology and Management 70.

Bombaci, S., Pejchar, L., 2016. Consequences of pinyon and juniper woodland reduction for wildlife in North America. Forest Ecology and Management 365, 34-50.

Boone, J.D., Ammon, E., and Johnson, K. 2018. Long-term declines in the Pinyon Jay and management implications for piñon–juniper woodlands, in: Trends and traditions: Avifaunal change in western North America In: W. D. Shuford, R.E. Gill Jr., and C.M. Handel, (Eds.), pp. 190–197. Studies of Western Birds 3. Western Field Ornithologists, Camarillo, CA; doi 10.21199/SWB3.10.

Bosch, J.M., Hewlett, J.D., 1982. A review of catchment experiments to determine the effect of vegetation changes on water yield and evapotranspiration. Journal of Hydrology, 55(1-4), pp.3-23.

Bowker, M.A., 2007. Biological Soil Crust Rehabilitation in Theory and Practice: An Underexploited Opportunity. Restoration Ecology 15, 13–23. https://doi.org/10.1111/j.1526-100X.2006.00185.x

Bowker, M., Belnap, J., Chaudhary, B., Johnson, N., 2008. Revisiting classic water erosion models in drylands: The strong impact of biological soil crusts. Soil Biology and Biochemistry 40, 2309–2316. https://doi.org/10.1016/j.soilbio.2008.05.008

Branson, F.A., Miller, R.F., 1981. Effects of increased precipitation and grazing management on northeastern Montana rangelands. Journal of Range Management 34, 3-10.

Braun, C.E., Beck, T.D.I., 1996. Effects of research on sage grouse management. Transactions of the North American Wildlife and Natural Resources Conference 61, 429–436.

Braun, C.E., Britt, T., Wallestad, R.O., 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin. 5, 99–106.

Bristow, N.A., 2010. Long-term vegetation response to treatments of prescribed fire and chaining in Great Basin pinyon-juniper woodlands. A thesis submitted in partial fulfillment of the requirements for the degree of Master of Science in Natural Resources and Environmental Science, University of Nevada, Reno.

Brockway, D.G, Gatewood, R.G., Paris, R.B., 2002. Restoring grassland savannas from degraded pinyon-juniper woodlands: effects of mechanical overstory reduction and slash treatment alternatives. Journal of Environmental Management 64, 179–197. https://doi.org/10.1006/jema.2001.0522

Brown, J.K., 2000. Introduction and fire regimes. in: Brown, J.K., and J.K Smith, (Eds.), Wildland Fire in Ecosystems: Effects of Fire on Flora. USDA Forest Service General Technical Report RMRS-GTR-42, vol. 2. Rocky Mountain Research Station, Fort Collins, CO, pp. 1–7.

Brown, T.X., 1987. The value of incremental water flow from pinyon-juniper lands. p. 177-182. in: Everett, R.L., (ed.). Proc.-Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Buckhouse, J.C., Gifford, G.F., 1976. Sediment Production and Infiltration Rates as Affected by Grazing and Debris Burning on Chained and Seeded Pinyon-Juniper. Journal of Range Management. 29(1), 83-84.

Buckman, R.E., Wolters, G.L., 1987. Multi-resource management of pinyon-juniper woodlands. p. 2-4. 111: Everett, R.L., (ed.). Proc.- Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Bukowski, B.E., Baker, W.L., 2013. Historical fire regimes, reconstructed from land-survey data, led to complexity and fluctuation in sagebrush landscapes. Ecological Applications 23, 546–564.

Bunting, S.C., Kilgore, B.M., Bushey, C.L., 1987. Guidelines for prescribed burning sagebrush-grass rangelands in the northern great basin. U.S. Department of Agriculture Forest Service. General Technical Report INT-231.

Burak, G.S., 2006. Home ranges, movement and multi-scale habitat use of pygmy rabbits in southwestern Idaho. A thesis submitted in partial fulfillment of the requirements for the degree of Master of Science in Biology, Boise State University, December 2006.

Bureau of Land Management, 1991. Final Environmental Impact Statement Vegetation Treatment on BLM Lands in Thirteen Western States. Plants. Paper 6. https://digitalcommons.usu.edu/govdocs_plants/6

Bureau of Land Management, 2017. Notice of Intent to Prepare Two Great-Basin-Wide Programmatic Environmental Impact Statements to Reduce the Threat of Wildfire and Support Rangeland Productivity. https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=renderDefaultPlanOrProjectSite&projectId=71149&dctmId=0b0003e880e031fb

Burkhardt, J.W., 1996. Herbivory in the intermountain west, an overview of evolutionary history, historic cultural impacts and lessons from the past. Station Bulletin 58, Idaho Forest, Wildlife and Range Experimental Station, University of Idaho.

Burkhardt, J.W., Tisdale, E.W., 1969. Nature and Successional Status of Western Juniper in Idaho. Journal of Range Management 22, 264–70.

Burkhardt, J.W., Tisdale, E.W., 1976. Causes of juniper invasion in southwestern Idaho. Ecology 57, 472–484. https://doi.org/Doi 10.2307/1936432

Busby, F.E., Gifford, G.F., 1981. Effects of Livestock Grazing on Infiltration and Erosion Rates Measured on Chained and Unchained Pinyon-Juniper Sites in Southeastern Utah. Journal of Range Management 34, 400. https://doi.org/10.2307/3897914

Bybee, J., Roundy, B., Young, K., Hulet, A., B. Roundy, D., Crook, L., Aanderud, Z., L. Eggett, D., L. Cline, N., 2016. Vegetation Response to Pinyon and Juniper Tree Shredding. Rangeland Ecology & Management 69, 224–234. https://doi.org/10.1016/j.rama.2016.01.007

Campbell, J.L., Harmon, M.E., Mitchell, S.R., 2012a. Can fuel-reduction treatments really increase forest carbon storage in the western us by reducing future fire emissions? Frontiers in Ecology and the Environment 10, 83–90. https://doi.org/10.1890/110057

Campbell, J.L., Kennedy, R.E., Cohen, W.B., Miller, R.F., 2012b. Assessing the Carbon Consequences of Western Juniper (Juniperus occidentalis) Encroachment Across Oregon, USA. Rangeland Ecology & Management 65, 223–231. https://doi.org/10.2111/REM-D-11-00012.1

Cardella Dammeyer, H., Schwinning, S., Schwartz, B., Moore, G., 2016. Effects of juniper removal and rainfall variation on tree transpiration in a semi-arid karst: evidence of complex water storage dynamics: Effects of juniper removal in karst. Hydrological Processes 30. https://doi.org/10.1002/hyp.10938

Carlisle, J.D., Chalfoun, A.D., Smith, K.T., Beck, J.L., 2018b. Nontarget effects on songbirds from habitat manipulation for Greater Sage-Grouse: Implications for the umbrella species concept. Condor 120, 439–455. https://doi.org/10.1650/Condor-17-200.1

Carlisle, J.D., Keinath, D.A., Albeke, S.E., Chalfoun, A.D., 2018a. Identifying Holes in the Greater Sage-Grouse Conservation Umbrella. Journal of Wildlife Management 85, 948–957. https://doi.org/10.1002/jwmg.21460

Carroll, R.W.H., Huntington, J.L., Snyder, K.A., Niswonger, R.G., Morton, C., Stringham, T.K., 2016. Evaluating mountain meadow groundwater response to Pinyon-Juniper and temperature in a great basin watershed. Ecohydrology 10, e1792. https://doi.org/10.1002/eco.1792

Chambers, J.C., 2000. Seed movements and seedling fates in disturbed sagebrush steppe ecosystems: implications for restoration. Ecological Applications 10, 1400–1413.

Chambers, J.C., Board, D.I., Roundy, B.A., Weisberg, P.J., 2017. Removal of perennial herbaceous species affects response of Cold Desert shrublands to fire. Journal of Vegetation Science 28, 975–984. https://doi.org/10.1111/jvs.12548

Chambers, J.C., Miller, R.F., Board, D.I., Pyke, D.A., Roundy, B.A., Grace, J.B., Schupp, E.W., Tausch, R.J., 2014. Resilience and Resistance of Sagebrush Ecosystems: Implications for State and Transition Models and Management Treatments. Rangeland Ecology and Management 67, 440–454. https://doi.org/10.2111/REM-D-13-00074.1

Christensen, E.; Johnson, H., 1964. Presettlement vegetation and vegetational change in three valleys in central Utah. Brigham Young University Science Bulletin. Biological Series 4, 1-16.

Christiansen, T.A., 1988. Role of arthropods and impact of sagebrush management on the ecology of a mountain brush habitat. Dissertation, University of Wyoming, Laramie, Wyoming, USA

Clary, W.P., Baker, M.B., O'Connell, P.F., Johnson, T.N., Campbell, R.E., 1974. Effects of Pinyon-Juniper removal on natural resource products and uses in Arizona. No. RM-128. https://www.cabdirect.org/cabdirect/abstract/19750625769

Clary, W.P., Goodrich, S., Smith, B.M., 1985. Response to Tebuthiuron by Utah Juniper and Mountain Big Sagebrush Communities. Journal of Range Management 38, 56–60. https://doi.org/Doi 10.2307/3899334

Cline, N.L., Roundy, B.A., Pierson, F.B., Kormos, P., Williams, C.J., 2010. Hydrologic response to mechanical shredding in a juniper woodland. Rangeland Ecology & Management 63, 467–477. https://doi.org/doi:10.2111/REM-D-09-00196.1

Collings, M.R., Myrick, M.R., 1966. Effects of Juniper and Pinyon Eradication on Streamflow from Corduroy Creek Basin, Arizona. U.S. Government Printing Office.

Commons, M.L., Baydack, R.K., Braun, C.E., 1999. Sage Grouse Response to Pinyon-Juniper Management. USDA Forest Service Proceedings RMRS-P-9.

Connelly, J.W., Hagen, C.A., Schroeder., M.A., 2011. Characteristics and dynamics of Greater Sage-Grouse populations, pp. 53–67 in: S. T. Knick and J. W. Connelly (editors). Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats. Studies in Avian Biology (vol. 38), University of California Press, Berkeley, CA.

Connelly, J.W., Schroeder, M.A., Sands, A.R., Braun, C.E., 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28, 967–985.

Condon, L., Pyke, D., 2018. Fire and Grazing Influence Site Resistance to Bromus tectorum Through Their Effects on Shrub, Bunchgrass and Biocrust Communities in the Great Basin (USA). Ecosystems 1–16. https://doi.org/10.1007/s10021-018-0230-8

Cook, A., 2015. Greater Sage-Grouse Seasonal Habitat Models, Response to Juniper Reduction and Effects of Capture Behavior on Vital Rates, in Northwest Utah. All Graduate Theses and Dissertations. Paper 4369. http://digitalcommons.usu.edu/etd/4369

Cook, A., Messmer, T.A., Guttery, M.R., 2017. Greater Sage-Grouse Use of Mechanical Conifer Reduction Treatments in Northwest Utah. Wildlife Society Bulletin 41(1), 27-33. DOI: 10.1002/wsb.742

Cottam, W.P., Stewart, G., 1940. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. Journal of Forestry 38, 613-626

Crawford, J.A., 2008. Survival, Movements and Habitat Selection of Pygmy Rabbits (Brachylagus idahoensis) on the Great Basin of Southeastern Oregon and Northwestern Nevada. A Thesis submitted to Oregon State University in partial fulfillment of the requirements for the degree of Master of Science. Presented June 4, 2008

Crawford, J.A., Gregg, M.A., Drut, M.S., DeLong, A.K., 1992. Habitat use by female Sage Grouse during the breeding season in Oregon. BLM Coop. Res. Unit, Oregon State Univ. Corvallis, OR.

Crow, C., Van Riper, C., 2010. Avian Community Responses to Mechanical Thinning of a Pinyon-Juniper Woodland: Specialist Sensitivity to Tree Reduction. Natural Areas Association 30, 191–201. https://doi.org/10.3375/043.030.0206

Dahlgren, D.K., Chi, R., Messmer, T.A., 2006. Greater sage-grouse response to sagebrush management in Utah. Wildlife Society Bulletin 34, 975–985.

Dahlgren, D.K., Larsen, R.T., Danvir, R., Wilson, G., Thacker, E.T., Black, T.A., Naugle, D.E., Connelly, J.W., Messmer, T.A., 2015. Greater Sage-Grouse and Range Management: Insights from a 25-Year Case Study in Utah and Wyoming. Rangeland Ecology & Management 68, 375–382. https://doi.org/10.1016/j.rama.2015.07.003

Daryanto, S., Eldridge, D.J., 2010. Plant and soil surface responses to a combination of shrub removal and grazing in a shrub-encroached woodland. Journal of Environmental Management, 91, 2639–2648.

Daryanto, S., Eldridge, D.J., Throop, H.L., 2013. Managing semi-arid woodlands for carbon storage: Grazing and shrub effects on above- and belowground carbon. Agriculture, Ecosystems and Environment 169, 1–11.

Davenport, D.W., Breshears, D.D., Wilcox, B.P., Allen, C.D., 1998. Viewpoint: Sustainability of pinyon-juniper ecosystems - a unifying perspective of soil erosion thresholds. Journal of Range Management 51, 231–240. https://doi.org/Doi 10.2307/4003212

Davies, K.W., Bates, J.D., Johnson, D.D., Nafus, A.M., 2009a. Influence of Mowing Artemisia tridentata ssp. wyomingensis on Winter Habitat for Wildlife. Environmental Management 44, 84–92. https://doi.org/10.1007/s00267-008-9258-4

Davies K.W., Svejcar T.J., Bates J. D., 2009b. Interaction of historical and nonhistorical disturbances maintains native plant communities. Ecological Applications 19, 1536–1545. https://doi.org/10.1890/09-0111.1

Davies, Kirk W., Bates, J.D., Svejcar, T.J., Boyd, C.S., 2010. Effects of Long-Term Livestock Grazing on Fuel Characteristics in Rangelands: An Example From the Sagebrush Steppe. Rangeland Ecology & Management 63, 662–669. https://doi.org/10.2111/REM-D-10-00006.1

Davies, K.W., Boyd, C.S., Beck, J.L., Bates, J.D., Svejcar, T.J., Gregg, M.A., 2011. Saving the sagebrush sea: An ecosystem conservation plan for big sagebrush plant communities. Biological Conservation 144, 2573–2584. https://doi.org/10.1016/j.biocon.2011.07.016

Davies, K.W., Bates, J.D., Nafus, A.M., 2012. Mowing Wyoming Big Sagebrush Communities With Degraded Herbaceous Understories: Has a Threshold Been Crossed? Rangeland Ecology & Management 65, 498–505. https://doi.org/10.2111/REM-D-12-00026.1

Davies, K.W., Johnson, D.D., Nafus, A.M., 2014a. Restoration of exotic annual grass-invaded rangelands: importance of seed mix composition. Invasive Plant Science and Management 531 7, 247-256.

Davies, K.W., Vavra, M., Schultz, B., Rimbey, N., 2014b. Implications of longer term rest from grazing in the sagebrush steppe. Journal of Rangeland Applications 1, 14-34.

Davies, K.W., Bates, J.D., Boyd, C.S., 2016. Effects of Intermediate-Term Grazing Rest on Sagebrush Communities with Depleted Understories: Evidence of a Threshold. Rangeland Ecology & Management 69, 173–178. https://doi.org/10.1016/j.rama.2016.01.002

Davies, K.W., Bates, J.D., Boyd, C.S., 2018. Post-wildfire seeding to restore native vegetation and limit exotic annuals: an evaluation in juniper-dominated sagebrush steppe. Restoration Ecology 10,1016/j.rama.2018.10.006

Davis, J.N., Harper, K.T., 1989. Weedy annuals and establishment of seeded species on a chained juniper-pinyon woodland in central Utah. Paper presented at the Symposium on Cheatgrass Invasion, Shrub Die Off, and Other Aspects of Shrub Biology and Management, Las Vegas, NV, April 5-7, 1989.

Deboodt, T.L., Fisher, M.P., Buckhouse, J.C., Swanson, J., 2009. Monitoring hydrological changes related to Western Juniper removal: a paired watershed approach, in: R. M. T. Webb and D.J. Semmens (Eds.), Planning for an uncertain future—monitoring, integration, and adaption. Washington, DC, USA: U.S. Geological Survey. p. 227–232.

DellaSala, D., Ingalsbee, T., Hanson, C.T., 2018. Everything you wanted to know about wildland fires in forests but were afraid to ask: Lessons learned, ways forward. White paper in https://forestlegacies.org/images/projects/wildfire-report-2018.pdf.

Dennison, P.E., Brewer, S.C., Arnold, J.D., Moritz, M.A., 2014. Large wildfire trends in the western United States, 1984–2011. Geophysical Research Letters 41, 2928–2933. https://doi.org/10.1002/2014GL059576

Dittel, Jacob W., Sanchez, D., Ellsworth, L.M., Morozumi, C.N., Mata-Gonzalez, R., 2018. Vegetation Response to Juniper Reduction and Grazing Exclusion in Sagebrush-Steppe Habitat in Eastern Oregon. Rangeland Ecology & Management 71, 213–219. https://doi.org/10.1016/j.rama.2017.11.004

Doescher, P.S., Miller, R.F. Winward, A.H., 1984. Soil chemical patterns under eastern Oregon plant communities dominated by big sagebrush. Soil Science Society American Journal 48, 659–663.

Donnelly, J. Patrick, Tack, J.D., Doherty, K.E., Naugle, D.E., Allred, B.W., Dreitz, V.J., 2017. Extending Conifer Removal and Landscape Protection Strategies from Sage-grouse to Songbirds, a Range-Wide Assessment. Rangeland Ecology & Management 70, 95–105. http://dx.doi.org/10.1016/j.rama.2016.10.009

Dugas, W.A., R.A. Hicks, Wright., P., 1998. Effect of removal of Juniperus ashei on evapotranspiration and runoff in the Seco Creek watershed. Water Resources Research 34, 1499–1506.

Eddleman, L.E., 1987. Western juniper in central Oregon. p. 255-259. In: Everett, R.L., (ed.). Proc.-Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Ellison, L., 1960. Influence of grazing on plant succession of rangelands. Botanical Review 26, 1-7.

Evans, R.A., 1988. Management of Pinyon-Juniper Woodlands (General Technical Report No. INT-249). U.S. Department of Agriculture Forest Service.

Evans, R.A., Young, J.A., 1985. Plant succession following control of western juniper (Juniperus occidentalis) with picloram. Weed Science 33, 63–68.

Evans, R.A., Young, J.A., 1987. Control, plant succession, and revegetation in western juniper woodlands. p. 301-304, in: Everett, R.L., (ed.). Proc.-Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Farmer, M.E., Harper, K.T., Davis, J.N., 1999. The influence of anchor-chaining on watershed health in a juniper-pinyon woodland in central Utah, in: S. B. Monsen and R. Stevens (Eds.), Proceedings: Ecology and Management of Pinyon-Juniper Communities within the Interior West. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, Utah, pp. 299–301.

Ferguson, C.W., 1964. Annual rings in big sagebrush: Artemisia tridentata. Papers of the Laboratory of Tree-Ring Research, No. 1. Tucson, AZ, USA: The University of Arizona Press. 95 pp.

Ferguson, C.W., Humphrey, R.R., 1959. Growth rings of sagebrush reveal rainfall records. College of Agriculture, University of Arizona, Tucson, AZ.

Finney, M.A., McHugh, C.W., Grenfell, I.C., Riley, K.L., Short, K.C., 2011. A simulation of probabilistic wildfire risk components for the continental United States. Stochastic Environmental Research and Risk Assessment 25, 973–1000. https://doi.org/10.1007/s00477-011-0462-z

Fischer, R.A., Reese, K.P. Connelly, J.W., 1996. An investigation on fire effects with xeric sage grouse brood habitat. Journal of Range Management 49, 194–198.

Fleischner, T.L., 1994. Ecological costs of livestock grazing in western North America. Conservation 8(3), 629-644.

Flinders, J.T., Alston, J.L., Larsen, R.T., 2005. Final Research Report: Habitat use, behavior, and limiting factor affecting the pygmy rabbit in Grass Valley, Utah. In cooperation with: the Bureau of Land Management - Richfield Field Office, the Utah Department of Natural Resources, and Brigham Young University.

Flinders, J.T., Larsen, R.T., Bentley, D.F., Lee, J.E., 2006. Planning Phase Final Report: Deep Creek Watershed Pygmy Rabbit (Brachylagus idahoensis). Project Conservation Partnership Initiative. Report prepared for the Natural Resource Conservation Service (NRCS).

Floyd, M.L., Hanna, D.D., Romme, W.H., 2004. Historical and recent fire regimes in piñon-juniper woodlands on Mesa Verde, Colorado, USA. Forest Ecology and Management 198, 269–289.

Floyd, M.L., Hanna, D., Romme, W.H., Crews, T.E., 2006. Predicting and mitigating weed invasions to restore natural post-fire succession in Mesa Verde National Park, Colorado, USA. International Journal of Wildland Fire 15, 247–259.

Fornwalt, P.J., Rocca, M.E., Battaglia, M.A., Rhoades, C.C., Ryan, M.G., 2017. Mulching fuels treatments promote understory plant communities in three Colorado, USA, coniferous forest types. Forest Ecology and Management 385, 214–224. https://doi.org/10.1016/j.foreco.2016.11.047

Francis, C.D., Ortega, C.P., Hansen, J., 2011. Importance of juniper to birds nesting in pinyon-juniper woodlands in northwest New Mexico. Journal of Wildlife Management 75, 1574–1580.

Frey, S.N., 2010. 2010 End of Year Report. A21151. Unpublished manuscript. On file, Utah State University, Department of Wildland Resources, Logan, Utah.

Frey, S.N., 2018. Movements and Associations of Greater Sage-grouse in the Panguitch Valley to Sink Valley Corridor. Unpublished report, for Alton Coal Mine. Project L19AC20537.

Frey, S.N., Curtis, R., Heaton, K., 2013. Response of a small population of greater sage-grouse to tree removal: implications of limiting factors. Human-Wildlife Interactions 7(2), 260–272.

Fritts, H.C., 1974. Relationships of ring widths in arid site conifers to variations in monthly temperature and precipitation. Ecological Monographs, 44, 411–440.

Frost, C.C., 1998. Presettlement fire frequency regimes of the United States: a first approximation. In: Proceedings of the Tall Timbers Fire Ecology Conference, vol. 20, pp. 70–81.

Fulbright, T.E., Davies, K.W., Archer, S.R., 2018. Wildlife Responses to Brush Management: A Contemporary Evaluation. Rangeland Ecology & Management 71, 35–44. https://doi.org/10.1016/j.rama.2017.07.001

Gallo, T., Pejchar, L., 2016. Woodland reduction and long-term change in breeding bird communities. The Journal of Wildlife Management 81, 259–268. https://doi.org/10.1002/jwmg.21188

Gallo, T., Stinson, L.T., Pejchar, L., 2016. Pinyon-juniper removal has long-term effects on mammals. Forest Ecology and Management 377, 93–100. https://doi.org/10.1016/j.foreco.2016.06.029

Gates, R.J., 1983. Sage grouse, lagomorphs and pronghorn use of a sagebrush grassland burn site on the Idaho National Engineering Laboratory [thesis]. Bozeman, MT, USA: Montana State University. 135 pp.

Germino, M.J., Barnard, D.M., Davidson, B.E., Arkle, R.S., Pilliod, D.S., Fisk, M.R., Applestein, C., 2018. Thresholds and hotspots for shrub restoration following a heterogeneous megafire. Landscape Ecology 1–18. https://doi.org/10.1007/s10980-018-0662-8

Gifford, G.F., 1973. Runoff and sediment yields from runoff plots on chained pinyon-juniper sites in Utah. Journal of Range Management 26,440–443.

Gifford, G.F., 1982. Impact of Burning and Grazing on Soil-Water Patterns in the Pinyon-Juniper Type. Journal of Range Management 35, 697–699. https://doi.org/Doi 10.2307/3898241

Gifford, G.F., Shaw, C.B., 1973. Soil moisture patterns on two chained pinyon-juniper sites in Utah. Journal of Range Management 26,436–440.

Gifford, G.F., Williams, G., Coltharp, G.B., 1970. Infiltration and Erosion Studies on Pinyon-Juniper Conversion Sites in Southern Utah. Journal of Range Management 23, 402. https://doi.org/10.2307/3896308

Gottfried, G.J., Severson, K.E., 1994. Managing Pinyon-Juniper Woodlands. Rangelands 16, 234-236.

Government Accounting Office (GAO), 1991. Rangeland Management BLM's Hot Desert Grazing Program Merits Reconsideration. A report to the Chairman, Subcommittee on National Parks and Public Lands, Committee on Interior and Insular Affairs, House of Representatives. Washington, D.C. https://www.gao.gov/assets/160/151345.pdf.

Graham, S., 2013. Greater sage-grouse habitat selection and use patterns in response to vegetation management practices in northwestern Utah. All Graduate Theses and Dissertations, Paper 1971. http://digitalcommons.usu.edu/etd/1971

Green, J.S., Flinders, J.Y., 1980. Habitat and dietary relationships of the pygmy rabbit. Journal of Range Management 33, 136-142.

Guardiola-Claramonte, M., Troch, P.A., Breshears, D.D., Huxman, T.E., Switanek, M.B., Durcik, M., Cobb, N.S., 2011. Decreased streamflow in semi-arid basins following drought-induced tree die-off: A counter-intuitive and indirect climate impact on hydrology. Journal of Hydrology 406, 225–233. https://doi.org/10.1016/j.jhydrol.2011.06.017

Hardy, C.C., Bunnell, D.L., Menakis, J.P., Schmidt, K.M., Long, D.G., Simmerman, D.G., Johnston, C.M., 2000. Coarse-scale spatial data for wildland fire and fuel management. USDA Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory. http://www.fs.fed.us/fire/fuelman.

Havrilla, C., Faist, A., Barger, N., 2017. Understory Plant Community Responses to Fuel-Reduction Treatments and Seeding in an Upland Pinyon-Juniper Woodland. Rangeland Ecology & Management 70. https://doi.org/10.1016/j.rama.2017.04.002

Healthy Forests Restoration Act of 2003.16 USC § 6501 (2003).

Hess, J.E., 2011. Greater sage-grouse (Centrocercus urophasianus) habitat response to mowing and prescribed burning Wyoming big sagebrush and the influence of disturbance factors on lek persistence in the Bighorn Basin, Wyoming [thesis]. Laramie, WY, USA: University of Wyoming. 152 pp.

Hess, J.E., Beck, J.L., 2010. Final research report, greater sage-grouse nesting and early brood-rearing habitat in response to mowing and prescribed burning Wyoming big sagebrush and influence of disturbance factors on lek persistence in the Bighorn Basin, Wyoming. Special publication, University of Wyoming, Laramie.

Hess, J.E., Beck, J.L., 2012. Burning and mowing Wyoming big sagebrush: Do treated sites meet minimum guidelines for greater sage-grouse breeding habitats? Wildlife Society Bulletin 36, 85–93. https://doi.org/10.1002/wsb.92

Hess, J.E., Beck, J.L., 2014. Forb, Insect, and Soil Response to Burning and Mowing Wyoming Big Sagebrush in Greater Sage-Grouse Breeding Habitat. Environmental Management 53, 813–822. https://doi.org/10.1007/s00267-014-0246-6

Heyerdahl, E.K., Miller, R.F., Parsons, R.A., 2006. History of fire and Douglas-fir establishment in a savanna and sagebrush-grassland mosaic, southwestern Montana, USA. Forest Ecology and Management 230, 107-118.

Hironaka, M., 1979. Basic synecological relationships of the Columbia River sagebrush type, in: The sagebrush ecosystem: a symposium. Logan, UT: Utah State University: 27-32.

Holden, Z.A., Morgan, P., Crimmins, M.A., Steinhorst, R.K., Smith, A.M.S., 2007. Fire season precipitation variability influences fire extent and severity in a large southwestern wilderness area, United States. Geophysical Research Letters 34. https://doi.org/10.1029/2007GL030804

Holechek, J.L., Baker, T.T., Boren, J.C., Galt, D., 2006. Grazing Impacts on Rangeland Vegetation: What We Have Learned. Rangelands pp.7-13.

Holloran, M., Belinda, K., 2009. Big Horn Basin Greater Sage-grouse habitat effectiveness modeling. Completion report Prepared By: Wyoming Wildlife Consultants, LLC. Prepared For: Biodiversity Conservation Alliance.

Holmes, A.L., Maestas, J.D., Naugle, D.E., 2017. Bird Responses to Removal of Western Juniper in Sagebrush-Steppe. Rangeland Ecology & Management 70, 87–94. http://dx.doi.org/10.1016/j.rama.2016.10.006

Howard, V.W., Cheap, K.M., Hier, R.H., Thompson, T.G., Dimas, J.A., 1987. Effects of Cabling Pinyon-Juniper on Mule Deer and Lagomorph Use. Wildlife Society Bulletin 15, 242–247.

Hudiburg, T., Law, B., Turner, D.P., Campbell, J., Donato, D., Duane, M., 2009. Carbon dynamics of Oregon and Northern California forests and potential land-based carbon storage. Ecological Applications 19, 163–180. https://doi.org/10.1890/07-2006.1

Hudiburg, T.W., Luyssaert, S., Thornton, P.E., Law, B.E., 2013. Interactive Effects of Environmental Change and Management Strategies on Regional Forest Carbon Emissions. Environmental Science and Technology 47, 13132–13140. https://doi.org/10.1021/es402903u

Huff, D.D., Hargrove, B., Tharp, M.L., Graham, R., 2000. Managing forests for water yield: The importance of scale. Journal of Forestry 98(12), pp.15-19.

Hughes, R.F., Archer, S.R., Asner, G.P., Wessman, C.A., McMurtry, C., Nelson, J., Ansley, R.J. 2006. Changes in aboveground primary production and carbon and nitrogen pools accompanying woody plant encroachment in a temperate savanna. Global Change Biology, 12, 1733–1747.

Hull, A.C. Jr., Hull, M.K., 1974. Presettlement vegetation in Cache Valley, Utah and Idaho. Journal of Range Management. 27, 27-29.

Hutchison, B.A., 1965. Snow accumulation and disappearance. Res. Note RM-46. Fort Collins CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 7 pp.

Jacobs, B.F., 2015. Restoration of degraded transitional (piñon-juniper) woodland sites improves ecohydrologic condition and primes understory resilience to subsequent disturbance. Ecohydrology 8, 1417-1428.

Johnson, K.L., 1986. Sagebrush over time: A photographic study of rangeland change, in: McArthur, E.D.; Welch, B.L., comps. Proceedings-symposium on the biology of Artemisia and Chrysothamnus. 1984 July 9-13; Provo, UT. Gen. Tech. Rep. INT-200. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 223-252.

Jones, A.L., 2000. Effects of livestock grazing on North American Ecosystems: a quantitative review. Western North American Naturalist 60, 155-164.

Karban, R., Shiojiri, K., Huntzinger, M., McCall, A.C., 2006. Damage-induced resistance in sagebrush: Volatiles are key to intra- and interplant communication. Ecology 87, 922–930. https://doi.org/Doi 10.1890/0012-9658(2006)87[922:Drisva]2.0.Co;2

Kelsey, R.G., Wright, W.E., Sneva, F., Winward, A., Britton, C., 1983. The concentration and composition of big sagebrush essential oils from Oregon. Biochemical Systematics and Ecology 11, 353–360.

Keyser, A., Westerling, A.L., 2017. Climate drives inter-annual variability in probability of high severity fire occurrence in the western United States. Environmental Research Letters 12, 065003. https://doi.org/10.1088/1748-9326/aa6b10

Khanina, L., 1998. Determining keystone species. Conservation Ecology 2(2):R2. http://www.consecol.org/Journal/vol2/iss2/resp2.

Kitchen, S.G., McArthur, D., 2007. Big and Black Sagebrush Landscapes. Chapter 5 in: S.M. Hood and M. Miller (Eds.), Fire Ecology and Management of the Major Ecosystems of Southern Utah. USDA Forest Service Rocky Mountain Research Station General Technical Report RMRS-GTR-202. November 2007.

Kleintjes, P.K., Jacobs, B.F., Fettig, S.M., 2004. Initial response of butterflies to an overstory reduction and slash mulching treatment of a degraded pinyon-juniper woodland. Restoration Ecology 12, 231–238. https://doi.org/Doi 10.1111/J.1061-2971.2004.00212.X

Knick, S.T., Connelly, J.H. (Eds.), 2011. Greater sage-grouse: ecology and conservation of a landscape species and its habitats. Studies in Avian Biology No.38. Berkeley, CA: University of California Press.

Knick, S.T., Dobkin, D.S., Rotenberry, J.T., Schroeder, M.A., Vander Haegen, W.M., van Riper, C., 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. The Condor 105, 611–634.

Knick, S.T., Hanser, S.E., Grace, J.B., Hollenbeck, J.P., Leu, M., 2017. Response of bird community structure to habitat management in pinyon-juniper woodland-sagebrush ecotones. Forest Ecology and Management 400,

256–268. https://doi.org/10.1016/j.foreco.2017.06.017

Knutson, K.C., Pyke, D.A., Wirth, T.A., Arkle, R.S., Pilliod, D.S., Brooks, M.L., Chambers, J.C., Grace, J.B., 2014. Long-term effects of seeding after wildfire on vegetation in Great Basin shrubland ecosystems. Journal of Applied Ecology 51, 1414–1424.

Ko, D.W., Sparrow, A.D., Weisberg, P.J., 2011. Land-use legacy of historical tree harvesting for charcoal production in a semi-arid woodland. Forest Ecology and Management 261, 1283–1292.

Kormos, P.R., Marks, D., Pierson, F.B., Williams, C.J., Hardegree, S.P., Havens, S., Hedrick, A., Bates, J.D., Svejcar, T., 2017. Ecosystem water availability in juniper versus sagebrush snow-dominated rangelands. Rangeland Ecology & Management 70, 116–128. http://dx.doi.org/10.1016/j.rama.2016.05.003

Lanner, R.M., 1981. The pinyon pine, a natural and cultural history. University of Nevada Press.

Lee, J.E., 2008. Pygmy Rabbit (Brachylagus idahoensis) Habitat Use, Activity Patterns and Conservation in Relationship to Habitat Treatments. A thesis submitted to the faculty of Brigham Young University in partial fulfillment of the requirements for the degree of Master of Science, Department of Plant and Wildlife Sciences, Brigham Young

Lommasson, T., 1948. Succession in sagebrush. Journal of Range Management 1, 19-21

Loope, W.L., Gifford, G.F., 1972. Influence of a soil microfloral crust on select properties of soils under pinyon-juniper in southeastern Utah. Journal of Soil and Water Conservation 27, 164-167.

Lutz, D.W., B.F. Wakeling, L.H. Carpenter, D. Stroud, M. Cox, D. McWhirter, S. Rosenstock, Bender, L.C., 2003. Impacts and changes to mule deer habitat, in: J.C. de Vos, Jr., M.R. Conover, and N.E. Headrick (Eds), Mule deer conservation: issues and management strategies. Logan, UT, USA: Berryman Institute Press, Utah State University. p. 13–61.

Manzer, D.L, Hannon, S.J., 2005. Relating grouse nest success and corvid density to habitat: a multi-scale approach. Journal of Wildlife Management 69, 110–123.

Martin, A.C., Zim, H.S., Nelson, A.L., 1961. American wildlife and plants: a guide to wildlife food habits. Dover Publications, Inc., New York. 500 p.

Martin, R.C., 1990. Sage grouse responses to wildfire in spring and summer habitats [thesis]. Moscow, ID, USA: University of Idaho. 36 pp.

Maser, C., Gashwiler, J.S., 1979. Interrelationships of wildlife and western juniper. pp. 37-82 in: Proc. Western Juniper Ecology and Management Workshop. USDA For. Serv. Gen. tech. Rep. PNW-74.

McArthur, E.D., Plummer, P., 1978. Biogeography and management of native western shrubs: a case study, Section Tridentatae of Artemisia. Great Basin Naturalist Memoirs 2.

McArthur, E.D.; Stevens, R. 2004. Composite shrubs, in: Monsen, S.B.; Stevens, R.; Shaw, N.L., comps. Restoring western ranges and wildlands. Gen. Tech. Rep. RMRS-GTR-136-vol-2. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 493-537.

McArthur, E.D., Young, S. A., 1999. Development of native seed supplies to support restoration of pinyon-juniper sites, in: S. B. Monsen and R. Stevens (Eds.), Proceedings: Ecology and Management of Pinyon-Juniper Communities within the Interior West. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, Utah, pp. 327–330.

McIver, J., Brunson, M., 2014. Multidisciplinary, Multisite Evaluation of Alternative Sagebrush Steppe Restoration Treatments: The SageSTEP Project. Rangeland Ecology and Management 67, 435–439. https://doi.org/10.2111/Rem-D-14-00085.1

McIver, J., Macke, E., 2014. Short-Term Butterfly Response to Sagebrush Steppe Restoration Treatments. Rangeland Ecology & Management 67, 539–552. https://doi.org/10.2111/REM-D-13-00127.1

McPherson, G.R., Wright, H.A., 1990. Effects of cattle grazing and Juniperis pinchotii canopy cover on herb cover and production in western Texas. American Midland Naturalist 123, 144-151.

Milchunas, D.G., 2006. Responses of plant communities to grazing in the southwestern United States (No. RMRS-GTR-169). U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ft. Collins, CO. https://doi.org/10.2737/RMRS-GTR-169

Miller, R.F., Bates, J.D., Svejcar, T.J., Pierson, F.B., Eddleman, L.E., 2005. Biology, ecology, and management of western juniper. Technical Bulletin 152. Oregon State University, Agricultural Experiment Station, Corvallis, OR.

Miller, R.F., J.C. Chambers, M. Pellant, 2014a. A field guide for selecting the most appropriate treatment in sagebrush and pinyon-juniper ecosystems in the Great Basin. Gen. Tech. Rep. RMRS-GTR-322. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO.

Miller, R.F., Ratchford, J., Roundy, B.A., Tausch, R.J., Hulet, A., Chambers, J., 2014b. Response of Conifer-Encroached Shrublands in the Great Basin to Prescribed Fire and Mechanical Treatments. Rangeland Ecology & Management 67, 468–481. https://doi.org/10.2111/REM-D-13-00003.1

Miller, R.F., Rose, J.A., 1999. Fire history and western juniper encroachment in sagebrush steppe. Journal of Range Management 52, 550–559. https://doi.org/Doi 10.2307/4003623

Miller, R.F., Svejcar, T.J., Rose, J.A., 2000. Impacts of western juniper on plant community composition and structure. Journal of Range Management 53, 574–585. https://doi.org/Doi 10.2307/4003150

Miller, R.F., Tausch, R.J., 2001. The role of fire in pinyon and juniper woodlands: a descriptive analysis, in: Galley, K.E.M., and T.P Wilson (Eds.), Proceedings of the invasive species workshop: the role of fire in the control and spread of invasive species. Fire Conference 2000: the first national congress on fire ecology, prevention, and management. Miscellaneous Publication No. 11. Tallahassee, FL: Tall Timbers Research Station: 15-30.

Miller, R.F., Tausch, R.J., McArthur, E.D., Johnson, D.D., Sanderson, S.C., 2008. Age structure and expansion of pinyon-juniper woodlands: a regional perspective in the Intermountain West. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO.

Miller, R.F., Wigand, P.E., 1994. Holocene changes in semiarid pinyon-juniper woodlands. BioScience 44, 465–474.

Mitchell, J.E., Roberts, T.C., 1999. Distribution of pinyon-juniper in the western United States, in: S.B. Monsen and R. Stevens (Eds.), Proceedings: Ecology and Management of Pinyon-Juniper Communities within the Interior West. RMRS-P-9. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT, pp. 146–154.

Mollnau, C., Newton, M., Stringham, T., 2014. Soil water dynamics and water use in a western juniper (Juniperus occidentalis) woodland. Journal of Arid Environments 102, 117–126. https://doi.org/10.1016/j.jaridenv.2013.11.015

Monaco, T.A., Gunnell, K.L., Unpublished data, Manuscript in prep. Vegetation change on large-scale pinyon-juniper treatment areas is contingent on regional and plant community variability.

Monaco, T.A, Jones, A.J, Pendergast, M., Thacker, E.T, Greenhalgh, L., 2018. Influence of land-use legacies following shrub reduction and seeding of big sagebrush sites. Rangeland Ecology and Management 71, 691-704. doi: 10.1016/j.rama.2018.06.004

Monaco, T.A., Mangold, J.M., Mealor, B.A., Mealor, R.D., Brown, C.S., 2017. Downy brome control and impacts on perennial grass abundance: a systematic review spanning 64 years. Rangeland Ecology and Management 70, 396-404.

Monsen, S.B., 2004. Restoration or rehabilitation through management or artificial treatments. 613 Pages 25-32 In: Monsen, S.B, Stevens, R. and N.L. Shaw (Eds), Restoring western ranges and 614 wildlands. Gen. Tech. Rep. RMRS-GTR-136-vol-1. U.S. Department of Agriculture, Forest 615 Service, Rocky Mountain Research Station. Fort Collins, Colorado, USA

Monsen, S., Stevens, R., (Eds.) 1999. Proceedings--Ecology and management of pinyon-juniper communities within the Interior West. RMRS-P-9. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT, USA.

Morris, L.R., Monaco, T.A., Sheley, R.L., 2011. Land-Use Legacies and Vegetation Recovery 90 Years After Cultivation in Great Basin Sagebrush Ecosystems. Rangeland Ecology & Management 64, 488–497. https://doi.org/10.2111/REM-D-10-00147.1

Morris, L.R., Monaco, T.A., Sheley, R.L., 2014. Impact of cultivation legacies on rehabilitation seedings and native species re-establishment in Great Basin shrublands. Rangeland Ecology & Management 67(3), 285-291. https://doi.org/10.2111/REM-D-12-00147.1

Morris, L.R., Rowe, 2014. Historical land use and altered habitats in the Great Basin. Journal of Mammalogy 95, 1144–1156.

Mueggler, W.F., Stewart, W.L. 1980. Grassland and shrubland habitat types of western Montana. Gen. Tech Rep. INT-66. Ogden, UT: U.S. Department of Agriculture.

Murphy, G.E.P., Romanuk, T.N. 2012. A meta-analysis of community response predictability to anthropogenic disturbances. American Naturalist 180, 316-27.

Neff, J.C., Barger, N.N., Baisden, W.T., Fernandez, D.P., Asner, G.P., 2009. Soil carbon storage responses to expanding pinyon-juniper populations in southern Utah. Ecological Applications 19, 1405–1416. https://doi.org/Doi 10.1890/08-0784.1

Neilson, R.P., 1986. On the interface between current ecological studies and the paleobotany of pinyon-juniper woodlands. p. 93-98, in: Everett, R.L., (ed.). Proc.-Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Nesom, G., 2002. Two-needle pinyon, Pinus edulis Englemn. Plant symbol PIED plant guide. USDA NRCS National Plant Data Center & Biota of North American Program. 3.

Nevada Division of Water Planning, 2000. Humboldt River Chronology. An Overview and Chronological History of the Humboldt River and Related Water Issues. Carson City, Nevada.

Niemeyer, R.J., Link, T.E., Heinse, R., Seyfried, M.S., 2017. Climate moderates potential shifts in streamflow from changes in pinyon-juniper woodland cover across the western U.S. Hydrological Processes 31, 3489–3503. https://doi.org/10.1002/hyp.11264

Niemeyer, R.J., Link, T.E., Seyfried, M.S., Flerchinger, G.N., 2016. Surface water input from snowmelt and rain throughfall in western juniper: Potential impacts of climate change and shifts in semi-arid vegetation. Hydrological Processes, 30, 3046–3060. https://doi.org/10.1002/hyp.10845

Noelle, S.M., Carr, C.A., Stringham, T.K., Weltz, M.A., 2017. Slash application reduces soil erosion in steep-sloped pinyon-juniper woodlands. Rangeland Ecology & Management 70, 774–780. https://doi.org/10.1016/j.rama.2017.05.006

Norvell, R.E., Edwards, T.C., Howe, F.P., 2014. Habitat Management for Surrogate Species has Mixed Effects on Non-Target Species in the Sagebrush Steppe. Journal of Wildlife Management 78, 456–462. https://doi.org/10.1002/jwmg.680

Ochoa, C.G., Caruso, P., Ray, G., Deboodt, T., Jarvis, W.T., Guldan, S.J., 2018. Ecohydrologic Connections in Semiarid Watershed Systems of Central Oregon USA. Water 10, 181. https://doi.org/10.3390/w10020181

Ogle, D., Brazee, B., 2009. Estimating Initial Stocking Rates 39. Natural Resources Conservation Service, Boise, ID. TN Range No 3.

Oregon State University Agriculture Experiment Station, 1988. Stubble Height and Utilization Measurements: uses and misuses (No. Station Bulletin 682), Western Regional Research Publication. Oregon State University, Corvallis, OR, USA.

Owens, S.M., Sieg, C.H., Gehring, C.A., Bowker, M.A., 2009. Above- and belowground responses to tree thinning depend on the treatment of tree debris. Forest Ecology and Management 259 (2009) 71–80.

Passey, H.B., Hugie, V.K., 1962. Sagebrush on relict ranges in the Snake River plains and northern Great Basin. Journal of Range Management 15, 273–278.

Pearson, L.C., 1965. Primary production in grazed and ungrazed desert communities of eastern Idaho. Ecology 46, 278-285.

Pechanec, J.F., Plummer, A.P, Robertson, J.H., Hull, A.C., 1965. Sagebrush control on rangelands. Agric. Handb.277. Washington, DC: U.S. Department of Agriculture. 40 p.

Pechanec, J.F., Stewart, G., 1944. Improving sagebrush ranges by planned burning. National Wool Grower 34, 13-15.

Pechanec, J.F.; Stewart, G., 1949. Grazing spring-fall sheep ranges of southern Idaho. Circ. 808. Washington, DC: U.S. Department of Agriculture. 35 pp.

Peterson, J.G., 1995. Ecological implications of sagebrush manipulation: a literature review. Helena, MT, USA: Montana Department of Fish, Wildlife and Parks. PR Project (W-101-R-2) Report. 49 pp.

Pierce, J.E., Larsen, R.T., Flinders, J.T., Whiting, J.C., 2011. Fragmentation of sagebrush communities: does an increase in habitat edge impact pygmy rabbits? Animal Conservation 14, 314–321.

Pierson, F.B., Bates, J.D., Svejcar, T.J., Hardegree, S.P., 2007a. Runoff and erosion after cutting western juniper. Rangeland Ecology and Management 60, 285–292. https://doi.org/Doi 10.2111/1551-5028(2007)60[285:Raeacw]2.0.Co;2

Pierson, F.B., Blackburn, W.H., Van Vactor, S.S., 2007b. Hydrologic Impacts of Mechanical Seeding Treatments on Sagebrush Rangelands. Rangeland Ecology and Management 60, 666–674. https://doi.org/10.2111/07-013R1.1

Pierson, F.B., Wight, R.J., 1991. Variability of nearsurface soil temperature on sagebrush rangeland. Journal of Range Management. 44, 491–497.

Pierson, F.B., Williams, J.C., Hardegree, S.P., C., Clark, P.E., Kormos, P.R., Al-Hamdan, O.Z., 2013. Hydrologic and Erosion Responses of Sagebrush Steppe Following Juniper Encroachment, Wildfire, and Tree Cutting. Rangeland Ecology and Management 66, 274–289. https://doi.org/10.2111/REM-D-12-00104.1

Pierson, F.B., Williams, C.J., Kormos, P.R., Al-Hamdan, O.Z., 2014. Short-term effects of tree removal on infiltration, runoff, and erosion in woodland-encroached sagebrush steppe. Rangeland Ecology and Management 67, 522–538. https://doi.org/10.2111/REM-D-13-00033.1

Pilliod, D.S., Welty, J.L., Toevs, G.R., 2017. Seventy-Five Years of Vegetation Treatments on Public Rangelands in the Great Basin of North America. Rangelands 39, 1–9. https://doi.org/10.1016/j.rala.2016.12.001

Pratt, M., Rasmussen, G.A., 2001. Determining Your Stocking Rate (No. NR/RM/04), Cooperative Extension Range Management Fact Sheet. Utah State University, Logan, UT, USA.

Prevéy, J.S., Germino, M.J., Huntly, N.J., Inouye, R.S., 2010. Exotic plants increase and native plants decrease with loss of foundation species in sagebrush steppe. Plant Ecology 207, 39–51. https://doi.org/10.1007/s11258-009-9652-x

Provencher, L., Thompson, J., 2014. Vegetation Responses to Pinyon-Juniper Treatments in Eastern Nevada. Rangeland Ecology & Management 67, 195–205. https://doi.org/10.2111/REM-D-12-00126.1

Pyke, D.A., 2011. Restoring and rehabilitating sagebrush habitats. In: Knick, S.T., and J.H. Connelly (Eds.), Greater Sage-Grouse Ecology and Conservation of a Landscape Species and its Habitats. University of California Press. https://doi.org/10.1525/california/9780520267114.001.0001

Pyke, D.A., Chambers, J.C., Pellant, M., Knick, S.T., Miller, R.F., Beck, J.L., Doescher, P.S., Schupp, E.W., Roundy, B.A., Brunson, M., and McIver, J.D., 2015a. Restoration handbook for sagebrush steppe ecosystems with emphasis on greater sage-grouse habitat—Part 1. Concepts for understanding and applying restoration: U.S. Geological Survey Circular 1416, 44 p., http://dx.doi.org/10.3133/cir1416.

Pyke, D.A., Knick, S.T., Chambers, J.C., Pellant, M., Miller, R.F., Beck, J.L., Doescher, P.S., Schupp, E.W., Roundy, B.A., Brunson, M., and McIver, J.D., 2015b. Restoration handbook for sagebrush steppe ecosystems with emphasis on greater sage-grouse habitat—Part 2. Landscape level restoration decisions: U.S. Geological Survey Circular 1418, 21 p., http://dx.doi.org/10.3133/cir1418.

Pyke, D.A., Shaff, S.E., Lindgren, A.I., Schupp, E.W., Doescher, P.S., Chambers, J.C., Burnham, J.S., Huso, M. M., 2014. Region-wide ecological responses of arid Wyoming big sagebrush communities to fuel treatments. Rangeland Ecology and Management 67, 455–467.

Pyke, D.A., Wirth, T.A., Beyers, J.L., 2013. Does Seeding After Wildfires in Rangelands Reduce Erosion or Invasive Species? Restoration Ecology 21, 415–421. https://doi.org/10.1111/rec.12021

Pyrah, D.B.,1972. Effects of chemical and mechanical sagebrush control on sage-grouse. Montana Fish and Game Department, Job Completion Report W-105-R-6, Helena, USA.

Raisha, C., Gonzalez-Caban, A., Condiec, C.J., 2005. The importance of traditional fire use and management practices for contemporary land managers in the American Southwest. Environmental Hazards 6, 115–122.

Ramirez, H., Fernald, A., Cibils, A., Morris, M., Cox, Rubio, M., 2008. Variation in herbaceous vegetation and soil moisture under treated and untreated oneseed juniper trees, in: Gottfried, Gerald J.; Shaw, John D.; Ford, Paulette L., compilers. 2008. Ecology, management, and restoration of piñon-juniper and ponderosa pine ecosystems: combined proceedings of the 2005 St. George, Utah and 2006 Albuquerque, New Mexico workshops. Proceedings RMRS-P-51. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Rau, B.M, Bradley, B., In preparation (a). Aboveground carbon storage in shrubland and woodland ecosystems of the Great Basin. SageSTEP Ecological Monitoring Network –December 2018 Report – BLM Agreement IAA-L15PG00068.

Rau, B.M., Bradley, B., In preparation (b). Near term carbon transformations and emissions following prescribed fire and fire surrogate treatments in semi-arid shrubland and woodlands of the Great Basin. SageSTEP Ecological Monitoring Network –December 2018 Report – BLM Agreement IAA-L15PG00068.

Rau, B.M., Doescher, P., Schupp, E.W., Roundy, B.A., Pyke, D.A., Chambers, J.C., Caldwell, T.G., 2014. Soil Resources Influence Vegetation and Response to Fire and Fire-Surrogate Treatments in Sagebrush-Steppe Ecosystems. Rangeland Ecology and Management 67, 506-521.

Redmond, M.D., Cobb, N.S., Miller, M.E., Barger, N.N., 2013. Long-term effects of chaining treatments on vegetation structure in pinyon-juniper woodlands of the Colorado Plateau. Forest Ecology and Management 305, 120–128. https://doi.org/10.1016/j.foreco.2013.05.020

Reisner, M.D., Grace, J.B., Pyke, D.A., Doescher, P.S., 2013. Conditions favouring Bromus tectorum dominance of endangered sagebrush steppe ecosystems. Journal of Applied Ecology 50, 1039–1049. https://doi.org/10.1111/1365-2664.12097

Renard, K.G., 1987. Present and future erosion prediction tools for use in pinyon-juniper communities. p. 505-512. In: Everett, R.L., (ed.). Proc.-Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Rich, T.D., Wisdom, M.J., Saab, V.A., 2005. Conservation of Priority Birds in Sagebrush Ecosystems (General Technical Report No. PSW-GTR-191). U.S. Department of Agriculture Forest Service.

Richards, J.H., Caldwell, M.M., 1987. Hydraulic lift: substantial nocturnal water transport between soil layers by Artemisia tridentata roots. Oecologia 73, 486-489.

Richardson, C.W., Burnett, E., Bovey, R.W., 1979. Hydrologic effects of brush control on Texas rangelands. Transactions of the American Society of Agricultural Engineers 22, 315–319.

Rickard, W.H., Uresk, D.W., Cline, J.F., 1975. Impact of cattle grazing on three perennial grasses in South-Central Washington. Journal of Range Management 28, 108-112.

Riginos, C., Veblen, K.E., Gunnell, K.L., Monaco, T.A., In review. Disturbance type and sagebrush community type affect plant community structure following shrub reduction. Rangeland Ecology and Management.

Rippel, P., Pieper, R.D., Lymbery, G.A., 1983. Vegetational evaluation of pinyon-juniper cabling in south-central New Mexico. Journal of Range Management 36, 13–15. https://doi.org/Doi 10.2307/3897971

Ritchie, M.E. Wolfe, M.L., Danvir, R., 1994. Predation of artificial sage-grouse nests in treated and untreated sagebrush. Great Basin Naturalist 54(2), 122-129.

Robertson, M.D., 1991. Winter ecology of migratory sage-grouse and associated effects of prescribed fire in southeastern Idaho [thesis]. Moscow, ID, USA: University of Idaho. 88 pp.

Romme, W.H., Allen, C.D., Balley, J.D., Baker, W.L., Bestelmeyer, B.T., Brown, P.M., Eisenhart, K.S., Floyd, M.L., Huffman, D.W., Jacobs, B.F., Miller, R.F., Muldavin, E.H., Swetnam, T.W., Tausch, R.J., Weisberg, P.J., 2009. Historical and modern disturbance regimes, stand structures, and landscape dynamics in pinyon-juniper vegetation of the western United States. Rangeland Ecology and Management 62, 203–222. https://doi.org/Doi 10.2111/08-188r1.1

Rosentreter, R., 1990. Indicator value of lichen cover on desert shrubs. In: McArthur, E. Durant; Romney, Evan M.; Tueller, Paul T. comps. Proceedings—Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management; 1989 April 5-7; Las Vegas, NV: Gen. Tech. Rep. INT276. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 282-289.

Ross, M.R., Castle, C.S., Barger, N.N., 2012. Effects of Fuels Reductions on Plant Communities and Soils in a Pinyon-Juniper Woodland. Journal of Arid Environments 79, 84–92. https://doi.org/Doi 10.1016/J.Jaridenv.2011.11.019.

Rossman, A.K., Halpern, C.B., Harrod, R.J., Urgenson, L.S., Peterson, D.W., Bakker, J.D., 2018. Benefits of thinning and burning for understory diversity vary with spatial scale and time since treatment. Forest Ecology and Management 419–420, 58–78. https://doi.org/10.1016/j.foreco.2018.03.006

Roundy, B.A., Chambers, J.C., Pyke, D.A., Miller, R.F., Tausch, R.J., Schupp, E.W., Rau, B., Gruell, T., 2018. Resilience and resistance in sagebrush ecosystems are associated with seasonal soil temperature and water availability. Ecosphere 9(9), e02417. https://doi.org/10.1002/ecs2.2417

Roundy, B.A., Farmer, M., Olson, J., Petersen, S., Nelson, D.R., Davis, J., Vernon, J., 2016. Runoff and sediment response to tree control and seeding on a high soil erosion potential site in Utah: evidence for reversal of an abiotic threshold. Ecohydrology 10, 1775. https://doi.org/10.1002/eco.1775.

Roundy, B.A., Miller, R.F., Tasuch, R.J., Young, K., Hulet, A., Rau, B., Jessop, B., Chambers, J.C., Eggett, D., 2014a. Understory Cover Responses to Pinyon-Juniper Treatments Across Tree Dominance Gradients in the Great Basin. Rangeland Ecology and Management 67, 482–494. https://doi.org/10.2111/REM-D-13-00018.1

Roundy, B.A., Young, K., Cline, N., Hulet, A., Miller, R.F., Tausch, R.J., Chambers, J.C., Rau, B., 2014b. Pinyon-juniper reduction increases soil water availability of the resource growth pool. Rangeland Ecology and Management 67, 495–505. https://doi.org/10.2111/Rem-D-13-00022.1

Rowland, M.M., Wisdom, M.J., Lowell, H.S., Meinke, C.W., 2006. Greater sage-grouse as an umbrella species for sagebrush-associated vertebrates. Biological Conservation 129, 323–335.

Rubin, R.L., Roybal, C.M., 2018. Plant Community Responses to Mastication and Mulching of One-Seed Juniper (Juniperus monosperma). Rangeland Ecology & Management 71(6), 753-756. https://doi.org/10.1016/j.rama.2018.04.008

Sallach, B.K., 1986. Vegetation changes in New Mexico documented by repeat photography. Thesis, New Mexico State University, Las Cruces.

Sandford, C.P., Kohl, M.T., Messmer, T.A., Dahlgren, D.K., Cook, A., Wing, B.R., 2017. Greater Sage-Grouse Resource Selection Drives Reproductive Fitness Under a Conifer Removal Strategy. Rangeland Ecology & Management 70, 59–67. http://dx.doi.org/10.1016/j.rama.2016.09.002

Schmidt, L.J., 1987. Present and future themes in pinyon-juniper hydrology. p. 474489, in: R.L. Everett (compiler) Proc.: Pinyon-Juniper Conference, Reno, Nev., Jan. 13-16, 1986. USDA Forest Serv. Gen. Tech. Rep. INT215. Intermountain Forest and Range Experiment Station, Ogden, UT.

Scoggan, A.C., Brusven, M.A., 1973. Grasshopper-plant community associations in Idaho in relation to the natural and altered environment. Melandria 12, 22–33.

Severson, J.P., Hagen, C.A., Maestas, J.D., Naugle, D.E., Forbes, J.T., Reese, K.P., 2017. Short-Term Response of Sage-Grouse Nesting to Conifer Removal in the Northern Great Basin. Rangeland Ecology & Management 70, 50–58. http://dx.doi.org/10.1016/j.rama.2016.07.011

Seyfried, M.S., Wilcox, B.P., 2006. Soil water storage and rooting depth: key factors controlling recharge on rangelands. Hydrological Processes 20, 3261–3275. https://doi.org/10.1002/hyp.6331

Shinneman, D.J., Baker, W.L., 2009. Historical fire and multidecadal drought as context for pinyon-juniper woodland restoration in western Colorado. Ecological Applications 19, 1231–1245. https://doi.org/Doi 10.1890/08-0846.1

Shinneman, D.J., McIlroy, S.K., 2016. Identifying key climate and environmental factors affecting rates of post-fire big sagebrush (Artemisia tridentata) recovery in the northern Columbia Basin, USA. International Journal of Wildland Fire 25, 933–945.

Shiojiri, K., Karban, R., 2006. Plant age, communication, and resistance to herbivores: young sagebrush plants are better emitters and receivers. Oecologia 149, 214–220

Short, H.L., Evans, W., Boeker, E.L., 1977. Use of Natural and Modified Pinyon Pine Juniper Woodlands by Deer and Elk. Journal of Wildlife Management 41, 543–559. https://doi.org/Doi 10.2307/3800529

Soule, P.T., Knapp, P.A, 1999. Western juniper expansion on adjacent disturbed and near-relict sites. Journal of Range Management 52, 525–533.

Soule, P.T., Knapp, P.A., Grissino-Mayer, H.D., 2003. Comparative rates of western juniper afforestation in south-central Oregon and the role of anthropogenic disturbance. The Professional Geographer 55, 43–55.

Sprinkle, J., 2018. Applying Adaptive Grazing Management. Pacific Northwest Extension Publications 8.

Stephens, G.J., Johnston, D.B., Jonas, J.L., Paschke, M.W., 2016. Understory responses to mechanical treatment of pinyon-juniper in northwestern Colorado. Rangeland Ecology and Management 69, 351–359. https://doi.org/10.1016/j.rama.2016.06.003

Stevens, R., 1999. Mechanical Chaining and Seeding, in: Monsen, Stephen B.; Stevens, Richard, comps. 1999. Proceedings: ecology and management of pinyon-juniper communities within the Interior West; 1997 September 15-18; Provo, UT. Proc. RMRS-P-9. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Stringham, R.B., 2010. Greater sage-grouse response to sagebrush reduction treatments in Rich County, Utah. A thesis submitted in partial fulfillment of the requirements for the degree of Master of Science in Wildlife Biology. Utah State University, Logan, UT.

Summers, D.D., Roundy, B.A., 2018. Evaluating Mechanical Treatments and Seeding of a Wyoming Big Sagebrush Community 10 Yr Post Treatment. Rangeland Ecology and Management 71, 298–308. https://doi.org/10.1016/j.rama.2018.01.006

Svejcar, T., Boyd, C., Davies, K., Hamerlynck, E., Svejcar, L., 2017. Challenges and limitations to native species restoration in the Great Basin, USA. Plant Ecology 218, 81–94. https://doi.org/10.1007/s11258-016-0648-z

Swenson, J.E.; Simmons, C.A. Eustace, C.D., 1987. Decrease of sage-grouse Centrocercus urophasianus after ploughing of sagebrush steppe. Biological Conservation. 41, 125–132.

Tausch, R.J., Hood, S., 2007. Pinyon/Juniper Woodlands. Chapter 4 in: S.M. Hood and M. Miller (Eds.), Fire Ecology and Management of the Major Ecosystems of Southern Utah. USDA Forest Service Rocky Mountain Research Station General Technical Report RMRS-GTR-202. November 2007.

Throop, H.L., Lajtha, K., 2018. Spatial and temporal changes in ecosystem carbon pools following juniper encroachment and removal. Biogeochemistry 140, 373–388.

Tisdale, E.W., Hironaka, M., 1981. The sagebrush-grass ecoregion: a review of the ecological literature. Forest, Wildlife, and Range Experiment Station, Bulletin no. 33 (Contribution no. 209). University of Idaho, Moscow, USA.

Troendle, C.A.; MacDonald, L. H.; Luce, C. H.; Larsen, I. J. 2010. Fuel management and water yield. In: El-liot, W.J.; Miller, I.S.; Audin, L. (Eds.), Cumulative watershed effects of fuel management in the western United States. Gen. Tech. Rep. RMRS-GTR-231. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. p. 124-148.

U.S. Fish and Wildlife Service (USFWS), 2010. Endangered and Threatened Wildlife and Plants; 12-month find-ings for petitions to list the greater sage-grouse (Centrocercus urophasianus) as threatened or endangered. Federal Register 75:13909–14014.

U.S. Geological Survey, Digital Land Treatment Library Home Page [WWW Document]. n.d. URL https://ltdl. wr.usgs.gov/ (accessed 1.6.19).

Vaitkus, M.R., Eddleman, L.E., 1987. Composition and productivity of a western juniper understory and its response to canopy removal. p. 456-460. In: Everett, R.L., (ed.). Proc.-Pinyon-juniper conference. USDA Forest Serv. Gen. Tech. Rep. INT-215.

Wallestad, R., 1975. Male sage-grouse responses to sagebrush treatment. Journal of Wildlife Management 39, 482–484.

Wambolt, C.L., 2004. Browsing and plant age relationships to winter protein and fiber of big sagebrush subspe-cies. Journal of Range Management 57, 620–623.

Wambolt, C.L., Walhof, K.S., Frisina, M.R., 2001. Recovery of big sagebrush communities after burning in south-western Montana. Journal of Environmental Management 61, 243–252. https://doi.org/10.1006/jema.2000.0411

Watts, M.J., Wambolt, C.L., 1996. Long-term recovery of Wyoming big sagebrush after four treatments. Journal of Environmental Management 46, 95–102. https://doi.org/DOI 10.1006/jema.1996.0009

Webb, R.H., 1983. Compaction of desert soils by off-road vehicles, pp. 51-79 in: Webb, R.H. and Welch, B.L. 2005. Big sagebrush: a sea fragmented into lakes, ponds and puddles. USDA Forest Service Rocky Mountain Research Station. General Technical Report RMRS-GTR-144.

Welch, B.L., 2005. Big Sagebrush: A Sea Fragmented into Lakes, Ponds, and Puddles. RMRS-GTR-144. Ft. Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. https://doi.org/10.2737/RMRS-GTR-144

Welch, B.L., Criddle, C., 2003. Countering misinformation concerning big sagebrush (No. RMRS-RP-40). U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ft. Collins, CO. https://doi.org/10.2737/RMRS-RP-40

Welch, B.L., McArthur, E.D., 1979. Variation in winter levels of crude protein among Artemisia tridentata subspe-cies grown in a uniform garden. Journal of Range Management 32, 467–469.

Welch, B.L., Pederson, J.C., 1981. In vitro digestibility among accessions of big sagebrush by wild mule deer and its relationship to monoterpenoid content. Journal of Range Management 34, 497–500.

West, N.E.; Tausch, R.J.; Tueller, P.T., 1998. A management oriented classification of pinyon-juniper woodlands of the Great Basin. Gen. Tech. Rep. RMRS-GTR-12, Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 42 pp.

Westerling, A.L., 2016. Increasing western U.S. forest wildfire activity: sensitivity to changes in the timing of spring. Phil. Trans. R. Soc. B 371, 20150178. https://doi.org/10.1098/rstb.2015.0178

Westerling, A.L., Hidalgo, H.G., Cayan, D.R., Swetnam, T.W., 2006. Warming and Earlier Spring Increase Western U.S. Forest Wildfire Activity. Science 313, 940–943. https://doi.org/10.1126/science.1128834

Wight, J.R., Pierson, F.B., Hanson, C.L., Flerchinger, G.N., 1992. Influence of sagebrush on the soil microclimate, in: Clary, W.P.; McArthur, E.D; Bedunah, D. and C.L. Wambolt, comps. Proceedings—symposium on ecology and management of riparian shrub communities; 1991 May 29–31; Sun Valley, ID. Gen. Tech. Rep. INT-289. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 181–185.

Wilcox, B.P., 1994. Runoff and Erosion in Intercanopy Zones of Pinyon-Juniper Woodlands. Journal of Range Management 47, 285. https://doi.org/10.2307/4002549

Wilcox, B.P., 2010. Transformative ecosystem change and ecohydrology: ushering in a new era for watershed management. Ecohydrology 3, 126–130 https://doi.org/10.1002/eco.104

Wilcox, B.P., Breshears, D.B., Turin, H.J., 2003. Hydraulic conductivity in a pinon-juniper woodland: influence of vegetation. Soil Science Society of America Journal 67, 1243-1249.

Wilcox, B.P., Huang, Y., 2010. Woody plant encroachment paradox: Rivers rebound as degraded grasslands convert to woodlands. Geophysical Research Letters 37. https://doi.org/10.1029/2009GL041929

Wilder, L.E., Veblen, K.E., Gunnell, K.L., Monaco, T.A., 2018. Influence of fire and mechanical sagebrush reduction treatments on restoration seedings in Utah, USA. Restoration Ecology 10.1016/j.rama.2018.06.004, (2018). doi: 10.1111/rec.12860

Williams, C.J., Pierson, F.B., Kormos, P.R., Al-Hamdan, O.Z., Nouwakpo, S.K., Weltz, M.A., 2017. Vegetation, hydrologic, and erosion responses to mechanical tree removal in sagebrush steppe. Rangeland Ecology and Management. doi.org/10.1016/j.rama.2018.07.004

Williams, R.E., Roundy, B.A., Hulet, A., Miller, R.F., Tausch, R.J., Chambers, J.C., Matthews, J., Schooley, R., Eggett, D., 2017. Pretreatment Tree Dominance and Conifer Removal Treatments Affect Plant Succession in Sagebrush Communities. Rangeland Ecology & Management 70, 759–773. https://doi.org/10.1016/j.rama.2017.05.007

Willms, J., Bartuszevige, A., Schwilk, D.W., Kennedy, P.L., 2017. The effects of thinning and burning on understory vegetation in North America: A meta-analysis. Forest Ecology and Management 392, 184–194. https://doi.org/10.1016/j.foreco.2017.03.010

Wilson, T.L., Howe, F.P., Edwards, T.C., 2011. Effects of Sagebrush Treatments on Multi-Scale Resource Selection by Pygmy Rabbits. Journal of Wildlife Management 75, 393–398. https://doi.org/10.1002/jwmg.51

Winward, A.H., 1991. A renewed commitment to management of sagebrush grasslands. In: Management in the sagebrush steppe. Corvallis, OR, USA: Oregon Agricultural Experiment Station. Special Report 880. p. 2–7.

Woodward, J.K., 2006. Greater sage-grouse habitat in central Montana. M.S. thesis, Montana State University, Bozeman, MT.

Wright, H.A., Bailey, A.W., 1982. Fire Ecology: United States and Southern Canada. New York: John Willey & Sons.

Yeo, J.J., 2005. Effects of grazing exclusion on rangeland vegetation and soils, east central Idaho. Western North American Naturalist 64, 13.

Yeo, J.J., 2009a. Short-term effects of mechanical shrub treatment and livestock grazing exclusion on vegetation in a native Wyoming big sagebrush community, east-central Idaho. Technical Bulletin No. 2009–2. Bureau of Land Management.

Yeo, J.J., 2009b. Response of Western Thatching Ant (Formica obscuripes) Colonies to Mechanical Shrub Crushing and Livestock Exclusion in a Wyoming Big Sagebrush (Artemisia tridentata wyomingensis) Community. Technical Bulletin 2009- 16. Bureau of Land Management.

Young, J.A.; Eckert, R.E. Jr.; Evans, R.A., 1979. Historical perspectives regarding the sagebrush ecosystem. In: The Sagebrush ecosystem: a symposium. Logan, UT: Utah State University: 1-13.

Young, J.A., Evans, R.A., 1981. Demography and Fire History of a Western Juniper Stand. Journal of Range Management 34, 501–506. https://doi.org/Doi 10.2307/3898108

Young, K.R., Roundy, B.A., Bunting, S.C., Eggett, D.L., 2015. Utah juniper and two-needle pinyon reduction alters fuel loads. International Journal of Wildland Fire 24, 236–248. https://doi.org/10.1071/Wf13163

Young, K.R., Roundy, B.A., Eggett, D.L., 2013a. Plant establishment in masticated Utah juniper woodlands. Rangeland Ecology and Management 66, 597–607. https://doi.org/Doi 10.2111/Rem-D-12-00094.1

Young, K.R., Roundy, B.A., Eggett, D.L., 2013b. Tree reduction and debris from mastication of Utah juniper alter the soil climate in sagebrush steppe. Forest Ecology and Management 310, 777–785. https://doi.org/10.1016/j.foreco.2013.09.024

Zeimer, R.R., 1987. Water Yields from Forests: An Agnostic View. Presented at the California Watershed Management Conference, November 18-20, 1986, West Sacramento, California. https://www.fs.fed.us/psw/publications/ziemer/Ziemer87.PDF

*Literature Review of Mechanical Vegetation Treatments (2019)*

## APPENDIX: STUDIES SUMMARIZED IN FIGURES

| Figure | Citation | Habitat Type | Treatment Type | Effect measured | Unit Measured | Number of Data Points |
|---|---|---|---|---|---|---|
| 1 | Ansley et al. 2006 | Pinyon-juniper Woodland | Chaining | % Cover | Vegetation | 8 |
| 1 | Bates 2005 | Pinyon-juniper Woodland | Cut, debris in place | Density | Vegetation | 30 |
| 1 | Bates et al. 2000 | Pinyon-juniper Woodland | Cut, debris in place | % Basal cover | Vegetation | 18 |
| 1 | Baughman et al. 2010 | Pinyon-juniper Woodland | Thinning, buncher | % Cover | Vegetation | 2 |
| 1 | Everett et al. 1985 | Pinyon-juniper Woodland | "Harvest" | % Cover | Vegetation | 6 |
| 1 | Havrilla et al. 2017 | Pinyon-juniper Woodland | Mastication | % Cover | Vegetation | 16 |
| 1 | Huffman et al. 2013 | Pinyon-juniper Woodland | Slash | % Cover | Vegetation | 9 |
| 1 | Juran et al. 2008 | Pinyon-juniper Woodland | Chaining | % Cover | Vegetation | 65 |
| 1 | Owen et al. 2009 | Pinyon-juniper Woodland | Mastication | % Cover | Vegetation | 4 |
| 1 | Provencher & Thompson 2014 | Pinyon-juniper Woodland | Chaining, feller-buncher, lop & scatter, lop pile burn, mastication | % Cover | Vegetation | 5 |
| 1 | Redmond et al. 2013 | Pinyon-juniper Woodland | Chaining | % Cover | Vegetation | 3 |
| 1 | Ross et al. 2012 | Pinyon-juniper Woodland | Lop & scatter, mastication | % Cover | Vegetation | 7 |
| 1 | Schott et al. 1987 | Pinyon-juniper Woodland | Cabling | % Basal cover | Vegetation | 24 |
| 1 | Skousen et al. 1986 | Pinyon-juniper Woodland | Bulldozed, cabled, chained | % Cover | Vegetation | 25 |
| 1 | Skousen et al. 1989 | Pinyon-juniper Woodland | Chaining | % Cover | Vegetation | 1 |
| 1 | Stephens et al. 2016 | Pinyon-juniper Woodland | Chaining, mastication, rollerchop | % Cover | Vegetation | 10 |
| 2 | Chambers et al. 2014 | Sagebrush | Mowing | % Cover | Vegetation | 26 |
| 2 | Dahlgren et al. 2006 | Sagebrush | Aerator, Dixie harrow | % Cover | Vegetation | 4 |
| 2 | Davies et al. 2011 | Sagebrush | Mowing | % Cover | Vegetation | 9 |
| 2 | Davies et al. 2012 | Sagebrush | Mowing | % Cover | Vegetation | 33 |
| 2 | Monaco et al. 2018 | Sagebrush | Chain harrow | % Cover | Vegetation | 12 |
| 2 | Omeara et al. 1981 | Sagebrush | Chaining | % Cover | Vegetation | 2 |
| 2 | Prevey et al. 2009 | Sagebrush | Hand thinning | Density | Vegetation | 3 |
| 2 | Prevey et al. 2010 | Sagebrush | Hand thinning | % Cover | Vegetation | 6 |
| 2 | Pyke et al. 2014 | Sagebrush | Mowing | % Cover | Vegetation | 7 |
| 2 | Skousen et al. 1986 | Sagebrush | Bulldozing, chaining | % Cover | Vegetation | 6 |
| 2 | Skousen et al. 1989 | Sagebrush | Cabling, chaining | % Cover | Vegetation | 15 |

*Literature Review of Mechanical Vegetation Treatment (2019)*

| 2 | Stringham 2010 | Sagebrush | Aerator | % Cover | Vegetation | 16 |
|---|---|---|---|---|---|---|
| 2 | Wambolt & Payne 1986 | Sagebrush | Bush hog, plowing | % Basal Cover | Vegetation | 32 |
| 2 | Wilder et al. 2018 | Sagebrush | Aerator, Dixie harrow | % Cover | Vegetation | 8 |
| 3&4 | Crow and van Riper 2010 | Pinyon-juniper Woodland | Mechanical thinning | Mean relative abundance | Birds | 1 |
| 3&4 | Frey et al. 2013 | Pinyon-juniper Woodland | Cutting & slash mulching | % use of total locations | Greater sage grouse | 1 |
| 3&4 | Howard et al. 1987 | Pinyon-juniper Woodland | 2-way cabling | Pellet deposition rates | Mule deer and lagomorphs | 2 |
| 3&4 | Jehle et al. 2006 | Pinyon-juniper Woodland | Burning | No. birds/ha | Green-tailed towhee | 1 |
| 3&4 | Kleintjes et al. 2004 | Pinyon-juniper Woodland | Cutting & slash mulching | Mean # butterflies/ transect; Mean no. species/transect | Butterflies | 2 |
| 3&4 | Knick et al. 2014 | Pinyon-juniper Woodland | Burning | Mean no. of detections | Sagebrush obligate birds | 1 |
| 3&4 | Kruse 1994 | Pinyon-juniper Woodland | Fuelwood harvesting | Counts (total no. captured/ yr.) | Small mammals | 1 |
| 3&4 | Kundaeli and Reynolds 1972 | Pinyon-juniper Woodland | Uprooting all, thinning, uprooting & burning | Pellet counts | Desert cottontail | 3 |
| 3&4 | McIver and Macke 2014 | Pinyon-juniper Woodland | Prescribed burning, cutting, or mowing | Mean total abundance | Butterflies | 3 |
| 3&4 | Montblanc et al. 2007 | Pinyon-juniper Woodland | Burning | Mean abundance | Ants | 1 |
| 3&4 | Radke et al. 2008 | Pinyon-juniper Woodland | Burning | Mean abundance | Lizards and Inverte-brates | 2 |
| 3&4 | Reemts and Cimprich 2014 | Pinyon-juniper Woodland | Hydro-axe and felling | No. of vireo territories | Black-capped vireos | 1 |
| 3&4 | Sedgwick and Ryder 1987 | Pinyon-juniper Woodland | Chaining | Bird counts (no./100ha); small mammal counts (total # captured) | Small mammals and birds | 2 |
| 3&4 | Severson 1986 | Pinyon-juniper Woodland | Bulldozing, burning, thinning | Counts (total # captured) | Small mammals | 3 |
| 3&4 | Short et al. 1977 | Pinyon-juniper Woodland | Thinning, partial removal (bulldozing), complete removal, complete removal + burned slash | Pellet counts | Mule deer and Elk | 8 |
| 3&4 | Smith and Urness 1984 | Pinyon-juniper Woodland | Burning | Counts (total # captured) | Small mammals | 1 |
| 3&4 | Willis and Miller 1999 | Pinyon-juniper Woodland | Cutting (method not stated) | Counts (total no. captured/ yr.) | Small mammals | 1 |
| 5 | Carlisle et al. 2018 | Sagebrush | Mowing | Abundance | Birds | 3 |
| 5 | Davies et al. 2009 | Sagebrush | Mowing | Percentage | Crude protein | 4 |

4-ER-710

Literature Review of Mechanical Vegetation Treatments (2019)

| 5 | Lee 2008 | Sagebrush | Mowing | Pellet abundance | Rabbit species | 3 |
|---|---|---|---|---|---|---|
| 5 | Pierce et al. 2011 | Sagebrush | Dixie harrow | Remote cameras (edge distance model), pellet abundance | Rabbit species | 12 |
| 6 | Baxter et al. 2017 | Sagebrush | Chain harrow and/or bushhog (mower) | Occupancy | Sage-grouse | 1 |
| 6 | Cook et al. 2017 | Pinyon-juniper Woodland / Sagebrush | Mastication and chaining | Use | Sage-grouse | 1 |
| 6 | Dahlgren et al. 2006 | Sagebrush | Dixie Harrow and Lawson Aerator | Pellet counts | Sage-grouse | 3 |
| 6 | Dahlgren et al. 2015 | Sagebrush | Lawson aerator, disking, chain harrow | Number (flushing) | Sage-grouse | 1 |
| 6 | Frey et al. 2013 | Pinyon-juniper Woodland / Sagebrush | Hand cutting | Use | Sage-grouse | 2 |
| 6 | Graham 2013 | Sagebrush | Chain harrow | Pellet counts | Sage-grouse | 1 |
| 6 | Sandford 2017 | Pinyon-juniper Woodland / Sagebrush | Chaining, lop & scatter, and mastication | Nest and brood success | Sage-grouse | 1 |
| 6 | Severson et al. 2017 | Pinyon-juniper Woodland / Sagebrush | Chain saws and feller-busher | Frequency of nesting | Sage-grouse | 1 |
| 6 | Stringham 2010 | Sagebrush | Lawson aerator | Pellet counts, occupancy | Sage-grouse | 3 |
| 6 | Swenson et al. 1987 | Sagebrush | Ploughing | Lek attendance | Sage-grouse | 1 |
| 6 | Wallestad 1975 | Sagebrush | Not specified | Lek attendance | Sage-grouse | 1 |
| 7 | Brockway et al. 2002 | Pinyon-juniper Woodland | Cut | Erosion/sediment | Soil response (mm) | 3 |
| 7 | Gifford 1973 | Pinyon-juniper Woodland | Chained | Erosion/sediment, runoff | Runoff yield (area cm), sediment yield(kg) | 32 |
| 7 | Gifford et al. 1970 | Pinyon-juniper Woodland | Chained | Runoff | Runoff yield (Tons per acre) | 20 |
| 7 | Hastings et al. 2003 | Pinyon-juniper Woodland | Cut (thinning) | Erosion/sediment | Sediment yield (Mass per unit area) | 2 |
| 7 | Jacobs 2015 | Pinyon-juniper Woodland | Thinning | Erosion/sediment | Sediment yield (kg/ha) | 1 |
| 7 | Noelle et al. 2017 | Pinyon-juniper Woodland | Slash | Erosion/sediment, runoff | Depth (mm), g/m2 | 2 |
| 7 | Owens et al. 2009 | Pinyon-juniper Woodland | Mastication | Erosion/sediment, runoff | Median slake test score | 4 |
| 7 | Pierson et al. 2007 | Pinyon-juniper Woodland | Hand cutting | Erosion/sediment, runoff | Rill runoff rate, rill sediment concentration, runoff yield, sediment yield | 16 |

SSV_13351

| 7 | Pierson et al. 2015 | Pinyon-juniper Woodland | Cut, mastication | Erosion/ sediment, runoff | Flow velocity, sediment yield, runoff yield | 81 |
|---|---|---|---|---|---|---|
| 7 | Ross et al. 2012 | Pinyon-juniper Woodland | Lop & scatter, mastication | Erosion/ sediment | Median sediment yield | 3 |
| 7 | Roundy et al. 2016 | Pinyon-juniper Woodland | Chaining | Erosion/ sediment, runoff | Runoff yield (L), sediment yield (g) | 10 |
| 8 | Bates et al. 2000 | Pinyon-juniper Woodland | Cut | Soil moisture | Volumetric soil water | 48 |
| 8 | Cline et al. 2010 | Pinyon-juniper Woodland | Shredding | Infiltration rate | mm/hour | 12 |
| 8 | Deboodt et al. 2009 | Pinyon-juniper Woodland | Cutting | Flow/days of water, soil moisture | Number of days, cubic feet per second, gallons per minute, percent moisture | 8 |
| 8 | Gifford 1982 | Pinyon-juniper Woodland | Chaining | Soil moisture | Water/152 cm soil profile | 39 |
| 8 | Mollnau et al. 2014 | Pinyon-juniper Woodland | Cutting | Soil moisture | Gravimetric moisture | 6 |
| 8 | Roundy et al. 2014b | Pinyon-juniper Woodland | Cutting | Soil moisture | Number of days | 4 |
| 8 | Williams et al. 2018 | Pinyon-juniper Woodland | Cutting, mastication | Infiltration rate, soil moisture | (mm * h -1)1, Percent moisture | 41 |

View publication stats

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/264039521

# Conditions favoring Bromus tectorum dominance of endangered sagebrush steppe ecosystems

**Article** *in* Journal of Applied Ecology · August 2013

DOI: 10.1111/1365-2664.12097

CITATIONS
144

READS
89

4 authors:



Michael Reisner
Augustana College
**8** PUBLICATIONS   **163** CITATIONS

SEE PROFILE

James B. Grace
United States Geological Survey
**235** PUBLICATIONS   **25,202** CITATIONS

SEE PROFILE

David Pyke
United States Geological Survey
**160** PUBLICATIONS   **7,094** CITATIONS

SEE PROFILE

Paul S. Doescher
Oregon State University
**60** PUBLICATIONS   **960** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project   Restoration of Disturbed Sagebrush Habitats View project

Project   Grassland studies View project

All content following this page was uploaded by James B. Grace on 30 October 2018.

The user has requested enhancement of the downloaded file.

4-ER-713

SSV_13353



# Journal of Applied Ecology



*Journal of Applied Ecology* 2013, **50**, 1039–1049    doi: 10.1111/1365-2664.12097

# Conditions favouring *Bromus tectorum* dominance of endangered sagebrush steppe ecosystems

**Michael D. Reisner[1]\*·†, James B. Grace[2], David A. Pyke[3] and Paul S. Doescher[4]**

[1]*Department of Environmental Studies, Augustana College, Rock Island, IL 61201, USA;* [2]*US Geological Survey, National Wetlands Research Center, 700 Cajundome Blvd., Lafayette, LA 70506, USA;* [3]*US Geological Survey, Forest and Rangeland Ecosystem Science Center, 3200 SW Jefferson Way, Corvallis, OR 97331, USA; and* [4]*Department of Forest Ecosystems and Society, Oregon State University, Corvallis, OR 97331, USA*

## Summary

**1.** Ecosystem invasibility is determined by combinations of environmental variables, invader attributes, disturbance regimes, competitive abilities of resident species and evolutionary history between residents and disturbance regimes. Understanding the relative importance of each factor is critical to limiting future invasions and restoring ecosystems.

**2.** We investigated factors potentially controlling *Bromus tectorum* invasions into *Artemisia tridentata* ssp. *wyomingensis* communities across 75 sites in the Great Basin. We measured soil texture, cattle grazing intensity, gaps among perennial plants and plant cover including *B. tectorum*, biological soil crusts (BSCs) and bare soil. Using *a priori* knowledge, we developed a multivariate hypothesis of the susceptibility of *Artemisia* ecosystems to *B. tectorum* invasion and used the model to assess the relative importance of the factors driving the magnitude of such invasions.

**3.** Model results imply that bunchgrass community structure, abundance and composition, along with BSC cover, play important roles in controlling *B. tectorum* dominance. Evidence suggests abundant bunchgrasses limit invasions by limiting the size and connectivity of gaps between vegetation, and BSCs appear to limit invasions within gaps. Results also suggest that cattle grazing reduces invasion resistance by decreasing bunchgrass abundance, shifting bunchgrass composition, and thereby increasing connectivity of gaps between perennial plants while trampling further reduces resistance by reducing BSC.

**4.** *Synthesis and applications.* Grazing exacerbates *Bromus tectorum* dominance in one of North America's most endangered ecosystems by adversely impacting key mechanisms mediating resistance to invasion. If the goal is to conserve and restore resistance of these systems, managers should consider maintaining or restoring: (i) high bunchgrass cover and structure characterized by spatially dispersed bunchgrasses and small gaps between them; (ii) a diverse assemblage of bunchgrass species to maximize competitive interactions with *B. tectorum* in time and space; and (iii) biological soil crusts to limit *B. tectorum* establishment. Passive restoration by reducing cumulative cattle grazing may be one of the most effective means of achieving these three goals.

**Key-words:** bare ground, biological soil crusts, cattle grazing, disturbance, diversity, invasion, plant gaps

## Introduction

Ecosystem invasibility is governed by a complex collection of biotic and abiotic factors including environmental conditions, disturbance regimes and responses of native

species to those regimes, as well as the biotic resistance provided by the resident community (Lonsdale 1999; Richardson & Pysek 2006). Biotic resistance is especially important in limiting the magnitude of invasive species after they have established (Levine, Adler & Yelenik 2004). Changes that increase resource availability are likely to increase susceptibility to invasion (Davis, Grime & Thompson 2000). Further, the introduction of an exotic herbivore with which resident species have no

†Present address: Environmental Studies Department, Augustana College, Rock Island, IL 61201, USA.
\*Correspondence author. E-mail: michaelreisner@augustana.edu

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society

**1040**  *M. D. Reisner* et al.

evolutionary history may exacerbate the magnitude of non-native plant invasions if it reduces the competitive abilities of native plants and increases resource availability (Parker, Burkepile & Hay 2006). Developing a predictive understanding of invasibility requires that we develop an understanding of how the various factors work together to limit invasion (Agrawal et al. 2007).

*Artemisia tridentata* big sagebrush ecosystems of the Intermountain West, USA, evolved with little herbivore pressure until the introduction of livestock (Mack & Thompson 1982). Within these ecosystems, lower elevation, more arid, *A. tridentata* ssp. *wyomingensis* (henceforth *Artemisia*) communities are the most common, but least resistant to invasion by exotic annual plants and least resilient to disturbance (Miller et al. 2011). Even in the absence of fire, these communities are especially vulnerable to invasions by *Bromus tectorum* L, and under some circumstances, *B. tectorum* can dominate the herbaceous understorey community (Miller et al. 2011). Previous studies have demonstrated the importance of several factors in the invasion process (soil texture, landscape orientation, competition-driven biotic resistance from native bunchgrasses and biological soil crust (BSC) communities (Table 1). Livestock grazing has been implicated in the spread and dominance of *B. tectorum* via several mechanisms (Mack & Thompson 1982; Table 1). Nonetheless, we have a poor understanding of how these factors work together and their relative importance in determining the magnitude of *B. tectorum* invasions (Miller et al. 2011).

Once *B. tectorum* sufficiently dominates the understorey and fills interspaces among plants, it creates a continuous, highly flammable fuel that significantly increases the risk of fire (Pyke 2011). Once a fire occurs, *B. tectorum* increases the frequency of fires. This change in fire regime

may lead to a 'catastrophic regime shifts' (Scheffer et al. 2009), whereby native shrub–steppe communities are transformed into annual grasslands dominated by *B. tectorum* and other invasives (Miller et al. 2011). For practical purposes, these shifts are irreversible because of the significant investments necessary to restore these systems (Pyke 2011).

Preventing such regime shifts will require a better understanding of the simultaneous interacting factors that determine the magnitude of *B. tectorum* invasion once it has established in pre-fire *Artemisia* communities (Miller et al. 2011). Managers would benefit from understanding the causal network of mechanisms by which these factors interact with each other and how they collectively influence *B. tectorum* dominance. They would also benefit from an early warning indicator that the cumulative resistance of the resident community has been compromised to the point that *B. tectorum* likely dominates the understorey and thereby potentially setting the stage for a regime shift with the next fire.

Using *a priori* knowledge, we developed a multivariate hypothesis of the invasibility of *Artemisia* ecosystems to *B. tectorum* invasion in the absence of fire based upon the findings of previous studies in this system. The model included abiotic (soil physical properties, landscape orientation), cattle grazing disturbance and biotic factors (resident community abundance, composition and structure), predicted to be important determinants of *B. tectorum* dominance (Fig. 1, Table 1). Our analyses addressed the following questions: (i) What combination of abiotic and biotic conditions limit the magnitude of *B. tectorum* dominance? (ii) Can shifts in community structure, measured by the size and connectivity of gaps between native plants, serve as an indicator of susceptibility to *B. tectorum*

**Table 1.** Components of hypothesis represented by initial metamodel (Fig. 1)

| Path | Hypothesized mechanism |
|---|---|
| 1 | (−) Cattle herbivory decreases *Bromus tectorum* abundance (Hempy-Mayer & Pyke 2009). (+) Cattle increase abundance by dispersing seeds and increasing propagule pressure (Schiffman 1997) |
| 2 | Cattle trampling decreases biological soil crusts cover and increases safe sites for *B. tectorum* establishment (Ponzetti, McCune & Pyke 2007) |
| 3 | Cattle herbivory decreases bunchgrass abundance (Briske & Richards 1995) |
| 4 | Cattle herbivory alters bunchgrass community composition by favouring more grazing-resistant species (Briske & Richards 1995) |
| 5 | Higher heat loads and spring insolation increase *B. tectorum* abundance (Stewart & Hull 1949; Chambers et al. 2007) |
| 6 | Lower heat loads increase bunchgrass productivity (Davies, Bates & Miller 2007) |
| 7 | Deeper, coarser-textured soils increase *B. tectorum* abundance (Stewart & Hull 1949) |
| 8 | Changes in bunchgrass composition influence community structure because species have different life forms (Grime 1977; James et al. 2008) |
| 9 | Changes in bunchgrass composition influence invasibility because species have different competitive abilities (Goldberg & Barton 1992) and patterns of resource use (James et al. 2008) |
| 10 | Bunchgrass abundance is inversely related to the size of and connectivity between gaps in perennial vegetation (Herrick et al. 2005) |
| 11 | Native bunchgrass abundance decreases *B. tectorum* abundance by reducing resource availability (Chambers et al. 2007) |
| 12 | Safe sites increase *B. tectorum* establishment rates (Fowler 1988). |
| 13 | Sagebrush abundance may increase *B. tectorum* abundance via facilitation (Griffith 2010) or decrease abundance via competition (Reichenberger & Pyke 1990). |
| 14 | Increases in the size of and connectivity between gaps in perennial vegetation increase *B. tectorum* abundance by increasing general resource availability (James et al. 2008; Okin et al. 2009) |

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society, *Journal of Applied Ecology*, **50**, 1039–1049

SSV_13355

*Invasibility and spatial gaps among plants*  **1041**



**Fig. 1.** Conceptual *a priori* multivariate model of *Artemisia* ecosystem susceptibility to *Bromus tectorum* dominance in the absence of fire. Dotted-line boxes represent conceptual variables hypothesized to influence invasibility. Components of the overall hypothesis are described in Table 1.

dominance and thereby vulnerability to a regime shift with the next fire?

We used structural equation modelling (SEM) to evaluate a multivariate hypothesis across 75 sites already invaded by *B. tectorum*. SEM provides a means of representing complex hypotheses about causal networks and testing for model data consistency (Grace 2006). It represents an advance over classical regression approaches (e.g. multiple regression) when used with observational data (Grace, Youngblood & Scheiner 2009). The advance provided by SEM comes partially from incorporating the associations among predictors into the overall hypothesis rather than to simply ignore or control for them. This is accomplished by extending the univariate model ($y = a + \beta x + \varepsilon$) to allow $y$s to depend on other $y$s and thereby represent networks of relationships in SEMs ($y = a + \beta x + \gamma y + \varepsilon$).

Because of this capability, SEM models can be used to specify hypotheses about mediating pathways and address questions, such as Can an association between $A$ and $C$ be explained by the factor $B$? This is achieved by evaluating a model such as $A \to B \to C$ and determining whether or not $r_{AC} = r_{AB} \cdot r_{BC}$. By assuming (and justifying based on prior information) that if $A$ were manipulated, $B$ could show a response, and similarly, if $B$ were manipulated, $C$ could show a response, then a test of the conditional independence of $A$ and $C$ in our example ($A \perp C | B$) could permit a result leading us to reject that possibility ($A$ not independent of $C$ when conditioned on $B$). SEMs thus build on causal assumptions to yield testable implications that can be evaluated with data. Estimated parameters obtained for a selected model then represent a set of predictions for further testing. The ultimate test of an SEM model is its ability to correctly predict future samples. For individual applications, the plausibility of causal assumptions (e.g. previous demonstrations that varying $A$ can lead to response in $B$ or known mechanisms whereby $A$ can influence $B$) is often sufficient for reasonable inferences to be made.

Our results suggest that bunchgrass community structure, abundance and composition, and BSCs all play critical roles in limiting the magnitude of *B. tectorum* dominance. Cattle grazing may exacerbate the magnitude of invasion by reducing biotic resistance. Model evaluations imply that cattle grazing can reduce bunchgrass cover and shift bunchgrass community composition towards grazing-tolerant species and thereby increase the size and connectivity of gaps among perennial vegetation exacerbating invasion. Cattle trampling may also exacerbate invasion by reducing BSC cover. Ultimately, increases in the size and connectivity of gaps among native perennial vegetation may provide managers with an early warning indicator of increased susceptibility to *B. tectorum* dominance of *Artemisia* communities and thereby increased vulnerability to regime shifts in one of North America's most widespread but endangered ecosystems.

## Materials and methods

### STUDY AREA AND SAMPLING DESIGN

The study examined 75 *Artemisia* sites scattered across 4700 km$^2$ (roughly the size of state of Rhode Island) with elevations between 1265 and 1580 m across five *Artemisia*-dominated plant associations of the northern Great Basin floristic province of Oregon, USA. Natural Resource Conservation Service (NRCS) Ecological Site Descriptions and digital soil maps (http://websoil-survey.nrcs.usda.gov) were used to ensure coverage of spatial variation in water stress driven by soil texture. Plant communities varied in dominant perennial tussock grasses and included the following ecological sites (ES): (i) loamy 254–308 mm precipitation zone (PZ) with *Pseudoroegneria spicata* and *Achnatherum thurberianum*; (ii) sandy loam 203–254 mm PZ with *Hesperostipa comata* and *P. spicata*; (iii) clayey 254–308 mm PZ with *A. thurberianum* and *Poa secunda*; and (iv and v) north slopes and south slopes 152–254 mm PZ with *P. spicata* and *A. thurberianum* co-dominating north and south slopes, respectively.

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society, *Journal of Applied Ecology*, **50**, 1039–1049

Each ES was delineated into three landscape substrata using 10-m resolution US Geological Survey Digital Elevation Models (DEM) to ensure variation in heat loads and water stress associated with changes in landscape orientation: (i) northerly aspects (0–90°, 270–360°), (ii) southerly aspects (90–270°) or (iii) flat. Study plots were located at different distances from the nearest livestock watering locations to capture variation in cattle grazing intensity. Random points were selected and field verified to ensure that plots were located: (i) every 200–400 m, starting at 100 m and extending to >3200 m from the nearest water; (ii) in as many soil–landscape strata combinations as possible; and (iii) >200 m from the nearest road to minimize related effects. To reduce potential confounding effects of time since fire, all sites burned since 1930 were excluded using a fire perimeter data base (http://sagemap.wr.usgs.gov accessed 17/3/2008).

### SAMPLING

Thirty of the 0·39-ha study plots were sampled in 2008 and another 45 in 2009. Six 25-m transects were established in each plot using a spoke design, and herbaceous, shrub and BSC cover measured using line–point intercept (Herrick *et al.* 2005). All sampling occurred between 10 May and 15 July in both years to capture peak herbaceous biomass. Aspect and slope of each plot were calculated from DEM using Arc-GIS 13·0 and, with latitude, used to calculate potential heat loads for each plot (McCune 2007).

Potential variation in water stress was inferred by the following measurements: (i) soil texture at 0–15 cm soil depth; (ii) potential effective rooting depth, which was measured by digging a soil pit until bedrock, a restrictive layer (clay accumulation layer) or 2 m depth was reached; and (iii) amount and timing of precipitation for each study site derived from PRISM at 2-km² cell resolution (Daly *et al.* 2008). Sampling-year precipitation for all study plots was estimated for three seasons: 1 August to 31 October (fall), 1 November to 31 March (winter) and 1 April to 31 July (spring–summer).

Cattle grazing intensity was quantified by four measurements: field-verified distance from the nearest water; dung frequency and dung density from 12, 1 × 25 m belt transects; and bunchgrass (tussock) basal area. Basal circumference (*C*) of 30 randomly selected bunchgrasses was measured in each plot and used to calculate bunchgrass basal area (cm²) using the following formula: Area = π (*C*/2π)².

Bare soil cover was calculated using line–point intercept data to represent exposed soil surface not covered by vegetation, visible BSC, dead vegetation, litter or rocks (Herrick *et al.* 2005). Soil surface aggregate stability was assessed in interspace microsites at 18 random sampling points along transects using soil from the upper 0–4 mm (Herrick *et al.* 2005). Two indicators of soil erosion resistance were calculated: mean soil stability and proportion of samples rated as extremely stable (Beever, Huso & Pyke 2006).

We assessed the structure of the native perennial community by quantifying the size and connectivity of gaps between such vegetation using the basal gap intercept method (Herrick *et al.* 2005). We calculated mean gap length and the proportion of transects covered by large gaps (>200 cm in length).

### MULTIVARIATE ANALYSIS

Species cover, distance from nearest water, dung density, bunchgrass basal area, heat loads, soil depth, precipitation, gap size and herbaceous biomass data were log-transformed to improve distributional properties, correlations with ordination axes and variation explained by ordinations (McCune & Grace 2002). Other variables were not transformed.

Non-metric multidimensional scaling (NMS) ordination was used to relate patterns in community composition to environmental gradients (PC-Ord™; McCune & Grace 2002). Joint plots and Pierson's correlations were used to describe relationships between environmental gradients and the strongest patterns of community composition.

We used nonparametric multiplicative regression (NPMR) in HyperNiche™ to quantify the relationship between species' cover and environmental gradients (McCune 2009). Predictors were scores of the three ordination axes. These scores represented an integrated measure of complex environmental gradients associated with dominant patterns of herbaceous community composition. Response variables were the cover of each species using a local mean estimator and Gaussian kernel function. To control for potential interactions between axes, response curves were generated using partial models and focal variables (McCune 2009). A final NPMR model was run using the three axes' scores as predictors. Final model fit was assessed with a cross-validated $R^2$ (McCune 2009).

Hierarchical agglomerative cluster analysis was used to identify groups of sites differing in community composition (McCune & Grace 2002). Multivariate differences in community composition between identified groups were tested using multiresponse permutation procedures (MRPP) ($\alpha = 0.05$). Identified groups were overlaid onto ordinations to accentuate relationships between groups and environmental gradients. Multivariate differences in relativized environmental variables between groups were tested with MRPP. Differences in individual environmental variables between groups were assessed with ANOVA ($\alpha = 0.10$), and Bonferroni-adjusted 90% confidence intervals were used to quantify differences between groups.

### STRUCTURAL EQUATION MODELLING

In our study, an initial conceptual model was used as a SEM meta-model, representing a family of possible models (Fig. 1, Table 1). Our modelling process considered the available observed variables to identify 'indicator variables' (the observed variables that will serve as proxies for conceptual variables in the meta-model) using procedures described in Grace *et al.* (2012). Except for 'Potential Safe Sites', all model constructs were represented using single indicator variables. *Bromus tectorum* cover was selected as the indicator to measure 'Invasion Magnitude'. Bunchgrass and sagebrush cover were selected to measure their abundances. The three NMS ordination axes of bunchgrass species' cover data were used to develop an indicator of 'Bunchgrass Community Composition'. Distance from nearest water was selected as the indicator to measure cumulative 'Cattle Grazing Intensity'. Heat load was selected to measure 'Heat Load Exposure', and percent sand content at 0–15 soil depth was selected to measure 'Soil Physical Properties'. The proportion of transects covered by large gaps (>200 cm in length) was selected as the measure of 'Community Gap Structure'. Two indicators were selected to represent 'Potential Safe Sites' – BSC and cover of bare soil.

All SEM analyses were conducted using AMOS 18.0 software (SPSS 2010). Maximum likelihood procedures were used for model evaluation and parameter estimation. Model fit was

evaluated by sequentially evaluating likelihood ratios by using the single-degree-of-freedom chi-squared goodness-of-fit statistic. Modification indices were used to evaluate the need to include links or error correlations not in the original model. This process produced a final inferential model. The stability of the final model was evaluated by introducing other available indicators to determine whether they represented additional contributing information. For example, our initial indicator for cattle grazing intensity was 'distance from nearest water'. The three alternative potential indicators (cow pie frequency, cow pie density and bunchgrass basal area) for this construct did not improve model fit or amount of variation in cheatgrass dominance explained and were no longer included.

## Results

### PATTERNS OF INVASIBILITY – CONVENTIONAL MULTIVARIATE RESULTS

Nearly 92% of variation in community composition was explained by the final ordination (Fig. 2). Axis 1 was the dominant axis explaining 60·9% of variation in composition data. Axis 1 was a strong gradient of decreasing cattle grazing disturbance and heat stress (Fig. 2): dung density ($r = -0.35$); dung frequency ($r = -0.36$); distance from water ($r = 0.41$); deep-rooted bunchgrass basal area ($r = 0.71$); and heat loads ($r = -0.44$). In addition, BSC cover, soil aggregate stability and proportion of soil aggregate stability values rated as highly stable increased along Axis 1 (Fig. 2). The size of and connectivity between gaps and amount of bare soil decreased strongly



**Fig. 2.** Ordination of plots in community composition space. Non-metric multidimensional scaling ordination with final stress of 9·92; final instability of <0·01; Monte Carlo test *P*-value < 0·05. Vectors show the strength and direction of correlations between environmental variables and axes. Only variables with significant $R^2$ (>0·20) are shown. Different plot symbols show groups derived from cluster analysis that differ in composition and environmental factors. State 1A and 1B communities have understoreys dominated by native bunchgrass; phase-at-risk communities are co-dominated by bunchgrasses and non-natives, and State 2 and State 3 are dominated by non-native species.

along Axes 1 and 2 (Fig. 2) (see Table S1, Supporting Information).

Axes 2 and 3 represented weaker relationships explaining 19·3% and 11·6% of the variation, respectively. Axis 2 showed a strong gradient of decreasing sand, increasing clay and increasing fall and winter precipitation (Fig. 2). Axis 3 demonstrated a weaker gradient of decreasing cattle grazing associated with decreasing dung density and frequency and increasing deep-rooted bunchgrass basal area (see Table S1, Supporting Information).

Nonparametric multiplicative regression model sensitivities indicate that Axis 1 was the best predictor of non-native species. The strength of the relationship between cover of native species and these three axes varied considerably (Fig. 3; see Table S2, Supporting Information). *P. spicata*, *A. thurberianum*, *P. secunda* and forbs had strong positive relationships with Axis 1, *P. secunda* and forbs had strong positive relationships with Axis 2, and *Elymus elymoides* had a strong positive relationship with Axis 3 (Fig. 3).

Cluster analysis identified five distinct groups of communities with 0% of the information remaining (MRPP using species data: $A = 0.33$, $P < 0.01$; Fig. 4; See Tables S3 and S4, Supporting Information). Several species were uniquely associated with one or more groups (Fig. 4; See Table S3, Supporting Information). Combined heat loads, soil physical properties, BSC cover, soil cover, soil stability, community gap structure and cattle grazing intensity differed significantly among groups (MRPP using environmental data: $A = 0.59$, $P < 0.0001$; Fig. 5; See Table S4, Supporting Information).

State 1 consisted of two groups (1A and 1B) of communities with an intact herbaceous understorey dominated by native bunchgrasses and forbs (Fig. 4). Thirty-one percentage of study plots were in one of these groups. State 1 also contained phase-at-risk communities (communities at risk of crossing a biological threshold to being dominated by *B. tectorum*; 25% of study plots) with an understorey co-dominated by native species and *B. tectorum*. States 2 (23% of study plots) and 3 (21% of study plots) consisted of communities that have crossed a biological threshold and had understories dominated by *B. tectorum* and the non-native annual forb, *Lepidium perfoliatum*.

Communities in Groups 1A and 1B had the lowest levels of cattle grazing combined with the smallest and least connected gaps between perennial vegetation (Fig. 5). Group 1B communities had higher heat loads and finer-textured soils compared to those of Group 1A. Communities comprising phase-at-risk communities were characterized by intermediate levels of cattle grazing, heat loads, water stress and size of and connectivity between gaps (Fig. 5).

State 2 communities were characterized by intermediate to high levels of cattle grazing and intermediate levels of heat loads and water stress. State 3 communities had the highest levels of cattle grazing and bare soil cover, largest and most connected gaps and lowest soil aggregate stability (Fig. 5).

SSV_13358

1044 *M. D. Reisner* et al.



**Fig. 3.** Nonparametric multiplicative regression response curves showing relationship between species cover and gradients represented by non-metric multidimensional scaling ordination axes. Axis 1 is a gradient of decreasing cattle grazing intensity and heat load exposure (a), Axis 2 is a gradient of decreasing water stress (b), and Axis 3 is a gradient of decreasing cattle intensity (c).

## STRUCTURAL EQUATION MODELLING RESULTS

The final SEM model ($\chi^2 = 18.88$; $P = 0.54$; 20 d.f.) showed very close fit between model and data. A number of the initially hypothesized relationships (Table 1) were not supported by data. Sagebrush abundance did not help explain invasion magnitude, either directly or indirectly. As a result, that variable was removed from the final model. Heat load exposure, cattle grazing intensity and native bunchgrass cover were indirect predictors of invasion magnitude in the final model (Fig. 6). Unanticipated in the initial model was dependence of safe sites on heat loads and sand, and dependence of bunchgrass composition on sand content. The final model explained 72% of the variation in the magnitude of invasions among sites.

Concerning strengths of linkages in the final model, changes in community gap structure, that is, increases in the size of and connectivity between gaps among native plants, were predictive of higher levels of *B. tectorum* cover ($r = 0.83$). Native bunchgrass cover and composition were not direct predictors of *B. tectorum* cover, rather they were indirect predictors through their relationship to gaps. Gaps characterized by bare soil had a strong positive association with *B. tectorum* cover ($r = 0.38$), whereas gaps characterized by BSC cover had

a strong negative association with *B. tectorum* cover ($r = -0.26$).

Cattle grazing intensity was positively associated with *B. tectorum* cover through three independent pathways. Because distance from water is inversely related to cattle grazing levels, positive path coefficients indicate a negative relationship between cattle grazing and the response variable in the model (Fig. 6). Thus, model results imply that pathways from cattle grazing to *B. tectorum* cover propagate through (i) negative influences on bunchgrass abundance (0.34), (ii) negative influences on BSC abundance (0.29) and (iii) impacts on bunchgrass community composition (Axis 2) (0.22). There was no evidence that cattle grazing directly decreased or increased *B. tectorum* cover independent of these stated routes.

High levels of heat load exposure were associated with lower levels of bunchgrass ($-0.46$) and BSC ($-0.36$) abundance. Coarser-textured soils were more likely to have higher levels of *B. tectorum*, regardless of the other factors (i.e. a direct linkage of 0.48). Coarser-textured soils also had an indirect path through effects on bare soil cover and bunchgrass community composition (Axis 3) that increased *B. tectorum* cover.

By adding up the path strengths, it is possible to compute what is referred to as 'total effects' of predictors on

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society, *Journal of Applied Ecology*, **50**, 1039–1049



**Fig. 4.** Community composition of five groups derived from cluster analysis. *Denotes species with highest three indicator values for the group from indicator species analysis. Reported values are back-transformed means, and error bars are 90% Bonferroni-adjusted confidence intervals. (%) is the relative abundance of the species calculated as the proportion of total cover of the group.

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society, *Journal of Applied Ecology*, **50**, 1039–1049

SSV_13360

1046  *M. D. Reisner* et al.



**Fig. 5.** Differences in heat loads, soil physical properties, biological soil crusts, bare soil cover, soil stability, community gap structure and cattle grazing intensity of five groups identified by cluster analysis. Error bars represent Bonferroni-adjusted 90% confidence intervals. Different lower-case letters above bars indicate significant differences between groups (α = 0·10).

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society, *Journal of Applied Ecology*, **50**, 1039–1049

*Invasibility and spatial gaps among plants* **1047**

**Final Inferential Invasibility Model**



Fig. 6. Final inferential model of *Artemisia* ecosystem invasibility. Single-headed arrows represent significant linkages ($\alpha = 0.05$). Double-headed arrows indicate significant correlations between variables and their residuals. The magnitudes of standardized path coefficients are represented by line thicknesses. Dotted grey lines are unanticipated significant paths. Because distance from water is inversely related to cattle grazing intensity (i.e. grazing intensity increases with decreasing distance), positive path coefficients and correlations between grazing intensity and variables indicate an inverse relationship (i.e. increasing cattle grazing intensity decreases bunchgrass abundance). $R^2$ values depict the proportion of variation of endogenous variables explained by the model. The dotted boxes depict conceptual variables of the meta-structural equation modelling (Fig. 1).

downstream responses. Computed total effects of predictor variables on *B. tectorum* in order of importance were as follows: (i) community gap structure (0·68), (ii) soil physical properties (0·42), (iii) safe sites (bare soil cover, 0·38), (iv) heat load exposure (0·37), bunchgrass community composition (NMS#1, −0·31), (v) safe sites (BSC cover, −0·26), (vi) cattle grazing disturbance (−0·26), (vii) bunchgrass abundance (−0·24) and (viii) bunchgrass community composition (NMS#3, 0·04).

## Discussion

By combining SEM with an observational approach, we were able to gain important new insight into the relative importance of the numerous factors determining the magnitude of *B. tectorum* invasions of *Artemisia* ecosystems and gain valuable insight into potential underlying mechanisms. Our results provide strong support for some *a priori* hypothesized mechanisms (i.e. cattle trampling reduces bunchgrass and BSC abundance) and no support for others (i.e. cattle reduce invasions by grazing *B. tectorum*). Our SEM findings should help prioritize future experiments to test our inferences regarding underlying mechanisms and more landscape-scale observational studies to further evaluate and refine the model and construct predictive models (Grace 2006).

In this study, model results support the idea that a complex causal network of simultaneously operating factors and mechanisms are driving invasion of *B. tectorum* in *Artemisia* ecosystems. Based upon the SEM results, shifts in community structure, as measured by the size of and connectivity of gaps between native plants, exert a strong positive effect on the magnitude of *B. tectorum* invasion. This finding is consistent with growing evidence

in semi-arid and arid ecosystems showing that increases in gap connectivity (Busso & Bonvissuto 2009; Okin *et al.* 2009) and changes in how species abundance is distributed in a community (James *et al.* 2008) are associated with a loss of ecosystem resistance to invasion (Scheffer *et al.* 2009). We define resistance as the collective ability of the resident sagebrush community to limit *B. tectorum* dominance in the face of invasion (Chambers *et al.* 2007). Increases in the connectivity of these gaps were associated with a dramatic increase in the magnitude of such invasions (Okin *et al.* 2009). This loss of resistance to invasion probably increases the magnitude of *B. tectorum* dominance after subsequent disturbances and may set the stage for a regime shift to *B. tectorum*-dominated grasslands with the next fire (Scheffer *et al.* 2009).

Our research suggests that two environmental factors influence the inherent resistance of *Artemisia* ecosystems to *B. tectorum* invasion. Communities located on coarser-textured soils or characterized by higher potential heat loads (Stewart & Hull 1949) were inherently least resistant to *B. tectorum* invasion. These communities are characterized by higher levels of water stress and lower productivity. The inherent structure of these communities that consists of larger and more connected gaps among perennial vegetation and higher amounts of bare soil may make them vulnerable to other disturbances that increase the size of gaps.

Consistent with other studies, biotic resistance from resident bunchgrass and BSC communities played pivotal roles and appears to limit the magnitude of *B. tectorum* invasion (Richardson & Pysek 2006). Water availability is the primary controlling factor of seedling establishment in these ecosystems (Schupp 1995). Several studies have found a strong negative association between BSC community integrity and *B. tectorum* abundance (Ponzetti, McCune & Pyke

4-ER-722      SSV_13362

**1048** *M. D. Reisner* et al.

2007; Ponzetti & McCune 2008) and showed that BSCs reduce *B. tectorum* germination and establishment rates by impeding root penetration and growth (Serpe *et al.* 2008). Our findings suggest that BSC communities are especially important in limiting the magnitude of *B. tectorum* invasions in gaps between perennial vegetation by minimizing potential safe sites for establishment.

Consistent with other studies, we found that bunchgrasses reduced the magnitude of *B. tectorum* invasions most likely by reducing water and nutrient availability (Chambers *et al.* 2007; Prevéy *et al.* 2010). Our findings provide important insight into this mechanism. Nearly all the biotic resistance effect was indirect through a strong direct effect of bunchgrass abundance and composition on community structure. By limiting the size and connectivity of gaps, bunchgrasses likely minimize resources available to *B. tectorum* spatially. Further, three species, *P. spicata*, *A. thurberianum* and *P. secunda*, appear to be especially important determinants of such resistance. *P. spicata* and *A. thurberianum* are dominant deep-rooted bunchgrasses with most active growth in later spring, whereas *P. secunda* is a shallow-rooted bunchgrass that is active in late winter and early spring. This combination of differing structure and phenology reflects their differing abilities to acquire resources at different soil depths (James *et al.* 2008) and seasons and thereby provide continuous interaction with *B. tectorum* and collectively limit available resources temporally and at different soil depths.

By controlling for several potentially confounding factors (Knick *et al.* 2011), we gained important insights into the role of cattle grazing as a determinant of ecosystem resistance to *B. tectorum* invasion. We found no evidence that cattle grazing, even at the high intensities 100 m from the nearest water development, reduced *B. tectorum* cover. To the contrary, we found strong evidence that increasing cattle grazing intensity indirectly promotes an increase in the magnitude of *B. tectorum* dominance. Cattle herbivory was found to be associated with reduced native bunchgrass abundance, shifts in bunchgrass composition to only the most grazing-tolerant species and aggregated bunchgrasses beneath protective sagebrush canopies (Reisner 2010). These collective cattle-induced changes thus appear to ripple through the community by increasing the size and connectivity of gaps between perennial vegetation. As gaps get bigger and more connected, both live and dead (litter) herbaceous soil cover decreases and the amount of bare soil increases. Cattle trampling reduced resistance within these larger gaps by reducing BSC cover.

Changes in community structure and how species' abundance is distributed in the community may increase general resource availability (James *et al.* 2008). As cattle grazing increased, *P. spicata*, *A. thurberianum* and *P. secunda* cover decreased, *E. elymoides* cover did not change, and *B. tectorum* cover increased. These shifts parallel the relative differences in grazing avoidance and tolerance mechanisms among these species. Cattle grazing introduced a novel disturbance regime into this system

where most bunchgrasses are highly sensitive to herbivory (Mack & Thompson 1982). To the contrary, *B. tectorum* exhibits a collection of grazing avoidance and tolerance attributes that makes it extremely tolerant of even highly intensive grazing (Vallentine & Stevens 1994; Hempy-Mayer & Pyke 2009). Because of its attributes (Chambers *et al.* 2007), *B. tectorum* is well positioned to take maximum advantage of this window of invasion opportunity by exploiting larger and more connected gaps.

If the goal is to conserve and restore resistance of these systems to invasion, managers should consider focusing their efforts on maximizing the pre-emption of resources provided by BSC and bunchgrasses. We suggest three priorities: first, maintain and/or restore high overall bunchgrass cover and community structure characterized by spatially dispersed bunchgrasses in interspaces and small gaps between such individuals to maximize the capture of resources; second, maintain and/or restore a diverse assemblage of bunchgrass species with different spatial and temporal patterns of resource use to maximize capture of resources at different soil depths and times; third, maintain and/or restore a BSC community to limit safe sites for *B. tectorum* establishment within gaps.

Our findings suggest that multiple factors (bunchgrass cover, BSC cover, cattle grazing, etc.) may influence the susceptibility of these ecosystems to *B. tectorum* invasion. Importantly, many of these influences are mediated by the size and connectivity of gaps, as well as the conditions of gaps. Thus, gaps in perennial vegetation may serve as an important early warning indicator of when cattle grazing or other stressors are compromising resistance of these systems to *B. tectorum* invasion. Our findings raise serious concerns regarding proposals to use cattle grazing to control *B. tectorum* in these systems where remnant bunchgrass communities persist (Vallentine & Stevens 1994). In contrast, our findings support recent guidance for passively restoring resistance of these systems by reducing grazing levels (Pyke 2011). Future research should focus on gathering information concerning the size of and connectivity of such gaps across a range of ES consistent with maintaining resistance. These data could be used to develop indicators for adaptive management frameworks to conserve and restore these endangered systems.

## Acknowledgements

We thank our field assistants and families. This is contribution #71 from the Sagebrush Steppe Treatment and Evaluation Project, funded by the US Joint Fire Sciences Program and by the US Geological Survey Forest and Rangeland Ecosystem Science Center and Oregon State University. The use of any trade, product or firm name is for descriptive purposes only and does not imply endorsement by the US Government.

## References

Agrawal, A.A., Ackerly, D.A., Adler, F., Arnold, B., Cáceres, C., Doak, D.F., Post, E., Hudson, P., Maron, J., Mooney, K.A., Power, M., Schemske, D., Stachowicz, J.J., Strauss, S.Y., Turner, M.G. & Werner,

E. (2007) Filling key gaps in population and community ecology. *Frontiers in Ecology and the Environment*, **5**, 145–152.

Beever, E.A., Huso, M. & Pyke, D.A. (2006) Multi-scale responses of soil stability and invasive plants to removal of non-native grazers from an arid conservation reserve. *Diversity and Distributions*, **12**, 258–268.

Briske, D.D. & Richards, J.H. (1995) Plant responses to defoliation: a physiological, morphological, and demographic evaluation, pp. 625–710. *Wildland Plants: Physiological Ecology and Development Morphology* (eds D.J. Bedunah & R.E. Sosebee), pp. 710. Society for Range Management, Denver, CO.

Busso, C. & Bonvissuto, G. (2009) Structure of vegetation patches in northwestern Patagonia, Argentina. *Biodiversity and Conservation*, **18**, 3017–3041.

Chambers, J.C., Roundy, B.A., Blank, R.R., Meyer, S.E. & Whittaker, A. (2007) What makes great basin sagebrush ecosystems invasible by *Bromus tectorum*? *Ecological Monographs*, **77**, 117–145.

Daly, C., Halbleib, M., Smith, J.I., Gibson, W.P., Doggett, M.K., Taylor, G.H., Curtis, J. & Pasteris, P.P. (2008) Physiographically sensitive mapping of climatological temperature and precipitation across the United States. *International Journal of Climatology*, **27**, 935–969.

Davies, K.W., Bates, J.D. & Miller, R.F. (2007) Environmental and vegetation relationships of *Artemisia tridentata* ssp. *wyomingensis* alliance. *Journal of Arid Environments*, **70**, 478–494.

Davis, M.A., Grime, J.P. & Thompson, J.N. (2000) Fluctuating resources in plant communities: a general theory of invasibility. *Journal of Ecology*, **88**, 528–534.

Fowler, N.L. (1988) What is a safe site? Neighbor, litter, germination date, and patch effects. *Ecology*, **69**, 947–961.

Goldberg, D.E. & Barton, A.M. (1992) Patterns and consequences of interspecific interaction competition in natural communities: a review of field experiments with plants. *The American Naturalist*, **139**, 771–801.

Grace, J.B. (2006) *Structural Equation Modeling and Natural Systems*. Cambridge University Press, Cambridge, UK.

Grace, J.B., Youngblood, A. & Scheiner, S.M. (2009) Structural equation modeling and ecological experiments. *Real World Ecology: Large-Scale and Long-Term Case Studies and Methods*, Chapter 2 (S. Miao, S. Carstenn & M. Nungesser), pp. 19–45. Springer Verlag, New York.

Grace, J.B., Schoolmaster Jr, D.R., Guntenspergen, G.R., Little, A.M., Mitchell, B.R., Miller, K.M. & Schweiger, E.W. (2012) Guidelines for a graph-theoretic implementation of structural equation modeling. *Ecosphere*, **3**, article 73.

Griffith, A.B. (2010) Positive effects of native shrubs on *Bromus tectorum* demography. *Ecology*, **91**, 141–154.

Grime, J.P. (1977) Evidence for existence of three primary strategies in plants and its relevance to ecological and evolutionary theory. *The American Naturalist*, **111**, 1169–1182.

Hempy-Mayer, K. & Pyke, D.A. (2009) Defoliation effects on *Bromus tectorum* seed production: implications for grazing. *Rangeland Ecology & Management*, **61**, 116–123.

Herrick, J.E., Van Zoo, J.W., Havstad, K.M., Burkett, L.M. & Whitford, W.G. (2005) *Monitoring Manual for Grassland, Shrubland, and Savanna Ecosystems*, Vol 1. US Department of Agriculture, Agriculture Research Station, Jornada Experimental Range, Las Cruses, NM, pp. 42.

James, J., Davies, K., Sheley, R. & Aanderud, Z. (2008) Linking nitrogen partitioning and species abundance to invasion resistance in the Great Basin. *Oecologia*, **156**, 637–648.

Knick, S.T., Hanser, S.E., Miller, R.F., Pyke, D.A., Wisdom, M.J., Finn, S.P., Rinkes, E.T. & Henny, C.J. (2011) Ecological influence and pathways of land use in sagebrush. *Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and its Habitats. Studies in Avian Biology*, Vol. 38 (eds S.T. Knick & J.W. Connelly), pp. 203–251. University of California Press, Berkeley, CA.

Levine, J.M., Adler, P.B. & Yelenik, S.G. (2004) A meta-analysis of exotic plant invasions. *Ecology Letters*, **7**, 975–989.

Lonsdale, W.M. (1999) Global patterns of plant invasions and the concept of invasibility. *Ecology*, **80**, 1522–1536.

Mack, R.N. & Thompson, J.N. (1982) Evolution in steppe with few large, hooved mammals. *The American Naturalist*, **119**, 757–773.

McCune, B. (2007) Improved estimates of incident radiation and heat load using non-parametric regression against topographic variables. *Journal of Vegetation Science*, **18**, 751–754.

McCune, B. (2009) *Nonparametric Multiplicative Regression for Habitat Modeling*. Oregon State University, Corvallis, OR.

McCune, B. & Grace, J.B. (2002) *Analysis of Ecological Communities*. MJM Software Design, Gleneden Beach, OR.

Miller, R.F., Knick, S.T., Pyke, D.A., Meinke, C.W., Hanser, S.E., Wisdom, M.J. & Hild, A.L. (2011) Characteristics of sagebrush habitats and limitations to long-term conservation. *Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and its Habitats. Studies in Avian Biology*, Vol. 38 (eds S.T. Knick & J.W. Connelly), pp. 145–184. University of California Press, Berkeley, CA.

Okin, G.S., Parsons, A.J., Wainwright, J., Herrick, J.E., Bestelmeyer, B.T., Peters, D.C. & Fredrickson, E.L. (2009) Do changes in connectivity explain desertification? *BioScience*, **59**, 237–244.

Parker, J.D., Burkepile, D.E. & Hay, M.E. (2006) Opposing effects of native and exotic herbivores on plant invasions. *Science*, **311**, 1459–1461.

Ponzetti, J.M. & McCune, B.P. (2008) Biotic soil crusts of Oregon's shrub steppe: community composition in relation to soil chemistry, climate, and livestock activity. *The Bryologist*, **104**, 212–225.

Ponzetti, J.M., McCune, B. & Pyke, D.A. (2007) Biotic soil crusts in relation to topography, cheatgrass and fire in the Columbia Basin, Washington. *The Bryologist*, **110**, 706–722.

Prevéy, J., Germino, M., Huntly, N. & Inouye, R. (2010) Exotic plants increase and native plants decrease with loss of foundation species in sagebrush steppe. *Plant Ecology*, **207**, 39–51.

Pyke, D.A. (2011) Restoring and rehabilitating sagebrush habitats. *Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and its Habitats. Studies in Avian Biology*, Vol. 38 (eds S.T. Knick & J.W. Connelly), pp. 531–548. University of California Press, Berkeley, CA.

Reichenberger, G. & Pyke, D.A. (1990) Impact of early root competition on fitness components of four semiarid species. *Oecologia*, **85**, 159–166.

Reisner, M.D. (2010) *Drivers of plant community dynamics in sagebrush steppe ecosystems: cattle grazing, heat and water stress*. Dissertation, Oregon State University, Corvallis, OR, pp. 286.

Richardson, D.M. & Pysek, P. (2006) Plant invasions: merging the concepts of species invasiveness and community invasibility. *Progress in Physical Geography*, **30**, 409–431.

Scheffer, M., Bascompte, J., Brock, W.A., Brovkin, V., Carpenter, S.R., Dakos, V., Held, H., van Nes, E.H., Rietkerk, M. & Sugihara, G. (2009) Early-warning signals for critical transitions. *Nature*, **461**, 53–59.

Schiffman, P.M. (1997) Animal-mediated dispersal and disturbance: driving forces behind alien plant naturalization. *Assessment and Management of Plant Invasions* (eds J.O. Luken & J.W. Thieret), pp. 87–94. Springer-Verlag, New York, NY.

Schupp, E.W. (1995) Seed-seedling conflicts, habitat choice, and patterns of plant recruitment. *American Journal of Botany*, **82**, 399–409.

Serpe, M., Zimmerman, S., Deines, L. & Rosentreter, R. (2008) Seed water status and root tip characteristics of two annual grasses on lichen-dominated biological soil crusts. *Plant and Soil*, **303**, 191–205.

SPSS (2010) *Amos 18.0*. SPSS, Chicago, IL.

Stewart, G. & Hull, A.C. (1949) Cheatgrass (*Bromus Tectorum* L.): an ecologic intruder in southern Idaho. *Ecology*, **30**, 58–74.

Vallentine, J.F. & Stevens, A.R. (1994) Use of livestock to control cheatgrass-a review. *Proceedings of Symposium on Ecology, Management, and Restoration of Intermountain Rangelands*, Boise, ID, May 18–22, 1992, pp. 202–206.

*Received 28 November 2012; accepted 27 March 2013*
*Handling Editor: Andy Sheppard*

## Supporting Information

Additional Supporting Information may be found in the online version of this article.

**Table S1.** Relationships between environmental variables and ordination axes.

**Table S2.** Relationships between species abundance and ordination axes.

**Table S3.** Indicator species analysis of groups.

**Table S4.** Pairwise MRPP comparisons of groups.

© 2013 The Authors. Journal of Applied Ecology © 2013 British Ecological Society, *Journal of Applied Ecology*, **50**, 1039–1049

View publication stats

*Rangeland Ecol Manage* 62:203–222 | May 2009

*Invited Synthesis Paper*

# Historical and Modern Disturbance Regimes, Stand Structures, and Landscape Dynamics in Piñon–Juniper Vegetation of the Western United States

William H. Romme,[1] Craig D. Allen,[2] John D. Bailey,[3] William L. Baker,[4] Brandon T. Bestelmeyer,[5] Peter M. Brown,[1,6] Karen S. Eisenhart,[7] M. Lisa Floyd,[8] David W. Huffman,[9] Brian F. Jacobs,[1,10] Richard F. Miller,[11] Esteban H. Muldavin,[12] Thomas W. Swetnam,[13] Robin J. Tausch,[14] and Peter J. Weisberg[15]

Authors are [1]Professor, Department of Forest, Rangeland, and Watershed Stewardship, and Graduate Degree Program in Ecology, Colorado State University, Fort Collins, CO 80523, USA; [2]Research Ecologist, US Geological Survey, Jemez Mountains Field Station, Los Alamos, NM 87544, USA; [3]Associate Professor, Department of Forest Engineering, Resources and Management, Oregon State University, Corvallis, OR 97331, USA; [4]Professor, Ecology Program and Department of Geography, University of Wyoming, Laramie, WY 82071, USA; [5]Research Ecologist, US Department of Agriculture–Agricultural Research Service, Jornada Experimental Range, New Mexico State University, Las Cruces, NM 88003, USA; [6]Director, Rocky Mountain Tree-Ring Research, Fort Collins, CO 80526, USA; [7]Assistant Professor, Department of Geosciences, Edinboro University of Pennsylvania, Edinboro, PA 16444, USA; [8]Professor and Chair, Environmental Studies Program, Prescott College, Prescott, AZ 86303, USA; [9]Research Associate, Ecological Restoration Institute, Northern Arizona University, Flagstaff, AZ 86011, USA; [10]Vegetation Specialist, Bandelier National Monument, National Park Service, Los Alamos, NM 87544, USA; [11]Professor, Department of Range Ecology and Management, Oregon State University, Corvallis, OR 97331, USA; [12]Research Associate Professor, Natural Heritage New Mexico, University of New Mexico, Albuquerque, NM 87131, USA; [13]Director and Professor, Laboratory of Tree Ring Research, University of Arizona, Tucson, AZ 85721, USA; [14]Supervisory Range Scientist, US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Reno, NV 89512, USA; and [15]Assistant Professor, Department of Natural Resources and Environmental Science, University of Nevada, Reno, NV 89512, USA.

## Abstract

Piñon–juniper is a major vegetation type in western North America. Effective management of these ecosystems has been hindered by inadequate understanding of 1) the variability in ecosystem structure and ecological processes that exists among the diverse combinations of piñons, junipers, and associated shrubs, herbs, and soil organisms; 2) the prehistoric and historic disturbance regimes; and 3) the mechanisms driving changes in vegetation structure and composition during the past 150 yr. This article summarizes what we know (and don't know) about three fundamentally different kinds of piñon–juniper vegetation. *Persistent woodlands* are found where local soils, climate, and disturbance regimes are favorable for piñon, juniper, or a mix of both; fires have always been infrequent in these woodlands. *Piñon–juniper savannas* are found where local soils and climate are suitable for both trees and grasses; it is logical that low-severity fires may have maintained low tree densities before disruption of fire regimes following Euro-American settlement, but information is insufficient to support any confident statements about historical disturbance regimes in these savannas. *Wooded shrublands* are found where local soils and climate support a shrub community, but trees can increase during moist climatic conditions and periods without disturbance and decrease during droughts and following disturbance. Dramatic increases in tree density have occurred in portions of all three types of piñon–juniper vegetation, although equally dramatic mortality events have also occurred in some areas. The potential mechanisms driving increases in tree density—such as recovery from past disturbance, natural range expansion, livestock grazing, fire exclusion, climatic variability, and $CO_2$ fertilization—generally have not received enough empirical or experimental investigation to predict which is most important in any given location. The intent of this synthesis is 1) to provide a source of information for managers and policy makers; and 2) to stimulate researchers to address the most important unanswered questions.

## Resumen

La vegetación de Piñón-júnipero es un tipo de vegetación muy importante en el Oeste de Norte América. El manejo efectivo de estos ecosistemas se ha obstaculizado por el inadecuado entendimiento de 1) la variabilidad en la estructura del ecosistema y los procesos ecológicos que existen entre las diversas combinaciones de pinos, juníperos, arbustos, hierbas, y los organismos asociados del suelo; 2) regímenes prehistóricos e históricos del disturbio, y 3) mecanismos que conducen cambios en estructura y composición de la vegetación durante los últimos 150 años. Este publicación hace un resumen de lo que sabemos (y no sabemos acerca de tres clases fundamentales de vegetación del piñón–júnipero. *Arbolados persistentes* se

The research that forms the basis of this article has been supported by the authors' home institutions and by many other sources, including the Bureau of Land Management, the US Dept of Defense, the US Joint Fire Sciences Program, the US National Park Service, the Uncompahgre Plateau Partnership, the US Forest Service, and the US Geological Survey, among others. The workshop in which we developed the article was funded by The Nature Conservancy and the Colorado Forest Restoration Institute of Colorado State University (CSU). CSU and Université Laval (Québec, QC) provided time and resources for writing the article via a sabbatical leave for W.H.R. in 2007–2008.

Correspondence: Dr William H. Romme, Dept of Forest, Rangeland, and Watershed Stewardship, Colorado State University, Fort Collins, CO 80524, USA. Email: romme@warnercnr.colostate.edu

Manuscript received 16 September 2008; manuscript accepted 4 March 2009.

encuentran donde los suelos locales, el clima, y los regímenes del disturbio son favorables para el piñón, el junípero, o una mezcla de ambos; los fuegos han sido siempre infrecuentes en estas áreas. *Las sabanas del Piñón–junipero* se encuentran donde los suelos locales y el clima son apropiados tanto para árboles y gramíneas; es lógico que los fuegos de baja-intensidad pueden haber mantenido densidades bajas de árboles antes de que se interrumpió los regímenes del fuego después del establecimiento Euro-Americano, pero existe poca información para apoyar cualquier afirmación afirmativa sobre los regímenes históricos del disturbio en estas sabanas. *Los matorrales* se localizan donde los suelos locales y el clima apoyan a comunidad de arbustos, pero los árboles pueden aumentar durante condiciones climáticas y períodos húmedos sin disturbio, y disminuyen durante sequías y después del disturbio. Los aumentos dramáticos en la densidad de los árboles han ocurrido en las porciones de los tres tipos de vegetación del piñón–junípero, aunque eventos igualmente dramáticos de mortalidad han ocurrido también en algunas áreas. Los mecanismos potenciales que conducen aumentos en densidad de árboles, la recuperación del último disturbio, la extensión natural del pastizal, el pastoreo del ganado, la exclusión del fuego, la variabilidad climática, y la fertilización-general del $CO_2$ no han recibido suficiente investigación empírica o experimental para predecir cuál de estos factores puede ser el más importante en cualquiera de los sitios. El intento de esta síntesis es 1) proporcionar una fuente de información para los manejadores y los regidores, y 2) estimular a investigadores para dirigir las preguntas más importantes que aun están sin contestar.

**Key Words:** climate, $CO_2$, drought, fire, grazing, tree infill, tree invasion, range expansion

## INTRODUCTION

Piñon–juniper vegetation covers some 40 million ha (100 million acres) in the western United States, where it provides economic products, ecosystem services, biodiversity, and aesthetic beauty in some of the most scenic landscapes of North America. There are concerns, however, that the ecological dynamics of piñon–juniper woodlands have changed since Euro-American settlement, that stands are growing unnaturally dense, and that woodlands are encroaching into former grasslands and shrublands. Yet, despite a considerable amount of research in piñon–juniper vegetation, our understanding of historical conditions and of both historical and current ecological processes is often inadequate to answer the management questions now being posed.

Uncertainties about historical stand structures and disturbance regimes in piñon–juniper vegetation create a serious conundrum for land managers and policy makers who are charged with overseeing the semiarid landscapes of the West. Vegetation treatments are often justified, in part, by asserting that a particular treatment (e.g., tree thinning or prescribed burning) will contribute to restoration of historical conditions, i.e., those conditions that prevailed before the changes wrought by Euro-American settlers. However, in the absence of site-specific information about historical disturbance regimes and landscape dynamics, "one-size-fits-all" treatments are likely to be ineffective, and some well-meaning "restoration" efforts may actually move piñon–juniper ecosystems further from their historical condition. Some kinds of vegetation treatments may even reorganize ecosystems in such a way that restoration of historical patterns and processes becomes more difficult.

The purpose of this article is to summarize our current understanding of historical stand structures, disturbance regimes, and landscape dynamics in piñon–juniper vegetation throughout the western United States and to highlight areas in which significant gaps in our knowledge exist. The authors gathered for a workshop in Boulder, Colorado, on 22–24 August 2006, to develop the information presented here. All the authors have conducted research in piñon–juniper vegetation and together they have experience with a wide diversity of piñon–juniper ecosystems, from New Mexico and Colorado to Nevada and Oregon.

The article is organized in three parts. In section I, we present a brief overview of the variability in dominant species, climate, stand structure, and potential fire behavior of piñon–juniper vegetation across the West to emphasize one of our key points— that piñon–juniper is a diverse vegetation type for which a simple model of historical structure and dynamics is inadequate. In section II, we summarize what we know about past and present conditions in three contrasting kinds of piñon–juniper ecosystems in the form of a series of concise statements followed by more detailed explanations of each statement. The explanations include the level of confidence that we have in the statement, the kinds of evidence that support the statement, and the generality of the statement, i.e., whether it applies to all piñon–juniper ecosystems or only to a subset of these ecosystems (see next paragraph). By "past conditions," we mean the three to four centuries before the sweeping changes introduced by Euro-American settlers in the mid- to late-1800s. In section III, we evaluate possible mechanisms driving one of the most conspicuous features of piñon–juniper vegetation in many areas—the increase in tree density that has been observed during the past 100–150 yr. We distinguish two somewhat different processes leading to higher tree density: 1) *infill*, or increasing tree density within existing woodlands that were previously of lower density; and 2) *expansion*, i.e., establishment of trees in places that were formerly nonwoodland (e.g., grassland or shrubland).

In section II, statements of high confidence generally are supported by some combination of 1) rigorous paleoecological studies that include adequate sampling and appropriate analysis of, e.g., cross-dated fire-scars, tree age structures, and macrofossils; 2) experimental tests of mechanisms that incorporate adequate replication and appropriate scope of inference; and 3) systematic observations of recent wildfires, prescribed fires, or other disturbances (e.g., insect outbreaks), either planned before the event and documented by experienced, objective observers, or based on rigorous postdisturbance analyses using adequate and spatially explicit data. Statements of moderate or low confidence generally are supported by 1) correlative studies that identify statistically significant associations between two variables but do not prove a cause–effect relationship; 2) anecdotal observations of recent fires, i.e., opportunistic observations of wildfires or prescribed fires by experienced, objective observers but that were not

4-ER-726

SSV_13366

conducted in a systematic manner; and 3) logical inference, i.e., deductive inferences from related empirical or experimental studies that are logical but have not yet been tested empirically. Depending on the details, other kinds of evidence may support high, moderate, or low confidence: 1) comparison of historic and recent photographs of the same scene, which documents changes in pattern or structure, but says little about the mechanism(s) causing the changes; and 2) written historical documentation in the form of reports, articles, letters, and other accounts by reliable observers.

We intentionally refrain from making specific policy or management recommendations in this article. Instead, our objective is to provide consensus among researchers of what we know (and don't know) about the science. Although our synthesis gives much attention to historical conditions and disturbance processes in piñon–juniper vegetation, we recognize (and agree) that restoration of pre-1900 characteristics is not the only, or the most appropriate, management goal in many situations, especially in the face of climate and land-use changes (e.g., Millar et al. 2007). Nevertheless, we also believe that nearly all management goals, including those other than restoration per se, will be accomplished more successfully and economically if those goals and the techniques used to achieve them are informed by an understanding of how a particular landscape came to be the way it is today (Swetnam et al. 1999).

This article identifies major differences in historical conditions and drivers of recent changes in piñon–juniper vegetation and emphasizes that many gaps remain in our understanding of these ecosystems. We, therefore, recommend that land managers, practitioners, and policy makers rely primarily on the statements of high confidence and broad applicability in formulating management plans and priorities, and we encourage researchers to conduct new studies to critically test the statements of moderate or low confidence and to rigorously investigate the generality of these statements. In particular, we encourage collaboration between research scientists and managers in current and upcoming piñon–juniper treatments. By adding a well-designed research and monitoring component to a practical management-oriented project, not only is it possible to evaluate the efficacy of a given project but also it can improve our understanding of the more general ecological processes at work in piñon–juniper vegetation.

## I. PIÑON–JUNIPER: A DIVERSE AND VARIABLE VEGETATION TYPE

Woodlands dominated by various combinations of piñon and juniper species represent some of the most extensive and diverse vegetation types in western North America. For example, the Southwestern Regional GAP land-cover maps (http://earth.gis.usu.edu/swgap/) show ca. 15% of the land area in New Mexico, Arizona, Colorado, Utah, and Nevada as covered by vegetation of this kind. NatureServe, an international database of species and communities (http://www.natureserve.org/explorer/servlet/NatureServe?init=Ecol) lists 77 plant associations in the West in which a piñon is the dominant species (with or without junipers) and 71 associations in which junipers dominate (typically without piñon or with piñon as a minor component). Piñon and juniper associations are found in almost every western state of the United States from California, Oregon, and Washington to North and South Dakota, Nebraska, Oklahoma, and Texas. Piñon and juniper associations also are widespread in Mexico, and juniper species extend north into Canada and east to Virginia. Although the catch-all term *piñon–juniper* is typically applied to all of this diverse vegetation, it is important to note that one can find pure stands of juniper (very commonly) and of piñon (less commonly) as well as mixed stands.

This article focuses primarily on piñon and juniper vegetation in the Intermountain West, the Southwest, the Southern Rocky Mountains, and the western edge of the Great Plains, including primarily the states of Oregon, Nevada, Idaho, Utah, Arizona, Wyoming, Colorado, and New Mexico. Throughout this extensive region, woodlands of piñon or juniper or a mix of both are found on almost all landforms, including ridges, hill and mountain slopes, terraces, tablelands, alluvial fans, broad basins, and valley floors. Soils are similarly variable, ranging from relatively deep soils often high in clay or sand content, to shallow rocky soils, to rock outcrops where no soil is present, but the trees are rooted in deep cracks of the bedrock. Woodlands of piñon or juniper or both occupy a broad zone of intermediate moisture and temperature conditions between the hot arid deserts of lower elevations and the cool mesic forests of higher elevations. Accordingly, soil temperature regimes range from mesic to frigid, and soil moisture regimes include aridic, xeric, and ustic (e.g., Gedney et al. 1999; Ramsey 2003; Miller et al. 2005).

There is a striking northwest-to-southeast gradient in the seasonality of precipitation (Figs. 1a and 1b). Winter–spring precipitation predominates in the northwest, notably in the Great Basin, shifting to a bimodal winter–summer pattern on the Colorado Plateau, and a summer monsoonal regime in the southeastern portion of the region, including southern Arizona and New Mexico (Mitchell 1976; Jacobs 2008). Total precipitation across most of the range of *Juniperus occidentalis* Hook. in the northwestern Great Basin varies between 25 and 40 cm annually, falling mostly during winter and spring storms, although this tree species can grow in areas receiving as little as 18 cm (usually on sandy soils) or exceeding 50 cm (Gedney et al. 1999). Annual precipitation amounts are similar where *Juniperus monosperma* (Engelm.) Sarg. grows in south–central New Mexico, but in this latter region, 60% or more falls between April and September, particularly during the late summer "monsoon." The Colorado Plateau (especially the southern portion), lying near the midpoint of this gradient, receives small peaks of precipitation in both winter and summer (http://www.cpluhna.nau.edu/Change/modern_climatic_conditions.htm).

Species composition and vegetation structure vary along the same northwest-to-southeast gradient (Figs. 1a and 1b), and the various piñon and juniper species exhibit subtle, but ecologically significant, physiological differences both among and within species along regional and elevational gradients (Moore et al. 1999; Nowak et al. 1999). *J. occidentalis* is the major woodland tree species in extreme northwestern Nevada, northeastern California, and eastern Oregon; *Pinus monophylla* Torr. & Frém. and *Juniperus osteosperma* (Torr.) Little dominate woodlands elsewhere in the Great Basin; *Pinus edulis* Engelm. and *J. osteosperma* are the dominant woodland species across most of the Colorado Plateau and southern Rocky



**Figure 1. a,** Distribution of four dominant juniper species in relation to seasonal precipitation patterns. We modified coverage based on Little (1971) using information from Southwest Regional Gap Analysis Project (SWReGAP; http://earth.gis.usu.edu/swgap/landcover.html), Springfield (1976), Jacobs (2008), and Forest Inventory Analysis data interpreted by Kristen Ironside (personal communication, 2006) to minimize overlap and clarify dominant overstory species and relationships with regional moisture patterns. Specifically, we modified the Little (1971) species distributions by 1) highlighting dominance of *Juniperus monosperma* in central Arizona and along the Arizona–New Mexico border, *J. osteosperma* in northwestern New Mexico, and *J. deppeana* in south-central Arizona; and 2) deleting *J. monosperma* in portions of central Colorado and south-central New Mexico. Distribution of a fifth important, but wide-ranging, juniper species (*J. scopulorum*) is shown in Figure 1b. Distribution of *Juniperus coahuilensis* (Martiñez) Gaussen ex R. P. Adams (sensu ~*Juniperus erythrocarpa* Cory var. *coahuilensis* Martinez) is not shown but is largely coincident with *J. deppeana* in southeastern Arizona. Juniper species with ranges largely to the east, such as *Juniperus pinchotii* Sudw., *Juniperus ashei* J. Buchholz, and *Juniperus virginiana* L., are also not shown. Monsoon Index represents July to September precipitation as a percentage of annual total (calculated from 800-m PRISM data) and highlights a pronounced northwest to southeast moisture seasonality gradient from winter to summer moisture dominance. **b,** Distribution of three dominant piñon species (and *J. scopulorum*) in relation to seasonal precipitation patterns. Scattered areas of *J. scopulorum* that overlap with *Pinus edulis* and *P. monophylla* in eastern Nevada, south-central Utah, northern Arizona, and central New Mexico are not shown to improve clarity. Distribution of *Pinus quadrifolia* Parl. ex Sudw. is not shown. Monsoon Index represents July to September precipitation as a percentage of annual total (calculated from 800-m PRISM data) and highlights a pronounced northwest to southeast moisture seasonality gradient from winter to summer moisture dominance.

Mountains west of the Continental Divide; and *P. edulis* and *J. monosperma* characterize the summer monsoon regions of New Mexico, east–central Arizona, and the southern Rockies, east of the Continental Divide. *Juniperus scopulorum* Sarg. is common at higher elevations on much of the Colorado Plateau and in the southern Rockies, and *Juniperus deppeana* Steud. becomes dominant in areas of southern New Mexico and Arizona where warmer temperatures and stronger monsoonal patterns prevail. In the western and northern regions, where precipitation is winter-dominated, the trees are typically associated with a major shrub component, notably big sagebrush (*Artemisia tridentata* Nutt.) and other *Artemisia* L. spp., *Purshia tridentata* (Pursh) DC., *Chrysothamnus* Nutt.

spp., *Ericameria* Nutt. spp., and *Cercocarpus* Kunth spp. Perennial tussock grasses may also be common associates, e.g., *Festuca idahoensis* Elmer, *Pseudoroegneria spicata* (Pursh) A. Löve, *Achnatherum* P. Beauv. spp., *Poa secunda* J. Presl, and *Poa fendleriana* (Steud.) Vasey. In eastern and southern regions, where the precipitation pattern is summer-dominated, piñon and juniper woodlands often support an understory of warm-season grasses, e.g., *Bouteloua gracilis* (Willd. ex Kunth) Lag. ex Griffiths, *Bouteloua curtipendula* (Michx.) Torr., *Bouteloua hirsuta* Lag., *Bouteloua eriopoda* (Torr.) Torr., *Muhlenbergia pauciflora* Buckley, and *Muhlenbergia setifolia* Vasey, and woodlands may occur as patches within a grassland matrix. A diverse and highly variable mix of montane shrubs

and chaparral species (e.g., *Quercus gambelii* Nutt., *Quercus pauciloba* Rydb. [Pro sp.], and other *Quercus* L. spp.; *Cercocarpus montanus* Raf.; *Amelanchier utahensis* Koehne; and *P. tridentata*) is an important component of piñon–juniper vegetation at higher elevations, notably in the southern Rockies and Colorado Plateau.

### Three General Kinds of Piñon–Juniper Vegetation

We identify three fundamentally different kinds of piñon–juniper vegetation, based primarily on canopy structure, understory characteristics, and historical disturbance regimes. The three kinds—persistent piñon–juniper woodlands, piñon–juniper savannas, and wooded shrublands—are summarized in Table 1, and their general structure and distribution in relation to precipitation gradients is depicted in Figure 2. There is great diversity within each of these general types with respect to species composition and stand structure, but this classification represents much of the variability in piñon–juniper vegetation across the western United States. Research is underway to link these vegetation types to specific environmental characteristics that would allow for reliable prediction and mapping across large landscapes and regions, but at present, we can identify only some very general environmental correlates. Because historical stand structures, disturbance regimes, and landscape dynamics were significantly different among these three basic types of piñon–juniper vegetation, we are careful to distinguish among the types in sections II and III below.

### Potential Fire Behavior

In all three kinds of piñon–juniper vegetation (Table 1), there are important interactions among canopy fuel structure, understory fuel structure, and fire weather conditions (Fig. 3). Continuity of canopy aerial fuels (the horizontal axis in Fig. 3) is key in determining crown fire behavior, especially in woodlands where understory shrubs are relatively sparse. Canopy fuel continuity is influenced most directly by total tree stem density, crown width, and crown fullness and continuity between individuals (often related to tree age and total stand age). Understory vegetation is relatively lacking in very dense woodlands, creating empty cells in Figure 3; however, in other woodlands, the understory may provide continuity among tree stems and ladder fuels under trees, especially where tall shrubs are present. Where *Artemisia tridentata* or a similar large shrub is a dominant shrub species, the shrub stratum is likely more important than the trees in carrying fire, especially if the trees are widely spaced. Also fundamental to fire behavior is total surface-fuel loading (the vertical axis in Fig. 3), influenced most directly by total biomass of small trees that provide litter fall, but most importantly by shrubs and other understory vegetation as well. Piñon and juniper are able to become established and persist in very dry sites with widely spaced trees and a range of understory conditions. These often-complex arrangements of overstory and understory factors form a matrix of likely fire behavior, which would vary between modal (e.g., 80th percentile) and extreme (e.g., 95th percentile) fire weather conditions across all three piñon–juniper types (Fig. 3). This, in turn, affects residual structure, composition, and function over time.



**Figure 2.** A general framework for the distribution of three broad types of western piñon and juniper woodlands (persistent woodland, savanna, and wooded shrubland; Table 1). These types are commonly situated in relation to the gradients of soil moisture that is available for trees and the regional seasonality of precipitation. However, at any local site, conditions such as substrate, landscape position, and disturbance regimes may support any of the three types, even where one type is generally more prevalent at the regional scale.

Actual fire weather is critical in most combinations of tree, shrub, and understory cover types (Fig. 3); weather conditions determine the amount of tree mortality and the dynamics of fire spread, both within a stand and across a landscape in all three types of piñon–juniper vegetation. However, stands with scattered trees among sparse understories of low shrubs and herbs almost always exhibit limited fire activity, given the general lack of fuel, and the trees growing in such a stand are relatively protected from fire. Conversely, dense woodland conditions become highly flammable with time (i.e., fuel accumulation over decades or centuries) regardless of fine fuel conditions; the probability of ignition and duration of the fire season define the actual fire return intervals for these ecosystems in which fire is typically stand-replacing. It is also important to distinguish between passive crown fires (torching of individual trees) versus active crown fires (running through the crowns of most trees); the probability of passive or active crown fire is related to overstory and understory fuel arrangements as well as extreme versus modal fire weather in all three piñon–juniper types (Fig. 3). If overstory and understory densities are relatively low, as in many very dry or rocky sites, even under the most extreme weather conditions there simply may not be enough fuel for either active or passive crown fires to occur; the fire may simply go out before traveling through a stand.

## II. WHAT WE KNOW ABOUT PIÑON–JUNIPER ECOSYSTEMS

### Statement 1: Spreading, Low-Intensity, Surface Fires
*Spreading, low-intensity, surface fires had a very limited role in molding stand structure and dynamics of many or most piñon*

SSV_13369

**Table 1.** Three general types of piñon and juniper vegetation. A field key to the three types is provided in Romme et al. (2007). Broad-scale structural and climatic patterns are depicted in Figure 2.

| Vegetation type and characteristics | Description |
|---|---|
| **Persistent piñon–juniper woodlands** | |
| Canopy | Ranging from sparse stands of scattered, small trees growing on poor substrates to relatively dense stands of large trees on more productive sites. The canopy may be dominated by either piñon or juniper or both and may include any of the species depicted in Figures 1a and 1b. |
| Understory | Variable cover of shrubs, subshrubs, forbs, and grasses, but often sparse, with extensive areas of litter (beneath canopies) and bare soil or rock (intercanopy). |
| Site conditions | Associated with a wide variety of substrates and topographic settings but most commonly found on rugged uplands with shallow, coarse-textured, and often rocky soils that support relatively sparse herbaceous cover; site conditions (soils and climate) and disturbance regimes (notably infrequent fire) are inherently favorable for tree growth. |
| Regional distribution | Found in appropriate upland locations throughout the West. Persistent woodlands appear to be especially prevalent on portions of the Colorado Plateau, where precipitation is bimodal, with small peaks in winter and summer. |
| **Piñon–juniper savannas** | |
| Canopy | Low to moderate density and cover of piñon or juniper or both; the most common dominants are *P. edulis*, *J. monosperma*, and *J. deppeana*. |
| Understory | Well-developed and nearly continuous grass (with forb) cover; shrubs may be present but are usually only a minor component. |
| Site conditions | Typically found on moderately deep, coarse to fine-textured soils in gentle upland and transitional valley settings or where local conditions are inherently favorable for grasses. |
| Regional distribution | Especially prevalent in basins and foothills of New Mexico and Arizona, where a large proportion of annual precipitation comes during the growing season. |
| **Wooded shrublands** | |
| Canopy | Variable tree component that may range from very sparse to relatively dense and may include any of the piñon and juniper species depicted in Figures 1a and 1b; however, *J. monosperma* and *J. deppeana* are more commonly associated with persistent woodlands and savannas. |
| Understory | Well-developed shrub stratum with variable grass–forb cover and composition; shrubs constitute the underlying biotic community in these ecosystems. |
| Site conditions | Associated with a wide variety of substrates and topographic settings, including shallow, rocky soils on mountain slopes to deep soils of intermontane valleys; site conditions are inherently favorable for shrub growth; thus, the tree component naturally waxes and wanes over time in response to a variety of climatic and disturbance factors ("areas of potential expansion and contraction" in Romme et al. 2007). |
| Regional distribution | Especially prevalent in the Great Basin, where the precipitation pattern is winter dominated and *A. tridentata* is a dominant shrub species; however, wooded shrublands can be found throughout the West, where local substrates favor shrub dominance. |

and juniper woodlands in the historical landscape. *Historical fires generally did not thin from below, i.e., they did not kill predominantly small trees. Instead, the dominant fire effect was to kill most or all trees and to top-kill most or all shrubs within the burned area, regardless of tree or shrub size. This statement is also true of most ecologically significant fires today.*

**Applicability and Confidence.** This statement is well supported by empirical research in persistent woodlands and wooded shrublands, and we state it with high confidence for these types (persistent woodlands and wooded shrublands). Pre-1900 disturbance regimes in piñon–juniper savannas are not well understood; consequently, we have only low or moderate confidence that this applies to savannas.

**Explanation.** Spreading, low-intensity, surface fires (as opposed to stand-replacing fires) have been observed only

rarely in piñon–juniper vegetation during the recent period since Euro-American settlement (Baker and Shinneman 2004). Apparently, such fire behavior was also rare in persistent woodlands and wooded shrublands before Euro-American settlement. Definitive fire-history evidence of a spreading, low-intensity, surface fire would include cross-dated fire scars at two or more locations along with intervening age-structure evidence that trees generally survived the fire (Baker and Shinneman 2004). However, few places provide such evidence. On the contrary, fire scars are conspicuously absent or rare in most piñon–juniper stands (Baker and Shinneman 2004; but see Burkhardt and Tisdale 1976; Wilkinson 1997; Brown et al. 2001; and Camp et al. 2006 for examples of studies where some fire scars were found).

Even when one finds fire-scarred trees, that evidence, by itself, does not necessarily confirm a history of low-severity,



**Figure 3.** Probable fire behavior following a single ignition event in piñon and juniper vegetation with respect to variability in tree density (horizontal axis) and understory fuel characteristics (vertical axis). Split cells reflect variable fire behavior, spread dynamics, and tree mortality under modal (80th percentile fire weather) in the unshaded upper left vs. extreme (95th percentile) fire weather conditions in the shaded lower right.

spreading fire in piñon–juniper woodlands. For example, at the upper ecotone between piñon–juniper and ponderosa pine (*Pinus ponderosa* Douglas ex Lawson & C. Lawson) forest, at a site in northern New Mexico, two studies dated fire scars on ponderosa pine trees and documented 10–13 spreading fires during ca. 250 yr (Allen 1989, Morino et al. 1998). Evidence on tree survival among the fire-scarred trees was not collected, however, so it is not clear whether the fire actually burned the entire area or spread primarily through ponderosa pine stringers and around the islands of piñon–juniper that may have lacked sufficient fine fuels to support low-intensity, surface fires. Fire scars were also found on piñon trees at the ecotone between an open ponderosa pine forest and a piñon–juniper woodland in south–central New Mexico (Muldavin et al. 2003); again, however, tree-age data were not sufficient to confidently reconstruct the spatial patterns of fire spread within the piñon–juniper woodland. Huffman et al. (2008) recently sampled fire scars and ages of all tree species throughout two study sites located at ecotones between

piñon–juniper and ponderosa pine forests in northern Arizona and New Mexico; they concluded that the historical fires documented in the ponderosa pine forests generally did not spread through the adjacent piñon–juniper portions of the study areas.

A major reason why low-severity fires apparently are unimportant in most piñon and juniper vegetation is that the fuel structure, especially in persistent woodlands and in wooded shrublands, is not typically conducive to a spreading, low-severity fire that would spread via fine fuels without killing the dominant trees or shrubs. Fine fuels are usually discontinuous (Floyd et al. 2000, Baker and Shinneman 2004), and the major fuel components are the crowns of live shrubs and trees, which, if ignited, tend to burn completely with considerable heat release (Baker 2006; R. Tausch, personal observations). Thus, fires typically kill all of the trees and top-kill all the shrubs and herbs within the areas that burn; usually, the only surviving plants are those in patches that do not burn.

Logically, it would seem that the fuel structure of piñon and juniper savannas could support spreading, low-severity fire because of the grass component and that the climate in regions having extensive savanna could be conducive to widespread fire during dry seasons. This idea is depicted in Figure 3 as a possible exception to our statement that low-severity fires are generally unimportant in piñon and juniper vegetation. However, rigorous empirical information on historical disturbance regimes in these ecosystems is lacking. Consequently, we were unable to develop any confident statements about the frequency or importance of fire, insect, disease, or climatic variability in the dynamics of piñon and juniper savannas in the historical landscape. As emphasized in the section on research priorities in Romme et al. (2008), obtaining this information should be a high priority for researchers.

A major problem in assessing the historical role (or lack of a role) of low-severity, surface fires in piñon and juniper woodlands is that we do not know how often the trees scar when surface fires burn in their vicinity (Romme et al. 2008). Nevertheless, available evidence indicates that low-severity fires were generally absent in most piñon and juniper woodlands, and if they did occur, they were likely patchy and of small extent (Baker and Shinneman 2004).

In contrast to the lack of evidence for spreading, low-severity fires, there is abundant evidence that fires in piñon and juniper woodlands, since Euro-American settlement, have been predominantly high-severity fires, commonly killing all the trees and top-killing the shrubs and herbs within the fire perimeter but often leaving some unburned islands of woodland (Baker and Shinneman 2004). Fire-history studies and historical evidence also document high-severity fires in multiple locations around the West during the pre–Euro-American era (Eisenhart 2004; Floyd et al. 2004, 2008; Bauer 2006; Shinneman and Baker 2009). Limited evidence suggests that fires could, occasionally, have been variable in severity, resulting in some low-severity areas on the margins of large, high-severity fires, or in small islands not burned at high severity (Baker and Shinneman 2004). Nevertheless, high-severity fire was likely the dominant type of fire in these woodlands in both historical and modern eras.

Two major reasons why fires tend to burn with high severity in piñon and juniper vegetation are 1) the usual fuel structure, as explained above; and 2) that almost all piñons and junipers are relatively intolerant to fire because of their thin barks and typically low crowns. Unlike ponderosa pine, which self-prunes lower branches and develops thick bark with age, piñons and most juniper species are usually killed by fire, even when mature. We note, however, that older piñons can have bark > 2 cm thick, and it is unknown how these trees may have responded to historical, surface fires, if they occurred. Mature *J. deppeana* trees can also survive fire, and they commonly resprout if top-killed by fire.

The extent and spatial pattern of high-severity fire varies in time and space from very small (< 0.1 ha) and fine grained to very large and coarse grained (hundreds to thousands of hectares) as a function of fuel structure and fire weather (Fig. 3). Although we know that high-severity fires occurred in the past, we have little specific data on fire sizes and spatial patterns during the pre–Euro-American period (but see Floyd et al. 2004, 2008; Huffman et al. 2008). Nevertheless, the dominant effect observed in recent fires in piñon–juniper vegetation has been complete or nearly complete tree mortality throughout the area burned, and the effect was likely similar in historical fires.

## Statement 2: Disturbances Other Than Fire

*In many piñon and juniper woodlands, stand dynamics are driven more by climatic fluctuation, insects, and disease than by fire. Although increases in piñon and juniper density have received much attention in many areas (see statement 5 below), loss of piñon and juniper (especially from marginal sites) has also occurred recently and in the past. For example, a widespread and severe piñon mortality event occurred in 2002–2004 in the Four Corners region (Colorado, Arizona, New Mexico, and Utah) as a result of drought, high temperatures, and bark beetle outbreaks.*

**Applicability and Confidence.** This statement is well supported by empirical research in persistent woodlands, and we state it with high confidence for this type (persistent woodlands). The historical role of climatic fluctuation, insects, and disease is less well known for wooded shrublands and is almost unknown for savannas; consequently, we make this statement with moderate and low confidence, respectively, for these two types (wooded shrublands and savannas).

**Explanation.** Scientists and managers have traditionally placed greater emphasis on wildfire as a shaper of piñon and juniper ecosystems than on other types of natural disturbance. Increasingly, however, there is awareness that the dynamics in many piñon and juniper woodlands are driven more by drought stress and its accompanying suite of diseases, insects, and parasites than by fire. Indeed, studies of old piñon and juniper woodlands often reveal an accumulation of coarse wood in the understory from trees that were killed by agents other than fire and have persisted because of the absence of fire (Betancourt et al. 1993; Waichler et al. 2001; Floyd et al. 2003; Eisenhart 2004).

Chronic, low-level tree mortality results from local insect and disease processes, e.g., native black stain root disease (*Leptographium wageneri* [W.B. Kendr.] M.J. Wingf.) on *P. edulis* in southwestern Colorado (Kearns and Jacobi 2005). Stand dynamics are also punctuated more dramatically by episodic mortality or by recruitment events that occur in response to extreme weather patterns and insect outbreaks (Betancourt et al. 1993; Swetnam and Betancourt 1998; Knapp and Soulé 1999; Soulé and Knapp 2007). For example, substantial *P. edulis* mortality occurred in many parts of New Mexico during the severe, regional drought of the 1950s (Swetnam et al. 1999). More recently, drought and high temperatures in 2002–2004 caused high mortality of *P. edulis* throughout the Four Corners region (Breshears et al. 2005; Shaw et al. 2005; Greenwood and Weisberg 2008) and shifted canopy dominance of some stands from piñon to juniper (Mueller et al. 2005). Mortality data from this recent drought event indicate that trees of cone-bearing age were more likely to die (Mueller et al. 2005; Selby 2005; C. D. Allen, unpublished data, 2008; M. L. Floyd, unpublished data, 2008), which will likely influence the trajectory of recovery for decades. (We note, however, that abundant

piñon reproduction is now present in at least some affected stands; B. Jacobs, unpublished data, 2008).

Climatic reconstructions based on tree rings from throughout the West demonstrate that the recent Four Corners drought is not unprecedented and that droughts of similar or greater magnitude have occurred many times in the past (Betancourt et al. 1993; Ni et al. 2002; Gray et al. 2003). For example, widespread tree mortality during a very severe megadrought in the late 1500s may explain the rarity of piñon older than 400 yr in the Southwest (Swetnam and Brown 1992; Betancourt et al. 1993; Swetnam and Betancourt 1998). Studies in the Southwest also demonstrate that recovery from drought may occur as a pulse of tree establishment and recruitment during the first wet period that follows the drought (Swetnam et al. 1999; Gray et al. 2006; Shinneman and Baker 2009). In some areas, in fact, recovery since the late 1500s megadrought may be responsible for recent and ongoing increases in tree density (see section III below).

Although recent woodland expansion has received much attention (see statement 5), contraction of woodlands has also been documented. For example, some of the 20th century expansion of woodland trees into sagebrush on the Uncompahgre Plateau in western Colorado appears now to be undergoing reversal as young trees have died in recent droughts (K. Eisenhart, unpublished data, 2008). Thus, for thousands of years, tree expansion and contraction may have been a normal part of climatically driven fluctuations in woodland densities, perhaps especially at the ecotones with sagebrush, grasslands, and other nonwoodland vegetation. Savannas and wooded shrublands, in particular, are probably dominated by trees during periods of moist climatic conditions or infrequent fires, but by grasses or shrubs during droughts or periods with more frequent fires or insect outbreaks. It follows that the recently observed woodland infill and expansion may be reversed by future contractions of woodland in at least some areas.

### Statement 3: Fire Intervals and Rotations

*Historical fire rotations (i.e., the time required for the cumulative area burned to equal the size of the entire area of interest) and fire intervals, at the stand level, varied from place to place in piñon and juniper woodlands but, in many places, were very long (generally measured in centuries). Indeed, some piñon and juniper woodlands have been stable for hundreds of years without fire, other than isolated lightning ignitions that burned only single trees or small patches and produced no significant changes in stand structure. Many piñon and juniper woodlands today show no evidence of past widespread fire, although they may have burned extensively in the very remote past (many hundreds or thousands of years ago).*

**Applicability and Confidence.** This statement is well supported by empirical research in persistent woodlands, and we state it with high confidence for this type (persistent woodlands). We have little quantitative information on fire history in wooded shrublands and consequently we have only moderate confidence in this statement for this type (wooded shrublands). Fire intervals may have been substantially shorter in piñon–juniper savannas than in the other two types (persistent woodlands and wooded shrublands), but we have almost no empirical data on

pre-1900 fire regimes in savannas and therefore we have low confidence in our statements about this type (savannas).

**Explanation.** Only a few rigorous estimates of historical fire rotation for piñon–juniper woodlands have been made on the basis of adequate empirical data, but these studies all report very long rotations. Examples include 410 yr or 427 yr (depending on the method of calculation) in Barrett Canyon of central Nevada (Bauer 2006), 480 yr in southern California (Wangler and Minnich 1996), 400–600+ yr on the Uncompahgre Plateau in western Colorado (Shinneman and Baker 2009), and 400+ yr on Mesa Verde in southwestern Colorado and on the Kaiparowits Plateau of southern Utah (Floyd et al. 2004, 2008). Huffman et al. (2008) estimated shorter rotations of 340 yr and 290 yr at two sites in northern Arizona and New Mexico, respectively, but these sites represented ecotones between piñon–juniper woodlands and ponderosa pine forests. Note that *fire rotation* is a different concept and metric than *mean composite fire interval*. Because the latter metric may be influenced strongly by sampling intensity and scale (Hardy 2005; Reed 2006), we emphasize here the fire rotation concept, which is roughly equivalent to the average fire interval at a small point on the ground. We emphasize that historical fire rotations and point intervals were much longer than is often assumed for piñon or juniper vegetation in general (e.g., Schmidt et al. 2002). We also note that modern fire intervals may be getting shorter, as explained in statement 4 below.

Consistent with the idea of very long fire rotations, many persistent woodlands exhibit little to no evidence that they ever sustained widespread fires during the period that the trees in the stand were alive. Living trees in these stands are typically very old (300–1 000 yr) and exhibit multiaged structure, often reflecting episodic tree recruitment events (see, e.g., Waichler et al. 2001; Floyd et al. 2003, 2004, 2008; Eisenhart 2004; Shinneman and Baker 2009). It is difficult to accurately gauge the time since the last major disturbance from living trees alone in such stands because they typically contain even older logs or snags that overlap the time spans of the living trees (i.e., they were not killed in a past stand-opening event). Charred snags and logs are either absent or extremely sparse. There may be individual charred boles or small patches of charred boles, which apparently represent lightning ignitions in the past that failed to spread, but no extensive or continuous evidence of past fire.

Ancient, persistent woodlands are often located on rocky or unproductive sites with widely scattered trees, where understories are mainly bare ground with sparse vegetative cover. However, they also include some higher-density woodlands growing on more productive sites (see, e.g., Floyd et al. 2004, 2008), and they may cover extremely large portions of some areas, such as the mesas, plateaus, and bajadas in southern Utah, western Colorado, northern Arizona, and northwestern New Mexico. Examples of locations where tree-ring data document old trees and a lack of widespread fire include pumice–sandy soils in central Oregon (Waichler et al. 2001); near the northeastern edge of the Uinta Range in Utah (Gray et al. 2006); the Tavaputs Plateau and several of the bajada communities on the fringes of the southern Utah mountain ranges (E. K. Heyerdahl, P. M. Brown, and S. T. Kitchen, unpublished data, 2009); the Kaiparowits Plateau in Utah

(Floyd et al. 2008); Mesa Verde, the Uncompahgre Plateau, and Black Canyon of the Gunnison in western Colorado (Eisenhart 2004; Floyd et al. 2004; Shinneman and Baker 2009); and the margins of the Chihuahuan Desert in central and southern New Mexico (Swetnam and Betancourt 1998; Muldavin et al. 2003; E. Muldavin, C. Baisan, T. W. Swetnam, L. DeLay, and K. Morino, unpublished data, 2008; T. W. Swetnam and J. L. Betancourt, unpublished data, 2008). Persistent woodlands are especially prevalent in portions of the Colorado Plateau and Great Basin. They also probably occur throughout the range of piñon and juniper vegetation, although they may be less common in regions having monsoon-dominated precipitation patterns, such as southern New Mexico (Fuchs 2002; E. C. Fuchs, personal communication, March 2007).

### Statement 4: Recent and Historic Stand-Replacing Fires

*Recent, large, severe (stand-replacing) fires in piñon and juniper woodlands are, for the most part, similar to fires that occurred historically.*

**Applicability and Confidence.** This statement is best supported by empirical research in persistent woodlands, where some large, severe, pre-1900 fires have been documented. However, it is unclear whether the very large size of some recent, stand-replacing fires is exceptional (because of changing climate or fuels conditions) or represents a kind of infrequent, but nevertheless natural, event in this vegetation type (persistent woodlands). Consequently, we make this statement with moderate confidence for persistent woodlands. Historical fire size and severity are less well documented for wooded shrublands and very poorly documented for savannas; consequently, we make this statement with low confidence for these two types (wooded shrublands and savannas).

**Explanation.** An upsurge of large fires (> 400 ha) in forested landscapes throughout much of the western United States began in the mid-1980s (Westerling et al. 2006). Increasing trends in large fire frequency and total area burned are particularly noticeable in some regions having extensive piñon–juniper woodlands (e.g., the Southwest and the northern Great Basin). For example, a greater proportion of the piñon–juniper woodland on Mesa Verde, Colorado, burned in the decade between 1995 and 2005 than had burned throughout the previous 200 yr (Floyd et al. 2004).

We know that large, severe fires occurred in piñon–juniper woodlands in the past, although we have little information on extents or spatial patterns of those fires. Truncated age structures of live piñon trees and abundant, charred juniper snags document the occurrence of large fires (at least hundreds of hectares in extent) in the 1700s on Mesa Verde in western Colorado and in the 1700s or 1800s on the Kaiparowits Plateau of southern Utah (Floyd et al. 2004, 2008). In south-central New Mexico, an extensive shrubland patch embedded within otherwise continuous piñon–juniper woodlands of the Oscura Mountains is suggestive of a high-severity fire in the 1800s, although the tree-ring studies needed to confirm this hypothesis have not yet been conducted (Muldavin et al. 2003). Thus, it follows that the recent occurrence of high-severity fires in piñon and juniper woodlands is not unprecedented; however,

we have inadequate historical information with which to confidently evaluate how the frequency and extent of recent high-severity fires in this vegetation type compare with historical fire events.

Changes in fuel structure have probably contributed to the recent increase in large fires in some parts of the West. For example, fire exclusion in some ponderosa pine and dry, mixed-conifer forests has allowed fuel mass and vertical continuity to increase (Allen et al. 2002; Hessburg and Agee 2003), although recovery from 19th-century fires, logging, and livestock grazing, rather than fire exclusion, are likely the principal mechanisms of this change in other ponderosa pine forests (Baker et al. 2007). Invasion by highly flammable annual grasses (e.g., cheatgrass, *Bromus tectorum* L.) has increased horizontal fuel continuity and likelihood of extensive fire spread in many semiarid vegetation types, including piñon–juniper woodlands and shrublands of the Great Basin and Colorado Plateau (Whisenant 1990; Knapp 1996).

However, frequency of large fires also has increased in other forest types, where changes in fuel conditions are probably far less important, e.g., in high-elevation forests of the northern Rocky Mountains (Schoennagel et al. 2004), leading Westerling et al. (2006) to suggest that an equal or more important mechanism may involve the warmer temperatures, longer fire seasons, and high amplitude of wet/dry years in recent decades. A trend of lower frequency and later onset of midlatitude summer cyclones (which bring cool or moist conditions to interior North America) may also contribute to the recent upsurge in large fires (Knapp and Soulé 2007). A similar increase in the frequency of large fires has also been documented in portions of Canada, where changes in forest conditions due to land use are minimal, again suggesting a primarily climatic mechanism (Gillet et al. 2004; Girardin 2007). It should be noted that although increases in numbers of large fires and area burned are striking in some regions and in broad composite data from the western United States and Canada, some subregions show little or no clear evidence of major changes in fire activity in recent decades (Westerling et al. 2006).

Given the very long fire rotations that naturally characterize piñon and juniper woodlands, especially persistent woodlands (see statement 3), we cannot yet determine whether the recent increase in frequency of large fires occurring in this vegetation type represents genuine directional change related to changing climate or fuel conditions or is simply a temporary episode of increased fire activity, comparable to similar episodes in the past. In any event, the suite of current and upcoming broad-scale environmental changes—warming temperatures, increasing tree densities in some areas (see statement 5), and expansion of fire-promoting species, such as cheatgrass—may all interact to dramatically increase the amount of burning in piñon–juniper and other vegetation types over the next century.

### Statement 5: Tree Density and Canopy Cover

*Tree density and canopy coverage have increased substantially during the past 150 yr in many piñon and juniper woodlands but have not changed or have declined in others. Former grasslands and shrublands in some regions have also been converted to savanna or woodland as trees have expanded into*

previously nonwoodland sites, but expansion has been less common or nearly lacking in other regions.

**Applicability and Confidence.** This statement is well supported by photographic evidence and age-structure data from many different locations across the West, where an increase or a decrease or no change is apparent in persistent woodlands, wooded shrublands, and savannas. Consequently, we state it with high confidence for all three types of piñon and juniper vegetation.

**Explanation.** Infill of previously existing piñon and juniper woodlands and expansion of piñon and juniper into former grasslands and shrublands during the past 150 yr have been well documented in many parts of the western United States (examples below). However, the pattern of infill and expansion is not uniform throughout the region. For example, a comparison of aerial photographs from 1937, 1965–1967, and 1994 on the Uncompahgre Plateau in western Colorado revealed minimal net change in density or extent of piñon–juniper woodlands (Manier et al. 2005). Sallach (1986) documented increasing tree densities in many locations in New Mexico but also declines in the abundance of piñon and juniper in other places; similarly, B. Bestelmeyer (unpublished data, 2008) recorded both local density increases and decreases (from tree harvest) since the 1930s in a central New Mexico study area. Therefore, one cannot necessarily assume that piñon and juniper are increasing in density in any particular portion of their range without local data.

Infill and expansion have occurred over extensive portions of the Great Basin. For example, tree age structures in old persistent woodlands of central Nevada show dramatic increases in establishment of new trees beginning in ca. 1880 (Bauer 2006). On tablelands of southeast Oregon and southwest Idaho, where low sagebrush (*Artemisia arbuscula* Nutt.) is the predominant woody layer, but scattered *J. occidentalis* trees are also present, sampling of live and dead trees revealed a gradual increase in tree densities since the late 1800s in many areas (Johnson and Miller 2006). In some places, however, the magnitude of infill has been relatively small. For example, in central Oregon, just east of the Cascade Mountains, >67% of the trees >1 m in height became established before 1870, and most individuals <1 m in height were growing slowly with very narrow rings—demonstrating that small trees actually may be relatively old, especially on sites with poor growing conditions (Waichler et al. 2001). In a dense, old, persistent woodland occupying >1000 ha in southeast Oregon, infill is occurring in the outer edges of the stand, but little infill has occurred in much of the main core where understory trees of 0.5 m and 1.0 m in height are 100–250 yr old (R. F. Miller, unpublished data, 2008).

Impressive infill and expansion of trees has also occurred in wooded shrublands and sagebrush–grasslands of the Great Basin, where woodland area may have increased by an order of magnitude since the mid-19th century (Miller and Tausch 2001). For example, in stand reconstructions across an extensive area in northwest Utah, central Nevada, southwest Idaho, and southeast Oregon, extant and dead trees dating to the period before 1860 were found in only 16–67% of current woodland stands, suggesting that the current area occupied by trees has increased 150–625% since 1860 (Miller et al. 2008).

In that study, old trees (>140 yr) were usually scattered in low densities across the landscape with no evidence that pre-1860 stands were as dense as many stands today. In another study, old trees (>140 yr) accounted for <10% (usually <2%) of the individuals that were >30 cm in height (Johnson and Miller 2007). Similarly, Gedney et al. (1999) compared US Forest Service surveys conducted in 1938 and 1988 across eastern Oregon and reported a 600% increase in area occupied by *J. occidentalis*. Rates of increase in tree cover are very fast in some areas, e.g., ca. 10% · decade$^{-1}$ (Weisberg et al. 2007) or even a doubling every 30 yr (Soulé et al. 2004). Bauer (2006) observed a sharp increase in the rate of tree establishment beginning in ca. 1880, when the stem-density doubling interval decreased from 85 yr to 45 yr. Expansion of trees into former shrublands is occurring extensively on more productive, mesic sites, along with infill of old woodlands on less-productive, drier sites (Weisberg et al. 2007). However, there is geographic variability in the initiation and rate of increase in density: for example, across six woodland stands in the northern portion of the Great Basin, tree age structures revealed a gradual shift from substantial increases in piñon and junipers through the middle 20th century to relatively limited establishment at the end of the century (Miller et al. 2008).

Moving to the Colorado Plateau, age reconstructions in northern Arizona document infill of persistent woodlands on three common soil types (Landis and Bailey 2005). Infill of persistent woodlands and wooded shrublands and expansion of piñon and juniper into shrublands is also occurring locally on portions of the Uncompahgre Plateau and Mesa Verde in southwestern Colorado (Eisenhart 2004; Floyd et al. 2004; Shinneman and Baker 2009). Most of the infill on the Uncompahgre Plateau is by *P. edulis* (Shinneman and Baker 2009). Despite the local occurrence of infill and expansion in this region, net change in tree density and coverage at a broad landscape level has been minimal (Manier et al. 2005). Further evidence that the actual change in vegetation structure in this region has been relatively minor overall comes from photographs of Mesa Verde taken in the late 1800s (e.g., Chapin 1892), which show dense woodlands similar in appearance to those of today, and descriptions of dense tree cover in written reports from the early 20th century—e.g., Cary (1911):

A very dense growth of pinyon covers the Mesa Verde and practically all the broken country from Montezuma County north to Mesa County. A heavy and continuous belt is found on the lowest flanks of all the mountains from the San Juans north to the Book Cliffs…. (p. 216)

Extensive infill of former savannas and expansion of trees (especially *J. monosperma*) into former grasslands are well documented in New Mexico and Arizona by oral and written accounts (Leopold 1924, 1951), by aerial and ground-based repeat photography (e.g., Sallach 1986; Miller 1999; Fuchs 2002), and by tree age structure analyses (Jacobs et al. 2008). For example, a comparison of aerial photos of a southwestern New Mexico study area revealed that former grasslands and juniper savannas had been largely replaced by relatively dense stands of *J. deppeana*, such that forests and woodlands having >40% tree canopy cover comprised <50% of the

landscape in 1935 but had risen to > 80% by 1991 (Miller 1999).

An important management question is whether any particular woodland on the landscape today has long been occupied by trees—either as persistent woodland or savanna or wooded shrubland—or represents a former grassland or shrubland that has been converted to woodland via tree expansion during the past 150 yr. A variety of methods is available for answering this question, although each method has inherent limitations. Aerial-based and ground-based repeat photography is a powerful tool if available, but we lack historic photo coverage for much of the West. Visual and rephotographic sources also have limited ability to distinguish among changes in tree density, tree size, and canopy cover. For instance, resampling of permanent plots showed that a visually apparent increase in tree cover did not represent a substantial density increase, but primarily reflected enlarging of tree canopies as trees age (Ffolliott and Gottfried 2002). Age structure analysis based on tree rings also provides powerful insights into stand history, although this method is expensive and time-intensive. An age structure composed entirely of young trees, coupled with an absence of large dead boles, stumps, or other evidence of past disturbance by fire or wood harvest, indicates that a site was not wooded for at least a few centuries before the establishment of the extant trees (Jacobs et al. 2008).

Data from both photos and tree rings are limited to only the past one to several centuries because of the availability of the technology and the gradual loss of older trees over time (the "fading record"; Swetnam et al. 1999). A longer-term view of vegetation change over centuries or millennia can be obtained from pack rat (*Neotoma* spp. Say and Ord, 1825) middens, which often contain plant materials collected and preserved through millennia. It must be recognized, however, that midden data indicate only the presence or absence of plant species; they do not tell us much about abundance (Lyford et al. 2004). Moreover, pack rats tend to collect vegetation in the rocky areas around their nests, so middens may not reflect changes occurring in areas far away from the rocks where some of the most dramatic recent tree expansion appears in photographic comparisons (Swetnam et al. 1999). One of the strongest forms of evidence that a local area was persistently occupied by grassland, shrub-grassland, or low-density savanna in the past is the presence of a mollic epipedon, which typically develops where grasses are a dominant vegetation component over long periods. However, in some areas the upper soil horizons have been entirely lost through previous erosion (sometimes as a consequence of poor grazing practices), thus complicating accurate soils interpretations (Romme et al. 2008).

A novel indicator of former sagebrush communities is the presence of sage-grouse (*Centrocercus urophasianus* Bonaparte, 1827) leks. Some areas of current woodland are documented to have supported sage-grouse populations in the late 1800s and early 1900s. Sage-grouse hens renest in the same general sagebrush-dominated areas year after year, and their mature offspring do the same; colonization of new areas is slow (Dunn and Braun 1985; Hanf et al. 1994; Connelly et al. 2004; Schroeder and Robb 2004). Thus, documented past use by sage-grouse in a woodland today is evidence that the woodland has developed within a former sagebrush community.

**Statement 6: Mechanisms for Increasing Density and Expansion**

*The mechanisms underlying increasing tree density in existing piñon and juniper woodlands and the expansion of piñon and juniper into grasslands and shrublands are not well understood in most situations. Possible mechanisms include recovery from past, severe disturbance; natural, ongoing, Holocene range expansion; livestock grazing; fire exclusion; and effects of climatic variability and rising atmospheric $CO_2$. Fire exclusion cannot be the principal mechanism in persistent woodlands because fires were never frequent in these ecosystems, but in general, there is much uncertainty about the ecological processes driving tree-density increases in any particular location. The evidence for and against each of these potential mechanisms is evaluated in section III of this article.*

**Applicability and Confidence.** The major ecological processes that underlie documented increases in tree density probably vary among geographic locations and types of piñon and juniper vegetation and may also have varied during the course of the past 150 yr. Although local ecological history and mechanisms of change have been well documented in some areas, for most locations the relative importance of the potential drivers of increasing tree density is unknown. Rigorous testing of the potential mechanisms discussed in section III of this article should be a high-priority topic for research.

# III: EVALUATING THE MECHANISMS OF INFILL AND EXPANSION

A pattern of increasing tree density in many persistent woodlands, savannas, and wooded shrublands and of tree expansion into many former grasslands and shrublands, is well documented (statement 5 in section II, above). However, the mechanisms driving these changes are unclear. This is an important issue, because infill and expansion are often attributed primarily to effects of fire exclusion; consequently vegetation treatments designed to reduce or eliminate piñons and junipers are often justified in part by the assumption that past and present land uses have produced "unnatural" increases in tree density. Although this assumption is probably correct in some situations, clearly, it is not correct in all. For example, exclusion of low-severity surface fires during the 20th century cannot be the primary reason for infill of persistent woodlands, because low-severity fire was never frequent in these ecosystems, even before Euro-American settlement (statement 1). Furthermore, in many places, we can explain increasing tree density as recovery from severe fire or anthropogenic clearing in the past or as natural range expansion near the biogeographical limits of a tree species. Therefore, we begin this section by reviewing these two "normal" and relatively well-understood mechanisms for increases in local tree density or extent (i.e., recovery from past severe disturbance and natural range expansion).

But what is driving the infill of persistent woodlands, savannas, and wooded shrublands, and expansion of piñon and juniper into former grasslands and shrublands, in the many places across the West, where there is no evidence of earlier

severe fire or clearing and where infill and expansion are occurring near the center of the species' biogeographical distributions? In the sections below, we evaluate the three most cogent explanations that have been offered for these patterns: 1) direct and indirect effects of livestock grazing, 2) fire exclusion, and 3) effects of climatic variability and rising atmospheric $CO_2$. Surprisingly little empirical or experimental evidence is available to support or refute any of these hypotheses; most interpretations are based on logical inference. Consequently, we cannot now come to any firm conclusions about the mechanisms driving infill and expansion of piñon and juniper in many locations. Nevertheless, we review existing evidence and data gaps for each of these three hypotheses, and we stress that this question is a high-priority research topic for piñon–juniper vegetation in general.

### Recovery From Past Severe Disturbance

Although fires are infrequent in most piñon and juniper woodlands, large, severe fires do occur under some weather conditions (Fig. 3), and recovery of the former woodland structure requires many decades to centuries (e.g., Erdman 1970; Floyd et al. 2000, 2004). Evidence of a stand-replacing fire will remain conspicuous for many decades or centuries in the form of charred wood and downed wood. Thus, a stand of young piñons or junipers growing amidst charred juniper snags and other forms of partially burned wood is *not* testimony to undesirable effects of fire exclusion but simply represents recovery from a past high-severity fire.

Similarly, many areas that were chained in the 1950s and 1960s now support dense stands of young piñons or junipers that can give the appearance of expansion into grasslands or shrublands (e.g., Paulson and Baker 2006:143–146); however, closer inspection often reveals windrows of large, dead tree boles that were piled up during the chaining operation, along with stumps and abundant nonnative grasses. Such a stand of young trees does not represent abnormal expansion of trees into nonwoodland habitats but is another example of natural recovery from severe disturbance. Widespread harvest also occurred during the Euro-American settlement era to provide materials for fence posts, firewood, construction materials, and charcoal to support the mining industry, e.g., in the Nevada Great Basin, (Young and Budy 1979) and in territorial New Mexico (Scurlock 1998:128–129). Sallach (1986) interpreted 20th century increases in tree density in many places in New Mexico as recovery of preexisting woodlands following severe human disturbance (wood-cutting and clearing for pasture improvement) rather than infill or invasion of previously sparse woodlands and grasslands. In some portions of the Southwest, woodlands may still be recovering from centuries of deforestation and other land uses by prehistoric and historic Puebloan peoples (Wyckoff 1977; Samuels and Betancourt 1982; Kohler and Matthews 1988; Allen et al. 1998; Allen 2004:64–66; Briggs et al. 2007).

Unfortunately, the extent, intensity, and specific locations of historic and prehistoric fire, harvest, and clearing are not generally well known. Nevertheless, particularly if a burned or cleared stand was a persistent woodland, then local site conditions are inherently favorable for trees, and we should expect trees to reestablish naturally on the disturbed site.

### Natural Range Expansion

The presence of young piñon and juniper trees near the species' current geographical range limits may represent natural, long-term change in biogeographical extent, rather than unnatural expansion into nonwoodland habitats. Studies of subfossil pollen deposits and pack rat middens reveal that many low-elevation conifer species, including junipers, piñons, and ponderosa pine, have been expanding their ranges throughout the Holocene (the past ~12 000 yr) from glacial refugia in the Southwest and in northern Mexico. In response to increasing temperatures and perhaps aided by moist periods, piñons expanded rapidly into the central and northern parts of the western United States at the end of the Pleistocene (Betancourt 1987; Nowak et al. 1994; Swetnam et al. 1999; Wigand and Rhode 2002), whereas junipers may have expanded with increasing temperatures but during drier periods (Lyford et al. 2003).

This natural range expansion continues today. For example, the northernmost *P. edulis* population in eastern Colorado, near Fort Collins, has been present for about 400–500 yr, and piñon continues to increase and expand into adjacent shrub and grassland communities (Betancourt et al. 1991). Similarly, the northernmost outlier of *P. edulis* in northeastern Utah, at Dutch John Mountain, was colonized as recently as the 1200s (Gray et al. 2006). *J. osteosperma* has also been expanding its range in Wyoming and in adjacent sites in Utah and Montana for the past several thousand years, both at a regional scale by moving into new mountain ranges and at local scales by expanding populations where it was already established. In fact, juniper populations in some parts of Wyoming may represent the first generation of trees in these areas (Lyford et al. 2003). In addition to latitudinal range expansions following the Pleistocene, piñons and junipers have moved to higher or lower elevations in response to the climate changes that have occurred during the Holocene; for example, woodlands in the Great Basin have alternately expanded across large areas of the landscape during favorable climatic periods and retreated to smaller refuge areas during less-favorable periods (Miller and Wigand 1994). Thus, some expansions (and contractions) of piñons and junipers represent the species' responses to natural processes, such as climate change, rather than a consequence of land use or other human activities.

Unfortunately, not all of the specific locations where natural biogeographic range expansion is occurring have been mapped. Nevertheless, this mechanism should be considered in local site evaluations, especially where a site is located near the margins of the species' range.

### Direct Effects of Livestock Grazing

Extensive livestock grazing began in the late 1800s in many parts of the western United States (Wooton 1908; Oliphant 1968; Dahms and Geils 1997; Scurlock 1998; Allen et al. 2002; Hessburg and Agee 2003), and extensive infill and expansion of piñon and juniper began at the same time in many areas (e.g., Miller and Rose 1999; Fuchs 2002; Landis and Bailey 2005; C. D. Allen, unpublished data, 2008). The coincidence in time between the onset of grazing and the increasing of tree density suggests a direct cause–effect relationship. Two mechanisms may be involved. First, heavy grazing may reduce herbaceous

competition with tree seedlings and thereby enhance seedling survival. Support for this mechanism comes from the Johnsen (1962) report of markedly better growth of juvenile *J. monosperma* in places where grass had been removed. Second, heavy grazing often leads to an increase in density and cover of shrubs, which may serve as "nurse plants" for tree seedlings (Floyd 1982; Soulé et al. 2004).

However, empirical evidence for or against the grazing mechanism is sparse and mixed. Density of tree seedlings and saplings (mostly *P. edulis*) was nearly three times greater in grazed areas than in ungrazed reference sites on the Uncompahgre Plateau in western Colorado (Shinneman and Baker 2009). In contrast, Harris et al. (2003) reported comparable 20th century increases in density of *P. edulis* and *J. osteosperma* in both grazed and ungrazed areas in a southern Utah study site, and Burkhardt and Tisdale (1976) found no relationship between range condition (reflecting past grazing intensity) and rate of expansion by *J. occidentalis* in southwestern Idaho. A comparison of four minimally grazed sites with nearby heavily grazed sites in central Oregon revealed dramatic increases in canopy cover of *J. occidentalis* between the 1960s and the 1990s in both grazed and ungrazed areas. Although the increase was greater in the grazed sites, the dramatic rate of young tree establishment in long-ungrazed sites led to the conclusion that grazing was not the major driver for tree infill and expansion in the region (Knapp and Soulé 1996; Soulé and Knapp 1999, 2000; Soulé et al. 2003). Observers often note anecdotally that lightly grazed areas appear to contain as many young trees as heavily grazed areas, e.g., in the northern Great Basin (R. F. Miller, personal observation) and in south-central New Mexico (E. H. Fuchs, personal communication, March 2007).

It is well known that grazing effects can be extremely variable across different soil types within the same climatic zone. For example, McAuliffe (2003) noted that grazed soil types with shallow argillic horizons are much more resistant to woody plant encroachment than are sites that promote deeper infiltration, and Burkhardt and Tisdale (1976:481) commented that physical soil characteristics appeared to influence juniper establishment and growth more than vegetational characteristics influenced by grazing. Moreover, the mechanistic relationship between herbaceous competition and tree seedling establishment has received little experimental testing beyond the early Johnsen (1962) study.

Thus, we simply lack adequate empirical or experimental information with which to confidently evaluate the importance (or lack of importance) of the *direct* effects of livestock grazing as a key mechanism driving tree infill and expansion during the past 150 yr. However, the *indirect* effect of livestock grazing may also have been important because sustained heavy grazing reduces grasses and other herbaceous fuels, thus reducing fire spread under both modal and extreme fire weather conditions (Fig. 3). In some western ponderosa pine and dry mixed-conifer forests, exclusion of low-severity fires has been a principal mechanism driving tree density increases during the 20th century (e.g., Allen et al. 2002; Hessburg and Agee 2003), although, in other western ponderosa pine forests, the principal mechanisms were 19th century fires, logging, and livestock grazing, rather than fire exclusion (Baker et al. 2007). Thus, the importance of this indirect effect of grazing hinges on the importance of fire exclusion in driving infill and expansion of piñons and junipers (next section below).

## Fire Exclusion

Fire exclusion cannot be the principal mechanism responsible for infill of persistent woodlands because fires were never frequent in these ecosystems (statements 1–3 in section II above). However, a logical argument can be made that fire exclusion since the mid-1800s is a primary cause of piñon and juniper infill in savannas and wooded shrublands and of tree expansion into former grasslands and shrublands. Southwestern savannas and grasslands, in particular, often produce continuous fine fuels conducive to frequent and wide-spreading fires, and they occur in regions where wet/dry climatic cycles are common. Thus, it is logical to hypothesize that historical fires in these ecosystems were frequent enough to kill most of the fire-intolerant piñons and junipers that continually became established among the fire-tolerant grasses. Fire behavior and effects in wooded shrublands (especially those with tall shrubs) differ from fire in savannas in that the shrub fuels typically support higher flame lengths, greater heat release, and greater likelihood of extensive tree mortality (Fig. 3), and postfire recovery of the shrubs is often slower than recovery of burned grasses. Nevertheless, in both kinds of ecosystems recurrent fires may have maintained tree densities well below what could potentially be supported by local climate and soils; higher-density stands may have persisted only in relatively fire-safe sites, such as on rocky outcrops or in rocky draws, where fire spread or high-severity fire was inhibited. Support for the fire-exclusion hypothesis comes from the extensive infill and expansion that began to occur in many places in the late 19th century, coincident with the onset of livestock grazing and the resulting reduction in the frequency of extensive surface fires. Grazing intensity was greatly reduced in most of the West after 1930, but effective governmental fire suppression began to be more effective at about that time (Pyne 1982), and additional land use changes—notably those resulting in fragmentation of landscapes, including roads, buildings, and cleared fields—have generally precluded the extensive fires that may have burned before the late 19th century in many areas.

Although this interpretation is logical, it has a major empirical shortcoming—namely, that the assumption of frequent historical fires is unproven (even untested) in many areas. In the relatively few fire history studies that have been conducted in piñon and juniper vegetation, fire-scarred trees (perhaps the most conclusive direct evidence of past fires) are typically rare or absent (Baker and Shinneman 2004). There are questions about how to interpret the paucity of fire-scarred piñons and junipers (see the research priorities section in Romme et al. 2008), but a general lack of fire scars is consistent with the idea that fires were actually infrequent in all or most kinds of piñon and juniper vegetation in the past. If fire was in fact infrequent in piñon and juniper vegetation before the late 1800s, then fire exclusion cannot be the major driver of tree infill and expansion over the last 150 yr. Thus, we see that two logical, but contradictory, interpretations can be made about the historical role (or lack of a role) of fire in limiting piñon and juniper infill and expansion. To critically evaluate both interpretations, we need more spatially extensive empir-

4-ER-738    SSV_13378

ical data on piñon–juniper fire history, especially in piñon and juniper savannas where the hypothesis of historically frequent fire is perhaps most compelling based on fuel structure and climate.

In the absence of adequate empirical data, interpretations of fire history are often based instead on anecdotal observations and logical inference. There is also a tendency to import observations from areas of very different biophysical conditions and treat them as generalities when data are sparse. For example, late 19th century fires in some desert grasslands of southeastern Arizona are documented from newspaper accounts (Bahre 1991:138–141), and it is also logically inferred that fires must have been relatively frequent to prevent shrub encroachment of some desert grasslands (McPherson 1995). One might assume from this evidence that fire played a similar role in desert grasslands, piñon and juniper savannas, and open woodlands that have grassy understories, throughout much of the Southwest. However, desert grasslands in Arizona differ in composition and climate from those in New Mexico, and grasslands at the edge of the Great Plains in eastern New Mexico differ yet again. Moreover, Wright (1980:16) states that the pre-1900 role of fire in grasslands of southern Arizona and New Mexico is simply unknown and that fire was possibly unimportant ecologically in at least some kinds of desert grassland, e.g., black grama (*Bouteloua eriopoda* [Torr.] Torr.) communities. We have a similarly inadequate understanding of the (probably complex) ecological role of fire in piñon and juniper savannas of Arizona and New Mexico.

A similar paucity of empirical fire history data plagues our efforts to understand what is driving tree infill and expansion in sagebrush-dominated communities and associated wooded shrublands of the Great Basin and Colorado Plateau. Weisberg et al. (2008) tested the hypothesis that old-growth woodlands (predating the mid-1800s) in central Nevada were generally absent from topographic sites having high probabilities of burning and were largely restricted to sites with low probability of burning. If true, this pattern would be consistent with the idea that fire formerly limited trees to fire-safe locations and that fire exclusion was a major driver of tree expansion into nonwoodland vegetation types that formerly remained treeless because of frequent fires. Although Weisberg et al. (2008) found that old-growth stands were indeed more likely to occur on sites determined to be of low fire risk, the relationships were weak overall, and many old-growth stands were located on sites of relatively high fire risk from a topographic perspective. Thus, the study provided only somewhat ambiguous support for the fire-exclusion hypothesis.

Following another line of investigation, historical fire rotations (time required for cumulative area burned to equal the size of the entire area of interest) in Wyoming big sagebrush (*Artemisia tridentata* Nutt. subsp. *wyomingensis* Beetle & Young) and little sagebrush (*Artemisia arbuscula* Nutt.), which formed the matrix within which many of the woodland communities existed, are estimated to have been 100–450 yr (Baker 2006). With such long rotations, it would seem that fire was not frequent enough historically to prevent extensive tree establishment and that the long fire intervals observed during the 20th century are not far outside the historical range of fire intervals—all implying that fire exclusion cannot be the major driver of piñon and juniper infill and expansion. However, the

sagebrush community is very heterogeneous, and a single, broad characterization of historical fire rotations cannot adequately convey the complex historical role of fire in these ecosystems. For example, historical fire rotations were substantially shorter in the more mesic mountain big sagebrush (*Artemisia tridentata* Nutt. subsp. *vaseyana* [Rydb.] Beetle) communities than in the more xeric Wyoming big sagebrush and little sagebrush communities (Miller and Rose 1999; Baker 2006), and conversion of shrubland to woodland can also occur more rapidly (within only several decades) in the more mesic habitats (Miller and Rose 1999; Johnson and Miller 2006)—suggesting that the late 19th- and 20th-century reduction in fire frequency was in fact a major cause of tree expansion in at least some shrublands.

In sum, we simply do not have adequate empirical data on historical fire regimes to determine how important (or unimportant) fire exclusion has been in allowing infill and expansion of piñon and juniper trees in savannas and wooded shrublands across the West. Obtaining additional fire history data is, therefore, a high research priority (Romme et al. 2008).

### Effects of Climatic Variability and Rising $CO_2$

The onset of extensive infill and expansion of piñon and juniper in the late 19th century in many areas coincided not only with the beginning of grazing and fire exclusion but also with a significant climatic event, namely, the end of the Little Ice Age and the beginning of a general warming trend with changes in precipitation patterns that continued through the 20th century. Many years in the early 1900s were notably wet throughout the Southwest, and the last four decades of the 20th century were among the wettest in the period of record (Gray et al. 2004). Occupying, as they do, the transition zone between mesic forests at higher elevations and environments too dry for trees at lower elevations, piñon–juniper communities may be especially sensitive to even subtle changes in temperature and precipitation.

It is possible that some, or even much, of the infill and expansion of piñon and juniper that has occurred during the past 150 yr is a natural response to short-term and long-term climatic fluctuation. Two long-term 20th century data sets from desert and semidesert areas of southern New Mexico and Arizona reveal that relatively high winter precipitation generally favors woody plants over herbaceous species and that specific periods of extensive shrub establishment coincided with periods of wet winters (Neilson 1986; Brown et al. 1997). These two studies focused primarily on expansion of shrubs, not trees, but other studies demonstrate that recovery of woodlands from drought may occur as a pulse of *P. edulis* recruitment during the first wet period that follows the drought (Swetnam et al. 1999; Gray et al. 2006; Shinneman and Baker 2009). For example, in two study areas on the Uncompahgre Plateau in western Colorado, piñon abundance began increasing in the late 1700s during a wet period that followed a long dry period (Eisenhart 2004; Shinneman and Baker 2009). Tree infill and expansion in this area thus began more than half a century before arrival of Euro-American settlers and associated effects of livestock grazing and fire exclusion. In the 20th century, there were two very wet periods in the Southwest— during the first two decades of the century and the period from

4-ER-739     SSV_13379

the mid-1970s to the mid-1990s (Swetnam and Betancourt 1998). These are both periods when many piñon trees became established in the region (e.g., Floyd et al. 2004).

Additional support for the climate hypothesis comes from observations of recent contraction, as well as expansion, of piñon and juniper woodlands. Although much of the 20th century was apparently favorable for tree establishment and survival, extensive *P. edulis* mortality occurred in the Southwest during severe droughts of the 1950s and from the mid-1990s through the early 2000s (statement 2 in section II above).

Extensive recruitment of *J. occidentalis* that began in Oregon during the late 1800s and early 1900s also coincided with a climatically favorable period of relatively high winter precipitation (Soulé et al. 2004). Tree density and cover have continued to increase throughout the 20th century in this region, both on grazed and ungrazed sites (Soulé et al. 2003, 2004). During the late 20th and early 21st centuries, however, radial growth rates of *J. occidentalis* have increased more than would be predicted from climate variables alone, with exceptional growth rates during both wet and dry periods (Knapp et al. 2001). Predictions of ring growth during the past 100 yr were improved in regression models that included global atmospheric $CO_2$ concentration in addition to precipitation and temperature (Knapp and Soulé 2008). These results are consistent with a $CO_2$ fertilization effect that may be enhancing the processes of tree infill and expansion throughout the West. Elevated $CO_2$ in experimental settings often results in proliferation of fine roots, increased instantaneous transpiration efficiency and water use efficiency, and decreased stomatal conductance, all of which potentially could make plants more resistant to drought and enhance growth rates under dry conditions (Wullschleger et al. 2002).

A major shortcoming of the climate hypothesis is that the evidence is mostly correlative, with limited experimental data with which to evaluate the specific mechanisms by which piñons and junipers respond to specific climatic changes. Although research to date has demonstrated some important physiological differences among the major piñon and juniper species (e.g., Moore et al. 1999; Nowak et al. 1999), we have barely begun to assess the species' ecophysiology within the context of climate change and rising $CO_2$. For example, Wullschleger et al. (2002) emphasize that there is much uncertainty about the mechanisms by which increased atmospheric $CO_2$ might alter water relations and growth and about the significance of these changes for total plant growth and survival. We also have a poor understanding of how climatic variability influences growth and abundance of the herbaceous component of piñon and juniper vegetation, notably grasses, which in turn influence fuel structure and potential fire behavior.

### Summary of Potential Mechanisms Driving Tree Infill and Expansion

It is widely assumed that infill and expansion of piñon and juniper represent primarily an "unnatural" consequence of human land use, in particular the effects of fire exclusion. It is important to stress, however, that human land use in the western United States since the mid to late 1800s has occurred against a backdrop of climatic and natural disturbance-driven fluctuations in tree establishment and survival. All of these processes interact, and the relative importance of each (e.g., direct grazing impacts vs. fire exclusion vs. climatic fluctuation vs. $CO_2$ fertilization) probably varies spatially and temporally across the vast expanse of heterogeneous environments occupied by piñon and juniper vegetation. Soulé et al. (2004) suggest that the early pulse of *J. occidentalis* establishment in Oregon during the late 19th and early 20th centuries was driven primarily by favorable climatic conditions, grazing effects, and fire exclusion, whereas the late 20th century increase in tree cover and density has been primarily a response to elevated atmospheric $CO_2$ and biological inertia (the increase in seed production as trees that established earlier in the century reach reproductive age and greater size). Similar changes over time in the dominant mechanisms may be important in other regions and for other piñon and juniper species. The upshot is that simplistic and overgeneralized explanations of the processes driving infill and expansion should be avoided, and new research is urgently needed to disentangle the relative effects of the various mechanisms underlying piñon and juniper infill and expansion in different ecoregions throughout the western United States during various segments of the past 150 yr (Romme et al. 2008).

## IMPLICATIONS

Effective management of piñon and juniper vegetation has been hindered by inadequate understanding of the basic ecology of these ecosystems, notably 1) the variability in ecosystem structure and processes that exists among the diverse combinations of piñons, junipers, and associated shrubs, herbs, and soil organisms throughout this extensive vegetation type; 2) prehistoric and historic disturbance regimes; and 3) mechanisms driving recent changes in vegetation structure and composition. This article summarizes what we currently know (and don't know) about three fundamentally different kinds of piñon–juniper vegetation—persistent woodlands, savannas, and wooded shrublands. Historical structure and disturbance regimes are perhaps best understood for persistent woodlands, although the geographic distribution of such woodlands is uncertain, especially in New Mexico and Arizona. In contrast, historical disturbance regimes in piñon–juniper savannas are the least well understood of the three piñon–juniper types. Dramatic tree expansion and infill have occurred during the past 150 yr in portions of all three types of piñon–juniper vegetation, although equally dramatic mortality events have also occurred recently in some areas. The potential mechanisms driving increases in tree density—notably recovery from past disturbance, natural range expansion, livestock grazing, fire exclusion, climatic variability, and elevated atmospheric $CO_2$—generally have not received enough empirical or experimental investigation to predict which is most important in any given location. We recommend that land managers, practitioners, and policy makers rely primarily on this article's statements of high confidence and broad applicability in formulating management plans and priorities, and we encourage researchers to conduct new studies to critically test the statements of moderate or low confidence and generality. In particular, we

4-ER-740

SSV_13380

encourage collaboration between research scientists and managers in current and upcoming piñon–juniper treatments.

## ACKNOWLEDGMENTS

We appreciate the encouragement and advice given by Ayn Shlisky, Mike Babler, Anne Bradley, and Lynn Decker of The Nature Conservancy and by Dan Binkley of Colorado Forest Restoration Institute throughout the process of preparing the article. We also appreciate the field trips and discussions about New Mexico's piñon–juniper vegetation with Hollis Fuchs, Sid Goodloe, and Steven Yanoff.

## LITERATURE CITED

ALLEN, C. D. 1989. Changes in the landscape of the Jemez Mountains, New Mexico. [dissertation]. Berkeley, CA, USA: University of California. 346 p.

ALLEN, C. D. 2004. Ecological patterns and environmental change in the Bandelier landscape. *In:* T. A. Kohler [ED.]. Village formation on the Pajarito Plateau, New Mexico: archaeology of Bandelier National Monument. Albuquerque, NM, USA: University of New Mexico Press. p. 19–68.

ALLEN, C. D., J. L. BETANCOURT, AND T. W. SWETNAM. 1998. Landscape changes in the southwestern United States: techniques, long-term data sets, and trends. *In:* T. D. Sisk [ED.]. Perspectives on the land use history of North America: a context for understanding our changing environment. Reston, VA, USA: US Geological Survey, Biological Science Report USGS/BRD/BSR-1998-0003. p. 71–84.

ALLEN, C. D., M. SAVAGE, D. A. FALK, K. F. SUCKLING, T. W. SWETNAM, T. SCHULKE, P. B. STACEY, P. MORGAN, M. HOFFMAN, AND J. T. KLINGEL. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. *Ecological Applications* 12:1418–1433.

BAHRE, C. J. 1991. A legacy of change: historic human impact on vegetation in the Arizona Borderlands. Tucson, AZ, USA: University of Arizona Press. 231 p.

BAKER, W. L. 2006. Fire and restoration of sagebrush ecosystems. *Wildlife Society Bulletin* 34:177–186.

BAKER, W. L., AND D. J. SHINNEMAN. 2004. Fire and restoration of pinyon-juniper woodlands in the western United States: a review. *Forest Ecology and Management* 189:1–21.

BAKER, W. L., T. T. VEBLEN, AND R. L. SHERRIFF. 2007. Fire, fuels and restoration of ponderosa pine—Douglas fir forests in the Rocky Mountains, USA. *Journal of Biogeography* 34:251–269.

BAUER, J. 2006. Fire history and stand structure of a central Nevada pinyon-juniper woodland [thesis]. Reno, NV, USA: University of Nevada, Reno. 143 p.

BETANCOURT, J. L. 1987. Paleoecology of pinyon-juniper woodlands: summary. *In:* R. L. Everett [ED.]. Proceedings—Pinyon-Juniper Conference; 13–16 January 1986; Reno, NV, USA. Ogden, UT, USA: US Department of Agriculture, Forest Service, Intermountain Research Station, General Technical Report INT-215. p. 129–139.

BETANCOURT, J. L., E. A. PIERSON, K. AASEN-RYLANDER, J. A. FAIRCHILD-PARKS, AND J. S. DEAN. 1993. Influence of history and climate on New Mexico pinyon-juniper woodlands. *In:* E. F. Aldron and D. W. Shaw [EDS.]. Managing pinyon-juniper ecosystems for sustainability and social needs: proceedings of the symposium; 26–30 April 1993; Santa Fe, NM, USA. Washington, DC, USA: US Department of Agriculture, Forest Service, General Technical Report RM-236. p. 42–62.

BETANCOURT, J. L., W. S. SCHUSTER, J. B. MITTON, AND R. S. ANDERSON. 1991. Fossil and genetic changes of a pinyon pine (*Pinus edulis*). *Ecology* 72:1685–1697.

BRESHEARS, D. D., N. S. COBB, P. M. RICH, K. P. PRICE, C. D. ALLEN, R. G. BALICE, W. H. ROMME, J. H. KASTENS, M. L. FLOYD, J. ANDERSON, O. B. MYERS, AND C. W. MEYER. 2005. Regional vegetation die-off in response to global-change-type drought. *Proceedings of the National Academy of Sciences* 102(42):15144–15148.

BRIGGS, J. M., H. SCHAAFSMA, AND D. TRENKOV. 2007. Woody vegetation expansion in a desert grassland: prehistoric human impact? *Journal of Arid Environments* 69:458–472.

BROWN, J. H., T. J. VALONE, AND C. G. CURTIN. 1997. Reorganization of an arid ecosystem in response to recent climate change. *Proceedings of the National Academy of Sciences* 94(18):9729–9733.

BROWN, P. M., M. W. KAYE, L. S. HUCKABY, AND C. H. BAISAN. 2001. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: influences of local patterns and regional processes. *Ecoscience* 8:115–126.

BURKHARDT, J. T., AND E. W. TISDALE. 1976. Causes of juniper invasion in southwestern Idaho. *Ecology* 57:472–484.

CAMP, A., H. M. POULOS, R. GATEWOOD, J. SIROTNAK, AND J. KARGES. 2006. Assessment of top down and bottom up controls on fire regimes and vegetation abundance and distribution patterns in the Chihuahuan Desert Borderlands: a hierarchical approach—unpublished final report to the Joint Fire Sciences Program, Project 03-3-3-13. New Haven, CT, USA: Yale University. 77 p.

CARY, M. 1911. A biological survey of Colorado. Washington, DC, USA: US Department of Agriculture Bureau of Biological Survey, North American Fauna Series 33. 256 p.

CHAPIN, F. H. 1892. The land of the cliff-dwellers. Boston, MA, USA: W.B. Clark and Co. for Appalachian Mountain Club, Reprinted in 1988. Tucson, AZ, USA: University of Arizona Press. 188 p.

CONNELLY, J. W., S. T. KNICK, M. A. SCHROEDER, AND S. J. STIVER. 2004. Conservation assessment of the great sage-grouse and sagebrush habitats. Cheyenne, WY, USA: Western Association of Western Wildlife Agencies. 610 p. Available at: http://gf.state.wy.us/downloads/pdf/GreaterSGConservationAssessment.pdf. Accessed 12 April 2009.

DAHMS, C. W., AND B. W. GEILS (TECH EDS.). 1997. An assessment of forest ecosystem health in the Southwest. Washington, DC, USA: US Department of Agriculture, Forest Service, General. 2002. Technical Report RM-GTR-295. 97 p.

DUNN, P. O., AND C. E. BRAUN. 1985. Natal dispersal and lek fidelity of sage grouse. *Auk* 102:621–627.

EISENHART, K. S. 2004. Historic range of variability and stand development in piñon–juniper woodlands of western Colorado [dissertation]. Boulder, CO, USA: University of Colorado, Boulder. 255 p.

ERDMAN, J. A. 1970. Pinyon-juniper succession after natural fires on residual soils of Mesa Verde, Colorado. *Brigham Young University Science Bulletin. Biological Series* 11(2):1–26.

FFOLLIOTT, P. F., AND G. J. GOTTFRI. Dynamics of a pinyon-juniper stand in northern Arizona: a half-century history. Fort Collins, CO, USA: US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Research Paper RMRS-RP-35. 12 p.

FLOYD, M. E. 1982. Interaction of piñon pine and *Quercus gambelii* in succession near Dolores, Colorado. *Southwestern Naturalist* 27:143–147.

FLOYD, M. L., M. COLYER, D. D. HANNA, AND W. H. ROMME. 2003. Gnarly old trees: canopy characteristics of old-growth piñon–juniper woodlands. *In:* M. L. Floyd [ED.]. Ancient piñon–juniper woodlands. Boulder, CO, USA: University Press of Colorado. p. 11–30.

FLOYD, M. L., D. D. HANNA, AND W. H. ROMME. 2004. Historical and recent fire regimes in piñon–juniper woodlands on Mesa Verde, Colorado, USA. *Forest Ecology and Management* 198:269–289.

FLOYD, M. L., W. H. ROMME, AND D. HANNA. 2000. Fire history and vegetation pattern in Mesa Verde National Park. *Ecological Applications* 10:1666–1680.

FLOYD, M. L., W. H. ROMME, D. D. HANNA, M. WINTERWOOD, D. HANNA, AND J. SPENCE. 2008. Fire history of piñon–juniper woodlands on Navajo Point, Glen Canyon National Recreation Area. *Natural Areas Journal* 28(1):26–36.

FUCHS, E. H. 2002. Historic increases in woody vegetation in Lincoln County, New Mexico. Albuquerque, NM, USA: Vanguard Printing Company. 115 p.

GEDNEY, D. R., D. L. AZUMA, C. L. BOLSINGER, AND N. MCKAY. 1999. Western juniper in eastern Oregon. Portland, OR, USA: US Department of Agriculture, Forest Service, General Technical Report NW-GTR-464. 53 p.

GILLET, N. P., A. J. WEAVER, F. W. ZWIERS, AND M. D. FLANNIGAN. 2004. Detecting the effect of climate change on Canadian forest fires. *Geophysical Research Letters* 31(18):L18211, doi:10.1029/2004GL020876.

GIRARDIN, M. P. 2007. Interannual to decadal changes in area burned in Canada from 1781–1982 and the relationship to Northern Hemisphere land temperatures. *Global Ecology and Biogeography* 16:557–566.

4-ER-741

SSV_13381

GRAY, S. T., J. L. BETANCOURT, C. L. FASTIE, AND S. T. JACKSON. 2003. Patterns and sources of multidecadal oscillations in drought-sensitive tree-ring records from the central and southern Rocky Mountains. *Geophysical Research Letters* 30(6):1316; 49:1–4.

GRAY, S. T., J. L. BETANCOURT, S. T. JACKSON, AND R. G. EDDY. 2006. Role of multidecadal climate variability in a range extension of pinyon pine. *Ecology* 87:1124–1130.

GRAY, S. T., S. T. JACKSON, AND J. L. BETANCOURT. 2004. Tree-ring based reconstructions of interannual to decadal scale precipitation variability for northeastern Utah since 1226 A.D. *Journal of the American Water Resources Association* 40:947–960.

GREENWOOD, D. L., AND P. J. WEISBERG. 2008. Density-dependent tree mortality in pinyon-juniper woodlands. *Forest Ecology and Management* 255:2129–2137.

HANF, J. M., P. A. SCHMIDT, AND E. B. GROSHENS. 1994. Sage grouse in the high desert of central Oregon: results of a study, 1988–1993. Portland, OR, USA: US Department of the Interior, Bureau of Land Management, Prineville District. 67 p.

HARDY, C. C. 2005. Wildland fire hazard and risk: problems, definitions, and context. *Forest Ecology and Management* 211:73–82.

HARRIS, A. T., G. P. ASNER, AND M. E. MILLER. 2003. Changes in vegetation structure after long-term grazing in pinyon-juniper ecosystems: integrating imagery spectroscopy and field studies. *Ecosystems* 6:368–383.

HESSBURG, P. F., AND J. K. AGEE. 2003. An environmental narrative of inland northwest United States forests, 1800–2000. *Forest Ecology and Management* 178:23–59.

HUFFMAN, D. W., P. Z. FULÉ, K. M. PEARSON, AND J. E. CROUSE. 2008. Fire history of pinyon-juniper woodlands at upper ecotones with ponderosa pine forests in Arizona and New Mexico. *Canadian Journal of Forest Research* 38:2097–2108.

JACOBS, B. F. 2008. Southwestern US juniper savanna and piñon–juniper woodland communities: ecological history and natural range of variability. *In:* G. J. Gottfried, J. D. Shaw, and P. L. Ford [COMPS.]. Ecology, management, and restoration of pinyon-juniper and ponderosa pine ecosystems: combined proceedings of the 2005 St. George, Utah, and 2006 Albuquerque, New Mexico, Workshops. Fort Collins, CO, USA: US Department of Agriculture, Forest Service, Proceedings RMRS-P-51 p. 11–19.

JACOBS, B. F., W. H. ROMME, AND C. D. ALLEN. 2008. Mapping old versus young piñon–juniper stands with a predictive topo-climatic model in north-central New Mexico, USA. *Ecological Applications* 18:1627–1641.

JOHNSEN, T. N. 1962. One-seed juniper invasion of northern Arizona grasslands. *Ecological Monographs* 32:187–207.

JOHNSON, D. D., AND R. F. MILLER. 2006. Structure and development of expanding western juniper woodlands as influenced by two topographic variables. *Forest Ecology and Management* 229:7–15.

JOHNSON, D. D., AND R. F. MILLER. 2007. Old-growth juniper: distribution, abundance, and influence on post settlement expansion. *Rangeland Ecology and Management* 61:82–92.

KEARNS, H. S. J., AND W. R. JACOBI. 2005. Impacts of black stain root disease in recently formed mortality centers in the piñon–juniper woodlands of southwestern Colorado. *Canadian Journal of Forest Research* 35:461–471.

KNAPP, P. A. 1996. Cheatgrass (Bromus tectorum L.) dominance in the Great Basin desert: history, persistence, and influences of human activities. *Global Environmental Change* 6:37–52.

KNAPP, P. A., AND P. T. SOULÉ. 1996. Vegetation change and the role of atmospheric $CO_2$ enrichment on a relict site in central Oregon: 1960–1994. *Annals of the Association of American Geographers* 86:387–411.

KNAPP, P. A., AND P. T. SOULÉ. 1999. Geographical distribution of an 18th-century heart rot outbreak in western juniper (*Juniperus occidentalis* var. *occidentalis* Hook.). *Journal of Arid Environments* 41:247–256.

KNAPP, P. A., AND P. T. SOULÉ. 2007. Trends in mid-latitude cyclone frequency and occurrence during fire season in the Northern Rockies: 1900–2004. *Geophysical Research Letters* 34:L20707, doi:10.1029/2007GL031216.

KNAPP, P. A., AND P. T. SOULÉ. 2008. Use of atmospheric $CO_2$-sensitive trees may influence dendroclimatic reconstructions. *Geophysical Research Letters* 35:L24703, doi:10.1029/2008GL035664.

KNAPP, P. A., P. T. SOULÉ, AND H. D. GRISSINO-MAYER. 2001. Detecting potential regional effects of increased atmospheric $CO_2$ on growth rates of western juniper. *Global Change Biology* 7:903–917.

KOHLER, T. A., AND M. A. MATTHEWS. 1988. Long-term Anasazi land use and forest reduction: a case study from southwest Colorado. *American Antiquity* 53:537–564.

LANDIS, A. G., AND J. D. BAILEY. 2005. Reconstruction of age structure and spatial arrangement of piñon–juniper woodlands and savannas of Anderson Mesa, northern Arizona. *Forest Ecology and Management* 204:221–236.

LEOPOLD, A. 1924. Grass, brush, timber, and fire in southern Arizona. *Journal of Forestry* 22:2–10.

LEOPOLD, L. 1951. Vegetation of southwestern watersheds in the nineteenth century. *Geographical Review* 41(2):295–316.

LITTLE, E. L., JR. 1971. Atlas of United States trees, conifers and important hardwoods—volume 1: conifers and important hardwoods. Washington, DC, USA: US Department of Agriculture, Forest Service, Miscellaneous Publications 1146. 400 p.

LYFORD, M. E., S. T. JACKSON, J. L. BETANCOURT, AND S. T. GRAY. 2003. Influence of landscape structure and climate variability on a late Holocene plant migration. *Ecological Monographs* 73:567–583.

LYFORD, M. E., S. T. JACKSON, S. T. GRAY, AND R. G. EDDY. 2004. Validating the use of woodrat (*Neotoma*) middens for documenting natural invasions. *Journal of Biogeography* 31:333–342.

MANIER, D. J., N. T. HOBBS, D. M. THEOBALD, R. M. REICH, M. A. KALKHAN, AND M. R. CAMPBELL. 2005. Canopy dynamics and human caused disturbance on a semi-arid landscape in the Rocky Mountains, USA. *Landscape Ecology* 20:1–17.

MCAULIFFE, J. R. 2003. The interface between precipitation and vegetation: the importance of soils in arid and semiarid environments. *In:* J. F. Weltzin and G. R. McPherson [EDS.]. Changing precipitation regimes and terrestrial ecosystems: a North American perspective. Tucson, AZ, USA: University of Arizona Press. p. 9–27.

MCPHERSON, G. R. 1995. The role of fire. *In:* M. P. McClaran and T. R. Van Devender [EDS.]. The desert grassland. Tucson, AZ, USA: University of Arizona Press. p. 130–151.

MILLAR, C. I., N. L. STEPHENSON, AND S. L. STEPHENS. 2007. Climate change and forests of the future: managing in the face of uncertainty. *Ecological Applications* 17:2145–2151.

MILLER, M. E. 1999. Use of historic aerial photography to study vegetation change in the Negrito Creek watershed, southwestern New Mexico. *Southwestern Naturalist* 44:121–131.

MILLER, R. F., J. D. BATES, T. J. SVEJCAR, F. B. PIERSON, AND L. E. EDDLEMAN. 2005. Biology, ecology, and management of western juniper. Corvallis, OR, USA: Oregon State University, Agricultural Experiment Station, Technical Bulletin 152. 77 p.

MILLER, R. F., AND J. A. ROSE. 1999. Fire history and western juniper encroachment in sagebrush steppe. *Journal of Range Management* 52:550–559.

MILLER, R. F., AND R. J. TAUSCH. 2001. The role of fire in juniper and pinyon woodlands: a descriptive analysis. *In:* K. M. Galley and T. P. Wilson [EDS.]. Proceedings of the Invasive Species Workshop: the role of fire in the control and spread of invasive species—Fire Conference 2000: The First National Congress on Fire Ecology, Prevention, and Management; 27 November–1 December 2000; San Diego, CA, USA. Tallahassee, FL, USA: Tall Timbers Research Station, Miscellaneous Publication 11. p. 15–30.

MILLER, R. F., R. J. TAUSCH, E. D. MCARTHUR, D. J. JOHNSON, AND S. C. SANDERSON. 2008. Age structure and expansion of piñon–juniper woodlands: a regional perspective in the Intermountain West. Fort Collins, CO, USA: US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Research Paper RMRS-RP-69. 15 p.

MILLER, R. F., AND P. E. WIGAND. 1994. Holocene changes in semiarid pinyon-juniper woodlands. *BioScience* 44:465–476.

MITCHELL, V. 1976. The regionalization of climate in the western United States. *Journal of Applied Meteorology* 15:920–927.

MOORE, D. J., R. S. NOWAK, AND R. J. TAUSCH. 1999. Gas exchange and carbon isotope discrimination of Juniperus osteosperma and Juniperus occidentalis across environmental gradients in the Great Basin region of western North America. *Tree Physiology* 19:421–433.

Morino, K., C. H. Baisan, and T. W. Swetnam. 1998. Expanded fire regime studies in the Jemez Mountains, New Mexico. Los Alamos, NM, USA: National Biological Service, Bandelier National Monument, Final Report. 94 p. (Unpublished report on file at US Geological Survey.)

Mueller, R. C., M. Scudder, M. E. Porter, R. T. Trotter, III, C. A. Gehring, and T. G. Whitham. 2005. Differential tree mortality in response to severe drought: evidence for long-term vegetation shifts. *Journal of Ecology* 93:1365–2745.

Muldavin, E., C. Baisan, T. Swetnam, L. DeLay, and K. Morino. 2003. Woodland fire history studies in the Oscura and northern San Andres Mountains, White Sands Missile Range, New Mexico: final report to White Sands Missile Range. White Sands Missile Range, NM, USA: WSMR Document 92F018. 35 p.

Neilson, R. P. 1986. High-resolution climatic analysis and southwest biogeography. *Science* 232(4746):27–34.

Ni, F., T. Cavazos, M. K. Hughes, A. C. Comrie, and G. Funkhouser. 2002. Cool-season precipitation in the southwestern USA since AD 1000: comparison of linear and nonlinear techniques for reconstruction. *International Journal of Climatology* 22:1645–1662.

Nowak, C. L., R. S. Nowak, R. J. Tausch, and P. E. Wigand. 1994. Tree and shrub dynamics in northwestern Great Basin woodland and shrub steppe during the Late-Pleistocene and Holocene. *American Journal of Botany* 81:265–277.

Nowak, R. S., D. J. Moore, and R. J. Tausch. 1999. Ecophysiological patterns of pinyon and juniper. *In:* S. B. Monsen, R. Stevens, R. J. Tausch, R. Miller, and S. Goodrich [eds.]. Proceedings of Ecology and Management of Pinyon-Juniper Communities within the Interior West; 15–18 September 1997; Provo, UT, USA. Ogden, UT, USA: US Department of Agriculture, Forest Service. Proceedings RMRS-P-9. p. 35–46.

Oliphant, J. O. 1968. On the cattle ranges of the Oregon country. Seattle, WA, USA: University of Washington Press. 372 p.

Paulson, D. D., and W. L. Baker. 2006. The nature of southwestern Colorado. Boulder, CO, USA: University Press of Colorado. 386 p.

Pyne, S. J. 1982. Fire in America: a cultural history of wildland and rural fire. Princeton, NJ, USA: Princeton University Press. 654 p.

Ramsey, D. 2003. Soils of Mesa Verde country. *In:* M. L. Floyd [ed.]. Ancient piñon–juniper woodlands. Boulder, CO, USA: University Press of Colorado. p. 213–222.

Reed, J. R. 2006. A note on fire frequency and definitions. *Canadian Journal of Forest Research* 36:1884–1888.

Romme, W., C. Allen, J. Bailey, W. Baker, B. Bestelmeyer, P. Brown, K. Eisenhart, L. Floyd-Hanna, D. Huffman, B. Jacobs, R. Miller, E. Muldavin, T. Swetnam, R. Tausch, and P. Weisberg. 2007. Historical and modern disturbance regimes of piñon–juniper vegetation in the western US. Tallahassee, FL, USA: Nature Conservancy, Fire Learning Network. 13 p. [a short version of Romme et al. 2008]

Romme, W., C. Allen, J. Bailey, W. Baker, B. Bestelmeyer, P. Brown, K. Eisenhart, L. Floyd-Hanna, D. Huffman, B. Jacobs, R. Miller, E. Muldavin, T. Swetnam, R. Tausch, and P. Weisberg. 2008. Historical and modern disturbance regimes of piñon–juniper vegetation in the western US. Fort Collins, CO, USA: Colorado Forest Restoration Institute, Colorado State University. 27 p. Available at: http://www.cfri.colostate.edu/.

Sallach, B. K. 1986. Vegetation changes in New Mexico documented by repeat photography [thesis]. Las Cruces, NM, USA: New Mexico State University. 68 p.

Samuels, M. L., and J. L. Betancourt. 1982. Modeling the long-term effects of fuelwood harvests on pinyon-juniper woodlands. *Environmental Management* 6:505–515.

Schmidt, K. M., J. P. Menakis, C. C. Hardy, W. J. Hann, and D. L. Bunnell. 2002. Development of coarse-scale spatial data for wildland fire and fuel management. Washington, DC, USA: US Department of Agriculture, Forest Service, General Technical Report RMRS-87. 41 p.

Schoennagel, T., T. T. Veblen, and W. H. Romme. 2004. The interaction of fire, fuels, and climate across Rocky Mountain forests. *BioScience* 54:661–676.

Schroeder, M. A., and L. A. Robb. 2004. Fidelity of greater sage-grouse *Centrocercus urophasianus* to breeding areas in a fragmented landscape. *Wildlife Biology* 9:291–299.

Scurlock, D. 1998. From the Rio to the Sierra: an environmental history of the Middle Rio Grande Basin. Washington, DC, USA: US Department of Agriculture, Forest Service, General Technical Report RMRS-GTR-5. 440 p.

Selby, D. 2005. Assessing pinyon pine mortality on the Uncompahgre Plateau in western Colorado. Colorado, USA [thesis]. Fort Collins, CO, USA: Colorado State University. 79 p.

Shaw, J. D., B. E. Steed, and L. T. DeBlander. 2005. Forest inventory and analysis (FIA) annual inventory answers the question: what is happening to pinyon-juniper woodlands? *Journal of Forestry* 103(6):280–285.

Shinneman, D. J., and W. L. Baker. 2009. Historical fire and multidecadal drought as context for piñon–juniper woodland restoration in western Colorado. *Ecological Applications* (in press).

Soulé, P. T., and P. A. Knapp. 1999. Western juniper expansion on adjacent disturbed and near-relict sites. *Journal of Range Management* 52:525–533.

Soulé, P. T., and P. A. Knapp. 2000. *Juniperus occidentalis* (western juniper) establishment history on two minimally disturbed research natural areas in central Oregon. *Western North American Naturalist* 60:26–33.

Soulé, P. T., and P. A. Knapp. 2007. Topoedaphic and morphological complexity of foliar damage and mortality within western juniper (*Juniperus occidentalis* var. *occidentalis*) woodlands following an extreme meteorological event. *Journal of Biogeography* 34:1927–1937.

Soulé, P. T., P. A. Knapp, and H. D. Grissino-Mayer. 2003. Comparative rates of western juniper afforestation in south-central Oregon and the role of anthropogenic disturbance. *Professional Geographer* 55:43–55.

Soulé, P. T., P. A. Knapp, and H. D. Grissino-Mayer. 2004. Human agency, environmental drivers, and western juniper establishment during the late Holocene. *Ecological Applications* 14:96–112.

Springfield, H. W. 1976. Characteristics and management of southwestern pinyon-juniper ranges: the status of our knowledge. Fort Collins, CO, USA: US Department of Agriculture, Forest Service, Research Paper RM-160.

Swetnam, T. W., C. D. Allen, and J. L. Betancourt. 1999. Applied historical ecology: using the past to manage for the future. *Ecological Applications* 9:1189–1206.

Swetnam, T. W., and J. L. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal climatic variability in the American southwest. *Journal of Climate* 11:3128–3147.

Swetnam, T. W., and P. M. Brown. 1992. Oldest known conifers in the Southwestern United States: temporal and spatial patterns of maximum age. *In:* M. R. Kaufmann, W. H. Moir, and R. L. Basset [tech. eds.]. Old-growth forests in the Southwest and Rocky Mountain regions, proceedings of a workshop; 9–11 March 1992; Portal, AZ, USA. Fort Collins, CO, USA: US Department of Agriculture, Forest Service, GTR-RM-213. p. 24–38.

Waichler, W. S., R. F. Miller, and P. S. Doescher. 2001. Community characteristics of old-growth western juniper woodlands in the pumice zone of central Oregon. *Journal of Range Management* 54:518–527.

Wangler, M. J., and R. A. Minnich. 1996. Fire and succession in pinyon-juniper woodlands of the San Bernardino Mountains, California. *Madroño* 43:493–514.

Weisberg, P. J., D. Ko, C. Py, and J. M. Bauer. 2008. Modeling fire and landform influences on the distribution of old-growth pinyon-juniper woodland. *Landscape Ecology* 23:931–943.

Weisberg, P. J., E. Lingua, and R. B. Pillai. 2007. Spatial patterns of pinyon-juniper expansion in central Nevada. *Rangeland Ecology and Management* 60:115–124.

Westerling, A. L., H. D. Hidalgo, D. R. Cayan, and T. W. Swetnam. 2006. Warming and earlier spring increase western US forest wildfire activity. *Science* 313:940–943.

Whisenant, S. G. 1990. Changing fire frequencies on Idaho's Snake River Plains: ecological and management implications. *In:* E. D. McArthur, E. M. Romney, S. D. Smith, and P. T. Tueller [comps.]. Proceedings of the Symposium on Cheatgrass Invasion, Shrub Die-Off, and Other Aspects of Shrub Biology and Management; 5–7 April 1989; Las Vegas, NV, USA. Ogden, UT, USA: US Department of Agriculture, Forest Service, Intermountain Research Station, General Technical Report INT-276. p. 4–10.

WIGAND, P. E., AND D. RHODE. 2002. Great basin vegetation history and aquatic systems: the last 150,000 years. *In:* R. Hershler, D. B. Madsen, and D. R. Currey [EDS.]. Great Basin aquatic systems history. Washington, DC, USA: Smithsonian Institution Press, Smithsonian contributions to earth sciences 33. p. 309–367.

WILKINSON, M. C. 1997. Reconstruction of historical fire regimes along an elevation and vegetation gradient in the Sacramento Mountains, New Mexico. [thesis]. Tucson: AZ, USA: University of Arizona. 128 p.

WOOTON, E. O. 1908. The range problem in New Mexico. Las Cruces, NM, USA: College of Agriculture and Mechanic Arts (New Mexico State University), Agriculture Experiment Station Bulletin 66. 46 p.

WRIGHT, H. A. 1980. The role and use of fire in the semidesert grassland type. Ogden, UT, USA: US Department of Agriculture, Forest Service, General Technical Report INT-85. 24 p.

WULLSCHLEGER, S. D., T. J. TSCHAPLINSKI, AND R. J. NORBY. 2002. Plant water relations at elevated $CO_2$—implications for water-limited environments. *Plant, Cell and Environment* 25:319–331.

WYCKOFF, D. G. 1977. Secondary forest succession following abandonment of Mesa Verde. *Kiva* 42(3–4):215–231.

YOUNG, J. A., AND J. D. BUDY. 1979. Historical use of Nevada's pinyon-juniper woodlands. *Journal of Forest History* 23:112–121.



*Ecological Applications*, 30(1), 2020, e02016
© 2019 by the Ecological Society of America

# Grazing disturbance promotes exotic annual grasses by degrading soil biocrust communities

Heather T. Root [1,4], Jesse E. D. Miller,[2] and Roger Rosentreter[3]

[1]*Botany Department, Weber State University, Ogden, Utah 84401 USA*
[2]*Department of Biology, Stanford University, Stanford, California 94304 USA*
[3]*Biology Department, Boise State University, Boise, Idaho 83725 USA*

*Citation:* Root, H. T., J. E. D. Miller, and R. Rosentreter. 2020. Grazing disturbance promotes exotic annual grasses by degrading soil biocrust communities. Ecological Applications 30(1):e02016. 10.1002/eap.2016

*Abstract.* Exotic invasive plants threaten ecosystem integrity, and their success depends on a combination of abiotic factors, disturbances, and interactions with existing communities. In dryland ecosystems, soil biocrusts (communities of lichens, bryophytes, and microorganisms) can limit favorable microsites needed for invasive species establishment, but the relative importance of biocrusts for landscape-scale invasion patterns remains poorly understood. We examine effects of livestock grazing in habitats at high risk for invasion to test the hypothesis that disturbance indirectly favors exotic annual grasses by reducing biocrust cover. We present some of the first evidence that biocrusts increase space resistance to invasion at a landscape scale and mediate the effects of disturbance. Biocrust species richness, which is reduced by livestock grazing, also appears to promote native perennial grasses. Short mosses, as a functional group, appear to be particularly valuable for preventing invasion by exotic annual grasses. Our study suggests that maintaining biocrust communities with high cover, species richness, and cover of short mosses can increase resistance to invasion. These results highlight the potential of soil surface communities to mediate invasion dynamics and suggest promising avenues for restoration in dryland ecosystems.

*Key words: biocrust; cheatgrass; disturbance ecology; diversity–ecosystem-function relationship; exotic annual grasses; livestock grazing; plant establishment; rangeland; resistance to invasion.*

## Introduction

Invasion by exotic plants threatens biodiversity (Heywood 1989) and can substantially affect ecosystem services and processes (Vitousek et al. 1996, Williamson 1999, Pimentel et al. 2000). However, drivers of invasion are difficult to generalize and likely include complex interactions among climate, disturbance regimes, traits of native plant communities, and dispersal pressure from potential invaders (Lonsdale 1999). When there is an increase in unused resources, plant communities are expected to be more susceptible to invasion (the fluctuating resource hypothesis; Davis et al. 2000). Because disturbance often results in reduction or loss of native plant communities, it can increase available resources and reduce competitive resistance to potential invaders (Chambers et al. 2007). Access to favorable microsites for establishment, such as sites without native competitors, may be a critical determinant of competitive success (Boeken 2018). Although numerous studies have examined how invasion is affected by characteristics of

above-ground plants (Anderson and Inouye 2001, Chambers et al. 2014) and soil microbes (Levine et al. 2006), communities of organisms at the soil surface that modify establishment microsites may be a cryptic driver of invasion dynamics, particularly following disturbance.

Exotic annual grasses have had major impacts on ecosystem services in arid and semiarid ecosystems globally (D'Antonio and Vitousek 1992, Balch et al. 2013). In particular, these invasions are problematic because they degrade habitat quality for native plants and animals (Connelly et al. 2000, Condon and Pyke 2018) and increase wildfire frequency and size (Balch et al. 2013). Exotic annual grasses have occurred in western North America for over a century and have long been associated with intensive livestock grazing and wildfires (Stewart and Hull 1949). Many factors influence the resistance and resilience of sites to exotic annual grass invasion, including climate, soils, topography, established plant communities, and disturbance history (Chambers et al. 2014). Invasion by exotic annual grasses is strongly mediated by the native plant community (Anderson and Inouye 2001, Chambers et al. 2014) and some observational studies have suggested that invasion may be mediated by soil biocrusts (Peterson 2013, Reisner et al. 2013), diverse ground-dwelling communities of lichens, mosses, and free-living algae and bacteria.

Manuscript received 18 June 2019; revised 12 August 2019; accepted 11 September 2019. Corresponding Editor: Deborah A. Neher.
[4]E-mail: heatherroot@weber.edu

Article e02016; page 1

Article e02016; page 2                    HEATHER T. ROOT ET AL.                    Ecological Applications
Vol. 30, No. 1

Biocrust cover is known to be generally inversely related to exotic annual grass cover, but the mechanisms linking biocrusts to exotic grasses remains incompletely understood. A negative relationship between exotic annual grasses and biocrusts may be caused by litter from the grasses suppressing biocrust development (Dettweiler-Robinson et al. 2013) or by biocrusts reducing germination and establishment of exotic annual grasses (Deines et al. 2007, Slate et al. 2018). Disentangling the relative importance of these processes remains an open question for both basic invasion ecology and applied range management questions. If biocrusts are inhibited by annual grass litter, intervention to reestablish biocrusts could improve resilience after invasion. If biocrusts increase site resistance and prevent invasion, however, a focus on maintaining the integrity of these communities could have long-term ecosystem benefits. Though field studies have suggested that disturbances can reduce biocrusts (Ponzetti and McCune 2001, Peterson 2013), and that biocrusts are negatively associated with exotic annual grasses (Peterson 2013, Reisner et al. 2013), the indirect causal pathway linking disturbance to invasion by exotic annual grasses via biocrusts has not been tested in a broad landscape-level field study.

The arid and semiarid ecosystems that cover approximately one-third of global terrestrial habitats (Schlesinger et al. 1990) typically support sparse vegetation with biocrusts occupying much of the open space between vascular plants (Belnap et al. 2016). Biocrust communities serve many ecosystem functions, such as decreasing erosion (Belnap and Büdel 2016) and contributing to nutrient cycling (Housman et al. 2006). Biocrust communities vary geographically in composition, often containing greater diversity than local vascular plant communities, and biocrusts have high landscape-scale species turnover that likely corresponds to functional trait variation (Root and McCune 2012, Rosentreter et al. 2016, Root et al. 2017). In general, biocrust communities are sensitive to disturbances by livestock grazing and wildfire (Ponzetti and McCune 2001, Ponzetti et al. 2007, Williams et al. 2008, Liu et al. 2009, Root et al. 2017). Following these disturbances, there is typically more bare soil (Reisner et al. 2013, Root et al. 2017), which could provide microsites for plant establishment. Though some studies have linked biocrust diversity with ecosystem functions (Bowker et al. 2010), the effects of different biocrust communities on resistance to invasion by exotic annual grasses are poorly known (Condon and Pyke 2018).

Biocrust communities may provide a critical physical barrier that modifies exotic seed establishment microsites (Serpe et al. 2008), despite being often overlooked because of their cryptic nature. Establishment microsites are central in determining outcomes of competition among plants, particularly for annual grasses in semiarid ecosystems (Boeken 2018, Condon and Pyke 2018). Intact biocrusts may play critical roles in restricting the establishment of exotic annual grasses, which often become dominant because of their speed and success in this early establishment stage (Stewart and Hull 1949). However, experimental studies examining the effects of biocrusts on seedling establishment have shown that biocrusts can either enhance or inhibit seedling establishment (Deines et al. 2007, Pando-Moreno et al. 2014, Slate et al. 2018). It is likely that the outcome of interactions between biocrust communities and establishment of plant seedlings depend on specific functional traits of each, such as continuity and thickness of the crust community as well as seed size and shape (Serpe et al. 2006, Slate et al. 2018). To effectively restore biocrust communities that maintain desirable ecosystem functions, an understanding of which functional groups are most effective at increasing site resistance is needed.

The exotic annual grass cheatgrass (*Bromus tectorum*) has high enough abundance to influence wildfire behavior (>15% cover) across 31% of the Intermountain West in North America (Bradley et al. 2018), and in this region over 40% of the native sagebrush (*Artemisia*) habitats are predicted to be at risk of displacement by cheatgrass in the next decades (Suring et al. 2005). Invasion by cheatgrass varies across the western United States with climate, elevation, and soil characteristics (Pechanec 1937, Chambers et al. 2014). Habitats most susceptible to invasion include salt desert (dominated by species of *Atriplex*) and Wyoming big sagebrush (dominated by *Artemisia tridentata* ssp. *Wyomingensis*) such as those found in the Snake River Plain in southwestern Idaho (Chambers et al. 2014). We focus on these susceptible habitats to examine the effects of livestock grazing disturbance on biocrusts and exotic annual grasses. We capitalized on the presence of a military reservation with access restrictions to characterize undisturbed biocrust communities in a region that is otherwise widely disturbed. We focused on two main objectives: (1) test whether livestock grazing promotes exotic annual grasses directly or indirectly via effects on biocrust lichens and bryophytes and (2) explore whether biocrust lichen and bryophyte functional groups or species vary in how they respond to grazing disturbance or restrict exotic annual grasses.

## Methods

### Field sampling

We sampled 26 plots within and adjacent to the Idaho Army National Guard Orchard Combat Training Center south of Boise, Idaho on the Snake River Plain (Fig. 1) between 2014 and 2017. This steppe habitat is characterized by hot, dry summers and cold, moist winters with annual precipitation averaging 20–25 cm and elevation from 671 to 975 m. Soils are derived from volcanic ash and basalts. Disturbances include historic and current livestock grazing, roads, military training and recreational trails. In this study, we augmented previous sampling that had focused on biodiversity and community composition in five native-dominated habitats (described



FIG. 1. Map of 26 plots in our study area in southwestern Idaho, USA symbolized by habitat type (these plant communities are described thoroughly in Rosentreter and Root [2019]).

in Rosentreter and Root 2019) with seven additional sites dominated by cheatgrass (*Bromus tectorum*). These sites were randomly selected with stratification to include a fairly even number of plots across grazing intensities and vegetation types. Low grazing intensity plots were randomly chosen within either protected exclosures or near perimeter fences that partially limit livestock movement. Selection criteria included: no roads through plots, no salt blocks or livestock watering troughs within 1/4 mile of plots (1 mile = 1.6 km), and no plow and seeded sites within plots.

To sample biocrust communities and vegetation, we used a modified version of the Forest Health Monitoring study plot protocol (McCune et al. 1997), with 30 min to 2 h examining each 34.7 m radius (0.4 ha) plot (McCune et al. 2009, Root and McCune 2012, Rosentreter and Root 2019). We assigned biocrust species abundance based on number of individuals or colonies: 0 (absent), 1 (≤5), 2 (5–10), and 3 (>10). We also recorded total percent cover of biocrust lichens and bryophytes, and vascular plant cover by species.

We collected samples of each biocrust lichen and bryophyte within the plot. We curated, identified, and assigned functional groups using standard methods (Brodo et al. 2001, McCune and Rosentreter 2007). A full list of biocrust species and their associated functional groups was reported in Rosentreter and Root

(2019). Voucher specimens were deposited into the Snake River Plain herbarium at Boise State University (SRP) or with the Idaho Army National Guard. We combined vascular plants into functional groups using the USDA Plants Database (*available online*).[5] Exotic annual grasses were comprised mostly of *Bromus tectorum*, but also included *Eremopyrum triticeum* and *Taeniatherum caput-medusae*. Perennial grasses included several native species with *Poa secunda* being the most abundant. It also included the *Agropyron cristatum* complex, which is not native; however, this plant only occurred in trace amounts at two plots.

We scored grazing levels in each plot using three categories modified from Root and McCune (2012): Low grazing intensity plots had no fresh dung or heavily grazed plants. Medium intensity plots had only one or two fresh dung piles in the plot or some plants that had been partially eaten by livestock. High grazing intensity plots contained at least three fresh dung piles and abundant evidence of grazing on shrubs, forbs or grasses. In assessing evidence of grazing on vegetation, we evaluated whether there was evidence that plants had been eaten (for example, grass bases with grazed tops), but we did not use plant community composition to evaluate grazing intensity. Our data set included nine plots with

[5] https://plants.usda.gov

Article e02016; page 4

HEATHER T. ROOT ET AL.

Ecological Applications
Vol. 30, No. 1

low, eight with medium, and nine with high intensity grazing.

### Analysis

We used an analysis of variance (ANOVA) in the software R (v. 3.5.2; R Development Core Team 2018) to determine whether biocrust cover or richness was related to livestock grazing intensity. We performed pairwise comparisons using a Tukey correction for multiple tests. We used the same approach to determine whether exotic annual grasses or perennial grasses were related to livestock grazing intensity. Prior to analysis, we log-transformed exotic annual grass cover to better meet model assumptions.

To explore these direct and indirect relationships among grazing intensity, biocrust cover, and exotic annual grass cover, we used structural equation modeling (SEM). SEM is an analytic framework that models hypothesized networks of causation, making it ideal for analyzing the relative strength of direct and indirect relationships (Grace 2006, Miller et al. 2015). Multicollinearity among predictors can cause challenges in SEM because it can be difficult to isolate the effects of strongly correlated variables and their inclusion can inflate variance estimates (Grace 2006). To evaluate whether this was likely to be a problem in our data sets, we examined the correlation matrix among all variables (Appendix S1: Tables S1, S2). We then created a priori SEM meta-models with hypothesized pathways of causation (Appendix S1: Fig. S1, Table S3), including both direct effects of grazing on exotic annual grass cover, as well as indirect effects mediated by biocrust variables. After modeling all hypothesized paths, we reran the model excluding paths that were nonsignificant, following Grace's (2006) recommended process for refining SEMs. We evaluated model fit with the $\chi^2$ statistic, for which high $P$ values indicate adequate fit and low $P$ values suggest lack of fit. We further evaluated fit using the directed separation (d-sep) statistic for each model, which is more conservative with smaller sample sizes, and is interpreted similarly to the $\chi^2$ statistic (Shipley 2009). Prior to modeling, we examined histograms and scatterplots to visualize variable distributions, then log-transformed exotic annual grass and perennial grass cover to better meet model assumptions. Although grazing intensity was ordinal, we treated it as continuous following Grace's (2006) recommendation, and this choice seems to be supported by the approximately linear increase of biocrust richness with decreasing grazing intensity (see *Results*). All variables were $z$-scaled prior to analysis (Grace 2006), and SEMs were analyzed using the software R (v. 3.5.2 R Development Core Team 2018) in the package *piecewiseSEM* (v. 2.0.2; Lefcheck 2016). A potential path that was not in our a priori model could suggest that exotic annual grasses affect biocrust cover (marked by # in Fig. 2A and Appendix S1: Fig. S1). Such recursive paths cannot be specified in *piecewiseSEM*, so we evaluated the final model (Fig. 2A) in the package *lavaan* (v. 0.6-3; Rosseel 2012) with this recursive path. This allowed a post hoc test of whether the relationship between exotic annual grasses and biocrust cover was indeed better supported in the opposite direction than we had conceived it.

We used a second SEM to explore the effects of particular biocrust functional groups on total biocrust cover and exotic annual grass cover. We represented biocrust functional group abundance using relativized cover to minimize multicollinearity issues. This was calculated by summing abundance across all taxa in each functional group in each plot and dividing by total biocrust cover. Though there were nine functional groups represented in our data set (Rosentreter and Root 2019), we focused on the four most abundant groups: crustose lichens, gelatinous lichens, squamulose lichens (scale lichens), and short mosses (Fig. 3, components of each functional group described in detail in Rosentreter and Root [2019]). To better meet model assumptions, particularly linearity, we log-transformed squamulose and crustose lichen abundances. We modeled all hypothesized paths (Appendix S1: Fig. S1), including all covariances among functional groups, then reran the model without nonsignificant paths and covariances to assess fit (Grace 2006, Fig. 2B).

To explore how biocrust lichen and bryophyte communities varied among grazing intensities (objective 2), we used two species-level community analyses. We tested the multivariate differences in community composition among grazing intensities using multi-response permutation procedures with Sorensen distance (MRPP; Mielke and Berry 2007). The effect size for MRPP is expressed as $A$, the chance-corrected within-group agreement, which describes the within-group homogeneity and ranges from 0 to 1 (McCune et al. 2002). Indicator species analysis (Dufrêne and Legendre 1997) allowed us to test which species were most associated with low, medium, and high grazing intensity. Indicator values (IV) range from 0 to 100 with 100 being the strongest and indicating that a species is always found only in a particular grazing intensity.

### Results

Biocrust cover was negatively related to grazing intensity ($F_{2,23} = 17.77$, $P < 0.0001$, Fig. 4A). Plots experiencing the lowest grazing intensity supported 46% biocrust cover on average in comparison with only 7% soil crust in the high grazing intensity plots ($P < 0.001$). Medium intensity grazing plots were intermediate, supporting 25% cover ($P = 0.01$ for the comparison with low intensity and $P = 0.025$ for the comparison with high intensity).

Similarly, biocrust species richness was negatively related to grazing intensity ($F_{2,23} = 10.80$, $P = 0.0005$, Fig. 4B). Plots with the lowest grazing intensity had the highest biocrust diversity, supporting 30 species on





FIG. 2. Structural equation models (SEMs) testing the effects of grazing intensity on soil biocrust and vascular plant communities. These models are refined from a priori hypothesized models (Appendix S1: Fig. S1). Numbers indicate standardized path coefficients and arrow thickness is weighted by the strength of the path with their associated sign. Paths with $P < 0.05$ are labeled (*) and hypothesized paths that were not significant ($P > 0.1$) are shown as dashed black lines. (A) The first SEM examines the direct and indirect effects of grazing on exotic annual grass cover. A # marks a potential recursive path in which exotic annual grasses affect biocrust cover. (B) The second SEM examines the relative influence of individual biocrust functional groups and total soil crust cover on exotic annual grass cover. Gray double-headed arrows represent covariances.

average as compared with only 10 species on average in the high intensity grazing plots ($P = 0.0004$). Medium grazing intensity supported intermediate diversity with (on average) 24 biocrust species ($P = 0.29$ for the comparison with low intensity, $P = 0.014$ for the comparison with high intensity).

Exotic annual grasses were substantially more abundant in plots with higher grazing intensity ($F_{2,23} = 12.14$, $P = 0.0003$, Fig. 4C). Low grazing intensity plots had 1% cover of exotic annual grass compared with 58% in high intensity grazed plots ($P = 0.0002$). Medium intensity grazing did not significantly differ from low intensity (11% exotic annual grass cover, $P = 0.37$), but was significantly lower than the high intensity plots ($P = 0.005$).

Perennial grasses did not significantly differ among grazing intensities ($F_{2,23} = 1.33$, $P = 0.28$, Fig. 4D). This may be due to removal of tall perennial grasses by historic grazing in winterfat and salt desert sites that are currently low or moderate grazing intensity as well as the shorter perennial grass, *Poa secunda,* not favoring sites with calcareous soils (Rosentreter and Root 2019).

SEMs indicated that grazing did not directly promote exotic annual grasses, but rather reduced biocrust cover and richness, which favored exotic annual grasses and disfavored perennial grasses (Fig. 2A). Biocrust cover negatively affected exotic annual grasses (with a path coefficient = −0.56, $P = 0.001$). This model exhibited good fit overall ($P$ for $\chi^2$ test = 0.76) and for



Fig. 3. Four functional groups of soil biocrusts investigated: (A) gelatinous lichen *Enchylium tenax* (A. DeBolt), (B) crustose lichen *Aspicilia* (R. Rosentreter), (C) squamulose lichen *Psora decipiens* (sometimes called scale lichens, E. K. Dodson), and (D) short moss *Syntrichia caninervis* (R. Rosentreter).



Fig. 4. Soil biocrust and vascular plants related to three levels of grazing intensity at 27 sites in Idaho, USA. Different lower-case letters indicate significantly different groups ($P < 0.05$). Box plot components are midline, median; box edges, 25th and 75th percentiles; and whiskers, 1.5 times the inter-quartile range.

SSV_13390

each component (d-sep $P$ all > 0.13). Covariances suggested that predictors were not so collinear as to preclude modeling (Appendix S1: Table S1). The correlation between grazing and biocrust cover (0.78) was borderline (Grace 2006) but was not of major concern because we expected this relationship and the two predictors did not co-occur in any of the final models. The post-hoc test for a reciprocal relationship between total biocrust cover and exotic annual grass cover (shown by the # in Fig. 2A and Appendix S1: Fig. S1) was not supported (path coefficient = 0.013, $P$ = 0.968), supporting our hypothesis of biocrust cover conferring resistance to exotic annual grass invasion.

Short mosses had the strongest negative relationships with exotic annual grasses ($P$ < 0.0001, Fig. 2B), suggesting that the loss of this functional group may precede exotic annual grass invasion. Total biocrust cover also had a negative relationship with exotic annual grasses ($P$ < 0.0001). Crustose lichen abundance was negatively related to total biocrust cover, suggesting that this functional group is dominant when biocrust cover is poorly developed. There was no evidence that gelatinous, squamulose, or crustose lichens, as individual functional groups, were strongly related to total biocrust cover or affected exotic annual grasses directly. Crustose lichens negatively covaried with short mosses ($P$ = 0.008) and gelatinous lichens positively covaried with short mosses ($P$ = 0.001). As with the first SEM, model fit was good overall ($P$ for $\chi^2$ test = 0.15) and for each component (d-sep $P$ all > 0.17); none of the correlations among variables was unacceptably high (Appendix S1: Table S2). This model explained 33% of the variance in biocrust cover and 85% of the variance in exotic annual grass cover.

Biocrust community composition differed among grazing intensities (MRPP $A$ = 0.085, $P$ = 0.001). Low and high intensity had the most different biocrust communities ($P$ = 0.0009); low and medium intensity were not significantly different ($P$ = 0.16), whereas medium and high intensity grazing also differed ($P$ = 0.018). Indicator species of biocrust lichen and bryophytes were only found for the lowest grazing intensity. These included *Acarospora schleicheri* (IV = 45, $P$ = 0.033), *Arthonia glebosa* (IV = 65, $P$ = 0.002), *Aspicilia filiformis* (IV = 51, $P$ = 0.013), *Aspicilia mansourii* (IV = 50, $P$ = 0.002), *Enchylium tenax* (IV = 49, $P$ = 0.0002), *Endocarpon loscosii* (IV = 53, $P$ = 0.006), *Myriolecis flowersiana* (IV = 56, $P$ = 0.004), *Placidium squamulosum* (IV = 46, $P$ = 0.031), *Syntrichia ruralis* (IV = 48, $P$ = 0.004), and *Chromatochlamys muscorum* (IV = 55, $P$ = 0.003). No biocrust lichen or bryophyte species were associated most strongly with medium or high intensity grazing, suggesting that there are not species of lichens or bryophytes in the local species pool that are favored by livestock grazing.

### DISCUSSION

Our study highlights the importance of biocrust cover in maintaining site resistance to invasion by exotic annual grasses. Importantly, we show some of the first evidence that effects of biocrusts on plant germination and establishment documented by smaller-scale experimental studies (Serpe et al. 2006, 2008, Deines et al. 2007, Peterson 2013, Slate et al. 2018) appear to scale up to determine landscape-scale plant community dynamics. Specifically, since many invaders are successful because of their abundant, fast-establishing seeds (Williamson 1999), restricting their success at the seedling life stage is likely to be critical in maintaining native-dominated ecosystems. We also present some of the first quantitative evidence that different biocrust functional groups may have unique ecological roles in maintaining native plant communities. These findings are particularly important because biocrust communities, which are small in stature and difficult to identify, are rarely explicitly examined in studies of invasion ecology (Chambers et al. 2014, Bradley et al. 2018, Seipel et al. 2018, St Clair and Bishop 2019), despite previous evidence for a negative relationship between exotic annual grasses and biocrusts (Peterson 2013, Reisner et al. 2013). Since biocrusts are ubiquitous in arid and semiarid habitats (Belnap et al. 2016) that are at high risk of invasion by exotic annual grasses (Suring et al. 2005), these findings are potentially consequential for dry grassland ecosystems around the world.

The finding that biocrusts inhibit exotic plant invasion initially seems to contrast with evidence that exotic annual grasses suppress biocrusts with their litter (Hilty et al. 2004, Dettweiler-Robinson et al. 2013). Though we did not measure litter, the reciprocal pathway from exotic annual grasses to biocrust cover was not supported in our analyses. This apparent paradox may be due to different processes governing resistance to invasion as compared with resilience as sites recover from invasion (Chambers et al. 2014). Disturbances at uninvaded sites may reduce resistance by decreasing biocrust cover and facilitating annual grass invasion. After the initial invasion, annual grasses may be able to suppress remnant biocrusts, limiting resilience of the ecosystem to recover to a native-dominated community (Dettweiler-Robinson et al. 2013, Peterson 2013). Comparing these processes requires access to both relatively intact and degraded habitats; we were able to take advantage of areas that limit livestock grazing and contain well-developed biocrust communities. It is also possible that different types of disturbance such as wildfire or differing propagule pressure change the dynamic between exotic annual grasses and biocrusts. Because livestock grazing, wildfire, and exotic annual grasses co-occur throughout our study region, the effects of these ecosystem pressures can be difficult to untangle.

Our study is unique in evaluating the full diversity and community composition of biocrusts in the context of invasion at a landscape scale, and this allowed us to observe specific effects of short mosses on resistance to invasion and that particular biocrust species can be impacted by disturbance differently from others within

Article e02016; page 8

HEATHER T. ROOT ET AL.

Ecological Applications
Vol. 30, No. 1

the same functional group. Biocrusts form diverse and functionally complex communities and reducing this complexity to measures of total percent cover, as much previous research has, may obscure the varied roles biocrusts play in ecosystems (Read et al. 2008, Miller and Damschen 2017). For example, biocrust functional guilds may have unique effects on vascular plant seed germination and establishment. The thick crustose lichen *Diploschistes muscorum* can have a stronger negative effect on germination than a mixed-species biocrust (Deines et al. 2007) and short mosses can have more of an effect than tall mosses (Serpe et al. 2006). Short mosses were particularly important in preventing exotic annual grass invasion in our study; they may be valuable in providing a fairly thick continuous layer over the soil that prevents establishment (Condon and Pyke 2018). Other studies examining biocrust communities at landscape scales have found that their diversity and composition varies greatly (Root and McCune 2012, Rosentreter et al. 2016, Root et al. 2017), which is likely to create a patchwork of varying site resistance to invasion. Since biocrust diversity and the abundance of particular species were negatively affected by grazing intensity here, maintaining taxonomically and functionally diverse biocrust communities will likely require limiting disturbance (Ponzetti et al. 2007, Root et al. 2017).

Restoring a high overall cover and diversity of biocrust species, as well as the short moss functional group in particular, may enhance ecosystem resistance to invasion. Biocrust restoration is now viewed as a critical management practice in some arid and semiarid regions (Bowker 2007), and although there has been substantial progress in developing biocrust restoration practices, significant challenges remain (Doherty et al. 2015, Condon and Pyke 2016, Bowker et al. 2017). Recent developments in growing short mosses for restoration purposes (Bowker et al. 2017) seem especially promising in light of our study, because short mosses were particularly valuable in preventing cheatgrass invasion and can be among the first to colonized disturbed soils (Read et al. 2011). However, the limited ability to grow a diversity of lichens in bulk (Bowker et al. 2017) restricts active restoration of a full biocrust community. Our results highlight the value of developing cultivation methods for short mosses, and suggest that future restoration work will benefit by developing methods to cultivate more diverse biocrust communities and improve their establishment following applications in the field.

## Conclusions

The role biocrusts play in invasion dynamics has been largely overlooked but may be a critical component of site resistance (Slate et al. 2018). While the cover of biocrusts as a whole is sometimes considered in invasion studies (Reisner et al. 2013), community composition and diversity of biocrusts is rarely considered, despite their role in providing resistance to invasion. In one of

the first landscape-scale studies of the interplay between biocrusts and exotic annual grasses, we highlight the importance of biocrust diversity and the abundance short mosses in determining plant communities. These findings help prioritize management in places where site resistance can be maintained, and direct biocrust restoration efforts particularly with a focus on the functional groups that are most effective at promoting site resistance. Arid ecosystems face many pressures from invasive plants, development, disturbance, and changing precipitation regimes. As climate change has been shown to impact biocrust communities in ways similar to disturbance (Ferrenberg et al. 2015), determining how stressors on biocrusts will affect plant communities remains a question of critical importance.

### Acknowledgments

We would like to thank Bruce McCune, Othmar Breuss, and Rob Smith who graciously identified and verified several biocrust specimens. Ann DeBolt provided invaluable assistance and recommendations on the processing of the many plant specimens. We would also like to thank James Smith and the Snake River Plain Herbarium at Boise State University for storing most of the voucher collections associated with this project. We thank Matthew Bowker and one anonymous reviewer for constructive comments that substantially improved the manuscript.

### Literature Cited

Anderson, J. E., and R. S. Inouye. 2001. Landscape-scale changes in plant species abundance and biodiversity of a sagebrush steppe over 45 years. Ecological Monographs 71:531–556.

Balch, J. K., B. A. Bradley, C. M. D'Antonio, and J. Gómez-Dans. 2013. Introduced annual grass increases regional fire activity across the arid western USA (1980–2009). Global Change Biology 19:173–183.

Belnap, J., and B. Büdel. 2016. Biological soil crusts as soil stabilizers. Pages 305–320 *in* B. Weber, B. Büdel, and J. Belnap, editors. Biological soil crusts: An organizing principle in drylands. Springer, Cambridge, UK.

Belnap, J., B. Weber, and B. Büdel. 2016. Biological soil crusts as an organizing principle in drylands. Pages 3–13 *in* B. Weber, B. Büdel, and J. Belnap, editors. Biological soil crusts: An organizing principle in drylands. Springer, Cambridge, UK.

Boeken, B. R. 2018. Competition for microsites during recruitment in semiarid annual plant communities. Ecology 99:2801–2814.

Bowker, M. A. 2007. Biological soil crust rehabilitation in theory and practice: an underexploited opportunity. Restoration Ecology 15:13–23.

Bowker, M. A., F. T. Maestre, and C. Escolar. 2010. Biological crusts as a model system for examining the biodiversity–ecosystem function relationship in soils. Soil Biology and Biochemistry 42:405–417.

Bowker, M. A., A. J. Antoninka, and R. A. Durham. 2017. Applying community ecological theory to maximize productivity of cultivated biocrusts. Ecological Applications 27:1958–1969.

Bradley, B. A., C. A. Curtis, E. J. Fusco, J. T. Abatzoglou, J. K. Balch, S. Dadashi, and M. N. Tuanmu. 2018. Cheatgrass (*Bromus tectorum*) distribution in the intermountain Western

United States and its relationship to fire frequency, seasonality, and ignitions. Biological Invasions 20:1493–1506.

Brodo, I. M., S. D. Sharnoff, and S. Sharnoff. 2001. Lichens of North America. Yale University Press, New Haven, Connecticut.

Chambers, J. C., B. A. Roundy, R. R. Blank, S. E. Meyer, and A. Whittaker. 2007. What makes Great Basin sagebrush ecosystems invasible by *Bromus tectorum*? Ecological Monographs 77:117–145.

Chambers, J. C., B. A. Bradley, C. S. Brown, C. D'Antonio, M. J. Germino, J. B. Grace, J. B. Grace, S. P. Hardegree, R. F. Miller, and D. A. Pyke. 2014. Resilience to stress and disturbance, and resistance to *Bromus tectorum* L. invasion in cold desert shrublands of western North America. Ecosystems 17:360–375.

Condon, L. A., and D. A. Pyke. 2016. Filling the interspace—restoring arid land mosses: source populations, organic matter, and overwintering govern success. Ecology and Evolution 6:7623–7632.

Condon, L. A., and D. A. Pyke. 2018. Fire and grazing influence site resistance to Bromus tectorum through their effects on shrub, bunchgrass and biocrust communities in the Great Basin (USA). Ecosystems 21:1416–1431.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 967–985.

D'Antonio, C. M., and P. M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23:63–87.

Davis, M. A., J. P. Grime, and K. Thompson. 2000. Fluctuating resources in plant communities: a general theory of invasibility. Journal of Ecology 88:528–534.

Deines, L., R. Rosentreter, D. J. Eldridge, and M. D. Serpe. 2007. Germination and seedling establishment of two annual grasses on lichen-dominated biological soil crusts. Plant and Soil 295:23–35.

Dettweiler-Robinson, E., J. D. Bakker, and J. B. Grace. 2013. Controls of biological soil crust cover and composition shift with succession in sagebrush shrub-steppe. Journal of Arid Environments 94:96–104.

Doherty, K. D., A. J. Antoninka, M. A. Bowker, S. V. Ayuso, and N. C. Johnson. 2015. A novel approach to cultivate biocrusts for restoration and experimentation. Ecological Restoration 33:13–16.

Dufrène, M., and P. Legendre. 1997. Species assemblages and indicator species: the need for a flexible asymmetrical approach. Ecological Monographs 67:345–366.

Ferrenberg, S., S. C. Reed, and J. Belnap. 2015. Climate change and physical disturbance cause similar community shifts in biological soil crusts. Proceedings of the National Academy of Sciences USA 112:12116–12121.

Grace, J. B. 2006. Structural equation modeling and natural systems. University Press, Cambridge, UK.

Heywood, V. H. 1989. Patterns, extents and modes of invasions by terrestrial plants. Pages 31–60 *in* J. A. Drake, H. A. Mooney, F. di Castri, R. H. Groves, F. J. Kruger, M. Rejmanek, and M. Williamson, editors. Biological invasions: a global perspective. John Wiley, Chichester, UK.

Hilty, J. H., D. J. Eldridge, R. Rosentreter, M. C. Wicklow-Howard, and M. Pellant. 2004. Recovery of biological soil crusts following wildfire in Idaho. Journal of Range Management 89–96.

Housman, D. C., H. H. Powers, A. D. Collins, and J. Belnap. 2006. Carbon and nitrogen fixation differ between successional stages of biological soil crusts in the Colorado Plateau and Chihuahuan Desert. Journal of Arid Environments 66:620–634.

Lefcheck, J. S. 2016. piecewiseSEM: Piecewise structural equation modeling in R for ecology, evolution, and systematics. Methods in Ecology and Evolution 7:573–579.

Levine, J. M., E. Pachepsky, B. E. Kendall, S. G. Yelenik, and J. H. R. Lambers. 2006. Plant–soil feedbacks and invasive spread. Ecology Letters 9:1005–1014.

Liu, H., X. Han, L. Li, J. Huang, H. Liu, and X. Li. 2009. Grazing density effects on cover, species composition, and nitrogen fixation of biological soil crust in an inner Mongolia steppe. Rangeland Ecology and Management 62:321–327.

Lonsdale, W. M. 1999. Global patterns of plant invasions and the concept of invasibility. Ecology 80:1522–1536.

McCune, B., and R. Rosentreter. 2007. Pages 1–105 *in* Biotic Soil Crust Lichens of the Columbia Basin. Monographs in North American Lichenology. Volume 1. Northwest Lichenologists, Corvallis, Oregon, USA.

McCune, B., J. Dey, J. Peck, D. Cassell, K. Heiman, S. Will-Wolf, and P. Neitlich. 1997. Repeatability of community data: species richness versus gradient scores in large-scale lichen studies. Bryologist 100:40–46.

McCune, B., J. B. Grace, and D. L. Urban. 2002. Analysis of ecological communities. MjM Software Design, Gleneden Beach, Oregon, USA.

McCune, B., E. A. Holt, P. N. Neitlich, T. Ahti, and R. Rosentreter. 2009. Macrolichen diversity in Noatak National Preserve, Alaska. North American Fungi 4:1–22.

Mielke, P. W., and K. J. Berry. 2007. Permutation methods: a distance function approach. Springer Science & Business Media, New York, NY.

Miller, J. E. D., and E. I. Damschen. 2017. Biological soil crust cover is negatively related to vascular plant richness in Ozark sandstone glades. Journal of the Torrey Botanical Society 144:170–178.

Miller, J. E., E. I. Damschen, S. P. Harrison, and J. B. Grace. 2015. Landscape structure affects specialists but not generalists in naturally fragmented grasslands. Ecology 96:3323–3331.

Pando-Moreno, M., V. Molina, E. Jurado, and J. Flores. 2014. Effect of biological soil crusts on the germination of three plant species under laboratory conditions. Botanical Sciences 92:273–279.

Pechanec, J. F., G. D. Pickford, and G. Stewart. 1937. Effects of the 1934 drought on native vegetation of the Upper Snake River Plans, Idaho. Ecology 18:490–505.

Peterson, E. B. 2013. Regional-scale relationship among biological soil crusts, invasive annual grasses, and disturbance. Ecological Processes 2:2.

Pimentel, D., L. Lach, R. Zuniga, and D. Morrison. 2000. Environmental and economic costs of nonindigenous species in the United States. BioScience 50:53–66.

Ponzetti, J. M., and B. P. McCune. 2001. Biotic soil crusts of Oregon's shrub steppe: community composition in relation to soil chemistry, climate, and livestock activity. Bryologist 104:212–225.

Ponzetti, J. M., B. McCune, and D. A. Pyke. 2007. Biotic soil crusts in relation to topography, cheatgrass and fire in the Columbia Basin. Washington. Bryologist 110:706–722.

R Development Core Team. 2018. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria.

Read, C. F., D. H. Duncan, P. A. Vesk, and J. Elith. 2008. Biological soil crust distribution is related to patterns of fragmentation and landuse in a dryland agricultural landscape of southern Australia. Landscape Ecology 23:1093–1105.

Read, C. F., D. H. Duncan, P. A. Vesk, and J. Elith. 2011. Surprisingly fast recovery of biological soil crusts following livestock removal in southern Australia. Journal of Vegetation Science 22:905–916.

Reisner, M. D., J. B. Grace, D. A. Pyke, and P. S. Doescher. 2013. Conditions favouring *Bromus tectorum* dominance of

Article e02016; page 10        HEATHER T. ROOT ET AL.        Ecological Applications<br>Vol. 30, No. 1

endangered sagebrush steppe ecosystems. Journal of Applied Ecology 50:1039–1049.

Root, H. T., and B. McCune. 2012. Regional patterns of biological soil crust lichen species composition related to vegetation, soils, and climate in Oregon, USA. Journal of Arid Environments 79:93–100.

Root, H. T., J. C. Brinda, and E. K. Dodson. 2017. Recovery of biological soil crust richness and cover 12–16 years after wildfires in Idaho, USA. Biogeosciences 14:3957–3969.

Rosentreter, R., and H. T. Root. 2019. Biological soil crust diversity and composition in southwest Idaho, USA. Bryologist 122:10–23.

Rosentreter, R., D. J. Eldridge, M. Westberg, L. Williams, and M. Grube. 2016. Structure, composition, and function of biocrust lichen communities. Pages 121–138 *in* B. Weber, B. Büdel, and J. Belnap, editors. Biological soil crusts: An organizing principle in drylands. Springer, Cambridge, UK.

Rosseel, Y. 2012. lavaan: an R package for structural equation modeling. Journal of Statistical Software 48:1–36.

Schlesinger, W. H., J. F. Reynolds, G. L. Cunningham, L. F. Huenneke, W. M. Jarrell, R. A. Virginia, and W. G. Whitford. 1990. Biological feedbacks in global desertification. Science 247:1043–1048.

Seipel, T., L. J. Rew, K. T. Taylor, B. D. Maxwell, and E. A. Lehnhoff. 2018. Disturbance type influences plant community resilience and resistance to *Bromus tectorum* invasion in the sagebrush steppe. Applied Vegetation Science 21:385–394.

Serpe, M. D., J. M. Orm, T. Barkes, and R. Rosentreter. 2006. Germination and seed water status of four grasses on moss-dominated biological soil crusts from arid lands. Plant Ecology 185:163–178.

Serpe, M. D., S. J. Zimmerman, L. Deines, and R. Rosentreter. 2008. Seed water status and root tip characteristics of two annual grasses on lichen-dominated biological soil crusts. Plant and Soil 303:191–205.

Shipley, B. 2009. Confirmatory path analysis in a generalized multilevel context. Ecology 90:363–368.

Slate, M. L., R. M. Callaway, and D. E. Pearson. 2018. Life in interstitial space: Biocrusts inhibit exotic but not native plant establishment in semi-arid grasslands. Journal of Ecology 107:1317–1327.

St Clair, S. B., and T. B. Bishop. 2019. Loss of biotic resistance and high propagule pressure promote invasive grass-fire cycles. Journal of Ecology. https://doi.org/10.1111/1365-2745.13156

Stewart, G., and A. C. Hull. 1949. Cheatgrass (*Bromus tectorum* L.)—an ecologic intruder in southern Idaho. Ecology 30: 58–74.

Suring, L. H., M. J. Wisdom, R. J. Tausch, R. F. Miller, M. M. Rowland, L. Schueck, and C. W. Meinke. 2005. Modeling threats to sagebrush and other shrubland communities. Pages 114–149 *in* M. J. Wisdom, M. M. Rowland, and L. H. Suring, editors. Habitat threats in the sagebrush ecosystems: methods of regional assessment and applications in the Great Basin. Alliance Communications Group, Lawrence, Kansas, USA.

Vitousek, P. M., C. M. D'Antonio, L. L. Loope, and R. West-brooks. 1996. Biological invasions as global environmental change. American Scientist 84:468–478.

Williams, W. J., D. J. Eldridge, and B. M. Alchin. 2008. Grazing and drought reduce cyanobacterial soil crusts in an Australian Acacia woodland. Journal of Arid Environments 72:1064–1075.

Williamson, M. 1999. Invasions. Ecography 22:5–12.

## Supporting Information

Additional supporting information may be found online at: http://onlinelibrary.wiley.com/doi/10.1002/eap.2016/full

## Data Availability

Data are available from the Dryad Digital Repository: https://doi.org/10.5061/dryad.2s7g00v.



United States
Department
of Agriculture

Forest Service

**Rocky Mountain
Research Station**

Research Paper
RMRS-RP-40

July 2003



# Countering Misinformation Concerning Big Sagebrush

Bruce L. Welch
Craig Criddle



SSV_13395



| | | | |
|---|---|---|---|
| **United States** | **Forest** | **Rocky Mountain** | **2150 Centre Avenue** |
| **Department of** | **Service** | **Research Station** | **Building A, Suite 376** |
| **Agriculture** | | | **Fort Collins, CO 80526-1891** |

**File Code:** 1630

**Date:** November 17, 2003

The USDA Forest Service, Rocky Mountain Research Station recently published the Research Paper, "Countering Misinformation Concerning Big Sagebrush," by Bruce L. Welch and Craig Criddle (RMRS-RP-40, July 2003). The authors state and discuss eight purported "axioms" regarding the ecology and management of big sagebrush. Publication of this report has generated a great deal of interest about the present state of science regarding big sagebrush and its relation to fire, grazing, and wildlife habitat. In addition, concerns have been expressed about some of the interpretation and analyses contained in the paper and the language in which they are expressed.

The views expressed by the authors are their own and do not reflect the policy or views of the USDA Forest Service. We acknowledge and respect the concerns that have been expressed about the tone and language used in this paper, and apologize to anyone who might have been offended. This would normally not have passed peer and policy review prior to publication by the Rocky Mountain Research Station. We strive to be a source of quality and unbiased scientific information. In light of the large distribution this publication has already received, I believe it is important to take positive action to provide opportunity for rebuttal and to publish a subsequent document that more broadly clarifies the debate and uncertainty about the ecology of big sagebrush.

The Rocky Mountain Research Station is in the final stages of publishing a thorough book-length synopsis of current information on big sagebrush by Dr. Bruce L. Welch. We have completed extensive scientific peer review and careful policy review of this book, and this new publication will be a more complete and authoritative reference on the ecology of big sagebrush.

In response to the interest and debate expressed related to the initial paper and in recognition of the considerable uncertainty that remains in the scientific literature regarding the larger science issues about big sagebrush, we invite interested scientists to help us better present a diversity of views on this topic. During the next year, we will assemble and publish a subsequent paper that discusses these issues further and helps provide a broader understanding and synthesis of the areas of disagreement on ecology and management of big sagebrush. We will include alternative perspectives on the "axioms" contained in the paper by Welch and Criddle, and also seek to achieve a level of synthesis and consensus as to the present scientific understanding, what areas of uncertainty and disagreement remain, and what research is needed to help resolve these uncertainties.

To express your views, to clarify debate on these topics, and to indicate your interest in participating as an author or co-author for the subsequent paper, please contact Dr. Jack B. Waide, Assistant Station Director for Research at (801) 625-5406 or e-mail jwaide@fs.fed.us. We would appreciate receiving your input no later than January 30, 2004.

/s/ Marcia Patton-Mallory
MARCIA PATTON-MALLORY
Station Director



**Caring for the Land and Serving People**



4-ER-756

SSV_13396

# Abstract

Welch, Bruce L; Criddle, Craig. 2003. **Countering Misinformation Concerning Big Sagebrush**. Research Paper RMRS-RP-40. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 28 p.

This paper examines the scientific merits of eight axioms of range or vegetative management pertaining to big sagebrush. These axioms are: (1) Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis)* does not naturally exceed 10 percent canopy cover and mountain big sagebrush (*A. t.* ssp. *vaseyana)* does not naturally exceed 20 percent canopy cover; (2) As big sagebrush canopy cover increases over 12 to15 percent, bare ground increases and perennial grass cover decreases; (3) Removing, controlling, or killing big sagebrush will results in a two or three or more fold increase in perennial grass production; (4) Nothing eats it; (5) Biodiversity increases with removing, controlling, thinning, or killing of big sagebrush; (6) Mountain big sagebrush evolved in an environment with a mean fire interval of 20 to 30 years; (7) Big sagebrush is an agent of allelopathy; and (8) Big sagebrush is a highly competitive, dominating, suppressive plant species.

Keywords: range management, sagebrush control, wildlife, biodiversity, allelopathy, fire, cover

# The Authors

**Bruce L. Welch** is a Plant Physiologist, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station in Provo, UT. He earned a B.S. degree from Utah State University in 1965 and an M.S. degree in 1969 and Ph.D. degree in 1974 from the University of Idaho. He has been a Forest Service scientist since 1977.

**Craig Criddle** is a member of the National Wildlife Federation, Downey, ID.

# Acknowledgments

We thank the following for providing reviews of this manuscript: Mr. Stanley G. Kitchen; Drs. John W. Connelly, John K. Francis, E. Durant McArthur, David L. Nelson, Michael F. Whiting, Joel G. Peterson, Carl L. Wambolt, and Darrell J. Weber.

*Cover photographs by Dr. Bruce L. Welch*

SSV_13397

# Contents_____

Page

Introduction ........................................................................ 1

Axiom Number 1 ............................................................. 1

Axiom Number 2 ............................................................. 4

Axiom Number 3 ............................................................. 8

Axiom Number 4 ............................................................. 11

Axiom Number 5 ............................................................. 15

Axiom Number 6 ............................................................. 16

Axiom Number 7 ............................................................. 19

Axiom Number 8 ............................................................. 21

References ...................................................................... 22

You may order additional copies of this publication by sending your mailing information in label form through one of the following media. Please specify the publication title and number.

**Telephone**      (970) 498-1392

**FAX**      (970) 498-1396

**E-mail**      rschneider@fs.fed.us

**Web site**      http://www.fs.fed.us/rm

**Mailing Address**      Publications Distribution
Rocky Mountain Research Station
240 West Prospect Road
Fort Collins, CO 80526

SSV_13398

SSV_13399

# Countering Misinformation Concerning Big Sagebrush

**Bruce L. Welch**
**Craig Criddle**

## Introduction

The range management community has been conducting a war against big sagebrush (*Artemisia tridentata*) for 50 years or more (Cornelius and Graham 1951; Hamner and Tukey 1944; Hull and Vaughn 1951; Pechanec and Stewart 1944a; Woolfolk 1949). During this period much rationalization has occurred to justify removing, thinning, controlling, or killing of big sagebrush. We call these rationalizations "range or vegetative management axioms." In this paper, we state the axiom, give one example of its use in the literature, and analyze whether it is based on science or a reflection of Box's (2000, p. 29) question to the range management community: "Do our goals get in the way of our science?" In short, most, if not all, the sins attributed to big sagebrush by the range management community are the result of livestock grazing.

## Axiom Number 1

Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis*) does not naturally exceed 10 percent cover and mountain big sagebrush (*A. t.* ssp. *vaseyana*) does not naturally exceed 20 percent cover.

This axiom is best verbalized by Miller and others (1994, p. 115): "In the early to mid 1800s, much of the sagebrush steppe was probably composed of open stands of shrubs with a strong component of long-lived perennial grasses and forbs in the understory … Shrub canopy cover probably ranged between 5-10% in the drier Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis*) communities …, to 10-20% on the more mesic sites, occupied by mountain big sagebrush." Speaking of the present, they noted (p. 119): "Wyoming big sagebrush cover has increased from less than 10% to 20%, and mountain big sagebrush cover from less than 20% to 30% and 40%." All due to overgrazing.

We believe this axiom is challengeable on three fronts: first, what do the animals that coevolved with big sagebrush suggest to us concerning canopy cover; second, what are the big sagebrush canopy cover values found in undisturbed relicts and kipukas; and third, what is the quality of the science that is used to support this axiom?

There are numerous studies (see Peterson 1995 for a review) that show animals of big sagebrush prefer living in big sagebrush canopy cover far above the levels set by Miller and others (1994), Baxter (1996), and Winward (1991). In fact, Rasmussen and Griner (1938) noted that the highest sage grouse (*Centrocercus urophasianus*) nesting success in Strawberry Valley of central Utah occurred in mountain big sagebrush stands having 50 percent canopy cover. They estimated that some 270 acres of big sagebrush habitat was in the 50 percent canopy cover class. We have, in the same valley, measured big sagebrush canopy cover at the same magnitude for three stands of 2 acres or less supporting broodless sage grouse hens, nesting habitat, and a male sage grouse loafing area. Ellis and others (1989) reported male sage grouse loafing in areas with 31 percent (probably Wyoming) big sagebrush canopy cover. In addition, Katzner and Parker (1997) reported that areas of high pygmy rabbits (*Brachylagus idahoensis*) activity occurred in basin big sagebrush stands having 51.1 percent canopy cover, and areas of medium activity occurred in Wyoming big sagebrush stands of 42.7 percent canopy cover.

Still, other sagebrush obligates such as sage thrasher (*Oreoscoptes montanus*), Brewer's sparrow (*Spizella breweri*), and sage sparrow (*Amphispiza belli*) prefer big sagebrush canopy cover of 20 to 36 percent, which is much higher than the maximum allowable amount by the so called "law or axiom" (Best 1972; Feist 1968; Grinnell and others 1930; Knick and Rotenberry 1995; Petersen and Best 1986, 1991; Reynolds and Trost 1980, 1981; Winter and Best 1985). For sagebrush species other than big sagebrush, Walcheck (1970) reported that a population of Brewer's sparrows were living in an area of silver sagebrush (*Artemisia cana*) having a canopy cover of 53 percent. Petersen and Best (1985) studying nest site selection of sage sparrows, found that these birds nested where (probably Wyoming) big sagebrush cover was 23 percent in the vicinity of nests and 26 percent in the general study

area. Further, they noted that all nests were situated in big sagebrush plants and that large, living shrubs were strongly preferred. Rotenberry (1980) found greater numbers of sage sparrow and western meadow lark (*Sturnella neglecta*) on sites where (probably Wyoming) big sagebrush canopy covers ranged from 25 to 30 percent than for sites with big sagebrush canopy cover of 0 to 1 percent and 5 to 10 percent. Also, Best (1972) and Feist (1968) found greater number of Brewer's sparrows and sage thrashers in stands of (probably Wyoming) big sagebrush with canopy cover at 36 percent than at 21 percent.

Thus, it appears to us that the axiom concerning sagebrush canopy cover as stated by Miller and other (1994) is based more on myth than ecological fact.

Big sagebrush canopy cover values on undisturbed relicts and kipukas does not support the axiom that big sagebrush canopy cover increase due to overgrazing. Daubenmire (1970) reported that big sagebrush canopy cover varied on his "virgin or near virgin vegetation" study sites from 5 to 38 percent – the technique used by Daubenmire (1970) tended to underestimate shrub cover by 3 to 5 percentage points (Floyd and Anderson 1987).

We have measured, using the line intercept method (300 ft), the cover of big sagebrush in four ungrazed kipukas and found that canopy cover ranged from 14 to 34 percent (table 1). Basin big sagebrush (*Artemisia tridentata* ssp. *tridentata*) was the dominant big sagebrush in two of the kipukas, one located about 20 miles

Table 1—Relation of big sagebrush cover to percent cover of perennial grass and bare ground based on Welch's Y2K and Y2K+1 big sagebrush odyssey through Idaho, Oregon, Utah, Washington, and Wyoming. Data on file at the Shrub Sciences Laboratory, 735 N 500 E, Provo, UT. Data were based on 300-foot line transects. Data for the first 12 transects were collected on ungrazed kipukas in southern Idaho. The three transects per kipuka were continuous.

| Location and transect | Big sagebrush cover | Perennial grass cover | Bare ground |
|---|---|---|---|
| N43° 31.346' | | | |
| W112° 28.475'—1 | 14 | 56 | 11 |
| Continuous—2 | 16 | 31 | 17 |
| Continuous—3 | 23 | 43 | 12 |
| | | | |
| N43° 19.306' | | | |
| W113° 38.257'—4 | 34 | 58 | 11 |
| Continuous—5 | 30 | 58 | 14 |
| Continuous—6 | 26 | 43 | 21 |
| | | | |
| N42° 52.776' | | | |
| W113° 08.665'—7 | 28 | 41 | 5 |
| Continuous—8 | 14 | 29 | 3 |
| Continuous—9 | 23 | 31 | 4 |
| | | | |
| N42° 52.478' | | | |
| W113° 07.547'—10 | 20 | 45 | 2 |
| Continuous—11 | 24 | 42 | 1 |
| Continuous—12 | 31 | 45 | 2 |
| | | | |
| N43° 26.159' | | | |
| W112° 46.013'—13 | 0 | 43 | 41 |
| Continuous—14 | 20 | 38 | 21 |
| 30 feet to the east | | | |
| N43° 28.815' | | | |
| W112° 50.296'—15 | 0 | 44 | 44 |
| | | | |
| N42° 36.726' | | | |
| W113° 14.964'—16 | 8 | 10 | 1 |
| | | | |
| N42° 31.036' | | | |
| W113° 19.869'—17 | 5 | 51 | 6 |
| | | | |
| N42° 18.861' | | (con.) | |

**Table 1** (Con.)

| Location and transect | Big sagebrush cover | Perennial grass cover | Bare ground |
|---|---|---|---|
| W115° 49.612'—18 | 21 | 16 | 38 |
| N42° 20.963'<br>W115° 51.353'—19 | 26 | 33 | 11 |
| N43° 19.778'<br>W116° 57.576'—20 | 19 | 47 | 1 |
| N43° 19.716'<br>W116° 57.414'—21 | 3 | 20 | 21 |
| N42° 54.357'<br>W117° 16.888'—22 | 14 | 31 | 37 |
| N42° 54.424'<br>W117° 17.027'—23 | 13 | 54 | 19 |
| ?N<br>?W—24 | 31 | 12 | 41 |
| N42° 52.202'<br>W117° 57.389'—25 | 28 | 5 | 2 |
| N43° 11.557'<br>W118° 21.096'—26 | 41 | 38 | 5 |
| N41° 46.191'<br>W111° 09.274'—27 | 41 | 71 | 4 |
| N41° 53.901'<br>W109° 21.165'—28 | 22 | 42 | 15 |
| N43° 12.303[a]<br>W107° 55.298'—29 | 24 | 31 | 20 |
| N43° 12.303'[a]<br>W107° 55.298'—30 | 5 | 46 | 24 |
| N44° 07.187'<br>W107° 15.592'-31 | 38 | 67 | 3 |
| N44° 08.807'<br>W107° 11.830'—32 | 50 | 59 | 0.4 |
| N42° 25.887'[b]<br>W111° 08.002'—33 | 29 | 72 | 3 |

[a] Both line transects share the same starting point. Transect 29 was from south to north, whereas transect 30 was from north to south.
[b] Based on a 1,500 foot transect moving southeast; forb cover was also determined at 28 percent.

west of Idaho Falls, ID, and the other about 14 miles east of Carey, ID. On the first kipuka, big sagebrush cover was 14, 16, and 23 percent for the three 300 foot line intercept transects. These measurements would support the range management axiom except that a number of the big sagebrush plants along the transects had been killed by defoliators, thus reducing live canopy cover to the values given. Big sagebrush canopy cover values were based on live canopy intercepted, had we included portion of dead stems, as the United States Forest Service does, the cover values would had been higher (Goodrich and Huber 2001). Along the transects there were numerous big sagebrush seedlings enough to replace the dead and nearly dead big sagebrush plants to the point of a full recovery of canopy cover well above what we measured. Big sagebrush canopy cover values measured on the Carey kipuka were 26, 30, and 34. There were no signs of defoliators at work. The differences between our measurements and those of Tisdale and others (1965) at 13

percent are explainable: they took their measurements in areas heavily dominated with three-tip sagebrush, which occurs on the east side of the kipuka (Passey and others 1982); our measurements were taken in the center of the kipuka. For the two kipukas dominated by Wyoming big sagebrush west of America Falls, ID, Wyoming big sagebrush canopy cover values were 14, 23, and 28 percent and 20, 24, and 31 percent. It appears to us that the work done by Daubenmire (1970) and our kipukas measurements – June 2000 – do not support the range management axiom as expressed by Miller and other (1994).

In addition, Holechek and Stephenson (1983) found that big sagebrush canopy cover was higher inside the exclosure on their upland site and higher on the outside of their exclosure on their lowland site, meaning that grazing decreased big sagebrush cover outside of the exclosure in the upland site and increased it in the lowland site. Eckert and Spencer (1986) also reported inconsistences concerning big sagebrush canopy cover response to grazing. Pearson (1965), studying vegetative production in grazed and ungrazed plant communities, found that big sagebrush canopy in the ungrazed area was 34 percent and perennial grasses 39 percent compared to 11 percent big sagebrush canopy cover in the grazed area with 22 percent perennial grass cover. Similarly, Anderson and Holte (1981) reported that for an area in southeastern Idaho protected from grazing for more than 25 years, big sagebrush canopy cover increased from 15 to 23 percent with an increase in grass cover from 0.28 to 5.8 percent. Wambolt and Watts (1996, p.148) noted that "heavy stocking rates did reduce sagebrush cover primarily through mechanical damage, but some browsing was observed." These studies show that grazing may or may not increase big sagebrush cover, or in other words, no relationship exists between grazing and big sagebrush canopy cover.

Peterson (1995) noted greater big sagebrush canopy cover inside of an exclosure than outside due to heavy wild ungulate grazing. Wambolt and Sherwood (1999) found an average of three times as much big sagebrush canopy cover inside exclosures at 19 sites across the northern Yellowstone winter ranges as outside. Wild ungulate grazing decreases big sagebrush canopy cover.

The following articles are often cited to support the range management axiom that big sagebrush canopy cover increased above natural level due to overgrazing: Blaisdell (1949), Blaisdell and others (1982), Clark (1981), Cooper (1953), Daubenmire (1970), Hanson and Stoddart (1940), Laycock (1978), Pickford (1932), Robertson (1947), Stoddart (1941), Tisdale and others (1965), Winward (1991), Wright and Wright (1948), Young (1943), and Young and others (1976). These articles can be put into two classes: (1) those that represent statements of faith or in the words of Box

(2000, p. 28): "core values (religion)" of range management – meaning that the articles lack any scientific investigations or data to substantiate the axiom; and (2) articles of science but of questionable applicability. An example of the first is Laycock's (1978, p. 232) statement: "Overgrazing has resulted in dense stands of sagebrush with little herbaceous understory in many areas." Note no citations, no data; just a statement of principle. Little herbaceous understory may be true, but overgrazing causing dense stands of sagebrush – whatever dense is? – is without foundation. Other articles that fall into statements of faith are: Blaisdell and others (1982), Clark (1981), Stoddart (1941), Winward (1991), and Young and others (1976). The remaining articles or citations do contain scientific data, but their applicability is questionable. One of them (Young 1943) was a study conducted on non big sagebrush sites within the Palouse grassland of eastern Washington and northern Idaho; another one was a study concerned with the impact of grazing on the root system of grasses (Hanson and Stoddart 1940); two (Blaisdell 1949; Robertson 1947) were studies concerned with measuring competition between big sagebrush and grasses; another study, Pickford (1932), uses ocular estimates, which are not reliable; one study (Wright and Wright 1948) was conducted in the transition zones between shrublands and grassland of Montana; Cooper (1953) expressed his data in percent composition, which would vary according to amount of grasses and forbs removed by grazing or reduced by drought; and the remaining two, Tisdale and others (1965) and Daubenmire (1970), have been discussed earlier. So the supporting evidence that big sagebrush or any sagebrush for that matter increases in canopy cover because of overgrazing is extremely weak.

## Axiom Number 2

As big sagebrush canopy cover increases over 12 to 15 percent, bare ground increases and perennial grass cover decreases.

Baxter (1996, p. 60) states the axiom this way: "Dr. Alma Winward is a Plant Ecologist for the Intermountain Region of the U.S. Department of Agriculture, Forest Service, and a leading authority on the sagebrush-grass ecosystem. His opinion is that more acres of sagebrush-grass lands in the Western United States were held in low ecological status the past decade due to abnormally high sagebrush cover and density than currently occurring due to livestock grazing. He notes that when big sagebrush cover reaches 12 to 15 percent, the understory production of other plants decreases as canopy cover increases. This results in increased bare ground and a reduction of forage for livestock and wildlife."

The relationship between big sagebrush canopy cover and percent of bare ground can be seen in tables 1 and 2. Data contained in table 2 was collected during the 1998 Utah big game range trend studies and published by the Utah Department of Natural Resources-Division of Wildlife Resources (Davis and others 1999). We chose only those study sites, 26 in all, where big sagebrush canopy cover exceeded all other shrub species present on the sites. Subspecies of big sagebrush present on a given site are listed in the table. Percentages of big sagebrush canopy cover ranged from 3 to 24 percent; in 12 of the 26 sites selected canopy cover exceeded the recommended limits set by Baxter (1996). Correlation coefficient for this data set was r=-0.2883 and coefficient of determination was $R^2$= 0.08. Both values are not significant. Calculating r and $R^2$ for the 12 sites where big sagebrush cover was 15 percent or greater, r was + 0.02 with $R^2$ = 0.0003, or in other words, there is no significant relationship between big sagebrush cover and bare ground (see Tiedeman and others 1987 for supporting data).

On extended field trips in 2000 and 2001, we collected data concerning the relationship of big sagebrush cover and perennial grass and bare ground cover in Idaho, Oregon, Utah, Washington, and Wyoming. This data set is shown in table 1. We used the line intercept method (300 feet) for determining percentage of cover for big sagebrush, perennial grass, and bare ground. The first 12 transects were from ungrazed kipukas in southeastern Idaho near Idaho Falls, Carey, and America Falls (Passey and others 1982). What does the kipuka data tell us about big sagebrush canopy cover in a protected environment of the kipukas? That it far exceeds the 15 percent cover that the range management community considers "abnormally high" (Baxter 1996). The relationship between big sagebrush canopy cover and bare ground was significant but weakly related in the negative direction—r = -0.5045; $r^2$ = 0.2546. The negative relationship means, as big sagebrush canopy cover increases, bare ground tends to decrease (also see Burke and others 1989, their table 1). Other factors,

**Table 2**—Relationship of big sagebrush canopy cover to percentage of bare ground on 26 Utah big game range trends study sites (Davis and others 1999). Page number where the data were obtained within the Davis and others (1999) report are listed alongside the data.

| Pages | Subspecies | Percent big sagebrush cover | Percent of bare ground |
|---|---|---|---|
| 7- 8 | M[*] | 16 | 8 |
| 50- 51 | M | 19 | 12 |
| 62- 63 | W | 18 | 22 |
| 71- 72 | M | 4 | 10 |
| 79- 80 | W | 11 | 7 |
| 87- 88 | W | 17 | 14 |
| 96- 97 | W | 14 | 18 |
| 113-114 | W | 15 | 12 |
| 119-120 | M | 15 | 21 |
| 128-129 | M | 24 | 6 |
| 137-138 | W | 3 | 29 |
| 143-144 | W | 16 | 13 |
| 152-153 | W | 9 | 18 |
| 167-168 | W | 9 | 8 |
| 177-178 | W | 7 | 44 |
| 187-188 | W | 12 | 33 |
| 193-194 | W | 13 | 21 |
| 249-250 | M | 15 | 7 |
| 263-264 | M | 9 | 19 |
| 274-275 | W | 12 | 18 |
| 294-295 | M | 14 | 4 |
| 313-314 | W | 14 | 20 |
| 335-336 | M | 20 | 29 |
| 371-372 | W | 9 | 13 |
| 379-380 | W | 17 | 4 |
| 386-387 | W | 18 | 20 |

[*] M=mountain big sagebrush-*Artemisia tridentata* ssp. *vaseyana*, W=Wyoming big sagebrush-*A. t.* ssp. *wyomingensis*.

4-ER-764

SSV_13404

such as precipitation, grazing history, soil properties, and community species composition have a greater influence on the amount of bare ground than big sagebrush canopy cover (Daddy and others 1988; Richardson and others 1986, Sneva 1972).

Branson and Miller (1981) studying the vegetative changes over 17 years in the Willow Creek basin near Glasgow, MT, found that in spite of a significant increase in big sagebrush canopy cover (23 to 30 percent), grass cover also increased significantly (3 to 41 percent) and bare ground decrease significantly (from 40 to 30 percent). They attributed these increases in shrub and grass cover to higher precipitation and better grazing management. Mueggler and Stewart (1980) reported for four big sagebrush habitat types, big sagebrush canopy covers of 18, 22, 21, and 24 percent and bare ground cover of 11, 4, 3, and 1 percent, respectively. These bare ground cover values compare to grass habitat types of 24, 9, 14, 7, 18, 9, 12, 12, 5, 5, 1, 1 percent, and so forth (Mueggler and Stewart 1980). Also, Mueggler and Harris (1969) found that bare ground in grasslands of central Idaho varied from 1 to 52 percent, with grass communities dominated by bluebunch wheatgrass (*Agropyron spicatum*) having greater percentages (22 percent) of bare ground than communities dominated by Idaho fescue (*Festuca idahoensis*) (6 percent – see Fosberg and Hironaka 1964; Mueggler and Stewart 1980; Tueller and Eckert 1987 for more data). In addition, Lusby (1970, p. 258), studying grazed and ungrazed watersheds, found "marked increase in bare soil and rock on all grazed watersheds, accompanied by a decrease in shrub overstory." So what is the point? The point is that factors other than big sagebrush canopy cover are involved in determining the amount of bare ground in a given area. These include precipitation, associated or understory species, grazing history, and soil properties. Three of these are interrelated – precipitation, species, and soil properties (Fosberg and Hironaka 1964) – and do not support the concept that big sagebrush canopy cover exceeding 15 percent cause increases in bare ground or decreases in perennial grass cover.

Calculated r and $R^2$ values between big sagebrush canopy cover and perennial grass cover for our data set in table 1, were not significant at +0.2130 and 0.0454, respectively. Mean big sagebrush canopy cover for this data set was 21.8 percent (range 0 to 50 percent) and for perennial grass cover 41.0 percent (range 5 to 72 percent). Highest perennial grass cover values were found in big sagebrush stands having above average canopy cover of 29 percent (transect 33-grass cover=72 percent), 41 percent (transect 27-grass cover=71 percent), and 38 percent (transect 31-grass cover=67 percent). This data set does not support the contention that big sagebrush canopy cover above 15 percent decreases perennial grass cover.

Supporting evidence of the above comes from the studies of Daubenmire (1970, p. 13) where he describes the lack of a relationship between big sagebrush coverage and the coverage of perennial grasses. He stated: "One might question whether the stands with more *Artemisia* also have less of the perennial forage grasses and more of the annuals favored by grazing... But when the stands are listed in order of the coverage of *Artemisia*..., there is neither positive correlation with the grazing increasers, nor negative correlation with the preferred forage species." $R^2$ and r values for his data were 0.0004 and 0.0208, respectively, or in other words, no relationship existed between big sagebrush canopy cover and perennial native grass cover (also see Baker and Kennedy 1985; Doescher and others 1986; Wambolt and others 2001).

Tart's (1996) report contained 29 data sets comparing mountain big sagebrush canopy cover with perennial grass and forb cover. These comparisons are listed in table 3 along with means, standard deviations, range, correlation coefficients, and coefficients of determination. Table 3 clearly shows no relationship between mountain big sagebrush canopy cover and perennial grass cover and between mountain big sagebrush canopy cover and perennial forb cover. Mean canopy cover of mountain big sagebrush was 28.03 percent, which is well above the 12 to 15 percent limits set by Baxter (1996). Mean cover of perennial grass was at 51.59 percent and cover of perennial forbs was at 34.10 percent. These values demonstrate that on 26 of these sites there was an abundance of big sagebrush (20 percent or more), perennial grass (50 percent or more), and perennial forbs (15 percent or more).

Tart's (1996, p. 42) data showed that stands of mountain big sagebrush with the highest canopy cover at 46 percent had grass and forb cover above the study averages. Conversely, stands of mountain big sagebrush with the lowest canopy cover at 17 percent (p.26) had below average grass and forb cover. This report does not support the contentions that mountain big sagebrush canopy cover above 20 percent suppresses grass and forb species cover or species numbers.

Pearson (1965), studying vegetative production in grazed and ungrazed plant communities, found that big sagebrush canopy cover in the ungrazed area was 34 percent and perennial grasses 39 percent compared to 11 percent big sagebrush canopy cover in the grazed area with 22 percent perennial grass cover. Similarly, Anderson and Holte (1981) reported that for an area in southeastern Idaho protected from grazing for more than 25 years, big sagebrush canopy cover increased from 15 to 23 percent with an increase in grass cover from 0.28 to 5.8 percent. McLean and Tisdale (1972) found that from 1959 to 1968 in their West Mara (British Columbia) exclosure that cover of perennial grasses increased from 51 to 67 percent in spite of a

Table 3—Relationship of mountain big sagebrush (*Artemisia tridentata* ssp. *vaseyana*) canopy cover to perennial grass cover and perennial forb cover and to number of grass and forb species and to total number of plant species. Data obtained from the report of Tart (1996). Page numbers within the Tart (1996) report are given alongside the data.

| Page number | Mountain sagebrush cover | Grass cover | Forbs cover | Total number of plant species |
|---|---|---|---|---|
| | | - - - - - - - - - - - - - *Percent* - - - - - - - - - - - - - | | |
| 26 | 21 | 52 (11)[a] | 17 (18)[b] | 44[c] |
| | 26 | 43 (10) | 13 (18) | 42 |
| | 17 | 38 (10) | 22 (18) | 44 |
| 31 | 21 | 48 (11) | 27 (25) | 45 |
| | 24 | 47 (11) | 31 (25) | 46 |
| | 23 | 36 (11) | 35 (26) | 47 |
| 37 | 30 | 55 (13) | 20 (16) | 35 |
| | 31 | 51 (9) | 24 (18) | 33 |
| | 22 | 22 (10) | 19 (19) | 36 |
| 42 | 31 | 61 (10) | 25 (24) | 46 |
| | 46 | 58 (10) | 35 (25) | 46 |
| | 34 | 40 (10) | 33 (25) | 47 |
| 47 | 22 | 79 (13) | 27 (19) | 39 |
| | 34 | 69 (16) | 46 (19) | 43 |
| | 17 | 41 (16) | 47 (19) | 43 |
| 52 | 27 | 67 (11) | 22 (16) | 33 |
| | 24 | 54 (11) | 22 (13) | 36 |
| 57 | 29 | 63 (14) | 26 (19) | 44 |
| | 30 | 49 (12) | 34 (21) | 43 |
| | 30 | 72 (14) | 40 (21) | 47 |
| 62 | 28 | 53 (9) | 48 (19) | 33 |
| | 31 | 57 (11) | 79 (23) | 39 |
| | 30 | 52 (11) | 60 (23) | 41 |
| 67 | 37 | 55 (8) | 11 (17) | 29 |
| | 34 | 53 (14) | 29 (19) | 40 |
| | 30 | 40 (12) | 31 (21) | 39 |
| 72 | 30 | 70 (9) | 58 (21) | 38 |
| | 26 | 40 (8) | 67 (21) | 36 |
| | 26 | 30 (8) | 41 (16) | 29 |
| | — | — | — | |
| Mean | 27.97 | 51.59 | 34.10 | |
| S. D. | +6.15 | +13.02 | +16.32 | |
| Range | 17-46 | 22-79 | 11-79 | |

[a] Number of grass species
[b] Number of forb species
[c] Number of total plants species
r = 0.3289; $R^2$ = 0.1082 (mountain big sagebrush canopy cover versus perennial grass cover) ns.
r = 0.1092; $R^2$ = 0.0119 (mountain big sagebrush canopy cover versus perennial forbs cover) ns.
r=−0.0966; $R^2$=0.0093 (mountain big sagebrush canopy cover versus number of grass species) ns.
r=0.1933; $R^2$=0.0374 (mountain big sagebrush canopy cover versus number of forb species) ns.
r=−0.0738; $R^2$=0.0054 (mountain big sagebrush canopy cover versus total number of plant species) ns.

4-ER-766

SSV_13406

constant big sagebrush canopy cover at 31 to 34 percent. This was also true for the grazed area next to the exclosure. Another interesting data set comes from the study of Doescher and others (1984) where they selected two types of sites – those having high big sagebrush canopy cover and low grass cover, and those having low big sagebrush canopy cover and high grass cover. The calculated r and $R^2$ values were not significant, but what was most interesting is that for both types of sites, the study plot with the highest big sagebrush canopy cover for either site type also contained the highest grass cover for that site type (26.0 versus 8.2 percent and 20 versus 27.5 percent). Smith (1969) reported a big sagebrush canopy cover at his Soldier Creek site of 24 percent, but it produced 793 lbs/acre of grass versus his Buck Creek site of 14 percent big sagebrush cover that produced only 250 lbs/acre of grass. Do any of the above citations agree with axiom number 2? None!

## Axiom Number 3

Removing, controlling, or killing big sagebrush will result in a two, three or more fold increase in perennial grass production.

Miller (1957, p. 18) states the axiom in these words: "Spraying sagebrush on a Washington range results in a three-fold increase of grass forage." On the surface this sounds great if you are interested in livestock grazing, but there are some problems with the science.

After reading the reports of Kissinger and Hurd (1953) and Hedrick and others (1966) concerned with controlling big sagebrush to improve perennial grass production, it became quite clear – judging by their figures – that the comparisons of treated and untreated big sagebrush plots were a comparison of overgrazed big sagebrush plots to treated plots with treated plots showing a substantial gain in perennial grass production. The question that came to our minds was: How much of a gain in grass production would be achieved by comparing nongrazed or undisturbed big sagebrush plots versus treated plots? Do we have data to allow such a comparison? We believe we do, to a limited degree.

Table 4, lists the results of 29 studies conducted to determine the amount of perennial grass production that was achieved by killing big sagebrush by various means, on varying sites, and for varying lengths of time after treatment. (The two McDaniel and others 1991, 1992 citations include production of forbs.) Some of the studies involved seeding perennial grasses and forbs – mostly nonnative – after the treatments and others did not. Table 5 displays the production of perennial grasses on ungrazed kipukas and relicts from the study of Passey and others (1982). Data in both tables are based on lb of air-dried perennial grass

forage per acre (except as noted earlier). The yearly means (1, 2 to 3, 4 to 5, 6+ years after treatment) for the 29 studies were 284, 421, 598, and 438 lb. The range for these studies was 42 to 1,805. These values compare closely with the overall 10-year mean of 455 and range of 90 to 1,169 for the Passey and others (1982) study. These data sets support the proposition that ungrazed or undistribed big sagebrush sites produce nearly the same amount of perennial grasses as treated sites where the big sagebrush has been destroyed.

West (1999, p. 16), concerning kipukas or relicts, states: "These relicts are not completely reliable as reference conditions because they are incomplete ecosystems." Yet, West (1999) is one of the others in Miller and others (1994) that cites Tisdale and others (1965) to support their (Miller and others 1994) claims that big sagebrush canopy does not exceed naturally 10 or 20 percent. Tisdale and others (1965) collected their data from the Cary kipuka located in south central Idaho.

For the kipukas I visited, there seem to be the usual complement of birds, small mammals (including foxes, rabbits, and coyotes), reptiles, insects, spiders, lichens, shrubs, grasses, forbs, and biological crusts. On one kipuka I observed deer tracks. For the kipuka, Passey and Hugie (1963, p. 114) studied they noted: "Deer and antelope occasionally cross the kipuka and there is evidence of a small rodent population." Because these kipukas are surrounded by lava flows, the fire return intervals are probably much longer than for nearby big sagebrush stands outside the kipukas. In spite of their minor short comings, kipukas represent our best reference of pristine big sagebrush stands.

The Harniss and Murray (1973) report is often cited by those trying to justify the use of fire to improve grass production in the big sagebrush ecosystem. If you read and study just the figures or graphs in their report, it appears fairly obvious that burning big sagebrush increases grass yield substantially. Their figures or graphs are constructed based on four data points of vegetation production for the years 1937, 1939, 1948, and 1966, all of which are related back to the so-called base year of 1936 or 100 percent. We do not believe that four data points representing 30 years of vegetative growth constitute an adequate sampling size nor is expressing the data in relative terms of the 1936 year or 100 percent appropriate because weather conditions vary greatly among years. In fact, Pechanec and Stewart (1949, p. 23; also see Pechanec and others 1937 for details) noted: "Records from these range pastures and from detailed plot studies showed that not until 1937 had perennial bunchgrasses fully recovered from the effects of the 1934 drought." A study of their data reveals an interesting contradiction. While their figures may portray accurately the relationship of grass production of 1936 or 100 percent

to the other 4 years, they do not accurately represent the effects of burning or the killing of big sagebrush on grass production. What does their data tell us? Half of their data points show that the unburned plots (1937 and 1966) produced more grass than their burned plots; yet big sagebrush production was substantially lower in the burned plots that also produced less grass. It should be pointed out that during 1966, precipitation was 75 percent of the long-term average (Noaa 1966) and that they cannot take the alleged effects on grass production due to big sagebrush and separate those effects from drought. Also, there is a high

**Table 4**—The production of perennial grass on big sagebrush (*Artemisia tridentata*) controlled plots. Data expressed as lb/acre of air-dried grass. Perennial grass production was grouped according to number of years after treatment; 1, 2-3, 4-5, and 6 years or more.

| Study | Treatments | Perennial grass production | | | | Study range | Subspecies |
|---|---|---|---|---|---|---|---|
| | | 1 | 2-3 | 4-5 | 6+ | | |
| Baxter 1996 | Teb | | | | 495 | — | — |
| Olson and others 1996 | Teb | | | | 725 | 582-819 | — |
| Halstvedt and others 1996 | Teb | | | | 536 | 368-750 | — |
| Kay and Street 1961 | 24D | | | | 970 | 90-970 | — |
| Miller and others 1980 | 24D | | 267 | 550 | — | — | Mountain |
| | | | 615 | 579 | — | — | Mountain |
| Clary and others 1985 | Teb | 218 | 524 | — | — | 135-885 | Mountain |
| Sturges 1986 | 24D | 281 | 426 | 347 | — | 261-521 | Mountain |
| Wambolt and Payne 1986 | Burn | 206 | 240 | 382 | 379 | 93-672 | Wyoming |
| | 24D | 162 | 550 | 428 | 289 | 157-664 | Wyoming |
| | Plow | 144 | 255 | 365 | 200 | 74-540 | Wyoming |
| | Rotocut | 145 | 331 | 333 | 200 | 88-567 | Wyoming |
| Murray 1988 | Teb | — | 331 | 493 | — | 160-605 | Mountain |
| Thilenius and Brown 1974 | 24D | — | — | — | 267 | 174-359 | — |
| Evans and Young 1975 | 24D | 276 | 503 | 508 | — | 339-677 | — |
| | 24D+Picl | 588 | 913 | 1274 | — | 588-1381 | — |
| Robertson 1969 | 24D | 143 | 450 | 1163 | — | 143-1163 | — |
| | | 291 | 429 | 798 | — | 291-798 | — |
| Johnson 1969 | 24D | — | 253 | 187 | 255 | 182-294 | — |
| Tabler 1968 | 24D | 310 | 400 | 800 | 410 | — | — |
| Hedrick and others 1966 | 24D | 375 | 343 | 743 | 358 | 300-910 | — |
| | Rotobeat | 388 | 405 | 643 | 276 | 285-725 | — |
| Peek and others 1979 | Burn | 85 | 215 | — | — | — | Wyoming |
| West and Hassan 1985 | Burn | 80 | 259 | — | — | — | — |
| Alley 1956 | 24D | — | — | — | — | 769-1347 | — |
| Schumaker and Hanson 1977 | 24D | — | 259 | — | — | — | Wyoming |
| | Grubbed | — | 308 | | | — | Wyoming |
| | 24D | — | 442 | — | — | 400-473 | Mountain |
| | Grubbed | — | 412 | 400 | — | 400-424 | Mountain |
| Tueller and Evans 1969 | 24D | 326 | 325 | 461 | 517 | 110-910 | — |
| | Picoram | 260 | 308 | 971 | 510 | 250-1805 | — |
| Olson and others 1994 | Teb | — | — | — | 724 | 582-819 | — |
| Miller 1957 | 24D | — | 780 | | | — | — |
| Kissinger and Hurd 1953 | 245T | — | 530 | — | — | 460-590 | — |
| Hyder and others 1956 | 245T | 501 | 324 | — | — | — | — |
| | Grubbed | 474 | 333 | — | — | — | — |
| McDaniel and others 1991 | 24D | 442[a] | 338[a] | — | 554[a] | 327-554[a] | Wyoming |
| | Metsulfuron | 510[a] | 716[a] | — | 558[a] | 315-1185[a] | Wyoming |
| McDaniel and others 1992 | Teb | — | 678[a] | 540[a] | 492[a] | 42-11344[a] | Wyoming |
| Raper and others 1985 | Burn | 192 | — | — | — | 144-240 | Mountain |
| Blaisdell 1953 | Burn | — | — | — | 305 | 290-321 | Mountain |
| | Burn | — | — | — | 367 | 365-369 | Wyoming |
| Harniss and Murray 1973 | Burn | 139 | 448 | — | 254 | | |
| Means | | 284 | 421 | 598 | 438 | (42-1805) | — |

[a] Values based on total herbaceous standing crop

4-ER-768

SSV_13408

9

**Table 5**—Production of perennial grasses on ungrazed kipukas and relict areas as determined by Passey and others (1982). Data expressed as pounds of air dried forage per acre and represents a 10-year mean, with arithmetic range in parentheses, per exhibit or stand.

| Exhibit or stand | Subspecies of big sagebrush | 10-year mean lb/acre |
|---|---|---|
| 3A | Basin | 563 (301-901) |
| 4A | Basin | 554 (245-781) |
| 6A | Wyoming | 160 (90-300) |
| 8A | Basin | 790 (435-1149) |
| 9A | Basin | 453 (168-764) |
| 10A | Basin | 672 (347-1169) |
| 11A | Wyoming | 390 (225-713) |
| 12A | Wyoming | 369 (195-553) |
| 13A | Wyoming | 426 (266-632) |
| 14A | Wyoming | 299 (152-424) |
| 15A | Basin | 665 (362-1033) |
| 16A | Wyoming | 439 (271-612) |
| 17A | Wyoming | 307 (171-420) |
| 18A | Wyoming | 316 (208-480) |
| 19A | Wyoming | 426 (288-732) |
| Means | Basin | 616 (168-1169) |
| | Wyoming | 348 (90-732) |
| | Overall | 455 (90-1169) |

probability that Harniss and Murray (1973) misidentified their big sagebrush since 11 inches of annual precipitation is more characteristic of Wyoming big sagebrush than mountain big sagebrush (Blaisdell 1953).

Peterson and Flowers (1984, p. 7) is a simulation model they developed to predict the effects of fire on range production in a number of ecosystems. One of these models was for the sagebrush ecosystem. In their own words: "The information used to simulate the effects of fire on sagebrush range is derived from long-term studies on sagebrush-grass range in Idaho (Blaisdell 1953; Harniss and Murray 1973; Mueggler and Blaisdell 1958) and Oregon (Hedrick and others 1966; Sneva 1972)." Unfortunately, two of the five studies used for their model development were not burns. Both Oregon studies used 2,4-D and other means to kill big sagebrush. The relationship between burning big sagebrush stands and spraying with 2,4-D and other means is unknown.

They chose a prefire production level of 280 lb of grasses and forbs per acre and a gain of 800 lb of grasses and forbs per acre until big sagebrush establishes dominance and forces production to the prefire level. The authors made a number of erroneous assumptions in developing their model. First, the 280 lb per acre of grasses and forbs probably reflects the level of production of grazed out, abused big sagebrush stands. If they had used the study average of Passey and others (1982) conducted in ungrazed big sagebrush stands, the prefire production level would have been 611 lb of grasses and forbs per acre instead of the 280 lb. Second, study average production of grasses and forbs for big sagebrush controlled sites for the five studies cited were: Blaisdell (1953)-507 lb per acre for his Fremont County site and 512 lb per acre for his Clark County site; Harniss and Murray (1973)-534 lb per acre for 1939, and 508 lb per acre for 1948; Mueggler and Blaisdell (1958)-602 lb per acre; Hedrick and others (1966)-438 lb per acre; and Sneva (1972)-681 lb per acre. So, where did Peterson and Flowers (1984) come up with a postfire production of 800 lb per acre? Certainly not from the studies they cited. Third, the authors did not build into their model the effects of precipitation on grass and forb production. Holechek and others (1989, p. 21) state:"Precipitation is the most important single factor determining the type and productivity of vegetation in an area." (Also see Pechanec and others 1937.) This relationship is illustrated in the Sneva (1972) citation. In fact r and $R^2$ values are high at 0.9649 and 0.9311, respectively. If the authors (Peterson and Flowers 1984) had analyzed grass and forb yields for the years 1963 to 1969, where Sneva (1972) claimed that big sagebrush was reestablishing itself on the sprayed plots to the years 1954 to 1962, they would had discovered that the mean yields under the influence of big sagebrush was 680 lb per acre as compared to 672 lb per acre with reduced big sagebrush.

Peek and others (1979) show no significant increase in grass production 1, 2, and 3 years after a burn on Wyoming big sagebrush winter range. Similar results occurred in the study conducted by Raper and others (1985) 1 year after a burn in mountain big sagebrush. West and Hassan's (1985) report contains data that shows perennial grass production decreasing after wildfire. Blaisdell (1953) found no significant increase in total perennial grass production due to burning 15 years after the burn on his Fremont County (Idaho) site but did detect a significant increase in total perennial grass production due to burning 12 years after the burn on his Clark County (Idaho) site. Out of 12 data points, four sites, and 3 years, Cook and others (1994) found that perennial grass yields were higher on mountain big sagebrush burned sites versus unburned sites six times for 50 percent. Do you note a trend here? That 50 percent of the time killing big sagebrush results in no increase in perennial grass production?

Wambolt and others (2001, p. 243) studying 13 burned sites versus paired unburned sites noted: "Total perennial grass canopy coverage was not different (P< 0.05) between treatments over the 13 sites. Managers considering prescribed burning of big sagebrush

communities should be aware that herbaceous plant responses may be minimal while shrub values will likely be lost for many years." Even where overall grass production has shown an increase, certain important species for wildlife and livestock (such as Idaho fescue, *Festuca idahoensis*) are frequently reduced (Peterson 1995).

It is interesting to note that it is a common practice before a prescribed fire to rest the proposed treatment area from livestock grazing for a year or two, to allow the buildup of fine fuels (grasses and forbs) – or, in other words, grasses and forbs increase in pound per acre and/or cover without prekilling big sagebrush (Bunting and others 1987). This could be considered as range improvement without killing big sagebrush.

It is not the presence of big sagebrush that limits grass production, but rather grazing that removes the grass component, leaving in some cases just big sagebrush, or as Peterson (1995, p. 34) puts it: "Sagebrush is a product of the range, range condition is not a product of sagebrush." The presence of big sagebrush is not an indicator of poor range conditions. Thilenius and Brown (1974, p. 224) made this interesting observation: "On three summer cattle ranges in the Bighorn, increased herbage production after sagebrush control with 2,4-D was a relatively short-lived phenomenon. Declines in production and the proportion of graminoids in the herbage did not appear to be related to reinvasion of sagebrush as this was minimal on all three sites even after 10 to 11 years." Also, Clary and others (1985) reported no significant increase in the production of perennial grasses in spite of significant reduction in shrub production (mainly mountain big sagebrush, killed by tebuthiuron treatments) of some 73 to 99 percent. Differences in perennial grass production in big sagebrush stands has less to do with shrub cover than it has with soils, moisture (wet or dry years), and especially grazing history differences (Peterson 1995; Pechanec and others 1937; Pechanec and Stewart 1949; Piemeisel 1945; Sneva 1972). So it appears that the recurrence of perennial grass after big sagebrush control may be a reestablishment of preexisting grass cover, unfortunately without big sagebrush.

A number of studies showed that total vegetative production, that is pounds of air-dried forage for all classes of plants, is reduced with big sagebrush control (Blaisdell 1953; Mueggler and Blaisdell 1958; Murray 1988; Pechanec and Stewart 1944a,b; Schumaker and Hanson 1977; Sturges 1986; Tabler 1968; West and Hassen 1985—minus the cheatgrass portion). Sites with big sagebrush are not only more productive, but the big sagebrush itself is important for the entire vegetative community by providing protection for understory plants, storing more snow, improving soil conditions at greater depth through root decay, and recycling deep soil moisture and nutrients (Peterson 1995).

## Axiom Number 4

Nothing eats it, or as expressed by Tueller (1985, p. 29): "It is ironic that the dominant plant and highest producer on this area of 30,000 square miles is essentially unpalatable." This subject reminds us of an old bumper sticker that reads: "Eat lamb! A million coyotes can't be wrong!" Paraphrasing, we could say "Eat big sagebrush! 52 species of aphids can't be wrong!"

A host of organisms feed directly on big sagebrush, including large and small mammals, birds, insects, fungi, parasitic vascular plants, and lichens, which find support on the boles and larger branches of big sagebrush. All parts of big sagebrush are consumed – leaves and stems, pollen, achenes or seeds, root tissues, and so forth.

Large mammals known to consume big sagebrush in varying amounts include domestic sheep (*Ovis aries*— Nelson 1898), mule deer (*Odocoileus hemionus,* Leach 1956), pronghorn (*Antilocapra americana,* Ferrel and Leach 1952), elk (*Cervus canadensis,* Kufeld 1973), Rocky Mountain bighorn sheep (*Ovis canadensis,* Keating and others 1985), and desert bighorn (*Ovis canadensis nelsoni,* Browning and Monson 1981). A number of small mammals also consume big sagebrush. About 15 species of these are listed in table 6. Four species of birds have been reported as directly eating big sagebrush: sage grouse (*Centrocercus urophasianus,* Rasmussen and Griner 1938), dark-eyed juncos (*Junco hyemalis,* Welch 1999), horned larks (*Eremophila alpestris,* Welch 1999)), and white-crowned sparrows (*Zonotrichia leucophrys,* Welch 1999).

The largest number of species obtaining substance from big sagebrush are found in two groups of organism: fungi and insects. Fungus species isolated from big sagebrush plants, 31 in all, are listed in table 7. There are 52 species of aphids that receive nourishment from big sagebrush; these are listed in table 8 (Gillette and Palmer 1928; 1933; Knowlton 1983). Feeding upon these aphids and indirectly on big sagebrush are a number of parasitic insects including 10 species of hymenoptera (ants, wasps, bees, chalcids, sawflies, and ichneumons, Pike and others 1997) and an undetermined number of ladybird beetle species. At least 18 species of beetles are known to be associated with big sagebrush, most of which feed directly on this plant (Banham 1962*;* Barr and Penrose 1969; Blake 1931; Furniss and Barr 1975; Halford and others 1973; Massey and Pierce 1960; Pringle 1960; Rickard 1970; Rogers and Rickard 1975; Tilden and Mansfield 1944). Thirteen known species of grasshopper and shield-back katydids also feed on big

**Table 6**—Small mammals reported as consumers of big sagebrush. Common and scientific names are given as listed in the various cited articles; some repetition.

| Species | | % diet | Reference |
|---|---|---|---|
| Black-tailed jack | *Lepus californicus* | ? | Severaid 1950 |
| | | ? | McAdoo and Young 1980 |
| Black-tailed hare | | 10 | Uresk 1978 |
| Black-tailed jackrabbit | | 1-8 | MacCracken and Hansen 1984 |
| | | 6-21 | Fagerstone and others 1980 |
| | | ? | McKeever and Hubbard 1960 |
| | | 8 | Gates and Eng 1983 |
| Chisel-toothed | | | |
| Kangaroo rat | *Dipodomys microps* | 5 | Johnson 1961 |
| Deer mouse | *Peromyscus maniculatus* | ? | Parmenter and others 1987 |
| Least chipmunk | *Eutamias minimus* | 2 | Johnson 1961 |
| Long-tailed vole | *Microtus longicaudus* | ? | Parmenter and others 1987 |
| Ord's kangaroo rat | *Dipodomys ordi* | 3 | Johnson 1961 |
| Pika | *Ochotona princeps* | ? | Severaid 1950 |
| Pika | *Ochotona schisticeps* | ? | Linsdale 1938 |
| Pygmy rabbit | *Sylvilagus idahoensis* | ? | Severaid 1950 |
| | *Brachylagus idahoensis* | 51-99 | Green and Flinders 1980 |
| Sagebrush vole | *Lagurus curtatus* | ? | Rickard 1960 |
| | | ? | Parmenter and others 1987 |
| | *Lemmiscus curtatus* | 1 | Mullican and Keller 1986 |
| | | ? | Maser 1974 |
| Townsend ground squirrel | *Spermophilus idahoensis* | ? | Rogers and Gano 1980 |
| | *Citellus townsendi* | 2 | Johnson 1977 |
| | | ? | Rickart 1987 |
| | | ? | Davis 1939 |
| Western cottontail | *Sylvilagus nuttallii* | ? | Severaid 1950 |
| Nuttall Cottontail | | 3-4 | MacCracken and Hansen 1984 |
| Western harvest mouse | *Reithrodontomys megalotis* | 12 | Johnson 1961 |
| White-tailed jack | *Lepus townsendi* | ? | Severaid 1950 |
| | | ? | McAdoo and Young 1980 |

**Table 7**—Pathogenic and nonpathogenic fungi collected from big sagebrush (Weber and others 2001).

| | |
|---|---|
| *Alternaria tenuis* | *Leptosphaeria tumefaciens* |
| *Camarosporium compositarum* | *Odontotrema oregonense* |
| *Cucurbitaria obducens* | *Phoma terrestris* |
| *Diplodina tridentatae* | *Phyllosticta raui* |
| *Discomycete* sp. | *Puccinia absinthii* |
| *Epicoccum nigrum* | *Puccinia atrofusca* |
| *Fusarium* sp. | *Puccinia cnici-oleracei* |
| *Glyphium corrugatum* | *Puccinia similis* |
| *Godronia montanensis* | *Puccinia tanaceti* |
| *Guepiniopsis buccina* | *Pyrenopeziza artemisiae* |
| *Guepiniopsis torta* | *Stigmina sycina* |
| *Heliocybe sulcata* | *Syncarpella tumefaciens* |
| *Heterobasidion annosum* | *Teichospora obducens* |
| *Leptosphaeria artemisiae* | *Teichospora* sp. |
| *Leptosphaeria preandina* | *Typhula* sp. |
| | *Uromyces oblongisporus* |

**Table 8**—Species of aphids collected from big sagebrush (*Artemisia tridentate* – Gillette and Palmer 1928, 1933; Knowlton 1983).

---

*Anuraphis hermistonii*
*Anuraphis oregonensis*
*Aphis artemisicola*
*Capitophorus heterohirsutus*
*Epameibaphis atricornis*
*Epameibaphis frigidae*
*Epameibaphis utahensis*
*Flabellomicrosiphum knowltoni*
*Flabellomicrosiphum tridentatae*
*Hyperomyzus accidentalist*
*Macrosiphoniella frigidicola*
*Macrosiphum longipes*
*Microsiphoniella acophorum*
*Microsiphoniella artemisiae*
*Microsiphoniella oregonensis*
*Obtusicauda albicornus*
*Obtusicauda anomella*
*Obtusicauda artemisicola*
*Obtusicauda artemisiphila*
*Obtusicauda cefsmithi*
*Obtusicauda coweni*
*Obtusicauda essigi*
*Obtusicauda filifoliae*
*Obtusicauda flavila*
*Obtusicauda frigidae*
*Obtusicauda jonesi*
*Obtusicauda zerohypsi*
*Obtusicauda zerothermum*
*Pleotrichophorus decampus*
 *Pleotrichophorus glandulosa*
*Pleotrichophorus heterohirsutus*
*Pleotrichophorus infrequens*
*Pleotrichophorus longipes*
*Pleotrichophorus pseudoglandulosus*
*Pleotrichophorus pullus*
*Pleotrichophorus quadritrichus*
*Pleotrichophorus quadritrichus* ssp. *pallidus*
*Pleotrichophorus spatulavillus*
*Pleotrichophorus wasatchii*
*Pleotrichophorus zoomontonus*
*Pseudoepameibaphis essigi*
*Pseudoepameibaphis glauca*
*Pseudoepameibaphis tridentatae*
*Pseudoepameibaphis xenotrichis*
*Pseudoepameibaphis zavillus*
*Zyxaphis canae*
*Zyxaphis filifoliae*
*Zyxaphis hermistonii*
*Zyxaphis infrequens*
*Zyxaphis minutissima*
*Zyxaphis oregonensis*
*Zyxaphis utahensis*

---

sagebrush (Anonymous 1992; Hewitt and others 1974; Isely 1944; Johnson and Lincoln 1990, 1991; Scharff 1954; Sheldon and Rogers 1978; Tinkham 1944). Sixteen species of thrips have been collected from big sagebrush (Bailey and Knowlton 1949; Knowlton and Thomas 1933; Tingey and others 1972). Table 9 lists 32 species of midges that induce galls on big sagebrush. In addition to galls induced by midges, Foote and Blanc (1963) and Fronk and others (1964) described several species of fruit flies that also induce gall formation on big sagebrush: *Asphondylia* sp., *Aciurina maculata, Eutreta diana, E. oregona, Neotephritis finalis, Orellia undosa, Oxyna palpalis, O. utahensis,* and *Trupanea nigricornis*. Emlen (1992) described an additional gall inducing fruit fly, *Eutreta diana*.

**Table 9**—Midges that induce galls on big sagebrush (Felt 1916, 1940; Jones and others 1983).

---

*Cecidomyia* spp.
*Diarthronomyia artemisiae*
*Diarthronomyia occidentalis*
*Rhopalomyia ampullaria*
*Rhopalomyia anthoides*
*Rhopalomyia brevibulla*
*Rhopalomyia calvipomum*
*Rhopalomyia conica*
*Rhopalomyia cramboides*
*Rhopalomyia culmata*
*Rhopalomyia florella*
*Rhopalomyia gossypina*
*Rhopalomyia hirtibulla*
*Rhopalomyia hirticaulis*
*Rhopalomyia hirtipomum*
*Rhopalomyia lignea*
*Rhopalomyia lignitubus*
*Rhopalomyia mammilla*
*Rhopalomyia medusa*
*Rhopalomyia medusirrasa*
*Rhopalomyia navasi*
*Rhopalomyia nucula*
*Rhopalomyia obovata*
*Rhopalomyia pomum*
*Rhopalomyia rugosa*
*Rhopalomyia* sp.
*Rhopalomyia* sp. *near lignea*
*Rhopalomyia tridentatae*
*Rhopalomyia tubulus*
*Rhopalomyia tumidibulla*
*Rhopalomyia tumidicaulis*
*Trypetid* sp.

---

Associated with these gall-inducers are a number of parasitic insects (20) and even a few (six) that use the galls to hibernate in (Emlen 1992; Fronk and others 1964; Goeden 1990; Jones and others 1983; Santiago-Blay 1989).

With such a large number of insect species living off of big sagebrush, it is not surprising that a large number of predicator organisms are associated with big sagebrush and indirectly consume big sagebrush by feeding on the insects that directly feed on big sagebrush. For example, table 10 lists 72 species of

spiders that are associated with big sagebrush and its host of insects (Abraham 1983; Allred 1969; Ehmann 1994; Hatley and MacMahon 1980). Also feeding on the insects of big sagebrush and indirectly on big sagebrush itself are a hosts of birds, small mammals, and reptiles.

Rosentreter (1990) reported finding 24 species of lichens (table 11) growing on the trunk of big sagebrush plants. Paintbrushes – *Castilleja* – are flowering facultative root hemiparastic plants; about 16 species are known to use big sagebrush as a host plant

Table 10—Spiders species associated with big sagebrush listed by guild (Abraham 1983; Allred 1969; Ehmann 1994; Hatley and MacMahon 1980).

**Jumpers**
- *Metaphidippus aeneolus*
- *Oxyopes scalaris*
- *Phidippus johnsoni*
- *Sassacus papenhoei*
- *Synageles idahoanus*
- *Tutelina similis*

**Trappers**
- *Dictyna idahoana*
- *Dipoena nigra*
- *Dipoena tibialis*
- *Euryopis* sp.
- *Hyposinga singaeformis*
- *Metepeira foxi*
- *Theridion neomexicanum*
- *Theridion petraeum*

**Ambushers**
- *Coriarachne* sp.
- *Misumenops* sp.
- *Xysticus cuncator*
- *Xysticus gulosus*
- *Xysticus montanensis*

**Pursuers**
- *Anyphaena pacifica*
- *Chiracanthium inclusum*
- *Ebo* sp.
- *Philodromus histrio*

**Additional species from Allred (1969)**
- *Ceratinella acerea*
- *Ceratinella parma*
- *Circurina new species*
- *Dictyna coloradensis*
- *Drassyllus mannellus*
- *Enophognatha wyuta*
- *Gnaphosa*
- *Haplodrassus eunus*
- *Schizocosa avida*
- *Tarentula kochi*

**Additional species from Allred (1969)** (con.)
- *Xysticus knowltoni*
- *Xysticus nigromaculatus*
- *Zelotes pullatus*

**Additional species from Abraham (1983)**
- *Aculepeira verae*
- *Alopecosa kochi*
- *Araneus gemma*
- *Araniella displicata*
- *Argiope trifasciata*
- *Dictyna completa*
- *Ebo evansae*
- *Enoplognatha ovata*
- *Erigone dentosa*
- *Euryopis scriptipes*
- *Herpyllus* sp.
- *Latrodectus hesperus*
- *Meioneta* sp. *1*
- *Meioneta* sp. *2*
- *Meioneta* sp. *3*
- *Metaphidippus verecundus*
- *Metaphidippus* sp.
- *Micaria* sp.
- *Misumenops asperatus*
- *Misumenops lepidus*
- *Neoscona arabesca*
- *Pardosa wyuta*
- *Pellenes hirsutus*
- *Phidippus octopunctatus*
- *Philodromus californicus*
- *Philodromus rufus*
- *Philodromus satullus*
- *Philodromus speciosus*
- *Spirembolus mundus*
- *Steatoda americana*
- *Synagales* sp. *nov.*
- *Tetragnatha laboriosa*
- *Thanatus formicinus*
- *Tibellus chamberlini*
- *Tibellus oblongus*
- *Zelotes subterraneus*

4-ER-773

SSV_13413

| Table 11—Lichens species associated with big sagebrush (Rosentreter 1990). |
| --- |
| *Buellia punctata* |
| *Caloplaca fraudans* |
| *Candelaria concolor* |
| *Candelariella rosulans* |
| *Candelariella vitellina* |
| *Hypogymnia physodes* |
| *Lecanora* cf. *varia* |
| *Lecanora* sp. |
| *Lecidea plebeja* |
| *Lepraria neglecta* |
| *Letharia vulpina* |
| *Melanelia exasperatula* |
| *Melanelia incolorata* |
| *Physcia dimidiata* |
| *Physcia* sp. |
| *Physconia detersa* |
| *Physconia grisea* |
| *Physconia muscigena* |
| *Rinodina* sp. |
| *Usnea* sp. |
| *Xanthoria candelaria* |
| *Xanthoria fallax* |
| *Xanthoria polycarpa* |
| *Xanthoria sorediata* |

| Table 12—Paintbrushes – *Castilleja* –associated with big sagebrush (Cronquist and others 1984; Goodrich and Neese 1986; Hitchcock and others 1959). | |
| --- | --- |
| *Castilleja* | *angustifolia* |
| | *applegatei* |
| | *aquariensis* |
| | *chromosa* |
| | *cusickii* |
| | *dissitiflora* |
| | *flava* |
| | *linariifolia* |
| | *miniata* |
| | *pallescens* |
| | *pilosa* |
| | *oresbia* |
| | *rustica* |
| | *scabrida* |
| | *thompsonii* |
| | *xanthotricha* |

(table 12, Cronquist and others 1984; Goodrich and Neese 1986; Hitchcock and others 1956). Owl-clovers – *Orthocarpus* – are facultative root hemiparasites, but unlike paintbrushes they are smaller and are annuals; seven species have been identified as perhaps using big sagebrush as a host plant (Cronquist and others 1984; Ducharme and Ehleringer 1996; Goodrich and Neese 1986; Taylor 1992). A number of others facultative root parasites may use big sagebrush as host plants: Bird's beaks – *Cordylanthus capitatus, C. kingii, C. parviflorus, C. ramosus, C. wrightii*; and Broomrapes – *Orobanche corymbosa, fasciculata, ludoviciana* (Cronquist and others 1984; Goodrich and Neese 1986).

The axiom that nothing eats big sagebrush is not based on science or even sound reasoning. Big sagebrush is a nursing mother to a host of organisms ranging from microscopic to large mammals. Many of these organisms society values, and they exist because of sagebrush and not in spite of it.

## Axiom Number 5

Biodiversity increases with the removal, controlling, thinning, or killing of big sagebrush.

Olson and others (1994) reported that in their big sagebrush control plots, the number of plant species increased by three to four species over untreated big sagebrush plots, but they failed to name what species of plants and where they came from. Did the new unknown plant species seeds just float in, on the wind, like musk thistle (*Carduus nutans*), could or develop from long-lived dormant seeds formed from plants that have been grazed out before treatment? Are their comparisons between overgrazed big sagebrush sites versus treated sites proper, or should the comparisons be between undisturbed or never grazed by livestock big sagebrush sites versus treated sites? Should the measurement of biodiversity be determined only on number of plant species present or on total number of species of all life forms? What did the rebuttal of the last axiom number 4 tell us? That a large number of species consumes big sagebrush directly and indirectly. Is this not an expression of biodiversity?

We calculated correlation coefficients and coefficients of determination for the data published in Tart (1996), between canopy cover of mountain big sagebrush and number of perennial grass species, number of forb species, and total number of plants species present on his study sites. No significant relationships were detected (table 3). An interesting point of the Tart (1996) study is found on his page 42, where a stand of mountain big sagebrush with a canopy cover of 46 percent supported 48 species of grasses and forbs, while a stand of mountain big sagebrush (his page 26) with a canopy cover of 17 percent supported 33 species. A second mountain big sagebrush (his page 74) with a canopy cover of 17 percent supported 35 species.

The Goodrich and Huber (2001) study also demonstrates a lack of relationship between big sagebrush

canopy cover and number of grass and forb species and total plant species:

31-4-exclosure 32.4 percent big sagebrush canopy cover-41-grasses & forbs-46-total plants,

32-66-grazed 16.4 percent big sagebrush canopy cover-38-grasses & forbs-41-total plants,

32-67-grazed 15.1 percent big sagebrush canopy cover-44-grasses & forbs-47-total plants,

31-35A-grazed 5.0 percent big sagebrush canopy cover-43-grasses & forbs-46-total plants,

32-78-grazed and burned 0.2 percent big sagebrush canopy cover-42- grasses & forbs-46 total plants.

Perryman and others (2002, p. 419) studying the response of vegetation to prescribed fire in Dinosaur National Monument found: "Mean numbrs of [plant] species on combined control and burn areas were 17 and 18, respectively." Only one comparison out of 20 showed a significant increase in plant species for the burned or control plots versus unburned plots. Tiedeman and others (1987) and Baker and Kennedy (1985) reported similar results. It appears highly unlike that big sagebrush canopy cover above 20 percent suppresses or reduces biodiversity.

Big sagebrush is the mother of biodiversity. It is what supports life in Bailey's (1896, p. 359) description: "One never recovers from his surprise that there should be so much life where apparently there is so little to support it."

## Axiom Number 6

Mountain big sagebrush evolved in an environment with a mean fire interval of 20 to 30 years (Winward 1984), or as expressed by Winward (1991, p.4): "These ecosystems, which have developed with an historical 10-40 year fire interval, were dependent on this periodic removal or thinning of sagebrush crowns to maintain their balanced understories."

Of all the axioms we have challenged in this paper, none is more speculative, that is not based on scientific investigation, than this one. Mueggler (1976, p. 6) stated: "Judging from the reports of early explorers, these fires were not frequent enough to alter the vegetation in favor of more fire-enduring grasses." The height of rationalization is reached in this statement by Winward (1984, p. 3): "Normally sagebrush survives fires through rapid regeneration of seedlings and in this sense it may be called fire tolerant." How rapid is rapid? The answer to this question depends not on ecologically founded principles but more on what is best for private animals on the people's land (Vallentine 1989), or in the words of Box (2000, p. 30): "The credibility of range managers is questioned. We are accused of being captive of a single use – livestock grazing."

So how rapid can big sagebrush reestablish itself after a fire? Winward (1984, p. 3) says: "In most cases it is well on its return to the site 5-10 years after a burn. Normally enough sagebrush seed remains in the soil surface for rapid recolonization." Unfortunately, the phases "well on its return" and "rapid recolonization" were not quantitatively defined across the range of sagebrush habitats, and there is much evidence to the contrary. West and Yorks (2002, p. 175) noted: "*Artemisia* [Wyoming big sagebrush] has been slow to reestablish at our burned locations." None of 13 mountain and Wyoming big sagebrush burned sites studied by Wambolt and other (2001) support Winward's (1984) statement. Hanson (1929) noted that grasses were dominant over (probably mountain) big sagebrush 5 to 10 years after a fire. Pechanec and Stewart (1944a, p.13) stated the following concerning the recovery of big sagebrush after a burn: "Eleven years after burning almost no sagebrush has reoccupied the area." Blaisdell (1950), studying what was probably a mountain big sagebrush stand, noted some reestablishment 15 years after a fire. Blaisdell (1953) found little reestablishment of what was probably a Wyoming big sagebrush stand 12 years after a fire. Harniss and Murray (1973) noted that full big sagebrush recovery had not occurred even after 30 years on what was probably a Wyoming big sagebrush stand. Bunting and others (1987, p. 4) set mountain big sagebrush recovery at 15 to 20 years and observed that "Wyoming big sagebrush will establish readily from seed, if seed is available. Slow growth, however, reduces the rate at which it recovers compared to other big sagebrush subspecies." Eichhorn and Watts (1984, p. 32) stated: "burning removed big sagebrush (*Artemisia tridentata wyomingensis*) from the site and it has not reinvaded after 14 years." Wambolt and Payne (1986) reported that 18 years after a fire, Wyoming big sagebrush canopy cover was only 16 percent of control and significantly below other control methods. Fraas and others (1992) found little recovery of mountain big sagebrush on an 8 year old burn. Wambolt and others (1999, p. 239 ), studying the production of three subspecies of big sagebrush 19 years after a fire on the northern Yellowstone winter range, found: "recoveries of burned compared to unburned Wyoming, mountain, and basin big sagebrushes were…0.1, 1.4 and 11% for production of winter forage, respectively." They further studied seven other burn sites of mountain big sagebrush on the northern Yellowstone winter range and found no significant recovery of mountain big sagebrush 9 to15 years after prescribed burning. Humphrey (1984), studying the patterns and mechanisms of plant succession after fire in the big sagebrush habitat, found a pronounced delay of some 18 to 32 years in the establishment of big sagebrush. He attributed this delay to big sagebrush dependancy on

the dispersal of its propagules, achenes, or seeds (big sagebrush seed moves about 100 feet from the mother plant, which means it could take some 105 to 211 years to spread 1 mile; Noste and Bushey 1987). Nelle and others (2000) noted that it required more than 20 year for burned-over mountain big sagebrush stands to recover sufficiently to support nesting habitat for sage grouse. We have cited 13 scientific articles–five published long before 1984—that do not support Winward's (1984) contention that big sagebrush "is well on its return" in 5 to 10 years after a burn.

However, Mueggler (1956, p. 1) noted on what was probably a Wyoming big sagebrush site: "Establishment of thick stands of big sagebrush (*Artemisia tridentata*) seedlings the year following planned burning of sagebrush range sometimes occurs despite all known precautions." The key word in his statement is "sometimes." Unfortunately, some workers such as Burhardt and Tisdale (1976, p. 478) have changed the word "sometimes" to "generally," which gives the erroneous impression that most burned big sagebrush stands can regenerate quickly, or in the case of Winward (1984, p.3), most of the time, as would be inferred by his statement that in most cases big sagebrush is well on its return 5 to 10 years after a fire.

In addition to the scientific articles cited above, we have measured the reestablishment of mountain big sagebrush on a 360+ acre, 14 year old burn known as the Grandine Fire some 3 miles east by northeast of Stone, ID (Klott and Ketchum 1991). We selected a point – N 42° 01.545'; W 112° 38.283' – 300 feet from the western edge of the Grandine Fire and constructed a line running due east into the burned area for 3,300 feet (the line could have been continued for an additional 3,000 feet or more) and used this line to determine percent canopy cover of mountain big sagebrush and sprouting shrubs such as rabbitbrush (*Chrysothamnus* ssp.), snakeweed (*Gutierrezia* ssp.) and horsebrush (*Tetradymia* spp.). Mountain big sagebrush canopy cover for the unburned area – the first 300 feet – was 30 and 4 percent for the sprouting shrubs. For the first 300 feet into the burned area, mountain big sagebrush canopy cover was 3 and 2 percent for the sprouting shrubs. Some 3 percent mountain big sagebrush canopy cover continued to 600 feet and from 600 feet to the 3,000 foot point in the burned area, or for 2,400 feet our transect line did not intercept a single big sagebrush plant. Sprouting shrub canopy cover varied over the same distance from 8 to 26 percent. The rate of mountain big sagebrush reestablishment on this burn from the west to the east was about 42 feet per year. Reestablishment from the east to the west and from the north to the south was essentially nil, and the reestablishment rate from the south to the north was half of that of the west to the east. Based on these measurements, recovery of big

sagebrush on the burn would take some 71 years to just reach the 3,000 foot point and would not include the time needed for full canopy recover. There were widely scattered mountain big sagebrush plants throughout most of the burn site that would help to reduce the 71-year recovery rate, but they too are subject to 42 feet per year spread in an easterly direction and even shorter distance in a northerly direction. These scattered plants were probably derived from soil-borne seeds that survived the burn. Two things are obvious from the measurements of this burn: (1) Winward's (1984) statement that big sagebrush "is well on its return" 5 to 10 years after a fire is a statement of oversimplification; and (2) the idea that fire stimulated mountain big sagebrush seed emergence was not supported on this fire (Hironaka and others 1983).

In an often cited article by Winward (1991, p. 4) he, in reference to the big sagebrush ecosystem, states: "These ecosystems, which have developed with an historical 10-40 year fire interval, were dependent on this periodic removal or thinning of sagebrush crowns to maintain their balanced understories." There is a lack of empirical evidence to support this assertion. In fact, a 31-year study of a mature big sagebrush stand (about 61 years old) in the Gravelly Mountains in Montana demonstrated the ability of a big sagebrush ecosystem to maintain itself without the occurrence of fire (Lommasson 1948).

Houston (1973) estimated the fire interval in what he termed "bunchgrass steppes" of northern Yellowstone National Park winter range to be from 53 to 96 years. Feeling that modern people have influenced the fire interval through fire suppression activities, he adjusted the interval by subtracting 80 years from the ages of living trees and came up with adjusted fire intervals of 32 to 70 years in the big sagebrush steppes of northern Yellowstone National Park. This reasoning suggests humans have had the capacity to significantly suppress fires starting in 1890. We believe that Houston (1973) was overoptimistic in his estimate on how soon modern people could significantly suppress fires. This ability may not have occurred until the 1950s (http://www.nifc.gov/stats/wildlandfirestats.html-Wildland Fire Statistics-Average number of fires and acres burned by decade), but even his adjusted fire intervals exceed those of Winward (1991). Wright and Bailey (1982, p.159) suggested a fire interval of 50 years "based on the vigorous response of horsebrush (*Tetradymia canescens*) to fire and the 30-plus years that are needed for it to decline to a low level after a fire in eastern Idaho." They further observed (p. 160): "If fires occurred every 20 to 25 years, as Houston implies, many sagebrush-grass communities in eastern Idaho could be dominated by horsebrush and rabbitbrush (*Chrysothamnus* ssp.)" (also see Young

and Evans 1978 and Britton 1979 for supporting evidence). For Wyoming big sagebrush ecosystems, they, Wright and Bailey (1982), suggested a fire interval as long as 100 years. Whisenant (1990, p. 4) stated: "Prior to the arrival of white settlers, fire-return intervals in the sagebrush (*Artemisia*)-steppe probably varied between 60 and 110 years."

Winward (1984) suggests that mountain big sagebrush, which usually grows at higher elevations, has a burn cycle of 20 to 30 years. This is based on higher vegetative productivity of the mountain big sagebrush sites, or in other words, higher fine fuel accumulation and higher frequence of lightning strikes, which he believes results in a shorter fire cycle as compared to basin and Wyoming sites that produce less fine fuels and experience fewer lightning strikes. But should not the greater accumulation of biomass and higher number of lightning strikes on mountain big sagebrush sites be offset somewhat by lower temperature and higher humidity that occur on these sites? Monsen and McArthur (1985) and Goodrich and others (1999) reported average annual precipitation for mountain big sagebrush stands to be about 17 inches, 14 for basin big sagebrush, and 11 for Wyoming big sagebrush. Tisdale and Hironaka (1981) noted that stands dominated by Wyoming big sagebrush were the first to became water deficient (mid-July), basin big sagebrush stands were second (late July to early August), and mountain stands were the last to become water deficient (September). Meaning that mountain big sagebrush sites are the last to dry out and the first to wet-up, narrowing the window of opportunity for fire. We have observed on many mountain big sagebrush sites that understory species or fine fuels are still green during the late summer to early fall period making burning difficult.

Arno and Gruell (1983) found that the fire interval prior to 1910 at ecotones between mountain big sagebrush ecosystems and forest ecosystems ranged from 35 to 40 years (also see Gruell 1983). Miller and Rose (1999) suggest a fire interval of 12 to 15 years based on fire scars found on ponderosa pine (*Pinus ponderosa*). Neither Arno and Gruell (1983) nor Miller and Rose (1999) have linked fire scaring of trees to fire interval in mountain big sagebrush communities. We have found basal fire scaring on limber pine (*P. flexilis*), and Engelmann spruce (*Picea engelmannii*) trees, growing on talus not capable of carrying ground fires. (These observations occurred on the ridge just west of Brown Lake in the Great Basin National Park.) These scars were caused by lighting strikes. Can fire scarring due to ground fires be identified from scars due to lighting strikes? If not, would this result in overestimating fire numbers in a given period time?

Soils characteristics of the ponderosa pine clusters used in the Miller and Rose (1999) study may be dramatic different from those of the adjacent mountain big sagebrush stands (Billings 1950; DeLucia and others 1989; Gallardo and Schlesinger 1996; Schlesinger and others 1989). If so, what effects these differences might have on fire intervals on either plant community were not addressed? Also, Miller and Rose (1999) sampling method was not done in a randomized manner; they chose only trees bearing fire scars. In fact, they (Miller and Rose 1999, p. 553) stated: "In cluster I and IV, trees with the maximum number of fire scars visible on the surface were selected for sampling." Would this tend to overestimate fire numbers in a given period of time? Baker and Ehle (2001, p. 1205) states: "inadequate sampling and targeting on multiple- scarred trees and high scar densities bias mean FIs toward shorter intervals." They suggest mean fire interval for ponderosa pine may be 22 to 308 years.

However, the Miller and Rose (1999) report does present data which shows a major fire event occurring at a 50-year or more cycle. These major fire events could have burned over significant amount of mountain big sagebrush areas. A fire interval of greater than 50 years is probably compatible with maintaining a mountain big sagebrush community (Lommasson 1948).

In addition, 10 biological and ecological characteristics of mountain big sagebrush do not support the idea that mountain big sagebrush evolved in an environment of frequent fires of 20 to 30 years: (1) a life expectancy of 70+ years (Daubenmire 1975; Ferguson 1964; Fowler and Helvey 1974; Passey and Hugie 1963); (2) highly flammable bark (this stringy bark makes excellent fire starting material); (3) production of highly flammable essential oils (Buttkus and Bose 1977; Cedarleaf and others 1983; Charlwood and Charlwood 1991; Kelsey 1986; Kinney and others 1941; Powell 1970); (4) a low growth form that is susceptible to crown fires (Beetle 1960; McArthur and others 1979; (5) nonsprouting (Peterson 1995; West and Hassan 1985; Wright and others 1979; (6) seed dispersal occurs in late fall or early winter long after the fire season has ended (Beetle 1960; Young and Evans 1989); (7) lack of a strong seed bank in the soil (Beetle 1960; McDonough and Harniss 1974; Meyer 1990, 1994; Young and Evans 1989); (8) seed lack anatomical fire resistance structures or adaptations – that is, a thick seed coat (Diettert 1938); (9) seeds must lie on the soil surface, which exposed them to higher temperatures than seeds that occur deeper in the soil (Hassan and West 1986; Jacobson and Welch 1987); (10) seeds lack any adaptations for long distance dispersal, hence, mountain big sagebrush lack the ability for rapid reestablishment (Astroth and Frischknecht 1984; Chambers 2000; Frischknecht 1979; Johnson and Payne 1968; Walton and others 1986; Wambolt and others 1989; Young and Evans 1989).

Thus it appears that an estimated fire interval of 20 to 30 years for mountain big sagebrush is too low and that the natural or normal fire interval is much longer, perhaps 50 years or more. As more and more acres of the sagebrush ecosystem are converted into human development, pinyon/juniper woodlands, stands of annual weeds, and perennial grasses, the issue of how often to burn sagebrush sites supporting sagebrush obligates, such as sage grouse, could become so critical for the survival of these organisms as to question the advisability of any burning.

## Axiom Number 7 _____

Big sagebrush is an agent of allelopathy.

Most allelopathy research has been conducted under controlled or semicontrolled environments of the laboratory or greenhouse (Friedman 1995). To determine the allelopathic effects of a plant, germinating seeds are exposed to whole plant, specific plants parts (seeds, shoots, roots, and so forth), plant extracts, or to a specific phytochemical produced by the "aggressive" species (Friedman 1995). Table 13 lists the plant species showing an allelopathic reaction under laboratory (Rychert and Skujins 1974) or greenhouse environments to big sagebrush produced phytochemicals – terpenoids, phenolics, and so forth. Not included in the listing are blue-green algae-lichen crusts (Rychert and Skujins 1974).

Rychert and Skujins (1974) using laboratory techniques found that aqueous extracts from big sagebrush leaves inhibit nitrogen fixation or acetylene-reduction of the blue-green algae (now called cyanobacteria)-lichen crusts thus, providing evidence

Table 13—Species showing allelopathic effects under laboratory or green house conditions to big sagebrush chemicals (Groves and Anderson 1981; Hoffman and Hazlett 1977; Kelsey and others 1978; Klarich and Weaver 1973; McCahon and others 1973; Reid and others 1963; Schlatterer and Tisdale 1969; Weaver and Klarich 1977; Wilkie and Reid 1964).

| | |
|---|---|
| Alfalfa | *Medicago sativa* |
| Barley | *Hordeum vulgare* |
| Bean | *Phaseolus vulgaris* |
| Bottlebrush squirreltail gr. | *Sitanion hystrix* |
| Bluebunch wheatgrass | *Agropyron spicatum* |
| Canada bluegrass | *Poa compressa* |
| Creeping juniper | *Juniperus horizontalis* |
| Crested wheatgrass | *Agropyron desertorum* |
| Corn | *Zea mays* |
| Cucumber | *Cucumis sativus* |
| Douglas-fir | *Pseudotsuga menziesii* |
| — | *Echinacea pallida* |
| Englemann spruce | *Picea engelmannii* |
| — | *Euphorbia podperae* |
| Fairway wheatgrass | *Agropyron cristatum* |
| Field pennycress | *Thlaspi arvense* |
| — | *Hedeoma hispida* |
| Giant wild rye | *Elymus cinereus* |
| Idaho fescue | *Festuca idahoensis* |
| Indian ricegrass | *Oryzopsis hymenoides* |
| Ironplant goldenweed | *Haplopappus spinulosus* |
| Limber pine | *Pinus flexilis* |
| Lodgepole pine | *Pinus contorta* |
| Mountain big sagebrush | *Artemisia tridentata* spp. *vaseyana* |
| Pennsylvania pellitory | *Parieteria pennsylvanica* |
| Ponderosa pine | *Pinus ponderosa* |
| Prairie sandgrass | *Calamovilfa longifolia* |
| Oats | *Avena sativa* |
| Radish | *Raphanus sativus* |
| Rocky Mountain juniper | *Juniperus scopulorum* |
| Rubber rabbitbrush | *Chrysothamnus nauseosus* |
| Slender wheatgrass | *Agropyron trachycaulum* |
| Silver sagebrush | *Artemisia cana* |
| Smooth brome | *Bromus inermis* |
| Subalpine fir | *Abies lasiocarpa* |
| Sunflower | *Helianthus annuus* |
| Thickspike wheatgrass | *Agropyron dasystachyum* |
| Thurber needlegrass | *Stipa thurberiana* |
| Western yarrow | *Achillea millefolium* |
| Western wheatgrass | *Agropyron smithii* |
| Wheat | *Triticum aestivum* |

of possibly allelopathic effects. Kelsey and Everett (1995) suggest that litter of big sagebrush may have the same inhibitory effects. Yet five reports claim that soil nitrogen levels under big sagebrush plants are higher than in the interspace between plants (Charley 1977; Charley and West 1975; Charley and West 1977; Fairchild and Brotherson 1980; Wikeem and Pitt 1982). Charley and West (1977) reported total and nitrate nitrogen levels under big sagebrush canopy to be significantly higher – almost twice that of the interspaces. If the secondary metabolites of big sagebrush are inhibiting nitrogen fixation, how does one explain the results of these five studies? Perhaps Kelsey and Everett (1995, p. 482 ) offer a clue: "Because of the experimental difficulties and the complexity of biotic and abiotic factors influencing natural interactions, not all ecologists and biologists are convinced that allelopathy is a significant ecological phenomena in natural environments."

Hoffman and Hazlett (1977, p. 137) observed: "In our experiments the germination of *Parietaria pennsylvanica, Euphorbia podperae, Hedeoma hispida,* and *Achillea millefolium* was inhibited by litter extracts of *Artemisia tridentata*. Yet, in the field, these same species are most abundant directly under or very near *A. tridentata* shrubs." Further they stated (p. 137): "It is important to point out that most plant-plant interactions are not simple one factor interactions. A plant is influenced by a multiplicity of environmental factors." Krannitz and Caldwell (1995, p. 166), studying root growth responses of two grass species when their roots came into contact with mountain big sagebrush roots, observed: "Contrary to expectations, when roots of any test species contacted, or were in the vicinity of, *Artemisia* roots, their growth rate was not significantly affected." This "contrary to expectations" statement demonstrates the long-held prejudice that big sagebrush possess allelopathic powers over other range plants.

We have found in the field the seedlings of bigtooth maple-*Acer grandidentatum,* box elder-*Acer negundo,* singleleaf pinyon pine-*Pinus monophylla,* and Utah juniper-*Juniperus osteosperma* growing under the canopy of mature big sagebrush plants. Diettert (1938, p. 5) observed: "Not only is it of direct value as a forage crop but in many places it provides shelter for tender and perhaps more useful plants." Drivas and Everett (1987, 1988) and Callaway and others (1996) describe the use of big sagebrush as nurse plants for singleleaf pinyon (*Pinus monophylla*) seedlings, Patten (1969) for lodgepole pine (*Pinus contorta*), and Schultz and others (1996) for curlleaf mountain mahogany (*Cercocarpus ledifolius*). Also in the field, we have noticed at various locations that the only grasses and forbs present on a site were to be found under the

canopy of big sagebrush plants (also see Weaver and Albertson 1956). Figure 1 illustrates this point. This photograph was taken at the Benmore Experimental Range just south of Vernon, UT, where pastures of crested wheatgrass were established to determine how much grazing pressure the grass could tolerate. The increase in bare ground in the picture was due not to increasing big sagebrush canopy, as hypothesized by Baxter (1996), but by grazing.

Daubenmire (1975, p. 31) states: "Field observations in Washington indicate that not only is there no allelopathic influence from this species of *Artemisia*... but that it has a beneficial effect on other plants." Wight and others (1992) describe one of these "beneficial effects on other plants" as being in the area of water conservation and extending water near the soil surface by 2 weeks versus interspaces between plants (see also Chambers 2001). They noted that big sagebrush canopies reduce solar radiation and prolong the period favorable for seedling establishment for perhaps as long as 28 days (also see Pierson and Wight 1991; and Chambers 2001 for favorable soil temperatures under big sagebrush). Hazlett and Hoffman (1975) studied the pattern of plant species placement in relation to big sagebrush distribution in western North Dakota. Their study site was dominated by big sagebrush that had a canopy cover value of 29 percent. They counted the number of established plants found in three concentric zones under and beyond the individual big sagebrush plant canopies. Number of established plants (most forbs, 18 species) in the inner zone



**Figure 1**—A photo of a site where the only grass present is under the protective canopy of mature big sagebrush (*Artemisia tridentata*) plants (photo by Bruce L. Welch).

(zone 1), which is directly beneath the canopies, greatly exceeded the number of plants of the two outer most zones (3,145; 1,845; 325 plants for zones 1, 2, 3, respectfully). However, they felt that grass cover was greater in the outer zone. Eckert and others (1986) reported similar results for their Nevada sites.

Blaisdell (1953, p.1), speaking of big sagebrush, observed: "Even when livestock force their way into heavy sagebrush stands, they are often unable to reach more than half of the palatable grasses and forbs." Or in other words, big sagebrush canopy forms a protective barrier (Costello 1944; Weaver and Albertson 1956 ). How then, can big sagebrush be both a protector of grasses and forbs and an agent of allelopathy?

Even the experts, Kelsey and Everett (1995, p. 518), have questions: "Can volatile terpenes adsorbed on soil particles the previous summer and fall, or leached during the winter, remain at toxic levels until spring germination? Does sagebrush litter, in spring, have sufficient concentrations of toxins to interfere with growth? What happens to the large quantities of sesquiterpene lactones in the foliage of sagebrush? Are they ever inhibitory?" It appears to-date that allelopathy of big sagebrush is based more on myth than science (Caldwell 1979; Daubenmire 1975; Peterson 1995).

## Axiom Number 8 _____

Big sagebrush is a highly competitive, dominating, suppressive plant species. Winward (1991, p. 5) states: "Mountain and basin big sagebrush sites in best condition have cover values between 15-20 percent. Those numerous sites that support cover values in the 30 to 40 percent category have a much restricted herbaceous production and are essentially closed to recruitment of new herbaceous seedlings. Some type of shrub removal process will be needed before understory forbs and grasses can regain their natural prominence in these communities." He also states that Wyoming big sagebrush stands with canopy cover over 15 percent would, also, have "a much restricted herbaceous production.".

During the 1940s and 1950s, the range management community recognized the protective barrier that the canopy cover of big sagebrush provided grasses and forbs from excessive livestock grazing (Pechanec and Stewart 1949). Big sagebrush forms such an effective protective cover for grasses and forbs that Pechanec and Stewart (1944b) estimated that 50 percent of the palatable grasses and forbs under big sagebrush is unavailable to grazing livestock. This is illustrated in figure 1. So how can big sagebrush be, at the same time, a protector of grasses and forbs and a highly competitive, dominating, suppressive plant species?

An untested hypothesis proposed by some in the range management community states: the surface roots of big sagebrush roots in the interspaces among big sagebrush plants has the capacity to capture water and nutrients to the point that it starves out associated herbaceous plant species. Data within the Tart's (1996, p. 42) report refutes this hypothesis (see explanation given in axiom number 5). Stands of mountain big sagebrush with the highest canopy cover at 46 percent had grass and forb cover above the study averages. Conversely, stands of mountain big sagebrush with the lowest canopy cover at 17 percent (p. 26) had below average grass and forb cover. Also, this hypothesis ignores a number of ecological facts concerning the interactions of big sagebrush with its associated herbaceous plant species.

But first, this untested hypothesis brings up an interesting question: If big sagebrush roots are so competitive, why is it, in grazed out big sagebrush stands, that the only place grasses and forbs can be found is under the protective cover of big sagebrush plants (figure 1)? Daddy and others (1988) found that the greatest root concentration is under the canopy cover of big sagebrush. So why don't the roots of big sagebrush starve out grasses and forbs under the canopy? Perhaps it is not the competitor the range management community claims it is.

There are four scientific articles that show when grazing is eliminated or reduced grass cover increases, in spite of high or increasing big sagebrush canopy cover. McLean and Tisdale (1972), studying the time it requires for land to recovery from overgrazing, found inside their West Mara (British Colombia) plot that perennial grass cover increased from 51 to 67 percent in 9 years with (probably mountain) big sagebrush canopy cover of 31 to 34 percent. Outside, big sagebrush canopy cover was 38 percent, and the cover of perennial grass increased from 35 to 51 percent. Branson and Miller (1981) found that after 17 years of improved grazing management, canopy cover of (probably Wyoming) big sagebrush increased from 23 to 30 percent, and grass cover increased from 3 to 41 percent. Three other study sites showed similar trends: below hill top-big sagebrush canopy cover increased from 15.1 to 30.7 percent, perennial grass cover increased from 2.8 to 33.3 percent; big sagebrush–big sagebrush canopy cover increased from 12.6 to 39.3 percent, perennial grass cover increased from 1 to 27.9 percent; and sagebrush strip–big sagebrush canopy cover increased from 31.9 to 36.6 percent, perennial grass cover increased from 10.1 to 36.3 percent. Pearson (1965) found big sagebrush canopy cover inside of an 11-year old exclosure to be 34 percent with 39 percent cover of perennial grasses. Outside his exclosure, canopy cover of big sagebrush was 11 percent with a perennial grass cover of 22 percent.

Anderson and Holt (1981) reported big sagebrush canopy cover increased with over 25 years of protection from grazing from 15 to 23 percent with perennial grass cover increasing from 0.28 to 5.8 percent. What we found interesting about this study was that perennial grasses showed any signs of recovery after starting at a cover value of less than three-tenths of a percent. Also, of interest is Daddy and others (1988) citation of the Anderson and Holt (1981) study. They, Daddy and others (1988, p. 415), stated: "Anderson and Holte (1981) reported that canopy cover of big sagebrush increased 54% with little change in cover of understory grasses after 28 years of complete protection from grazing in southern Idaho." Why did they express the increase of big sagebrush canopy cover as a percentage then change the terms for expressing grass cover increase as "little change"? Is this because the percentage increase in grass cover was 2,071 percent (from 0.28 percent to 5.8 percent)? Does this hint at the existence of bias against big sagebrush? Do any of these four studies support Winward's (1991) assertions concerning the relationship between canopy cover of big sagebrush and a suppressed understory? None do. In fact, these studies showed that as canopy cover of big sagebrush increased, perennial grass cover also increased. Are these the characteristics of a highly competitive, dominating, suppressive plant species. We think not.

Richards and Caldwell (1987) found that big sagebrush has the capacity to draw water from deep, moist soil layers, and at night redistribute water into the drier upper layers of the soil. Here, non-big sagebrush plants may parasitize this water (Caldwell and Richards 1989). They termed this phenomenon hydraulic lift. Caldwell and others (1991) listed the advantages for hydraulic lift as prolonging the activities of fine roots, mycorrhizae, and nutrient uptake in drying soils. Ryel and others (2002) listed another advantage, a delay in the development of xylem embolisms. They estimated that as much as 20 percent of the water used by non-big sagebrush plants can come from hydraulic lift on a given day. Are these the characteristics of a highly competitive, dominating, suppressive plant species or those of a nursing mother?

A number of studies show that big sagebrush is a soil builder (Chambers 2001; Charley and West 1975, 1977; Doescher and others 1984; Fairchild and Brotherson 1980). The nutrient content – nitrogen, phosphorus, potassium, calcium, and so forth – directly under the canopy of big sagebrush is higher than the nutrient content in the interspaces. For nitrogen, Charley and West (1975) suggested that three factors may be operating in concert to account for the accumulation: first, enhanced fixation by free-living microorganisms in or under litter; second, animal activity; and third, canopy-capture of wind-transported solids. Mack (1977) describes a fourth factor as absorbing minerals deeper in the soil and depositing them on the soil surface as litter. As a result, big sagebrush creates islands of fertility that can be utilized by other plant species. Krannitz and Caldwell (1995, p. 166) note: "Contrary to expectations, when roots of any test species contacted, or were in the vicinity of, *Artemisia* roots, their growth rate was not significantly affected." Are these the characteristics of a highly competitive, dominating, suppressive plant species.

Finally, from the allopathic section, Daubenmire (1975, p. 31) states: "Field observations in Washington indicate that not only is there no allelopathic influence from the species of *Artemisia*, but that it has a beneficial effect on other plants." Wight and others (1992) describe one of these "beneficial effects on other plants" as being in the area of water conservation (also Chambers 2001) and extending water near the soil surface by 2 weeks versus interspaces between plants. They noted that big sagebrush canopies reduce solar radiation and prolong the period favorable for seedling establishment for perhaps as long as 28 days (also see Pierson and Wight 1991 and Chambers 2001 for favorable soil temperatures under big sagebrush). Again, are these the characteristics of a highly competitive, dominating, suppressive plant species?

## References

Abraham, Barbara J. 1983. Spatial and temporal patterns in a sagebrush steppe spider community (Arachnida, Araneae). The Journal of Arachnology. 11:31-50.

Alley, Harold P. 1956. Chemical control of big sagebrush and its effect upon production and utilization of native grass species. Weeds. 4:164-173.

Allred, Dorald M. 1969. Spiders of the National Reactor Testing Station. Great Basin Naturalist 29:105-108.

Anderson, Jay E.; Holte, Karl E. 1981. Vegetation development over 25 years without grazing on sagebrush-dominated rangeland in southeastern Idaho. Journal of Range Management 34:25-29.

Anonymous. 1992. Valley grasshopper *Oedaleonotus enigma* (Scudder). Laramie, WY: USDA APHIS, Wyoming Experiment Station Bulletin 912, Species Fact Sheet, September. 4p.

Arno, Stephen F.; Gruell, George E. 1983. Fire history at the forest-grassland ecotone in southwestern Montana. Journal of Range Management. 36:332-336.

Astroth., Kirk A.; Frischknecht, Neil C. 1984. Managing Intermountain rangelands—Research on the Benmore Experimental Range, 1940-84. Gen. Tech. Rep. INT-175. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station:44p.

Bailey, Stanley F.; Knowlton, George F. 1949. The Thysanoptera of Utah. Proceedings of the Entomological Society of Washington. 51:230-235.

Bailey, W. W. 1896. The Sage Brush. American Naturalist. 3:356-360.

Baker, William L.; Ehle, Donna. 2001. Uncertainty in surface-fire history: the case of ponderosa pine in the western United States. Canadian Journal of Forest Research. 31:1205-1226.

Baker, William L.; Kennedy, Susan C. 1985. Presettlement vegetation of part of northwestern Moffat county, Colorado, described form remnants. Great Basin Naturalist. 45:747-777.

Banham, F. L. 1962. A Chrysomelid (*Monoxia* spp.). Canadian Insect Pest Review. 40:92.

Barr, William F.; Penrose, Richard L. 1969. Notes on the distribution and bionomics of some Idaho Cerambycidae (Coleoptera). Great Basin Naturalist. 29:88-95.

Baxter, Garth 1996. Improving rangeland health by thinning dense sagebrush stands with tebuthiuron (spike 20P). In: Evans, Keith E., comp. Sharing common ground on western rangelands: proceedings of a livestock/big game symposium; 1996 February 26-28; Sparks, NV. Gen. Tech. Rep. INT-GTR-343. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:60-62.

Beetle, A. A. 1960. A study of sagebrush the section tridentatae of *Artemisia*. Bulletin 368. Laramie, WY: University of Wyoming, Agriculture Experiment Station. 83 p.

Best, Louis B. 1972. First-year effects of sagebrush control on two sparrows. Journal of Wildlife Management. 36:534-544.

Billings, W. D. 1950. Vegetation and plant growth as affected by chemically altered rocks in the western Great Basin. Ecology. 31:62-74.

Blaisdell, James P. 1949. Competition between sagebrush seedlings and reseeded grasses. Ecology. 30:512-519.

Blaisdell, James P. 1950. Effects of controlled burning on bitterbrush on the upper Snake River plains. Ogden, UT: Res. Pap. INT-20. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station: 3 p.

Blaisdell, James P. 1953. Ecological effects of planned burning of sagebrush-grass range on the upper Snake River Plains. Technical bulletin no. 1075. Washington, D.C.: U.S. Department of Agriculture: 39 p.

Blaisdell, James P.; Murray, Robert B.; McArthur, E. Durant. 1982. Managing intermountain rangelands—sagebrush-grass ranges. Gen. Tech. Rep. INT-134. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 41 p.

Blake, Doris Holmes. 1931. Revision of the species of beetles of the genus *Trirhabda* North of Mexico. Proceedings U.S. National Museum. 79:1-38.

Box, Thad. 2000. Public rangelands without cows? Rangelands. 22:27-30.

Branson, Farrel A.; Miller, Reuben F. 1981. Effects of increased precipitation and grazing management on northeastern Montana rangelands. Journal of Range Management. 34:3-10.

Britton, Carlton M. 1979. Fire on the range. Western Wildlands. 5:32-33.

Browning, Bruce M.; Monson, Gale. 1981. Food. In: Monson, Gale; Sumner, Lowell, eds. The Desert Bighorn: Its life history, ecology, and management. Tucson, AZ: The University of Arizona Press:80-99.

Bunting, Stephen, C.; Kilgore, Bruce M.; Bushey, Charles L. 1987. Guidelines for prescribed burning sagebrush-grass rangelands in the northern Great Basin. Gen. Tech. Rep. INT-231. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:33 p.

Burihardt, J. Wayne; Tisdale, E. W. 1976. Causes of juniper invasion in southwestern Idaho. Ecology. 57:472-488.

Burke, Ingrid C.; Reiners, William, A.; Olson, Richard K. 1989. Topographic control of vegetation in a mountain big sagebrush steppe. Vegetatio. 84:77-86.

Buttkus, H.; Bose, R.J. 1977. Characterization of a monoterpenoid ether from the essential oil of sagebrush (*Artemisia tridentata*). Journal of the American Oil Chemists' Society. 54:212-214.

Caldwell, Martyn M. 1979. Physiology of sagebrush. In: Proceedings—The sagebrush ecosystem: A symposium; 1978 April; Logan: Utah State University, College of Natural Resources:74-85.

Caldwell, M. M.; Richards, J. H. 1989. Hydraulic lift: water efflux from upper roots improves effectiveness of water uptake by deep roots. Oecologia 79:1-5.

Caldwell, M. M.; Richards, J. H.; Beyschlag, W. 1991. Hydraulic lift: ecological implications of water efflux from roots. In: Atkinson, D., ed. Plant root growth: An ecological perspective. Boston, MA: Blackwell Scientific Publications:423-436.

Callaway, Ragan M.; DeLucia, Evan H.; Moore, Darrin; Nowak, Robert; Schlesinger, William H. 1996. Competition and facilitation: contrasting effects of *Artemisia tridentata* on desert versus montane pines. Ecology. 77: 2130-2141.

Cedarleaf, Joy D.; Welch, Bruce L.; Brotherson, Jack D. 1983. Seasonal variation of monoterpenoids in big sagebrush (*Artemisia tridentata*). Journal of Range Management. 36: 492-494.

Chambers, Jeanne C. 2000. Seed movements and seedling fates in disturbed sagebrush steppe ecosystems: Implications for restoration. Ecological Applications. 10:1400-1413.

Chambers, Jeanne C. 2001. *Pinus monophylla* establishment in an expanding *Pinus-Juniperus* woodland: Environmental conditions, facilitation and interacting factors. Journal of Vegetation Science. 12:27-40.

Charley, J. L. 1977. Mineral cycling in rangeland ecosystems. In: Sosebee, Ronald E., ed. Rangeland plant physiology. Range Science Series Number 4. Denver, CO: Society for Range Management: 215-256.

Charley, James L.; West, Neil E. 1975. Plant-induced soil chemical patterns in some shrub-dominated semi-desert ecosystems of Utah. Journal of Ecology. 63:945-963.

Charley, J. L.; West, N. E. 1977. Micro-patterns of nitrogen mineralization activity in soils of some shrub-dominated semi-desert ecosystems of Utah. Soil Biology and Biochemistry. 9:357-365.

Charlwood, Barry V.; Charlwood, Katharine A. 1991. Monoterpenoids. In: Dey, P. M.; Harborne, J. B., eds. Methods in plant biochemistry, vol 7. New York, NY: Academic Press: 43-90.

Clark, Tim W. 1981. Ecology of Jackson Hole, Wyoming: A primer. Salt Lake City, UT: Paragon Press. 110 p.

Clary, Warren P.; Goodrich, Sherel; Smith, Benton M. 1985. Response to Tebuthiuron by Utah juniper and mountain big sagebrush communities. Journal of Range Management. 38:56-60.

Cook, John G.; Hershey, Terry J.; Irwin, Larry L. 1994. Vegetative response to burning on Wyoming mountain-shrub big game ranges. Journal of Range Management. 47:296-302.

Cooper, Harold W. 1953. Amounts of big sagebrush in plant communities near Tensleep, Wyoming, as affected by grazing treatment. Ecology. 34: 186-189.

Cornelius, Donald R.; Graham, Charles A. 1951. Selective herbicides for improving California forest ranges. Journal of Range Management. 4:95-100.

Costello, David F. 1944. Important species of the major forage type in Colorado and Wyoming. Ecological Monographs. 14:107-133.

Cronquist, Arthur; Holmgren, Arthur H.; Holmgren, Noel H.; Reveal, James L.; Holmgren, Patricia K. 1984. Intermountain flora: Vascular plants of the intermountain west, U.S.A. Vol. 4. New York: The New York Botanical Garden. 573 p.

Daddy, F.; Trlica, M. J.; Bonham, C. D. 1988. Vegetation and soil water differences among big sagebrush communities with different grazing histories. Southwestern Naturalist. 33:413-424.

Daubenmire, R. 1970. Steppe vegetation of Washington. Technical Bulletin 62. Pullman, WA.: Washington State University, Washington Agricultural Experiment Station, College of Agriculture. 131 p.

Daubenmire, R. 1975. Ecology of *Artemisia tridentata* subsp. *tridentata* in the state of Washington. Northwest Science. 49:24-35.

Davis, James N.; Vernon, Jason; Farmer, Mark. 1999. Utah big game range trend studies. 1998, Vol. 2. Publication no. 99-07. Utah Department of Natural Resources, Division of Wildlife Resources, Salt Lake City, Utah. 580 p.

Davis, William B. 1939. The Townsend ground squirrels of Idaho. Journal of Mammalogy. 20:182-190.

DeLucia, Evan H.; Schlesinger, William H.; Billings, W. D. 1989. Edaphic limitations to growth and photosynthesis in Sierran and Great Basin vegetation. Oecologia. 78:184-190.

Diettert, R. A. 1938. The morphology of *Artemisia tridentata* Nutt. Lloydia. 1:3-74.

Doescher, P. S.; Miller, R. F.; Swanson, S. R.; Winward, A. H. 1986. Identification of the *Artemisia tridentata* ssp. *wyomingensis*/ *Festuca idahoensis* habitat in eastern Oregon. Northwest Science 60:55-60.

Doescher, Paul S.; Miller, Richard F.; Winward, Alma H. 1984. Soil chemical patterns under eastern Oregon plant communities dominated by big sagebrush. Soil Science Society American Journal. 48:659-663.

Drivas, Evan P.; Everett, Richard L. 1987. Xylem water potentials of singleleaf pinyon seedlings and sagebrush nurse plants. In: Everett, Richard L., comp. Proceedings—Pinyon-juniper conference; 1986 January 13-16; Reno, NV. Gen. Tech. Rep. INT-215. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:423-428.

Drivas, Evan P.; Everett, Richard L. 1988. Water relations characteristics of competing singleleaf pinyon seedlings and sagebrush nurse plants. Forest Ecology and Management. 23:27-37.

Ducharme, Lori A.; Ehleringer, James R. 1996. Gas exchange, [13]C, and heterotrophy for *Castilleja linariifolia* and *Orthocarpus tolmiei*, facultative root hemiparasites on *Artemisia tridentata*. Great Basin Naturalist. 56:333-340.

Eckert, Richard E. Jr.; Peterson, Frederick F.; Meurisse, Michael S.; Stephens, Jennifer L. 1986. Effects of soil-surface morphology on emergence and survival of seedlings in big sagebrush communities. Journal of Range Management. 39:414-420.

Eckert, Richard E., Jr.; Spencer, John S. 1986. Vegetation response on allotments grazed under rest-rotation management. Journal of Range Management. 39:166-174.

Ehmann, William J. 1994. Organization of spider assemblages on shrubs: an assessment of the role of dispersal mode in colonization. American Midland Naturalist. 131:301-310.

Eichhorn, Larry, C.; Watts, C. Robert. 1984. Plant succession on burns in the river breaks of central Montana. Montana Academy of Science. 43:21-34.

Ellis, Kevin L.; Parrish, Jimmie R.; Murphy, Joseph R.; Richins, Gary H. 1989. Habitat use by breeding male sage grouse: A management approach. Great Basin Naturalist. 49:404-407.

Emlen, Douglas J. 1992. Observations of a high altitude population of the sage stem-galling fly Eutreta diana (Diptera: Tephritidae) and its associated parasitoids. Journal of the Kansas Entomological Society. 65:203-207.

Evans, Raymond A.; Young, James A. 1975. Aerial application of 2,4-D plus picloram for green rabbitbrush control. Journal of Range Management. 28:315-318.

Fagerstone, Kathleen, A; Lavoie, G. Keith; Griffith, Richard E. Jr. 1980. Black-tailed jackrabbit diet and density on rangeland and near agricultural crops. Journal of Range Management. 33:229-232.

Fairchild, John A.; Brotherson, Jack D. 1980. Microhabitat relationships of six major shrubs in Navajo National Monument, Arizona. Journal of Range Management. 33:150-156.

Feist, Francis G. 1968. Breeding-bird populations on sagebrush-grassland habitat in central Montana. Audubon Field Notes. 22:691-695.

Felt, E. P. 1916. New western gall midges. Journal New York Entomological Society. 24:175-196.

Felt, Ephraim Porter. 1940. Plant galls and gall makers. Ithaca: Comstock Publishing Company. 335 p.

Ferguson, Charles Wesley. 1964. Annual rings in big sagebrush. Tucson: The University of Arizona Press. 95 p.

Ferrel, Carol M.; Leach, Howard R. 1952. The prong-horn antelope of California with special reference to food habits. California Fish and Game. 38:285-293.

Floyd, Donald A.; Anderson, Jay E. 1987. A comparison of three methods for estimating plant cover. Journal of Ecology. 75:221-228.

Foote, Richard H.; Blanc, F. L. 1963. The fruit flies or Tephritidae of California. Bulletin of the California Insect Survey. 7:1-117.

Fosberg, M. A.; Hironaka, M. 1964. Soil properties affecting the distribution of big and low sagebrush communities in southern Idaho. Special Publ. 5. Madison, WI: America Society of Agronomists:230-236.

Fowler, W. B; Helvey, J. D. 1974. Reading the weather in sagebrush. Pacific Search. 10:10.

Fraas, W. Wyatt; Wambolt, Carl L.; Frisina, Michael R. 1992. Prescribed fire effects on a bitterbrush-mountain big sagebrush-bluebunch wheatgrass community. In: Clary, Warren P.; McArthur, E. Durant; Bedunah, Don; Wambolt, Carl L. comps. Proceedings—symposium on ecology and management of riparian shrub communities; 1991 May 29-31; Sun Valley, ID. Gen. Tech. Rep. INT-289. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:212-216.

Friedman, Jacob. 1995. Allelopathy, autotoxicity, and germination. In: Kigel, Jaime; Galili, Gad. eds. Seed development and germination. New York, NY: Marcel Dekker, Inc.:629-644.

Frischknecht, Neil C. 1979. Biological methods: A tool for sagebrush management. In: The sagebrush ecosystem: A symposium; 1978 April; Logan, UT. Utah State University, College of Natural Resources: 121-128.

Fronk, W. D.; Beetle, A. A.; Fullerton, D. G. 1964. Dipterous galls on the Artemisia tridentata complex and insects associated with them. Annals of the Entomological Society of America. 57:575-577.

Furniss, Malcolm M.; Barr, William F. 1975. Insects affecting important native shrubs of the northwestern United States. Gen. Tech. Rep. INT-19. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station:64 p.

Gallardo, Antonio; Schlesinger, William H. 1996. Exclusion of Artemisia tridentata Nutt. from hydrothermally altered rock by low phosphorus availability. Madrono. 43:292-298.

Gates, Robert J.; Eng, Robert L. 1983. Sage grouse, pronghorn, and lagomorph use of a sagebrush-grassland burn site on the Idaho National Engineering Laboratory. In: Markham, O. Doyle, ed. 1983 Progress Report. Idaho Falls, ID: U.S. Department of Energy, Idaho National Engineering Laboratory, Radiological and Environmental Sciences Laboratory: 220-235.

Gillette, C. P.; Palmer, M. A. 1928. Notes on Colorado Aphididae. Annals Entomological Society of America. 21:1-24.

Gillette, C. P.; Palmer, Miriam A. 1933. New species of aphids from Colorado. Annals Entomological Society of American. 26:348-367.

Goeden, Richard D. 1990. Life history of Eutreta diana (Osten sacken) on Artemisia tridentata Nuttall in southern California (Diptera: tephritidae). Pan-Pacific Entomologist 66:24-32.

Goodrich, Sherel; Huber, Allen. 2001. Mountain big sagebrush communities on the Bishop conglomerate in the eastern Uinta mountains. In: McArthur, E. Durant; Fairbanks, Daniel J., comps. Shrubland ecosystem genetics and biodiversity: proceedings; 2000 June 13-15; Provo, UT. Proc. RMRS-P-21. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station: 336-343.

Goodrich, Sherel; McArthur, E. Durant; Winward, Alma H. 1999. Sagebrush ecotones and average annual precipitation. In: McArthur, E. D.; Ostler, W. K.; Wambolt, C. L., comps. Proceedings: shrub ecotones; 1998 August 12-14; Ephriam, UT. Proc.-RMRS-P-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station:88-94.

Goodrich, Sherel; Neese, Elizabeth. 1986. Uinta Basin Flora. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Region. 320 p.

Green, Jeffery S.; Flinders, Jerran T. 1980. Habitat and dietary relationships of the pygmy rabbit. Journal of Range Management. 33:136-142.

Grinnell, Joseph; Dixon, Joseph; Linsdale, Jean M. 1930. Vertebrate natural history of a section of northern California through the Lassen Peak region. University of California Publications in Zoology. 35:1-594.

Groves, Craig R.; Anderson, Jay E. 1981. Allelopathic effects of Artemisia tridentata leaves on germination and growth of two grass species. The American Midland Naturalist. 106:73-79.

Gruell, George E. 1983. Fire and vegetative trends in the northern rockies: interpretations from 1871-1982 photographs. Gen. Tech. Rep. INT-158. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station:112 p.

Halford, S. A.; Rich, G. B.; Bergis, I. 1973. A Chrysomelid beetle defoliating big sagebrush in south-central British Columbia. Canadian Journal of Plant Science. 53:383-384.

Halstvedt, M. B.; Carrithers, V. F.; Whitson, T. D.; Baxter, G. 1996. Thinning big sagebrush canopy cover using low rates of spike 20p herbicide. Down to Earth. 51:1-6.

Hamner, Charles L.; Tukey, H. B. 1944. The herbicidal action of 2, 4-dichlorophenoxyacetic and 2, 4, 5-trichlorophenoxyacetic acid on bindweed. Science. 100:154-155.

Hanson, Herbert C. 1929. Improvement of sagebrush range in Colorado. Bulletin 356. Fort Collins, CO: Colorado Agricultural Colleges, Colorado Experiment Station:12 p.

Hanson, W. R.; Stoddart, L. A. 1940. Effects of grazing upon bunch wheatgrass. Journal of the American Society of Agronomy. 32:278-289.

Harniss, Roy O.; Murray, Robert B. 1973. 30 years of vegetal change following burning of sagebrush-grass range. Journal of Range Management. 26:322-325.

Hassan, M. A.; West, N. E. 1986. Dynamics of soil seed pools in burned and unburned sagebrush semi-deserts. Ecology 67:269-272.

Hatley, Cynthia L.; MacMahon, James A. 1980. Spider community organization: seasonal variation and the role of vegetation architecture. Environmental Entomology. 9:632-639.

Hazlett, Donald L.; Hoffman, George R. 1975. Plant species distributional patterns in Artemisia tridentata- and Artemisia canadominated vegetation in western North Dakota. Botanical Gazette. 136:72-77.

Hedrick, D. W.; Hyder, D. N.; Sneva, F. A.; Poulton, C. E. 1966. Ecological response of sagebrush-grass range in central Oregon to mechanical and chemical removal of Artemisia. Ecology. 47:432-439.

Hewitt, G. B.; Huddleston, E. W.; Lavigne, R. J.; Ueckert, D. N; Watts, J. G. 1974. VI. Insects affecting rangeland shrubs and succulents. In: Rangeland Entomology, Range Science Services No. 2. Society for Range Management, Denver, CO:71-89.

Hironaka, M.; Fosberg, M. A.; Winward, A. H. 1983. Sagebrush-grass habitat types of southern Idaho. Bull. No. 35. Moscow: University of Idaho, College of Forestry, Wildlife, and Range Sciences; Forest, Wildlife, and Range Experiment Station. 44 p.

Hitchcock, C. Leo; Cronquist, Arthur; Ownbey, Marion; Thompson, J. W. 1959. Vascular plants of the Pacific Northwest. Part 4. Seattle: University of Washington Press. 510 p.

Hoffman, G. R.; Hazlett, D. L. 1977. Effects of aqueous *Artemisia* extracts and volatile substances on germination of selected species. Journal of Range Management. 30:134-137.

Holechek, Jerry L.; Piper, Rex D.; Herbel, Carlton H. 1989. Range management principles and practices. Regents/Prentice Hall, Englewood Cliffs. 501 p.

Holechek, Jerry L.; Stephenson, Thor. 1983. Comparison of big sagebrush vegetation in northcentral New Mexico under moderately grazed and grazing excluded conditions. Journal of Range Management. 36:455-456.

Houston, Douglas B. 1973. Wildfires in northern Yellowstone National Park. Ecology. 54:1111-1117.

Hull, A.C., Jr.; Vaughn, W.T. 1951. Controlling big sagebrush with 2,4-D and other chemicals. Journal of Range Management. 4:158-164.

Humphrey, L. David. 1984. Patterns and mechanisms of plant succession after fire on *Artemisia*-grass sites in southeastern Idaho. Vegetatio. 57:91-101.

Hyder, Donald, N.; Sneva, Forrest A.; Calvin, Lyle D. 1956. Chemical control of sagebrush larkspur. Journal of Range Management. 9:184-186.

Isely, F. B. 1944. Correlation between mandibular morphology and food specificity in grasshoppers. Annals Entomological Society of America. 37:47-67.

Jacobson, Tracy L.C.; Welch, Bruce L. 1987. Planting depth of 'Hobble Creek' mountain big sagebrush seed. Great Basin Naturalist. 47:497-499.

Johnson, Donald R. 1961. The food habits of rodents on rangelands of southern Idaho. Ecology. 42:407-410.

Johnson, James R.; Payne, Gene F. 1968. Sagebrush reinvasion as affected by some environmental influences. Journal of Range Management. 21:209-213.

Johnson, Mark K. 1977. Food of townsend ground squirrels on the arid land ecology reserve, Washington. Great Basin Naturalist. 37:128

Johnson, R. H.; Lincoln, D. E. 1990. Sagebrush and grasshopper responses to atmospheric carbon dioxide concentration. Oecologia. 84:103-110.

Johnson, Robert H.; Lincoln, David E. 1991. Sagebrush carbon allocation patterns and grasshopper nutrition: the influence of $CO_2$ enrichment and soil mineral limitation. Oecologia. 87:127-134.

Johnson, W. M. 1969. Life expectancy of a sagebrush control in central Wyoming. Journal of Range Management. 22:177-182.

Jones, Robert G.; Gagne, Raymond J.; Barr, William F. 1983. Biology and taxonomy of the *Rhopalomyia* gall midges (Diptera: Cercidomyiidae) of *Artemisia tridentata* Nuttall (Compositae) in Idaho. Contributions of the American Entomological Institute. 21:1-90.

Katzner, Todd E.; Parker, Katherine L. 1997. Vegetative characteristics and size of home ranges used by pygmy rabbits (*Brachylagus idahoensis*) during winter. Journal of Mammalogy 78:1063-1072.

Kay, Burgess L.; Street, James E. 1961. Drilling wheatgrass into sprayed sagebrush in northeastern California. Journal of Range Management. 14:271-273.

Keating, Kimberly A.; Irby, Lynn R.; Kasworm, Wayne F. 1985. Mountain sheep winter food habits in the upper Yellowstone Valley. Journal of Wildlife Management. 49:156-161.

Kelsey, Rick G. 1986. Foliage biomass and crude terpenoid productivity of big sagebrush. In: McArthur, E. Durant; Welch, Bruce L., comps. Proceedings—symposium on the biology of *Artemisia* and *Chrysothamnus*; 1984 July 9-13; Provo, UT. Gen. Tech. Rep. INT-200. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:375-388.

Kelsey, Rick G.; Everett, Richard L. 1995. Allelopathy. In: Bedunah, Donald J.; Sosebee, Ronald E., eds. Wildland plants: Physiological ecology and development morphology. Denver, CO: Society for Range Management:479-549.

Kelsey, Rick G.; Stevenson, Thomas T.; Scholl, Jackson P.; Watson, Thomas J., Jr.; Shafizadeh, Fred. 1978. The chemical composition of the litter and soil in a community of *Artemisia tridentata* ssp. *vaseyana*. Biochemical Systematics and Ecology. 6:193-200.

Kinney, Corliss R.; Jackson, Taylor W.; DeMytt, Louis E.; Harris, Arnold W. 1941. Oil of *Artemisia tridentata* (American sage brush). Journal of Organic Chemistry. 6:612-625.

Kissinger, N. A., Jr.; Hurd, Richard M. 1953. Control big sagebrush with chemicals and grow more grass. Res. Pap. RM-11. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station: 24 p.

Klarich, D.; Weaver, T. 1973. Effects of vapors from *Artemisia tridentata* Nutt. on seed germination. Montana Academy of Sciences. 33:31-36.

Klott, James H.; Ketchum, Chris. 1991. The results of using "Hobble Creek" sagebrush on two fire rehabilitations. Tech. Bulletin. 91-1 Boise, ID: U.S. Department of the Interior, Bureau of Land Management. 12 p.

Knick, Steven T.; Rotenberry, John T. 1995. Landscape characteristics of fragmented shrubsteppe habitats and breeding passerine birds. Conservation Biology. 9:1059-1071.

Knowlton, George F. 1983. Aphids of Utah. Research Bulletin 509, Logan, UT: Utah State University, Utah Agricultural Experiment Station. 141 p.

Knowlton, G. F.; Thomas, W. L. 1933. Food plants and distribution of some Utah Thysanoptera. Canadian Entomologist. 65:114-117.

Krannitz, P. G.; Caldwell, M. M. 1995. Root growth responses of three Great Basin perennials to intra-and interspecific contact with other roots. Flora. 190:161-167.

Kufeld, Roland C. 1973. Foods eaten by the Rocky Mountain Elk. Journal of Range Management. 26:106-113.

Laycock, W. A. 1978. Factors affecting choice of management strategies within the sagebrush ecosystem. In: Proceedings—The sagebrush ecosystem: A symposium; 1978 April; Logan, UT. Logan, UT: Utah State University, College of Natural Resources:230-236.

Leach, Howard R. 1956. Food habits of the Great Basin deer herds of California. California Fish and Game. 42:243-308.

Linsdale, Jean M. 1938. Environmental response of vertebrates in the Great Basin. American Midland Naturalist. 19:1-201.

Lommasson, T. 1948. Succession in sagebrush. Journal of Range Management. 1:19-21.

Lusby, Gregg C. 1970. Hydrologic and biotic effects of grazing versus non-grazing near Grand Junction, Colorado. Journal of Range Management. 23:256-260.

MacCracken, James G.; Hansen, Richard M. 1984. Seasonal foods of blacktail jackrabbits and Nuttall cottontails of southeastern Idaho. Journal of Range Management. 37:256-259.

Mack, Richard N. 1977. Mineral return via the litter of *Artemisia tridentata*. The American Midland Naturalist. 97:189-197.

Maser, Chris (ed.) 1974. The sage vole, *Lagurus curtatus* (Cope, 1868), in the Crooked River National Grassland, Jefferson County, Oregon: A contribution to its life history and ecology. Saugetierkundliche Mitteilungen. 22:193-222.

Massey, Calvin L.; Pierce, Donald A. 1960. *Trirhabda nitidicollis* a pest of rabbitbrush in New Mexico. Journal of Range Management. 13:216-217.

McAdoo, J. Kent; Young, James A. 1980. Jackrabbits. Rangelands. 2:135-138.

McArthur, E. Durant, Blauer, A. Clyde; Plummer, A. Perry; Stevens, Richard. 1979. Characteristics and hybridization of important intermountain shrubs III. sunflower family. Res. Pap. INT-220. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station: 82 p.

McCahon, Charlotte Burch; Kelsey, R. G.; Sheridan, Richard, P.; Shafizadeh, F. 1973. Physiological effects of compounds extracted from sagebrush. Bulletin of the Torrey Botanical Club. 100:23-28.

McDaniel, Kirk C.; Anderson, David L.; Balliette, John F. 1991. Wyoming big sagebrush control with metsulfuron and 2,4-D in northern New Mexico. Journal of Range Management. 44:623-627.

McDaniel, Kirk C.; Anderson, David L.; Torell, L. Allen. 1992. Vegetation change following big sagebrush control with tebuthiuron. Agriculture Experiment Station Bull. 764. Las Cruces: New Mexico State University, College of Agriculture and Home Economics. 41 p.

McDonough, W. T.; Harniss, R. O. 1974. Seed dormancy in *Artemisia tridentata* Nutt. *vaseyana* Rydb. Northwest Science. 48:17-20.

McKeever, Sturgis; Hubbard, Richard L. 1960. Use of desert shrubs by jackrabbits in northeastern California. California Fish and Game. 46:271-277.

McLean, A.; Tisdale, E. W. 1972. Recovery rate of depleted range sites under protection from grazing. Journal of Range Management. 25:178-184.

Meyer, S. E. 1990. Seed source differences in germination under snowpack in northern Utah. In: Munshower, Frank F.; Fisher, Scott E., Jr. eds. Fifth Billings symposium on disturbed land rehabilitation; Vol. I; Hardrock waste, analytical, and revegetation. 1990 March 25-30; Billings, MT. Reclamation Research Unit Publication No. 9003: Bozeman: Montana State University: 184-191.

Meyer, Susan E. 1994. Germination and establishment ecology of big sagebrush: Implications for community restoration. In: Monsen, Stephen B.; Kitchen, Stanley G. comps. Proceedings, symposium on management, ecology, and restoration of Intermountain Annual Rangelands, Boise, ID, 1992 May 18-21. General Technical Report-INT-313. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 244-251.

Miller, A. E. 1957. Sagebrush control. Soil Conservation. 23:18-19.

Miller, Richard F.; Findley, Roger R.; Alderfer-Findley, Jean. 1980. Changes in mountain big sagebrush habitat types following spray release. Journal of Range Management. 33:278-281.

Miller, Richard F.; Svejcar, Tony J.; West, Neil E. 1994. Implications of livestock grazing in the Intermountain sagebrush region: Plant composition. In: Vavra, Martin; Laycock, William A.; Pieper, Rex D., eds. Ecological implications of livestock herbivory in the West. Denver, CO: Society for Range Management: 101-146.

Miller, Richard F.; Rose, Jeffery A. 1999. Fire history and western juniper encroachment in sagebrush steppe. Journal of Range Management. 52:550-559.

Monsen, Stephen B.; McArthur, E. Durant. 1985. Factors influencing establishment of seeded broadleaf herbs and shrubs following fire. In: Sanders, Ken; Durham, Jack, eds. A symposium—Rangeland fire effects; 1984 November 27-29; Boise, ID. Boise, ID: U. S. Department of the Interior, Bureau of Land Management, Idaho State Office:112-124.

Mueggler, Walter F. 1956. Is sagebrush seed residual in the soil of burns or is it wind-borne? Res. Not. INT-RN-35. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 10 p.

Mueggler, Walter F. 1976. Ecological role of fire in western woodland and range ecosystems. In: Proceedings—symposium use of prescribed burning in western woodlands and range ecosystems; Logan, UT: Utah State University, College of Natural Resources: 1-9.

Mueggler, Walter F.; Blaisdell, James P. 1958. Effects on associated species of burning, rotobeating, spraying, and railing sagebrush. Journal of Range Management. 11:61-66.

Mueggler, W. F.; Harris, C. A. 1969. Some vegetation and soil characteristics of mountain grasslands in central Idaho. Ecology. 50:671-678.

Mueggler, W. F.; Stewart, W. L. 1980. Grassland and shrubland habitat types of western Montana. Gen. Tech Rep. INT-66. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 140 p.

Mullican, T. R.; Keller, B. L. 1986. Ecology of the sagebrush vole (*Lemmiscus curtatus*) in southeastern Idaho. Canadian Journal of Zoology. 64:1218-1223.

Murray, Robert B. 1988. Response of three shrub communities in southeastern Idaho to spring-applied tebuthiuron. Journal of Range Management. 41:16-22.

Nelle, Pamela J.; Reese, Kerry P.; Connelly, John W. 2000. Long-term effects of fire on sage grouse habitat. Journal of Range Management. 53:586-591.

Nelson, Aven. 1898. The red desert of Wyoming and its forage resources. Bulletin No. 13 Washington, DC: U.S. Department of Agriculture, Division of Agrostology: 72 p.

Noaa. 1966. Climatological Data Idaho. 69:190

Noste, Noonan V.; Bushey, Charles L. 1987. Fire response of shrubs of dry forest habitat types in Montana and Idaho. Gen. Tech. Rep. INT-239. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 22 p.

Olson, R.A.; Hansen, J.; Whitson, T.D. 1996. Enhancing rangeland forage production and biodiversity with tebuthiuron. In: Evans, Keith E., comp. Sharing common ground on western rangeland: proceedings of a livestock/big game symposium; 1996 February 26-28; Sparks, NV. Gen. Tech. Rep. INT-GTR-343. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:55-59.

Olson, Rich; Hansen, John; Whitson, Tom; Johnson, Kris. 1994. Tebuthiuron to enhance rangeland diversity. Rangelands. 16:197-201.

Parmenter, Robert R.; Mesch, Mark R.; MacMahon, James A. 1987. Shrub litter production in a sagebrush-steppe ecosystem: rodent population cycles as a regulating factor. Journal of Range Management. 40:50-54.

Passey, H. B.; Hugie, V. K. 1963. Some plant-soil relationships on an ungrazed range area of southeastern Idaho. Journal of Range Management. 16:113-118.

Passey, H. B.; Hugie, Vern K.; Williams, E. W.; Ball, D. E. 1982. Relationships between soil, plant community, and climate on rangelands of the intermountain west. Tech. Bulletin No. 1669.Washington, DC.: U.S. Department of Agriculture, Soil Conservation Service:123 p.

Patten, D. T. 1969. Succession from sagebrush to mixed conifer forest in the northern Rocky Mountains. The American Midland Naturalist. 82:229-240.

Pearson, L. C. 1965. Primary production in grazed and ungrazed desert communities of eastern Idaho. Ecology 46:278-285.

Pechanec, J. F.; Pickford, G. D.; Stewart, George. 1937. Effects of the 1934 drought on native vegetation of the upper Snake River Plains, Idaho. Ecology. 18:490-505.

Pechanec, Joseph F.; Stewart, George. 1944a. Improving sagebrush ranges by planned burning. National Wool Grower. 34:13-15.

Pechanec, Joseph F.; Stewart, George. 1944b. Sagebrush burning– good and bad. Farmer's Bulletin No. 1948. U. S. Department of Agriculture, Washington, D.C. 32p.

Pechanec, J. F.; Stewart, G. 1949. Grazing spring-fall sheep ranges of southern Idaho. U.S. Department of Agriculture, Circular. 808. Washington, DC. 35 pp.

Peek, James M.; Riggs, Robert A.; Lauer, Jerry L. 1979. Evaluation of fall burning on bighorn sheep winter range. Journal of Range Management. 32:430-432.

Perryman, Barry L. Olson, Richard A.; Petersburg, Stephen; Naumann, Tamara. 2002. Vegetation response to prescribed fire in Dinosaur National Monument. Western North American Naturalist. 64:414-422.

Petersen, Kenneth L.; Best, Louis B. 1985. Nest-site selection by sage sparrows. Condor. 87: 217-221.

Petersen, Kenneth L.; Best, Louis B. 1986. Diets of nesting sage sparrows and Brewer's sparrow in an Idaho sagebrush community. Journal of Field Ornithology. 57:283-294.

Petersen, Kenneth L; Best, Louis B. 1991. Nest-site selection by sage thrashers in southeastern Idaho. Great Basin Naturalist. 51:261-266.

Peterson, David L. and Flowers, Patrick J. 1984. Estimating postfire changes in production and value of Northern Rocky Mountain-Intermountain Rangelands. Research Paper PSW-173. U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station. 19 p.

Peterson, Joel G. 1995. Ecological implications of sagebrush manipulation—A literature review. Montana Fish, Wildlife and Parks, Wildlife Management Division, Helena, MT. 49 p.

Pickford, G. D. 1932. The influence of continued heavy grazing and of promiscuous burning on spring-fall ranges in Utah. Ecology. 13:159-171.

Piemeisel, R. L. 1945. Natural replacement of weeds hosts of the beet leafhopper as affected by rodents. Circular Number 739. Washington, DC: U.S. Department of Agriculture. 48 p.

Pierson, Frederick B.; Wight, Ross A. 1991. Variability of near-surface soil temperature on sagebrush rangeland. Journal of Range Management. 44:491-497.

Pike, K. S.; Stary, D.; Allison, D.; Graf, G.; Boydston, L.; Miller, T. 1997. Parasitoids (*Hymenoptera: Braconidae: Aphidiinae*) of aphids on big sagebrush (*Artemisia tridentata* Nuttall) and prairie sage (*Artemisia ludoviciana* Nuttall) in Washington State. Proceedings of the Entomological Society of Washington. 99:143-155.

Powell, Jeff. 1970. Site factor relationships with volatile oils in big sagebrush. Journal of Range Management. 23:42-46.

Pringle, William L. 1960. The effect of a leaf feeding beetle on big sagebrush in British Columbia. Journal of Range Management. 13:139-142.

Raper, Bob; Clark, Bob; Matthews, Marion; Aldrich, Ann. 1985. Early effects of a fall burn in a western Wyoming mountain big sagebrush-grass community. In: Sanders, K.; Durham, J., eds. Proceedings-symposium rangeland fire effects; 1984 November 27-29 Boise, ID. Boise, ID: U. S. Department of the Interior, Bureau of Land Management: 88-92.

Rasmussen, D. I.; Griner, Lynn A. 1938. Life history and management studies of the sage grouse in Utah, with special reference to nesting and feeding habits. North America Wildlife Conference. 3:852-864.

Reid, A.; VerStraten, S. W.; Wilkie, C. F. 1963. Antibiotic effects produced by four species of sagebrush in Wyoming. Wyoming Range Management. 176:1-5.

Reynolds, Timothy D.; Trost, Charles H. 1980. The response of native vertebrate populations to crested wheatgrass planting and grazing by sheep. Journal of Range Management. 33:122-125.

Reynolds, Timothy D.; Trost, Charles H. 1981. Grazing, crested wheatgrass, and bird populations in southeastern Idaho. Northwest Science. 55:225-234.

Richards, J. H.; Caldwell, M. M. 1987. Hydraulic lift: substantial nocturnal water transport between soil layers by *Artemisia tridentata* roots. Oecologia. 73:486-489.

Richardson, Bland Z.; Monsen, Stephen B.; Bowers, Diane M. 1986. Interseeding selected shrubs and herbs on mine disturbances in southeastern Idaho. In: McArthur, E. Durant; Welch, Bruce L., comps. Proceedings—symposium on the biology of *Artemisia* and *Chrysothamnus*. 1984 July 9-13. Provo, UT. Gen. Tech. Rep. INT-200. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:134-139.

Rickard, W. H. 1960. The distribution of small mammals in relation to the climax vegetation mosaic in eastern Washington and northern Idaho. Ecology. 41:99-106.

Rickard, W. H. 1970. The distribution of ground-dwelling beetles in relation to vegetation, season, and topography in the Rattlesnake Hills, southeastern Washington. Northwest Science. 44:107-113.

Rickart, Eric A. 1987. *Spermophilus townsendii*. Mammalian Species. 268:1-6.

Robertson, J. H. 1969. Yield of crested wheatgrass following release from sagebrush competition by 2,4-D. Journal of Range Management. 22:287-288.

Robertson, Joseph H. 1947. Responses of range grasses to different intensities of competition with sagebrush (*Artemisia tridentata* Nutt.). Ecology. 28:1-16.

Rogers, L. E.; Gano, K. A. 1980. Townsend ground squirrel diets in the shrub-steppe of southcentral Washington. Journal of Range Management. 33:463-465.

Rogers, L. E.; Rickard, W. H. 1975. A survey of darkling beetles in desert steppe vegetation after a decade. Annals of the Entomological Society. 68:1069-1070.

Rosentreter, Roger. 1990. Indicator value of lichen cover on desert shrubs. In: McArthur, E. Durant; Romney, Evan M.; Tueller, Paul T. comps. Proceedings—Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management; 1989 April 5-7; Las Vegas, NV: Gen. Tech. Rep. INT-276. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:282-289.

Rotenberry, John T. 1980. Dietary relationships among shrub-steppe passerine birds: competition or opportunism in a variable environment? Ecological Monographs. 50:93-110.

Rychert, R. C.; Skujins, J. 1974. Nitrogen fixation by blue-green algae-lichen crusts in the Great Basin desert. Soil Science Society of America. 38:768-771.

Ryel, R. J.; Caldwell, M. M.; Yoder, C. K.; Or, D.; Leffler, A. J. 2002. Hydraulic redistribution in a stand of *Artemisia tridentata*: evaluation of benefits to transpiration assessed with a simulation model. Oecologia 130:173-184.

Santiago-Blay, Jorge A. 1989. Chalcidoids (Hymenoptera) reared from *Artemisia tridentata* (asteraceae) galls in British Columbia, Canada. Journal of the Entomological Society of British Columbia. 86:80-81.

Scharff, Donald K. 1954. The role of food plants and weather in the ecology of *Melanoplus mexicanus mexicanus* (Sauss.). Journal of Economic Entomology. 47:485-489.

Schlatterer, Edward F.; Tisdale, E. W. 1969. Effects of litter of *Artemisia, Chrysothamnus,* and *Tortula* on germination and growth of three perennial grasses. Ecology. 50:869-873.

Schlesinger, William, H.; DeLucia, Evan H.; Billings, W. D. 1989. Nutrient-use efficiency of woody plants on contrasting soils in the western Great Basin, Nevada. Ecology. 70:105-113.

Schultz, Brad W.; Tausch, Robin J.; Tueller, Paul T. 1996. Spatial relationships among young *Cercocarpus ledifolius* (curlleaf mountain mahogany). Great Basin Naturalist. 56:261-266.

Schumaker, Gilbert A.; Hanson, Clayton L. 1977. Herbage response after mechanical and herbicide treatment of big sagebrush in southwest Idaho. ARS W-46. Washington, DC. U.S. Department of Agriculture, Agriculture Research Service:15 p.

Severaid, Joye Harold. 1950. The pigmy rabbit (*Sylvilagus idahoensis*) in Mono County, California. Journal of Mammalogy. 31:1-4.

Sheldon, J. K.; Rogers, L. E. 1978. Grasshopper food habits within a shrub-steppe community. Oecologia. 32:85-92.

Smith, Dixie R. 1969. Is deferment always needed after chemical control of sagebrush. Journal of Range Management. 22:261-263.

Sneva, Forrest A. 1972. Grazing return following sagebrush control in Eastern Oregon. Journal of Range Management. 25:174-178.

Stoddart, L. A. 1941. The Palouse grassland association in northern Utah. Ecology. 22:158-163.

Sturges, David L. 1986. Responses of vegetation and ground cover to spraying a high elevation, big sagebrush watershed with 2,4-D. Journal of Range Management. 39:141-146.

Tabler, Ronald D. 1968. Soil moisture response to spraying big sagebrush with 2,4-D. Journal of Range Management. 21:12-15.

Tart, David L. 1996. Big sagebrush plant associations of the Pinedale Ranger District. Final Review Draft. August 1996. Bridger-East Ecological Unit Inventory. Bridger-Teton National Forest. 97 p.

Taylor, Ronald, J. 1992. Sagebrush country: a wildflower sanctuary. Missoula: Mountain Press Publishing Company. 211 p.

Thilenius, John F.; Brown, Gary R. 1974. Long-term effects of chemical control of big sagebrush. Journal of Range Management. 27:223-224.

Tiedeman, James A.; Francis, Richard E.; Terwilliger, Charles, Jr.; Carpenter, Len H. 1987. Shrub-steppe habitat types of Middle Park, Colorado. Res. Pap. RM-273. Fort Collins, CO: US Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 20 p.

Tilden, J. W.; Mansfield, G. S. 1944. Notes on three species of the genus Coenonycha horn. Pan-Pacific Entomologist. 20:115-117.

Tingey, Ward M.; Jorgensen, Clive D.; Frischknecht, Neil C. 1972. Thrips of the sagebrush-grass community in west-central Utah. Journal Range Management. 25:304-308.

Tinkham, Ernest R. 1944. Biological, taxonomic and faunistic studies on the shield-back katydids of the North American Deserts. American Midland Naturalist. 31:257-328.

Tisdale, E. W.; Hironaka, M. 1981. The sagebrush-grass region: a review of the ecological literature. Bull. No. 33. Moscow, ID: University of Idaho, College of Forestry, Wildlife and Range Sciences; Forest, Wildlife and Range Experiment Station. 31 p.

Tisdale, E. W.; Hironaka, M.; Fosberg, M. A. 1965. An area of pristine vegetation in Craters of the Moon National Monument, Idaho. Ecology. 46:349-352.

Tueller, Paul T. 1985. Sagebrush dominated vegetation of the Great Basin. In: Proceedings selected papers presented at the 38th annual meeting of the Society for Range Management; 1985 February 11-15; Salt Lake City, UT. Denver, CO: The Society for Range Management:24-30.

Tueller, Paul T.; Eckert, Richard E. Jr. 1987. Big sagebrush (*Artemisia tridentata* ssp. *vaseyana*) and longleaf snowberry (*Symphoricarpos oreophilus*) plants associations in northeastern Nevada. Great Basin Naturalist. 47:117-131.

Tueller, Paul T.; Evans, Raymond A. 1969. Control of green rabbitbrush and big sagebrush with 2,4-D and Picloram. Weed Science. 17:233-235.

Uresk, Daniel W. 1978. Diets of the black-tailed hare in steppe vegetation. Journal of Range Management. 31:439-442.

Vallentine, John F. 1989. Range development and improvements. 3 ed. Academic Press, Inc. San Diego. 524 p.

Walcheck, Kenneth C. 1970. Nesting bird ecology of four plant communities in the Missouri River breaks, Montana. Wilson Bulletin. 82:370-382.

Walton, Todd P.; White, Richard S.; Wambolt, Carl L. 1986. *Artemisia* reproductive strategies: A review with emphasis on plains silver sagebrush. In: McArthur, E. Durant; Welch, Bruce L. Comps. Proceedings—Symposium on the biology of *Artemisia* and *Chrysothamnus*; Provo, UT. Gen. Tech. Rep. INT-200. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 67-74.

Wambolt, Carl L.; Hoffman, Trista L.; Mehus, Chris A. 1999. Response of shrubs in big sagebrush habitats to fire on the northern Yellowstone winter range. In: McArthur, E. Durant; Ostler, W. Kent; Wambolt, Carl L., comps. Proceedings: Shrubland ecotones; 1998 August 12-14; Ephraim, UT. Proc. RMRS-P-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station:238-242.

Wambolt, Carl L.; Payne, Gene F. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. Journal of Range Management. 39:314-319.

Wambolt, Carl L.; Sherwood, Harrie W. 1999. Sagebrush response to ungulate browsing in Yellowstone. Journal of Range Management. 52:363-369.

Wambolt, C. L.; Walhof, K. S.; Frisina, M. R. 2001. Recovery of big sagebrush communities after burning in south-central Montana. Journal of Environmental Management. 61:243-252.

Wambolt, Carl L.; Walton, Todd; White, Richard S. 1989. Seed dispersal characteristics of plains silver sagebrush. Prairie Naturalist. 21:113-118.

Wambolt, Carl L.; Watts, Myles J. 1996. High stocking rate potential for controlling Wyoming big sagebrush. In: Barrow, Jerry R.; McArthur, E. Durant; Sosbee, Ronald E.; Tausch, Robin J., comps. Proceedings: shrubland ecosystems dynamics in a changing environment; 1995 May 23-25; Las Cruces, NM. Gen. Tech. Rep. INT-GTR-338. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 148-150.

Weaver, J. E.; Alberston, F. W. 1956. Grasslands of the great plains their nature and use. Lincoln, NE: Johnsen Publishing Company:327-344.

Weaver, T. W.; Klarich, D. 1977. Allelopathic effects of volatile substances from *Artemisia tridentata* Nutt. American Midland Naturalist. 97:508-512.

Weber, Darrell J.; Nelson, David L.; Driver, Charles H. 2001. Index of plant diseases on wildland shrubs in the western United States. Data and rough draft on file at the USDA, Forest Service, Rocky Mountain Research Station, 735 N 500 E, Provo, Utah 84606. 110 p.

Welch, Bruce L. 1999. Add three more to the list of big sagebrush eaters. In: McArthur, E. Durant; Ostler, W. Kent; Wambolt, Carl L., comps. Proceedings: shrubland ecotones; 1998 August 12-14; Ephraim, UT. Proc. RMRS-P-11. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station:171-174.

West, Neil E. 1999. Synecology and disturbance regimes of sagebrush steppe ecosystems. In: Entwistle, Patricia G.; DeBolt, Ann M.; Kaltenecker, Julienne H.; Steenhof, Karen. Comps. Proceedings: sagebrush steppe ecosystems symposium; 1999 June 21-23; Boise, ID. BLM/ID/PT-001001+1150. Boise, ID: U.S. Department of Interior, Bureau of Land Management: 15-26.

West, Neil E.; Hassan, M. A. 1985. Recovery of sagebrush-grass vegetation following wildfire. Journal of Range Management. 38:131-134.

West, Neil E.; Yorks, Terence P. 2002. Vegetation. responses following wildfire on grazed and ungrazed sagebrush semi-desert. Journal of Range Management. 55:171-181.

Whisenant, Steven G. 1990. Changing fire frequencies of Idaho's Snake River plains: ecological and management implications. In: McArthur, E. Durant; Romney, Evan M.; Smith, Stanley D.; Tueller, Paul T. comps. Proceedings—Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management; 1989 April 5-7; Las Vegas, NV. Gen. Tech. Rep. INT-276. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:4-10.

Wight, J. R.; Pierson, F. B.; Hanson, C. L.; Flerchinger, G. N. 1992. Influence of sagebrush on the soil microclimate. In: Clary, Warren P.; McArthur, E. Durant; Bedunah, Don; Wambolt, Carl L., comps. Proceedings—symposium on ecology and management of riparians shrub communities; 1991 May 29-31; Sun Valley, ID: Gen. Tech. Rep. INT-289. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station:181-185.

Wikeem, S. J.; Pitt, Michael D. 1982. Soil nitrogen gradients as influenced by sagebrush canopy in southern British Columbia. Northwest Science. 56:276-286.

Wilkie, Charles F.; Reid, Archie. 1964. Further studies on growth inhibitors in sagebrush. Wyoming Range Management. 194:73-74.

Winter, B. M.; Best, L. B. 1985. Effect of prescribed burning on placement of sage sparrow nests. Condor. 87:294-295.

Winward, A. H. 1984. Fire in the sagebrush-grass ecosystem-the ecological setting. In: Sanders, K.; Durban, J. eds. Rangelands fire effects, a symposium; Boise, ID. U.S. Department of the Interior, Bureau of Land Management:2-6.

Winward, Al H. 1991. A renewed commitment to management of sagebrush grasslands. In:Research in rangeland management. Corvallis, OR: Oregon State University. Agriculture Experiment Station Special Report 880. 7p.

Woolfolk, E. J. 1949. Sagebrush isn't all bad: Removal or killing requires careful planning. Montana Farmer-Stockman. 38:33.

Wright, Henry A.; Bailey, Arthur W. 1982. Fire Ecology: United States and Southern Canada. New York: John Willey & Sons.

Wright, Henry A.; Neuenschwander, Leon F.; Britton, Carlton M. 1979. The role and use of fire in sagebrush-grass and pinyon-juniper plant communities a state-of the art review. Gen. Tech. Rep. INT-58. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 48 p.

Wright, John C.; Wright, Elnora, A. 1948. Grassland types of south central Montana. Ecology. 29:449-460.

Young, James A.; Evans, Raymond A. 1978. Population dynamics after wildfires in sagebrush grasslands. Journal of Range Management. 31:283-289.

Young, James A.; Evans, Raymond A. 1989. Dispersal and germination of big sagebrush (*Artemisia tridentata*) seeds. Weed Science. 37:201-206.

Young, James A.; Evans, Raymond A.; Tueller, Paul T. 1976. Great basin plant communities-pristine and grazed. In: Elston, R.; Headrick, P., eds. Holcene environmental change in the Great Basin. Reno, NV: Nevada Arch. Survey, Res. Paper No. 6, University of Nevada: 187-216.

Young, Vernon A. 1943. Changes in vegetation and soil of palouse prairie caused by overgrazing. Journal of Forestry. 41:834-838.

**Pesticide Precautionary Statement**

This publication reports research involving pesticides. It does not contain recommendations for their use, nor does it imply that the uses discussed here have been registered. All uses of pesticides must be registered by appropriate State and/or Federal agencies before they can be recommended.

CAUTION: Pesticides can be injurious to humans, domestic animals, desirable plants, and fish or other wildlife—if they are not handled or applied properly. Use all pesticides selectively and carefully. Follow recommended practices for the disposal of surplus pesticides and pesticide containers.



*The use of trade or firm names in this publication is for reader information and does not imply endorsement by the U.S. Department of Agriculture of any product or service*

Federal Recycling Program  Printed on Recycled Paper

SSV_13429

SSV_13430



RMRS
ROCKY MOUNTAIN RESEARCH STATION

The Rocky Mountain Research Station develops scientific information and technology to improve management, protection, and use of the forests and rangelands. Research is designed to meet the needs of National Forest managers, Federal and State agencies, public and private organizations, academic institutions, industry, and individuals.

Studies accelerate solutions to problems involving ecosystems, range, forests, water, recreation, fire, resource inventory, land reclamation, community sustainability, forest engineering technology, multiple use economics, wildlife and fish habitat, and forest insects and diseases. Studies are conducted cooperatively, and applications may be found worldwide.

## Research Locations

Flagstaff, Arizona
Fort Collins, Colorado*
Boise, Idaho
Moscow, Idaho
Bozeman, Montana
Missoula, Montana
Lincoln, Nebraska

Reno, Nevada
Albuquerque, New Mexico
Rapid City, South Dakota
Logan, Utah
Ogden, Utah
Provo, Utah
Laramie, Wyoming

*Station Headquarters, Natural Resources Research Center,
2150 Centre Avenue, Building A, Fort Collins, CO 80526

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

SSV_13431

TODD KIM
Assistant Attorney General

DANIEL LUECKE
CA Bar No. 326695
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7863
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiffs, | Case No. 2:23-cv-435-CDS-DJA |
| v. | **JOINT MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINE FOR DISPOSITIVE MOTIONS** |
| U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JARED BYBEE in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and ALICIA STYLES, in her official capacity as Acting Field Manager of the Bureau of Land Management Caliente Field Office, | |
| Defendants. | |

1

Plaintiffs and Federal Defendants respectfully move to amend the scheduling order and extend the current deadline for dispositive motions in this case. In support of this request, the Parties state as follows:

On July 24, 2023, the Court granted in part the Parties' proposed discovery plan and scheduling order. ECF No. 12. The Parties' schedule addressed briefing deadlines for Plaintiffs' motion for preliminary injunction. The Parties agreed to propose a revised schedule for production of the administrative record and merits briefing once the Court resolved the motion for preliminary injunction. In its scheduling order, the Court also added a December 29, 2023, deadline by which the Parties must submit dispositive motions. *Id.*

On October 18, 2023, the Court denied Plaintiffs' motion for preliminary injunction. Plaintiffs have opted not to appeal the Court's decision.

Plaintiffs and Federal Defendants have conferred and jointly propose the following amended schedule for production of the administrative record, resolution of any record disputes, and briefing the merits:

1. Federal Defendants shall serve the administrative record on Plaintiffs' counsel by January 12, 2024.

2. After Federal Defendants serve the administrative record on Plaintiffs' counsel, the Parties will endeavor to resolve any outstanding issues or disputes regarding the content of the administrative record. Plaintiffs agree to confer with Federal Defendants regarding any record disputes on or before February 16, 2024.

3. Federal Defendants shall certify and lodge the administrative record with the Court and serve that administrative record on Plaintiffs' counsel by February 23, 2024.

2

4. Plaintiffs shall file any motion objecting to the content of the administrative record or seeking to supplement the record by March 15, 2024. Federal Defendants reserve the right to oppose any such motions. If such a motion is filed, the remainder of the schedule set out below is vacated and the Parties will submit a new proposed scheduling order within 21 days of the Court's order on the contents of the administrative record.

5. If no motions related to the administrative record are filed, Plaintiffs shall file their motion for summary judgment and memorandum in support by March 22, 2024. The supporting memorandum shall not exceed 35 pages.

6. Federal Defendants shall file their combined response to Plaintiffs' motion and cross-motion for summary judgment by May 3, 2024. The supporting memorandum shall not exceed 35 pages.

7. Plaintiffs shall file their combined reply in support of summary judgment and response to Federal Defendant's cross-motion for summary judgment by May 31. The supporting memorandum shall not exceed 30 pages.

8. Federal Defendants shall file their reply in support of summary judgment by June 28. The supporting memorandum shall not exceed 30 pages.

Respectfully submitted this 11th day of December, 2023.

TODD KIM
Assistant Attorney General

*/s/ Daniel Luecke*
DANIEL LUECKE (CA Bar No. 326695)
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611

3

4-ER-794

Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Scott Lake*
SCOTT LAKE (NV Bar No. 15765)
Center For Biological Diversity
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

**IT IS SO ORDERED** that the parties' joint motion (ECF No. 20) is GRANTED.

DATED: 12/13/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4

1    IT IS SO ORDERED

2

3    DATED this 11th day of December, 2023.

4

5                                          _____
                                           Daniel J. Albregts
6                                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

5

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 11, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically send email notification to the attorneys of record.

                         */s/ Daniel Luecke*
                         DANIEL LUECKE

6

# Exhibit 9: Declaration of Kyle Teel

Defendants' Opposition to Plaintiffs'
Motion for Preliminary Injunction

*Western Watersheds Project and Center
for Biological Diversity v. U.S.
Department of the Interior, et al.*,
Case No. 2:23-cv-435-CDS-DJA

example of this happened in a wildfire in the South Spring Valley Watershed in 2020. The wildfire ran into a treatment area exactly like the treatment being planned for this fall and fire suppression efforts were able to stop the fire at that point. However, where the fire was able to get around the treated area, it continued to burn. In the Ely District, implementation of similar mechanical/chaining treatments in adjacent watersheds has not resulted in the widespread invasion of exotic species (i.e., cheatgrass) and increases in fire.

25. Delaying implementation of the Project will allow the establishment of pinyon and juniper trees to continue, further reducing the sagebrush community. This will continue to reduce usable habitat for the sage grouse and other sagebrush-obligate species. Delaying restoration treatments would also result in the irretrievable loss of $3,000,000 in funding that has been allocated to begin implementation of vegetative restoration in the watersheds. Delays will also increase the risk of high severity wildfires as the treatment area and watersheds move toward FRCC 3 conditions. FRCC 3 indicates that fire regimes have been substantially altered and the risk of losing key ecosystem components is high.

26. After applying management actions, design features, and sage grouse habitat evaluations described in the EA, the use of prescribed fire within sage grouse habitat would not be authorized as part of the Project. Prescribed fire generally falls under two types for restoration in the Project: broadcast or pile burning. Broadcast is where fire ignitions occur within the unit and are allowed to travel across the area. Pile burning is where fire is applied to a pile of biomass, usually slash from tree removal, and generally stays in the location it was lit. Pile burning is conducted in the winter with snow on the ground to prevent spread and minimize effects on soils.

12

# EXHIBIT 3

to

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

in

*Western Watersheds Project and Center for Biological Diversity v. U.S. Department of the Interior, et al.*

Case No. 2:23-cv-435-CDS-DJA

Declaration of Patrick Donnelly

SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JARED BYBEE in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and SHIRLEY JOHNSON in her official capacity as Field Manager of the Bureau of Land Management Caliente Field office,<br><br>  Defendants. | Case No: 2:23-cv-435-CDS-DJA<br><br><br>**DECLARATION OF PATRICK DONNELLY** |

I, Patrick Donnelly, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

2.      I live in Shoshone, California. I have a Bachelor of Science in Conservation and Resource Studies from the University of California, Berkeley. Desert ecosystems and conservation policy are my particular areas of interest.

1

3. I have 20 years of experience immersing myself in the sciences that explain our natural world. I've been a habitat restoration project manager, trail crew leader, outdoor educator, backpacking and climbing guide, resource inventory technician, GIS specialist, field biologist, desert farmer, and for the past 7 years, a professional environmental advocate. I have spent a conservatively estimated 3,000 days in the field across those two decades: hiking, climbing, guiding, watching, examining, researching, restoring, rebuilding, and contemplating Western public lands and the ecology therein. I have working functional knowledge of topics in the natural sciences, in particular desert and sky-island botany, ecology, wildlife, and climate; restoration ecology, and techniques of ecological restoration; groundwater hydrology generally and Great Basin hydrology in particular; some amount of structural geology; and basic climate science. While I do not profess to be an expert in any of these fields in particular, I do possess expertise in learning about and applying principles from these disciplines in both field and analytical settings.

4. My work requires me to draw on this body of experience and knowledge. Working with my colleagues, I conduct analyses of and co-author comments and appeals on environmental analyses pursuant to the National Environmental Policy Act (NEPA), evaluating their veracity against my on-the-ground knowledge and the information I find through research, as well as their compliance with the law as I understand it. I co-author Endangered Species Act petitions to seek protections for species, drawing heavily on ecological research and bodies of literature to justify the petition. My petitions have been found to "present substantial scientific or commercial evidence that the petitioned action is warranted" by the U.S. Fish and Wildlife Service (FWS). I use the Freedom of Information Act (FOIA) and other transparency statutes to examine the actions of government agencies and in particular to trace the lines of scientific reasoning they use to justify their decisions. I read numerous journal articles, papers, maps, and other data on the natural sciences to inform my work and stay up on the latest research. I conduct field surveys of plants and animals, collecting data on both their current status and the threats that they face.

5. I first became a member of the Center for Biological Diversity (the Center) in 2006. From 2017 to 2022 I was the Center's Nevada State Director. Since January 2022 I have been the

2

1  Center's Great Basin Director. My role is to advocate for the protection of wildlife, public lands,

2  and groundwater in the Great Basin, including in Nevada.

3        6.      The Center is a tax-exempt, non-profit, membership organization with thousands

4  of members and supporters, including 732 members in Nevada. The Center's main office is in

5  Tucson, Arizona. The Center works through science, law, and creative media to secure a future for

6  all species, great or small, hovering on the brink of extinction. The Center has an extensive history

7  of working to protect ecosystems, species, water, and climate on public lands, including lands

8  administered by the Bureau of Land Management (BLM).

9        7.      The Center has several programs in place to address the many components of its

10 advocacy, including ones for Endangered Species, Oceans, Climate Law, Environmental Health,

11 and Public Lands. At the Center, we believe that the health and vigor of human societies and the

12 integrity and wildness of the natural environment are closely linked. Beyond their extraordinary

13 intrinsic value, animals and plants, in their distinctness and variety, offer irreplaceable emotional,

14 spiritual, and physical benefits to our lives and play an integral part in culture. Their loss, which

15 parallels the loss of diversity within and among human civilizations, impoverishes us beyond

16 repair.

17       8.      As part of its mission, the Center provides oversight of governmental activities that

18 impact all species and their habitats, as well as on human health and wellbeing more generally.

19 The Center has been at the forefront of efforts to hold the government accountable for its

20 obligations under the Endangered Species Act, and engages in protection efforts and campaigns to

21 ensure that our nation's environmental laws—including NEPA and the Endangered Species Act—

22 are enforced with respect to imperiled wildlife and habitat, air and water quality, and human health,

23 especially on our public lands.

24       9.      The Center also actively develops and disseminates—to its members,

25 policymakers, governmental officials, non-profit organizations, and interested members of the

26 general public—a wide array of educational and informational materials concerning the status of,

27 and threats to, biodiversity, air and water quality, and federal public lands. For example, we have

numerous BLM-related webpages and have implemented numerous letter submission "action alerts" to our membership on various BLM issues, so they can easily provide public comments to the BLM on issues that are open for comment.

10.     The Center's members' diverse interests span natural history, ecology, conservation, wildlife and native plant observation, nature photography, hiking, camping, backpacking, quiet and solitude in nature, dark skies, spiritual renewal, and a love of Nevada's natural landscapes. Center members, including myself, enjoy and use federal land in Nevada, including lands administered by BLM, as places to pursue these activities now and into the future. The Center's members expect and rely upon BLM to protect the species, habitats, viewsheds, and air and water quality of these lands.

11.     I am also a member of Western Watersheds Project (WWP). WWP is a non-profit organization with more than 14,000 members and supporters whose mission is to protect and restore western watersheds and wildlife through education, public policy initiatives and legal advocacy. WWP has longstanding interests in public land management in Nevada. WWP and its staff and members use and enjoy the public lands and their wildlife, cultural and natural resources for health, recreational, scientific, spiritual, educational, aesthetic, and other purposes, including in Nevada. WWP also has a direct interest in resource management projects that occur in areas with sensitive wildlife populations and important wildlife habitat, such as greater sage-grouse and designated sage-grouse habitat management areas.

12.     In addition to the Center's and WWP's interests in areas managed by BLM in Nevada, I have strong personal and professional interest in these lands.

13.     I regularly recreate and seek spiritual renewal in lands managed by BLM in Nevada, including in the Ely District. I also have a strong professional interest in the integrity of these lands. The impacts of vegetation treatment projects to unique and sensitive ecosystems irreparably injure these recreational, spiritual, and professional interests.

14.     I love the desert. I've spent my life chasing the questions the desert poses, and the few elusive answers it provides. Exploring the Great Basin Desert, including remote basins like

1   Spring Valley and Hamlin Valley, is continually rewarding. The learning is constant, and each day

2   exploring brings about novel observations and insights into the ecosystem, biogeography, and

3   climate.

4       15.     The landscape of far Eastern Nevada is rugged, stark, and isolated. The towering

5   peaks and deep basins between them have kept most development from this part of the world.

6   There are few towns or settlements, and many basins have no permanent human habitation at all.

7   It is one of the least developed landscapes in the conterminous United States, where the impacts

8   of modern civilization seem very far away.

9       16.     Spring Valley in particular is one of the best examples of the Great Basin's basin-

10   and-range country, so much so that the mountains above Spring Valley in the Snake Range were

11   permanently protected in 1984 as Great Basin National Park. Spring Valley is also home to the

12   sacred Swamp Cedars, a stand of Rocky Mountain juniper (*Juniperus scopulorum*) of profound

13   biological and cultural importance. With thousands of acres of rich groundwater-dependent

14   ecosystems, Spring Valley is the Great Basin at its best. Hamlin Valley is also a special place—

15   a basin mostly filled with pinyon-juniper woodlands, where the legacy of deforestation is revealed

16   in the checkerboard pattern of clearcuts visible in satellite imagery.

17       17.     Intact, biodiverse ecosystems like those found in Spring and Hamlin Valleys are

18   one of my chief interests while enjoying Nevada's public lands. Part of what makes these places

19   so special is their lack of disturbance and natural state. You can travel many miles and across

20   thousands of acres seeing only minimal traces of modern civilization. This sort of isolation and

21   lack of development is exactly what wildlife and biodiversity need to thrive in its native state. I

22   enjoy visiting Spring and Hamlin Valleys, photographing the landscape and wildlife, identifying

23   plant species, assessing the conservation status of important natural resources, sitting quietly and

24   contemplating nature, experiencing spiritual renewal, and getting vigorous exercise. I derive

25   substantial aesthetic, recreational, scientific, and spiritual benefits from the intact and undisturbed

26   nature of Spring and Hamlin Valleys.

27

18.     As a result of the intact nature of the ecosystems of Spring and Hamlin Valleys, and the relatively higher precipitation found in eastern Nevada than in other places in the Great Basin, these basins are a refuge for wildlife. All of the major ungulates of the Great Basin are present here: herds of Rocky Mountain elk (*Cervus canadensis nelsoni*) roam the mountain ranges; herds of bighorn sheep (*Ovis canadensis*) ply the rocky slopes above; while herds of mule deer (*Odocoileus hemionus*) inhabit the pinyon-juniper woodlands; and finally herds of pronghorn (*Antilocapra americana*) live in the sagebrush flats below. Golden eagles (*Aquila chrysaetos*) are common in these mountain ranges and use the valley bottoms for hunting. There are numerous greater sage-grouse (*Centrocercus urophasianus*) leks in Spring and Hamlin Valleys; there is winter range, summer range, and nesting-brood rearing habitat; and much of the habitat is managed as Priority Habitat Management Area (PHMA) under BLM's management regime. Pygmy rabbits (*Brachylagus idahoensis*), another species of conservation concern, are also present here. In short, due to the remote, intact, and undisturbed nature of Spring and Hamlin Valleys, it is one of the most biodiverse places in the Great Basin Desert.

19.     Spring and Hamlin Valleys have two ecosystems of conservation priority: sagebrush shrublands and pinyon-juniper woodlands.

20.     Sagebrush shrublands are dominated by sagebrush (*Artemesia* spp.) and associates such as shadscale and other saltbushes (*Atriplex* spp.), bitterbrush (*Purshia tridentata*), and at higher elevations, mountain mahogany (*Cercocarpus betuloides*). They are host to approximately 350 species of plants and animals that depend on large, intact sagebrush ecosystems for survival. Sagebrush ecosystems have long been targeted for manipulation by the BLM, with wholesale sagebrush removal projects dating back nearly a century, as they attempted to replace the shrub with plantings of crested wheatgrass, forage kochia, and other non-native species. Currently, due to development and wildfire, we are losing as much as 1.3 million acres of sagebrush per year across the Western United States.

21.     Pinyon-juniper woodlands occur at higher elevations than sagebrush. In the Great Basin, that typically means along the lower to mid elevation slopes of mountain ranges. Pinyon-

juniper woodlands are dominated by single leaf pinyon (*Pinus monophylla*) and various species of juniper (*Juniperus* spp.). These form dense stands in some places, creating a miniature forest in the desert. Pinyon-juniper woodlands harbor important wildlife such as mule deer and pinyon jays. They also have a long cultural tradition with the indigenous people of the Great Basin, who harvested the abundant pine nuts produced by pinyon trees. They cover millions of acres of Nevada, and are one of the definitional ecosystems of the Great Basin. They have also suffered decades of persecution, deforested in the 1800s to feed charcoal kilns for mining; and then in the 1900s and 2000s through deforestation projects like the South Spring and Hamlin Valley Watersheds Restoration Plan.

22.     The South Spring and Hamlin Valley Watersheds Restoration Plan is a proposed action by the BLM to conduct an enormous vegetation management project in Spring and Hamlin Valleys. The project area encompasses 384,414 acres across both valleys, with a treatment area of 123,969 acres, or some 32% of the project area. The areas to be treated include up to 68,551 acres of pinyon-juniper woodland to be targeted for removal and/or destruction, and up to 42,762 acres of direct removal or destruction of sagebrush.

23.     The pinyon-juniper woodland treatment regime would include both chaining and mastication. Chaining is when an enormous anchor chain is dragged between two bulldozers, ripping up pinyon-juniper trees and any other vegetation taller than a foot or so, leaving a path of remarkable destruction in its wake. Mastication is where heavy machinery is used to grind down trees and turn them into mulch which is then spread across the landscape. This results in the direct mortality of the trees but also in destruction to the surrounding ecosystem, as the mulch prevents normal seedling recruitment of plants and forbs.

24.     The sagebrush treatment regime would primarily include mowing, where large mowers are used to directly destroy sagebrush plants. This would be accompanied by drill seeding to promote a different vegetation composition.

7

25.     According to BLM's environmental assessment (EA), any of the treatments discussed above could occur anywhere within the project area, and in any combination BLM chooses. EA at 10.

26.     When I became aware of the South Spring and Hamlin Valley Watersheds Restoration Plan in 2021, I became very concerned about the potential impacts of the project to pinyon-juniper woodlands, sagebrush ecosystems, and the biodiversity of Spring and Hamlin Valleys. I worked with Center staff attorney Scott Lake to submit comprehensive comments to BLM on the preliminary environmental assessment in July of 2021.

27.     I first visited Spring Valley in 2005, when I was driving across the country along Highway 50. I was struck by its isolation and lack of development—about the feeling of space and emptiness that one gets as one traverses the broad basin. I actually went to Ely and looked at real estate advertisements to see if there was land for sale in Spring Valley, not realizing at the time that it is primarily public land. It was a memory that stuck with me for many years.

28.     Since 2017 when I moved to Nevada, I have visited Spring Valley many times. While I do not have records of every visit I made, I have photographic records of visits made on November 12, 2017; November 14, 2017; June 28, 2018; July 21, 2018; July 22, 2018; September 2, 2018; September 4, 2018; May 30, 2019; June 7, 2019; June 9, 2019; December 29, 2019; May 24, 2020; July 24, 2020; July 27, 2020; October 14, 2020; November 8, 2020; May 15, 2021; November 15, 2021; July 2, 2022; July 14, 2022; July 16, 2022; September 18, 2022; and August 10, 2023. This is potentially an incomplete record of the number of times I have visited Spring Valley given that I may not have geotagged photographs from each visit.

29.     I have visited Hamlin Valley one time, on December 29, 2019. I was investigating some rare springs snails which live in the springs there. On that same trip, I visited the area near the Atlanta Mine, where I enjoyed the expansive and intact pinyon-juniper woodlands.

30.     I have concrete plans to revisit Spring and Hamlin Valleys. I have visited Spring Valley on average four times per year for the past five years, though I only made it out one time this year. I plan to continue visiting Spring Valley regularly each spring and summer in coming

1   years—my next planned visit is in May of 2024. My primary time for visiting is in the spring and

2   summer, to survey for rare plants and wildlife, but I also at times have occasion to visit in the

3   winter. I plan to revisit Hamlin Valley in spring of 2024 to resurvey the springs I saw in 2019.

4   31.   I have reviewed the Final EA and Decision Record for the South Spring Valley

5   and Hamlin Valley Watershed Restoration Plan. Despite the title, the project involves large-scale

6   destruction of native vegetation, including pinyon and juniper trees, sagebrush, and high elevation

7   conifer stands. The EA provides little to no detail on where these treatments might take place, or

8   what their impacts would be on the plants and wildlife species I care about. For example, there is

9   no information on where pinyon jays occur in Spring or Hamlin valleys, even though pinyon jays

10  are a BLM "sensitive" species, and even though one of the main purposes of the project appears

11  to be removing pinyon jay habitat. And the EA appears to ignore the risk that the proposed

12  treatments could lead to invasions of exotic annual grasses like cheatgrass (*Bromus tectorum*)

13  which degrade wildlife habitat and dramatically increase wildfire risk. While the EA lacks many

14  details necessary for understanding the true extent of the project's likely environmental impacts,

15  it is clear from the EA that BLM would be authorized to destroy large swathes of native shrubland

16  and woodland through highly impactful methods such as chaining, mastication, mowing, and

17  burning. *See* EA at 10. I have been informed that up to 2,000 acres of chaining will occur as early

18  as October 2023.

19  32.   Spring Valley is one of the centers of my universe in the Great Basin—my work

20  takes me there, I visit there in my spare time, and it is truly one of the most special places in the

21  whole world to me. My aesthetic, recreational, spiritual, and scientific interests would be

22  irreparably harmed by BLM's proposed action, and specifically by the 2,000 acres of chaining

23  proposed for October 2023. This chaining will occur adjacent to the Atlanta Mine, a place that I

24  have visited and derived aesthetic, spiritual, and scientific benefits from.

25  33.   If the South Spring and Hamlin Valley Watersheds Restoration Project were to

26  move forward, heavy machinery would begin destroying forest and ripping up valuable sagebrush

27  habitat as early as October 2023. As a result of these BLM-authorized activities, I would no longer

9

be able to enjoy a pristine and undeveloped landscape; no longer would I be able to view wildlife and biodiversity in its undisturbed state; I would no longer be able to seek spiritual renewal and quiet contemplation there; and I would be irreparably harmed by the knowledge that one of the most special places in the world to me was now the site of unimaginable destruction and deforestation.

34. This harm to my interests is imminent because BLM is intends to start vegetation treatments in October 2023, and these treatments will include the most impactful method authorized—chaining. Vegetation treatments such as chaining, mowing, and mastication cannot be undone once started—the landscape will take decades or potentially longer to heal from this destruction. The only way to avoid this imminent irreparable harm to my interests is through a stay of BLM's decision while this litigation proceeds.

35. My scientific, aesthetic, professional, recreational, and spiritual interests are directly, immediately, and will be irreparably harmed by BLM's imminent implementation of the Project. Vegetation removal activities, including the 2,000 acres of chaining proposed for October 2023, will cause me immediate, irreparable harm by destroying pinyon-juniper and sagebrush ecosystems, ruining the pristine and undeveloped nature of Spring and Hamlin Valleys, and destroying the cultural heritage of the indigenous people who have lived here since time immemorial.

36. The relief sought by the Center and WWP in this litigation will remedy my injury, as well as the Center's, WWP's, and their members' injuries, by enjoining the project Decision Record, setting aside the project Decision Record, and declaring the Decision Record, EA, and finding of no significant impact (FONSI) unlawful.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

1    Dated August 23, 2023                          Respectfully submitted,

2                                                    */s/ Patrick Donnelly*
                                                     _____
3                                                    Patrick Donnelly

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# EXHIBIT 4

to

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

in

*Western Watersheds Project and Center for Biological Diversity v. U.S. Department of the Interior, et al.*

Case No. 2:23-cv-435-CDS-DJA

Declaration of Paul Ruprecht

SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY, | Case No: 2:23-cv-435-CDS-DJA |
| Plaintiffs, | |
| vs. | **DECLARATION OF PAUL RUPRECHT** |
| U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JARED BYBEE in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and SHIRLEY JOHNSON in her official capacity as Field Manager of the Bureau of Land Management Caliente Field office, | |
| Defendants. | |

I, Paul Ruprecht, declare:

    1.    My name is Paul Ruprecht and I reside in Washoe County, Nevada. The following facts are personally known to me, and if called as a witness, I could and would truthfully testify thereto.

    2.    I have lived in Nevada since May 2017.

    3.    I am a current member of Western Watersheds Project and I have been a member since 2009 when I began volunteering with the organization by visiting public lands to document

1

1   ecological conditions. As a volunteer for WWP, I traveled to Nevada, Arizona, and Idaho to

2   observe livestock grazing areas on state and federal lands.

3       4.      I worked full time for WWP from 2013 to 2021, first as a staff attorney and then as

4   the Nevada-Oregon Director. I continue to work part time for WWP as a Conservation Advocate.

5       5.      I obtained my law degree from Lewis and Clark Law School and received a

6   certificate in environmental and natural resources law. I also have a graduate certificate in wildlife

7   management from Oregon State University. I am currently completing a masters of natural

8   resource stewardship degree through Colorado State University, specializing in rangeland ecology

9   and management.

10       6.      My duties for WWP have included visiting public lands and documenting grazing

11   and other land use impacts. I regularly visit locations throughout Nevada to inspect areas,

12   photograph the effects of grazing and human activities on native plants and animals, and comment

13   to agencies about my observations.

14       7.      After moving to Nevada, I lived for over four years at a ranch managed for wildlife

15   conservation in remote northern Washoe County. I continue to spend part of my time living and

16   working at the ranch.

17       8.      Over the past several years, I have held seasonal jobs as a field technician,

18   surveying and monitoring wildlife and vegetation communities. I have also volunteered for the

19   Nevada Department of Wildlife and Oregon State University counting sage-grouse and monitoring

20   other wildlife.

21       9.      I have recreated in Nevada my entire life. I grew up in southern Idaho and my

22   family made frequent trips to northern Nevada to camp, hike, and explore public lands in Elko

23   County, as well as in southern Nevada.

24       10.     The existence of wild public landscapes with healthy populations of native plant

25   and animal species, and proper ecological function, are immensely important to me personally. I

26   have always spent much of my free time in the outdoors, recreating, relaxing, and enjoying and

27   experiencing nature. I spend many days and nights each year hiking and camping, fishing, hunting,

2

birding, looking at plants and wildlife, and taking pictures on public lands. I plan to continue recreating in Nevada on public lands for as long as I am able.

11.     Nevada is a spectacular state, and one of my favorite things about it is how wild, remote, and generally unspoiled it is. Nonetheless, it is also under continuous threat from development and other harmful uses authorized by the federal government, like livestock grazing and vegetation removal.

12.     I appreciate the unique and varied wildlife of Nevada's sagebrush steppe. I love seeing pronghorn, mule deer, elk, and bighorn sheep. I saw a kit fox for the first time after moving to Nevada and have seen several more since. I enjoy identifying common sagebrush steppe birds: sage thrasher; Brewer's, black-throated, sagebrush, and vesper sparrow; green tailed towhee, and others. When I travel to for work or for my own recreation, I always have a pair of binoculars handy for birding and glassing for other wildlife.

13.     Juniper and pinyon woodlands are ecologically valuable areas. They provide excellent habitat for migratory bird species, as well as thermal and escape cover for deer and elk. One of the species I have enjoyed seeing in Nevada is the pinyon jay. Pinyon jays look like small gray crows, and are social birds, traveling in noisy flocks. They are highly reliant on pinyon-juniper forests, and their populations have decreased because of loss of these habitats. However, dozens of other bird species also use juniper and pinyon forests at different times of the year. Juniper removal, through chaining and other methods, harms my interest in viewing and enjoying birds and wildlife in that habitat type.

14.     Other species that I know use juniper and pinyon woodlands are several types of bats. I have had the opportunity over the past several years to help monitor bats in northern Nevada by placing acoustic detectors, as well as participating in mist netting and tagging bats. It is incredible to see them up close, and I appreciate what remarkable creatures they are. The biologists I worked with described how juniper areas were important to different bat species.

15.     I am aware that the Bureau of Land Management (BLM) has chained, burned, and cut thousands of acres of native pinyon and juniper forests in Nevada, including many areas in the

3

Ely District. While the agency gives many evolving rationales for doing so, the primary reason throughout much of BLM's history has been to provide more grass for cattle to eat. These "treatments" have irreparably harmed the landscape and proven harmful to migratory birds, ungulates, bats, arthropods, and small mammals.

16.     Another species that I enjoy seeing is sage-grouse. I have watched lekking grouse many times in various areas. I commonly see sage-grouse throughout Nevada, though nearly always in small groups. BLM frequently claims that pinyon and juniper trees harm sage-grouse, but I strongly believe that the biggest reason that sage-grouse have declined so severely is because livestock grazing seriously harms their habitat. In the arid landscapes where sage-grouse live, scarce springs, seeps, and meadows are critical for them during the summer brood rearing season. Many if not most of these areas that I see on public lands managed by BLM across Nevada are in deplorable condition due to livestock use, and their value to sage-grouse and other wildlife is greatly diminished. Sage-grouse have coexisted with pinyon and juniper trees for thousands of years.

17.     For example, I took these pictures of livestock-degraded sites at Mud Springs in the White Rock Mountains nearby the project area.



4





18.     I also enjoy looking for pygmy rabbits and photographing their burrows. I am aware that removal of sagebrush is deeply damaging to sage-grouse, pygmy rabbits, and other sagebrush obligates.

19.     Since I have lived in Nevada, I have had the opportunity to travel frequently throughout the state to enjoy scenic public wildlands. I have visited the Ely District and surrounding areas of eastern Nevada a number of times. For example, I have camped and hiked in the Quinn Canyon and Grant Ranges with my family, climbing to high elevations to see bristlecone pines in several areas. I have backpacked and fished for Bonneville cutthroat trout in Hendrys Creek in the stunning Mount Moriah Wilderness. Several times, I have explored areas of Basin and Range National Monument. I have hiked and camped in the White Pine Range as well, and hiked in the Currant Mountain wilderness. I also enjoy visiting Great Basin National Park. As described below, I have visited Hamlin Valley and Spring Valley several times.

20.     WWP has a long history of public participation in the management of public lands and resources within Ely District. For example, WWP challenged the BLM's decision to destroy

50,000 acres of pinyon-juniper woodlands on Mount Wilson as part of a "wildland/urban interface" fuel reduction. *See American Lands Alliance v. Kolkman*, No. 3:02-cv-182 (D. Nev. 2002). Also, in 2013 WWP challenged the BLM's decision to mow, chop, burn, and poison sagebrush habitat in the Cave and Lake Valleys. *W.Watersheds Proj. v. Lueders*, 4:13-cv-261-EJL (D. Nev. 2013).

21.     Staff from WWP have also closely observed the impacts from the BLM's land management activities in nearby areas for many years, including in the Cave and Lake Valleys. For example, WWP created a report documenting the damage to sagebrush habitat from the Ely District's "Lincoln County Sage Grouse Habitat Restoration Project." The report included photos of an area of sagebrush on the Cave Valley floor, including pygmy rabbit sign, in 2009 prior to its removal by tractor, and subsequent photos in following years showing the failure of the landscape to recover, and the long-term loss of that habitat when livestock were quickly allowed to return to the disturbed area. The report is attached for reference.

22.     I have visited the South Spring Valley and Hamlin Valley project area three times: on September 13th and 14th, 2018, again the following year on July 20th and 21st, 2019, and then on May 27th and 28th, 2021. In addition, I have driven through the north portion of the project area many times over the years on Highway 93, enjoying the landscape from the road.

23.     During these visits, I have hiked, camped, taken photographs, looked for wildlife, monitored the condition of habitat, stargazed, and enjoyed native vegetation. In the nearby White Rock wilderness, I have enjoyed seeing mule deer and elk—species which use pinyon-juniper and sagebrush habitats extensively throughout the year, focusing on lower valley areas during winter.

24.     I photographed this beautiful leopard lizard in 2018 within the project area between the Wilson Creek Range and Limestone Hills in the vicinity of the planned Limestone/Atlanta chaining.



25.     I have enjoyed seeing pinyon jays and Clark's nutcrackers in nearby areas, including this nutcracker in the Wilson Creek Range.



26.     On these trips, I have enjoyed beautiful vistas and scenery and wildlife, but unfortunately also documented highly degraded conditions on public lands due to BLM's management of livestock grazing, as well as the scars from its numerous previous sagebrush and juniper removal actions in and around the project area.

27.     In September 2018, I photographed striking areas of winterfat in south Spring Valley, with the Snake Range rising high above the valley floor in the background. However, I also took pictures of extensive areas nearby where sagebrush had been removed. The dominant native species that had returned to those clearings was rabbitbrush—along with a lot of cheatgrass and halogeton, illustrating the resulting increase in non-native species following the disturbance.

28.     On my most recent trip, I photographed areas in Hamlin Valley that were so heavily impacted by livestock that they were reduced to essentially dirt over huge expanses. For example, in the following pictures, areas that appeared to have been concentrations of winterfat like those I have seen in the past, were grazed and trampled to the extent that only a few nubs of vegetation remained.





29.     I have observed and documented the impacts of past juniper removal treatments, including within and adjacent to the Wilson Creek and White Rock Ranges, and along the base of the Fortification Range. These areas are disturbing to see, evidencing the violent removal of juniper by chaining that occurred, with crushed and mangled skeletons of junipers littering the area. Additionally, the resulting scars are either usually filled with exotic plants, or barren. This photo of the juniper chaining at the base of the east side of the Fortification Range shows bare dirt between young rabbitbrush—there are very few native grasses or forbs. This is of course due in part to the fact that BLM usually allows livestock grazing to resume in treatment areas after a very short time, and cows quickly eat any herbaceous vegetation that regrows. This area was full of cow pies and tracks, demonstrating this clearly.



30.     As noted, the BLM often justifies these treatments as a way to increase grass for cows and claims that pinyon and juniper forests suppress grass and forbs. But in my experience, ungrazed pinyon-juniper forests often have robust understories, and it is in fact heavy livestock grazing that reduces grasses and other plants from wooded areas. For example, heavy grazing and trampling in a juniper stand nearby or within the project area at the edge of Hamlin Valley, pictured below, reduced the soil and vegetation under these trees to dust and battered sagebrush stalks.



31.     Further, I am deeply concerned that the health of pinyon and juniper forests in the vicinity of the Limestone Hills is already being negatively impacted by drought and/or disease. In that area I observed many hundreds of dead and dying trees in May 2021.







32.     Pinyon and juniper forests may naturally recede with a drying and warming climate, and BLM should be very cautious about removing these species rather than deforesting vast areas. This is also reckless in the face of climate change because of the carbon storage value of these trees.

33.     The South Spring Valley and Hamlin Valley Watershed Restoration Plan, including the 2,000 acres of chaining scheduled for October 2023, will irreparably harm my interests and use and enjoyment of these areas just as similar past projects have.

34.     I believe if BLM conducts juniper, pinyon, and/or sagebrush removal in South Spring and Hamlin Valleys, many native species that I enjoy looking for and seeing will be negatively and irreparably harmed. For example, I will be less likely to see pinyon jays, Clark's nutcrackers, and other birds I enjoy seeing that rely on pinyon and juniper forests and sagebrush habitat.

35.     I am concerned for all of the small, ground-dwelling species like leopard lizards, snakes, small mammals like pygmy rabbits, and others that will be killed or injured by heavy equipment, anchor chains, vehicles, and other associated disturbance through these projects, and whose habitats will be irreparably disturbed, simplified, altered, or destroyed. There will be fewer of these animals for me to view and photograph if this project is implemented.

36.     My future visits to areas like the Limestone Hills will also be irreparably harmed by the scenic and aesthetic effects of these destructive actions. Vistas will be marred by unnatural cuts and breaks in vegetation like those I have seen in the Wilson Creek Range. Exotic species are likely to increase, leading to more fires.

37.     I am also concerned that following these planned vegetation manipulations, BLM will either increase livestock grazing or maintain grazing at the current unsustainable levels. Grazing at these levels will cause environmental degradation similar to the negative grazing impacts I have witnessed in the Wilson Creek grazing allotment, Hamlin Valley, Spring Valley, and other nearby areas. BLM also plans to develop additional grazing infrastructure in these areas, such as fences, ponds, pipelines, troughs, tanks, or other similar facilities, increasing human impacts and habitat fragmentation.

38.     In May 2021, I camped in foothills of the Schell Creek Range south of John Henry Wash within the project area in a beautiful pinyon forest, and enjoyed hiking in the area the following morning. I am saddened that when I return to this place, my campsite will likely be

within or near a chaining; weed-filled, wind- and sun-exposed, and wholly unattractive for camping, if it is even recognizable.

39.     I plan to revisit the Wilson Creek and White Rock Ranges, Hamlin Valley, and South Spring Valley in April or May 2024 and regularly thereafter, as I have done since 2018. I will revisit areas around the Limestone Hills where I observed juniper die-off occurring to observe and document the impacts of the drought over the past several years. I will hike and camp, look for birds and other wildlife, take photographs, admire native plants and flowers, and experience solitude. I will also observe and record the impacts of livestock authorized by BLM, vegetation removal, and other unnatural incursions into these wildlands.

40.     The relief requested in this litigation will alleviate or redress the harms and impairment caused by BLM's planned activities under the South Spring and Hamlin Valleys Watershed Restoration Plan.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated August 23, 2023                              Respectfully submitted,

*/s/ Paul Ruprecht*
Paul Ruprecht



**Boise Office**
PO Box 2863
Boise, ID 83333
tel: (208) 890-3666
fax: (208) 475-4702
email: ken@westernwatersheds.org
web site: www.westernwatersheds.org    *Working to protect and restore Western Watersheds and Wildlife*

**Western Watersheds Project**

## Lincoln County Sage Grouse Habitat Restoration Project, A Study in Unintended Consequences.

**Results of Cave Valley Treatment**

On several occasions I have visited the Cave Valley and Lake Valley watersheds for recreation and to observe conditions of the landscape. I also attended a field tour by the BLM where Katie Fite and myself accompanied several BLM and Nevada Division of Wildlife staff members on visits to areas of previous and proposed treatments allegedly conducted for the benefit of sage grouse and other wildlife. I was disturbed by conditions we observed at these sites. At many of the sites where the BLM has proposed treatments, damage from livestock grazing is very evident. Wind and water soil erosion is evident from past and ongoing grazing practices, cheatgrass is now present in some of the last good sage grouse habitat, and crested wheatgrass is present in surrounding landscapes.

I first visited the Cave Valley in October of 2009 at the time that a tractor was demolishing intact old growth sagebrush stands and ancient microbiotic crusts approved by the Lincoln County Sage Grouse Habitat Restoration Project (EA) NV 040-08-05. I was disheartened to see what remained in the areas where the mower/chopper had passed. Nothing but broken sagebrush and a deep layer of soft dust remained. Thousands of tiny footprints from small mammals and lizards were evident in the fine dust that was blowing away in the high winds. This landscape was important habitat for many species, including sage grouse, and likely pygmy rabbits, now it is just grasses seemingly meant for cattle forage.

Before the treatment was conducted no site specific surveys were conducted to determine the presence of pygmy rabbits. The EA falsely stated there were no pygmy rabbits present here but on this and several subsequent visits Katie Fite and I found ample evidence of pygmy rabbit presence near the treatment site. Therefore it is likely that occupied pygmy rabbit burrows were destroyed by the mower chopper. Clearly the BLM did not "take a hard look" at the impacts of the proposed activities as required by NEPA.

The treatment area in Cave Valley covered 1,800 acres and was treated using a Roller Chopper with Broadcast Seeding.



48

**Figure 1.  Map of Cave Valley Treatment Area**

2



**Figure 2. Cave Valley near the "Cave Valley Treatment Area" in October 2009.**



**Figure 3. Scat that is likely from a pygmy rabbit nearby the "Cave Valley Treatment Area" 2009.**

3



**Figure 4.  The "Cave Valley Treatment Area" at the time of the treatment in 2009.**

4



**Figure 5.  Deep, disturbed soils present at the "Cave Valley Treatment Area" site at time of treatment in 2009.**



**Figure 6. Chopper Mower conducting treatment on the "Cave Valley Treatment Area" 2009.**

    In August of 2011 Katie Fite and I visited the Cave and Lake Valleys as part of a tour with BLM and NDOW staff.  We visited several areas of past and proposed treatments.  As part of the tour we visited the area of Cave Lake previously described that had been treated in 2009. When we arrived the area had grasses and other forbs but no sagebrush remained.  As evidenced

5

by the fairly fresh cow flop that was present it was apparent that cattle had been grazing there despite the fact that they were not to have been there this soon after the treatment. We were told as much by Paul Podborny. Paul also told us that they hadn't intended to reduce sagebrush cover to the level it had been. In fact, the **Lincoln County Sage Grouse Habitat Restoration Project EA** mentions a goal of 15-25% crown cover for shrubs. The actual reduction appears to have reduced it to nearly 0%.

Page 2 of **Lincoln County Sage Grouse Habitat Restoration Project**

Table 1. Overview of the sage grouse habitat restoration project goals, objectives, and indicators of desired future conditions

| Goals | Objectives for Quality Foraging and Nesting Habitat: | Long Term management Indicators of Desired Future conditions based on the LCP(2004)* |
|---|---|---|
| **Improve sage grouse vegetative cover consistent with foraging and nesting needs** | **Objective 1: Reduce sagebrush cover to site- specific suitable levels suggested by the LCP Objective 2: Restore the cover of perennial grasses and forbs based on the LCP and site-specific analysis** | **Perennial Grass > = 10% Crown Cover Forbs > = 5% Crown Cover Shrubs 15% to 25% Crown Cover** |

**\*These figures are based on precipitation zones of 10-12" proposed treatment areas fall into an 8-10" precipitation zone.**



**Figure 7. Cow flop at the site of the "Cave Valley Treatment Area" August 2011.**

6



**Figure 8. Grasses growing after treatment of the "Cave Valley Treatment Area" August 2011.  This area is no longer quality sage grouse habitat due to lack of sage.**

      Katie Fite and I returned to this site in June of 2013 and found flourishing cheatgrass and plenty of cow flop.  Clearly this was not the stated intent for this treatment but, as we came to find as we visited several other treatments approved under the **Lincoln County Sage Grouse Habitat Restoration Project**, unintended consequences were apparent.  Cheatgrass has flourished in areas, especially where tebuthiuron had been placed, and sagebrush was dead, this in areas within 5 km of active leks.

7



**Figure 9. Looking North, June 5, 2013.  Note grasses present and lack of sage.**



**Figure 10. Looking West, June 5, 2013.  Note grasses present and lack of sage.**

8



**Figure 11. Looking East, June 5, 2013.  Note grasses present, lack of sage, stark contrast with untreated sage.**



**Figure 12. Looking North, June 5, 2013.  Note cheatgrass proliferation.**

When we returned again in August of 2013 with BLM staff, including Amy Leuders and Raul Morales from the Nevada State Office in Reno, the Cave Valley treatment, conditions had only gotten worse and, as we all observed, cattle were present in large numbers and had severely set back any recovery taking place on the treatment areas.  Indian ricegrass plants were being

9

pulled up by the roots, cheatgrass was proliferating, and sagebrush that managed to survive the roller chopper was being trampled.  This was not a scene of renewal but of further degradation.  The BLM has turned what was once a very stable system into a weed infested cow pasture.

Kenneth Cole

Western Watersheds Project
PO Box 2863
Boise, Idaho 83701
208-890-3666
208-475-4702 (fax)



**Figure 13.  Looking west, August 27, 2013.  Note cattle in the distance, lack of grasses, and lack of sage.**

10



**Figure 14.  Looking north, August 27, 2013.  Note lack of grasses, cow flop, lack of sage.**



**Figure 15. Looking east, August 27, 2013.  Note lack of grasses, cow flop, lack of sage.**

## Results of Lake Valley Tebuthiuron Treatments

The Lincoln County Sage Grouse Habitat Restoration Project included Tebuthiuron treatments in the Lake Valley area and the treatments were all conducted within 5 km of active leks.  The results were disasterous.  Katie Fite and I visited this treatment in June of 2013 and

11

4-ER-837

were very startled at how much cheatgrass had infested the treatments.  1,900 acres of sagebrush was aerially treated with Spike, also known as Tebuthiuron.  The entire 1,900 acres had dead sagebrush and extremely dense stands of cheatgrass.  Areas directly adjacent to the treatments had healthy amounts of sage, perennial grasses and forbs, just what you would hope to see in sage grouse habitat.

12



**Map 3**
**Lake Valley Treatment Area**

46

**Figure 16.  Lake Valley Treatment Area.**

13



**Figure 17.  Area directly adjacent to Tebuthiuron treatment, Lake Valley, NV, June 7, 2013.  Note sagebrush, forbs, and perennial grasses.  Cheatgrass is growing in the bottom of the draw where tebuthiuron treatment was conducted, note the reddish grass in center of photo.**



**Figure 18.  Lake Valley Tebuthiuron Treatment Area, June 7, 2013.  Note cheatgrass proliferation, lack of significant forbs, and dead sage.**

14



**Figure 19.  Lake Valley Tebuthiuron Treatment Area, June 7, 2013.  Note cheatgrass proliferation, lack of significant forbs, and dead sage.**

Surely conversion of healthy sage habitats to cheatgrass is not the desired outcome of these treatments but many of the other areas treated had similar outcomes.  Unfortunately the BLM is preparing for treatments across massive areas throughout Nevada.  Hundreds of thousands of acres of treatments have been proposed in the Ely District alone.

15



**Figure 20.  Just some of the proposed treatment areas in the Ely District.**

16

# EXHIBIT 5

to

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

in

*Western Watersheds Project and Center for Biological Diversity v. U.S. Department of the Interior, et al.*

Case No. 2:23-cv-435-CDS-DJA

Declaration of Rick Spilsbury

SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY, | Case No: 2:23-cv-435-CDS-DJA |
| Plaintiffs, | |
| vs. | **DECLARATION OF RICK SPILSBURY** |
| U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JARED BYBEE in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and SHIRLEY JOHNSON in her official capacity as Field Manager of the Bureau of Land Management Caliente Field office, | |
| Defendants. | |

I, Rick Spilsbury, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

2.      I am a member of the Center for Biological Diversity. Center members, including myself, enjoy and use federal land in Nevada, including lands administered by BLM, as places to

1

1   pursue these activities now and into the future. The Center's members expect and rely upon BLM

2   to protect the species, habitats, viewsheds, and air and water quality of these lands.

3         3.      I have reviewed the Decision Record and Environmental Assessment for the South

4   Spring Valley and Hamlin Valley Watershed Restoration Plan (NEPA Register No. DOI-BLM-

5   NV-L030-2020-006-EA), and I know the approximate location for the proposed "treatments,"

6   though BLM states in the Project EA that any treatment could happen in any place throughout the

7   project area.

8         4.      I live in Ely, Nevada. I am a member of the Western Shoshone Tribe and the lands

9   around my home are my Native Homeland. My ancestors have roamed here for far more

10  generations than my ancestors could barely even remember remembering. My connection with

11  these lands is a big part of who I am. I go there to be. I go there to feel what it means to be a Native.

12  And I go there to remember what it feels like to be treated like a "Native."

13        5.      Since my early childhood, I have traveled to Spring and Hamlin valleys almost

14  every year—usually more than once a year. I am 62 years old now. In the past 20 years, I have

15  traveled to Spring and Hamlin valleys about half a dozen times a year (though less during the

16  Covid-19 pandemic). I most recently traveled there in August of 2023. I have specific plans to

17  revisit Spring Valley every few months, as I have for many years, including again in 2023.

18        6.      Over the years, I've had plenty of experiences in Spring and Hamlin Valleys,

19  mountain bike touring, camping, hiking, exploring in cars, hunting, scouting, and taking it all in.

20  I have done multi-day mountain bike tours in Spring and Hamlin Valleys. I am currently planning

21  to do this again, on an e-bike this time. I used to camp frequently in Spring and Hamlin Valleys,

22  sometimes while bike touring, sometimes just staying in one place for several days, and I plan to

23  do this again in the future as well. I have also visited Spring and Hamlin Valleys to archery hunt

24  for antelope with my mother, Delaine Spilsbury. But I don't think this should be about me

25  bragging about my exploits.  I've had a fuller life because of the recreational experiences I've had

26  there. I want to share. I've even taken people on tours. I hope that others can someday experience

27  some of the same things I did there, but if the pinyon-juniper forests and sagebrush in those valleys

1   are destroyed and degraded by BLM's proposed "treatments," the nature of the place will be

2   irreparably changed, and the experience will be lost forever.

3        7.    Most importantly, I have visited—and intend to visit—Spring and Hamlin valleys

4   to contemplate my ancestry and my place in the world. I try to learn from nature what my

5   ancestors knew. In their simplicity, they knew how to live sustainably. We need to learn some of

6   that now. That's why we need this place in its current, relatively undisturbed state. If nothing else,

7   we need large natural places for inspiration and insight on how our present culture needs to adapt.

8        8.    One place in particular I have visited in southern Spring Valley is near the site of

9   the Atlanta Mine. I visited this site 10 years ago on my mountain bike and enjoyed exploring the

10   pinyon-juniper woodlands there.

11        9.    There is a site in Spring Valley called *Bahsawahbee* that has profound importance

12   to me and my Native people. It is the site of *three* documented massacres of Native Nevadans by

13   the U.S. military. This is part of the history of the ethnic cleansing of my ancestors from this

14   whole area. When my people were massacred in Spring Valley, their bodies were left to

15   decompose under the trees. Thus, what was once my people is now part of the *Bahsawahbee*

16   forest. This is all that is left of my people in Spring Valley. That should matter. I have been

17   working to make *Bahsawahbee* a protected area in the Nevada legislature and U.S. Congress, and

18   now it looks like that might happen. Hopefully, everyone will soon be able to come to this place

19   and reflect upon what happened. But it would irreparably harm the historical and spiritual value

20   of this area for myself and others if it were surrounded by dead forest, dead sagebrush, bare

21   ground and invasive weeds.

22        10.    Though many of my people still live in areas around Spring and Hamlin valleys,

23   you'll find no Native Nevadans living in those valleys today. They have either been murdered or

24   chased away from lands they have lived on for well over 10,000 years. My ancestors were treated

25   as "undesirable" by official U.S. Government policy. Now, when I see projects like the proposed

26   Spring/Hamlin tree- and shrub-destruction plan, it seems like the Government now wants to use

27   our tax dollars to treat the pinyon and juniper forests that are sacred to my people as "undesirable"

as well, and eradicate them. I want to believe that this is all behind us—that maybe over years we have learned something from our past mistakes. But I worry that some of us have learned nothing. Most of my own Native culture was stolen from me in the Indian Schools. Consequently, this natural world between the mountain ranges in Spring and Hamlin valleys is one of my last remaining connections to who I am. I come here to rejuvenate. I come here to contemplate. How am I supposed to do that with half of the valley burned or torn apart by heavy equipment? If this project goes forward, one more thing will have been stolen from me.

11.    Similar damage has been done near my home. The photo below shows what BLM has done there (though I doubt it's finished). I don't want to see that or anything like it happen again in Spring and Hamlin Valleys.



12.     I would also suffer economically if the natural landscapes in Spring and Hamlin valleys were damaged. Tourism plays a significant role in the local economy, and our family business relies primarily on tourism dollars. People come here to see the remarkable natural landscapes and wildlife in the area, including in Spring and Hamlin valleys. They come to see undisturbed nature for miles and miles. The extensive tree and shrub destruction proposed by BLM in Spring and Hamlin Valleys, including the 2,000 acres of chaining scheduled for October 2023, would irreparably change the experience of visiting and discourage people from visiting in the future.

13.     I feel more whole when I live in a whole world. I feel damaged in a damaged world. I think we all do. That should matter. I see government deforestation and devegetation, including chaining projects that eliminate pinyon-juniper, as clear proof that colonialism still exists in America. For me, it is yet further confirmation that the settlers came to take everything, and leave nothing behind. I can see some of what they've done from my front porch in Duck Creek Basin (see photo, above), and I worry that even greater destruction is planned for Spring and Hamlin Valleys.

14.     I know that lands managed by the BLM are public lands, that they're supposed to be for all of us. But they're being destroyed for reasons the government itself can't even make clear. Regardless, I believe that if it looks like deforestation, it probably is. Based on my knowledge of the history and ecology of the area, I do not believe history will judge this as a wise move. As I stated before, I have seen the results of chaining and other deforestation methods in places I live and visit—the result is a dead forest, and a profusion of invasive species that increase wildfire risk. That's not fuels reduction, that's throwing fuel on the fire. Deforestation here—like everywhere—is an environmental disaster. BLM's insistence on doing the same thing and expecting different results appears to be an act of desperation, an attempt to extract ever more from an environment that has nothing left to give. This is not how a system is managed. This is how a system is gutted. This kind of "management" costs us our public lands. It destroys our

1    options to live sustainably. It drives us Natives even further from our homelands. And ultimately,

2    if we damage it enough, Nature won't be able to save us.

3         15.      The relief sought by the Center and Western Watersheds Project in this litigation

4    will remedy my injury, as well as the Center's, WWP's, and their members' injuries, by enjoining

5    activities authorized under the Decision Record, setting aside the Decision Record, and declaring

6    the Decision Record, EA, and finding of no significant impact (FONSI) unlawful.

7         Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

8    and correct to the best of my personal knowledge.

9

10   Dated August 23, 2023                         Respectfully submitted,

11                                                 */s/ Rick Spilsbury*
                                                   _____
12                                                 Rick Spilsbury

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# EXHIBIT 6

to

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

in

*Western Watersheds Project and Center for Biological Diversity v. U.S. Department of the Interior, et al.*

Case No. 2:23-cv-435-CDS-DJA

Declaration of Delaine Spilsbury

SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JARED BYBEE in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and SHIRLEY JOHNSON in her official capacity as Field Manager of the Bureau of Land Management Caliente Field office,<br><br>    Defendants. | Case No: 2:23-cv-435-CDS-DJA<br><br><br>**DECLARATION OF DELAINE SPILSBURY** |

I, Delaine Spilsbury, hereby declare as follows:

    1.    I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts. As to matters that reflect an opinion, they reflect my personal opinion and judgment on the matter.

    2.    I am a member of the Center for Biological Diversity. Center members, including myself, enjoy and use federal land in Nevada, including lands administered by BLM, as places to

1

1    pursue these activities now and into the future. The Center's members expect and rely upon BLM

2    to protect the species, habitats, viewsheds, and air and water quality of these lands.

3        3.    I have reviewed the Decision Record for the South Spring Valley and Hamlin

4    Valley Watershed Restoration Plan (NEPA Register No. DOI-BLM-NV-L030-2020-006-EA), and

5    I know the approximate location for the proposed "treatments," though the EA states that any

6    treatment could happen in any place throughout the project area.

7        4.    I was born in 1937 and live in Ely, Nevada. I am a member of the Western Shoshone

8    Tribe and the lands around my home are my Native Homeland. These lands, including in Spring

9    and Hamlin valleys, have provided sustenance for my people for 20,000 years. The pinyon pine

10   trees, specifically, have sustained my people through countless generations. They are sacred to us

11   and we celebrate them annually.

12       5.    There is a site in Spring valley called *Bahsawahbee* that has profound importance

13   to me and my Native people. It is the site of three documented massacres of Western Shoshone

14   by the U.S. military. This is part of the history of the ethnic cleansing of my ancestors from this

15   whole area. Following these three massacres, the few survivors who were my ancestors eked out

16   a living in this contested area. When I was a child, my parents showed me to the scene of those

17   murders and the desecration of our sacred lands. *Bahsawahbee*, the site of those massacres, holds

18   the remains of our ancestors. We believe that their spirits inhabit the trees in this sacred site. We

19   frequently visit those areas to pay respects to our ancestors and remember our history. For many

20   years, I have been working to create a National Monument there to honor our forefathers.

21       6.    I built my home just west of *Bahsawahbee*, in Duck Creek Valley, and I frequently

22   visit Spring Valley. I visit Spring Valley every year. I have visited more times than I can count,

23   most recently in August of 2023. I plan to return to Spring Valley as often as I can for the rest of

24   my life.

25       7.    One place in particular I have visited in Spring Valley is near the site of the Atlanta

26   Mine. Several years ago, I went deer hunting in this area. As I recall, some red ants crawled up

27

4-ER-852                                        2

my pants while I was bowhunting mule deer. I remember the stark isolation in this area—it was a great place for deer hunting because there was nobody around.

8.     I am the Ely Shoshone Tribal Cultural Preservation Liaison. The Ely Shoshone Tribe is part of the Western Shoshone Nation that encompasses the entire Great Basin. All of the Great Basin lands are sacred to the Western Shoshone. Destruction of forests that have long sustained my people, such as the pinyon and juniper forests in Spring and Hamlin valleys, destroys both my people's history and an integral part of our spiritual beliefs. The proposed chaining, mastication, mowing, and burning of native vegetation will irreparably harm the Tribal Spiritual values of the affected lands.

9.     I see the destruction of pinyon and juniper forests in the Great Basin as theft of our Native spirituality and heritage. When will the U.S. Government stop stealing from us former inhabitants of this great land of ours? There is almost nothing left to take. It would severely and irreparably harm me to see the pinyon-juniper forests and sagebrush in Spring Valley destroyed on my next visit to the area. It would be like seeing a cemetery desecrated or destroyed. I cannot help but view the continued destruction and exploitation of our Native lands as a hateful, racist project.

10.     The relief sought by the Center and Western Watersheds Project in this litigation will remedy my injury, as well as the Center's, WWP's, and their members' injuries, by enjoining any activities authorized under the Decision Record, setting aside the Decision Record, and declaring the Decision Record, EA, and finding of no significant impact (FONSI), unlawful.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated August 23, 2023                    Respectfully submitted,

                                         */s/ Delaine Spilsbury*
                                         Delaine Spilsbury